# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
(302) 658-9200
(302) 658-3989 FAX

MEGAN E. DELLINGER
(302) 351-9366
mdellinger@mnat.com

October 31, 2019

**BY CM/ECF AND HAND DELIVERY**

The Honorable Leonard P. Stark
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE  19801

> Re:   *Silvergate Pharmaceuticals, Inc. v. Bionpharma Inc.*,
>        C.A. Nos. 18-1962 (LPS) and 19-1067 (LPS);
>        *Silvergate Pharmaceuticals, Inc. v. Amneal Pharmaceuticals LLC*,
>        C.A. No. 19-678-LPS

Dear Chief Judge Stark:

Pursuant to the Court's oral order (D.I. 21 in C.A. No. 18-1962), the parties to the above-captioned actions submit the attached [Proposed] Scheduling Order.  The parties' only remaining disagreements are the language regarding the production of core technical documents in Paragraph 7(c)(iii), and the filing of case dispositive motions in Paragraph 16.  The parties' respective proposals are bracketed and set forth in italics. [1,2]

Respectfully,

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)

MD/rs
Enclosure
cc:    Clerk of Court (via hand delivery)
       All Counsel of Record (via CM/ECF and electronic mail)

---

[1]     Defendant Amneal Pharmaceuticals LLC notes that it will set forth its position regarding its proposal for summary judgment motions in Paragraph 16 in a letter filed concurrently herewith.

[2]     Defendant Bionpharma Inc. respectfully notifies the Court that it may seek leave to file for early summary judgment in this matter.