# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SILVERGATE PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 18-1962 (LPS) |
| ) | |
| BIONPHARMA, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT BIONPHARMA, INC.'S APPENDIX IN SUPPORT OF ITS AMENDED ANSWER TO THE COMPLAINT (VOLUME I – EXHIBIT 1)

OF COUNSEL:

Brian P. Murray
Andrew M. Alul
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
312-527-4000
bmurray@taftlaw.com
aalul@taftlaw.com

Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Defendant Bionpharma, Inc.*

Dated: December 17, 2019

**INDEX TO EXHIBITS**

Exhibit 1 –   Prosecution history for U.S. Patent No. 9,669,008

Exhibit 2 –   Prosecution history for U.S. Patent No. 9,808,442

Exhibit 3 –   Prosecution history for U.S. Patent No. 10,039,745

Exhibit 4 –   Bionpharma's ANDA No. 212408, Section 3.2.P.1, composition statement, bearing bates numbers BION-ESOL-00000501-05