

**WILMINGTON**
RODNEY SQUARE

**Anne Shea Gaza**
P 302.571.6727
F 302.576.3439
agaza@ycst.com

October 30, 2020

<u>VIA CM/ECF</u>

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3556

      Re:    *Silvergate Pharmaceuticals, Inc. v. Amneal Pharmaceuticals LLC*
            C.A. No. 19-678-LPS
            *Silvergate Pharmaceuticals, Inc. v. Amneal Pharmaceuticals LLC*
            C.A. No. 20-1255-LPS
            *Silvergate Pharmaceuticals, Inc. v. Bionpharma Inc.*
            C.A. No. 18-1962-LPS
            *Silvergate Pharmaceuticals, Inc. v. Bionpharma Inc.*
            C.A. No. 20-1256-LPS

Dear Chief Judge Stark:

      On behalf of Amneal Pharmaceuticals LLC ("Amneal"), we write to advise the Court of the filing today of Amneal's cross-motion to consolidate related to the above-referenced cases. (D.I. 118, 15, respectively.)  Given the potential implications of Amneal's motion for these cases, all of which are also subject to motions to consolidate filed by Plaintiff Silvergate Pharmaceuticals, Inc. (D.I. 115, 10, 142, and 13, respectively) and, for the C.A. No. 20-1256 case, Bionpharma Inc.'s motion to dismiss (D.I. 9), Amneal writes to provide notice of its motion to all parties and the Court.  Copies of Amneal's motion and supporting brief are attached.

                                      Respectfully,

                                      */s/ Anne Shea Gaza*

                                      Anne Shea Gaza (No. 4093)

Attachments: Amneal's Cross-Motion to Consolidate
                   Amneal's Brief in Support of Cross-Motion to Consolidate
                     and in Opposition to Silvergate's Motion to Consolidate

cc:   All Counsel of Record