# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SILVERGATE PHARMACEUTICALS, INC., | ) <br> ) <br> ) C.A. No. 19-678 (LPS) |
| Plaintiff, | ) C.A. No. 20-1255 (LPS) |
| | ) |
| v. | ) |
| | ) |
| AMNEAL PHARMACEUTICALS LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT AMNEAL PHARMACEUTICALS LLC'S
## CROSS-MOTION TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure 42(a), Defendant Amneal Pharmaceuticals LLC ("Amneal") respectfully moves to consolidate. The grounds for this motion are set forth in Amneal's Brief (1) in Support of Amneal's Cross-Motion to Consolidate and (2) in Opposition to Silvergate's Motion to Consolidate, submitted herewith.

27271451.1

Dated:  October 30, 2020

*Of Counsel*:

MADDOX EDWARDS, PLLC
Steven Maddox, Esq.
Jeremy Edwards, Esq.
Matthew Ruedy, Esq.
Kaveh Saba, Esq.
Anthony Son, Esq.
1900 K Street NW, Suite 725
Washington, D.C. 20006
(202) 830-0707
smaddox@meiplaw.com
jedwards@meiplaw.com
mruedy@meiplaw.com
ksaba@meiplaw.com
ason@meiplaw.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Anne Shea Gaza*
_____
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant*
*Amneal Pharmaceuticals LLC*

## CERTIFICATE OF SERVICE

I, Anne Shea Gaza, Esquire, hereby certify that on October 30, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to all registered participants.

I further certify that on October 30, 2020, I caused the foregoing document to be served by e-mail on the following counsel of record:

>Jack B. Blumenfeld
>Megan E. Dellinger
>MORRIS, NICHOLS, ARSHT
>& TUNNELL LLP
>1201 North Market Street
>Wilmington, DE 19899
>jblumenfeld@mnat.com
>mdellinger@mnat.com
>
>Wendy L. Devine
>Tina M. Hanson
>Yan-Xin Li
>Jody Karol
>WILSON SONSINI GOODRICH & ROSATI
>One Market Plaza, Spear Tower, Suite 3300
>San Francisco, CA 94105
>wdevine@wsgr.com
>thanson@wsgr.com
>yxli@wsgr.com
>jkarol@wsgr.com
>
>Natalie Morgan
>WILSON SONSINI GOODRICH & ROSATI
>12235 El Camino Real, Suite 200
>San Diego, CA 92130-3002
>nmorgan@wsgr.com
>
>Talin Gordnia
>Granville C. Kaufman
>Ty W. Callahan
>WILSON SONSINI GOODRICH & ROSATI
>633 West Fifth Street, Suite 1550

24380854.1

Los Angeles, CA 90071
tgordnia@wsgr.com
gkaufman@wsgr.com
tcallahan@wsgr.com

*Attorneys for Plaintiff*
*Silvergate Pharmaceuticals, Inc.*

Dated: October 30, 2020              YOUNG CONAWAY STARGATT
                                                         & TAYLOR, LLP

                                                         */s/ Anne Shea Gaza*
                                                         Anne Shea Gaza (No. 4093)
                                                         Samantha G. Wilson (No. 5816)
                                                         Rodney Square
                                                         1000 North King Street
                                                         Wilmington, DE 19801
                                                         (302) 571-6600
                                                         agaza@ycst.com
                                                         swilson@ycst.com

                                                         *Attorneys for Defendant*
                                                         *Amneal Pharmaceuticals LLC*

24380854.1

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SILVERGATE PHARMACEUTICALS, INC., | ) |
| Plaintiff, | ) C.A. No. 19-678 (LPS)<br>) C.A. No. 20-1255 (LPS) |
| v. | ) |
| AMNEAL PHARMACEUTICALS LLC, | ) |
| Defendant. | ) |

### D. DEL. LR 7.1.1. STATEMENT

The undersigned hereby certifies that a reasonable effort was made to reach agreement with Plaintiff on the matters set forth in Defendant Amneal Pharmaceuticals LLC's Cross-Motion to Consolidate, including oral communication involving Delaware counsel, and no agreement was reached.

Dated: October 30, 2020

*Of Counsel*:

MADDOX EDWARDS, PLLC
Steven Maddox, Esq.
Jeremy Edwards, Esq.
Matthew Ruedy, Esq.
Kaveh Saba, Esq.
Anthony Son, Esq.
1900 K Street NW, Suite 725
Washington, D.C. 20006
(202) 830-0707
smaddox@meiplaw.com
jedwards@meiplaw.com
mruedy@meiplaw.com
ksaba@meiplaw.com
ason@meiplaw.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ *Anne Shea Gaza*

Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant*
*Amneal Pharmaceuticals LLC*