*sealed and confidential*

1                    IN THE UNITED STATES DISTRICT COURT

2                    IN AND FOR THE DISTRICT OF DELAWARE

3                              - - -

     SILVERGATE PHARMACEUTICALS, INC.,    :    CIVIL ACTION
4                                         :
                  Plaintiff,              :
5      v                                  :
                                          :
6      BIONPHARMA, INC.,                  :    NO. 18-1962-LPS
                                          :    NO. 19-1067-LPS
7                  Defendant.             :
     ------------------------------------
8    SILVERGATE PHARMACEUTICALS, INC.,    :    CIVIL ACTION
                                          :
9                  Plaintiff,             :
       v                                  :
10                                        :
     AMNEAL PHARMACEUTICALS, LLC,         :
11                                        :    NO. 19-678-LPS
                  Defendant.              :
12                              - - -

13                      Wilmington, Delaware
                      Tuesday, February 2, 2021
14          *Bench Trial - Volume B - Sealed Portions*

15                              - - -

16   BEFORE:        HONORABLE LEONARD P. STARK, Chief Judge

17                              - - -
     APPEARANCES:
18

19              MORRIS NICHOLS ARSHT & TUNNELL, LLP
                BY:  MEGAN E. DELLINGER, ESQ.
20
                     and
21
                WILSON SONSINI GOODRICH & ROSATI
22              BY:  WENDY L. DEVINE, ESQ., and
                     KRISTINA M. HANSON, ESQ.
23                   (San Francisco, California)

24                   and

25   Valerie J. Gunning              Brian P. Gaffigan
     Official Court Reporter         Official Court Reporter

*sealed and confidential*

1    APPEARANCES:

2

3                 WILSON SONSINI GOODRICH & ROSATI
                  BY:  NATALIE J. MORGAN, ESQ.
                       (San Diego, California)
4

5                        and

6                 WILSON SONSINI GOODRICH & ROSATI
                  BY:  GRANVILLE C. KAUFMAN, ESQ., and
                       TY W. CALLAHAN, ESQ.
7                      (Los Angeles, California)

8                        Counsel for Silvergate
                         Pharmaceuticals, Inc.
9

10                MORRIS JAMES, LLP
                  BY:  KENNETH L. DORSNEY, ESQ., and
11                     CORTLAN S. HITCH, ESQ.

12                       and

13                TAFT STETTINIUS & HOLLISTER, LLP
                  BY:  ROSHAN P. SHRESTHA, Ph.D., ESQ., and
14                     ANDREW M. ALUL, ESQ.
                       (Chicago, Illinois)
15
                         Counsel on behalf of Bionpharma, Inc.
16

17                YOUNG CONAWAY STARGATT & TAYLOR, LLP
                  BY:  ANNE SHEA GAZA, ESQ.,
18                     KAREN L. PASCALE, ESQ., and
                       SAMANTHA G. WILSON, ESQ.
19
                         and
20
                  MADDOX EDWARDS, PLLC
21                BY:  STEVEN MADDOX, ESQ.
                       JEREMY EDWARDS, ESQ.
22                     MATTHEW RUEDY, ESQ., and
                       KAVEH SABA, ESQ.
23                     (Washington, District of Columbia)

24                       Counsel on behalf of
                         Amneal Pharmaceuticals, LLC
25

*sealed and confidential*

Byrn - cross

1                        - oOo -

2                P R O C E E D I N G S

3              (Following portion ordered sealed by the Court,

4      contained herein.)

5              THE TRIALanywhere HOST:  Okay.  So the public is

6      in the waiting room.  I pushed them out as well as

7      Mr. George.  And that is the extent; correct?

8              THE COURT:  I believe.  Is that correct,

9      Mr. Alul, as you understand it?

10             MR. ALUL:  Yeah.  If that includes -- as well as

11     if it includes any Silvergate fact witnesses, which I

12     presume are probably gone by now, but yes.

13             THE COURT:  Okay.

14             THE TRIALanywhere HOST:  Okay.  The Court is

15     sealed.

16             THE COURT:  Okay.  Go ahead.

17             MR. ALUL:  Good morning, Dr. Byrn.  Welcome

18     back.

19             THE WITNESS:  Thank you.  Good morning.

20             ... DR. STEVEN R. BYRN, having been previously

21     affirmed, was examined and testified further as follows ...

22                CROSS-EXAMINATION (Continued)

23     BY MR. ALUL:

24     Q.    I'd like to take you back to PTX-3, the '745 patent,

25     and specifically the Example C formulations we were looking

*sealed and confidential*

429

Byrn - cross

```
 1    at in Columns 33 and 34.

 2    A.      Okay.  I'm there.

 3    Q.      I believe you testified yesterday that these

 4    formulations were inoperable because of their pHs; correct?

 5    A.      That was my understanding; that the pHs outside the

 6    range are inoperable.

 7    Q.      Okay.  If you turn to the claims, you will agree that

 8    asserted claims 4 and 10 have no pH restriction; correct?

 9    A.      Hang on just a minute.

10            That's correct.

11    Q.      Okay.

12    A.      But they are -- that's correct.  They don't.

13    Q.      Okay.

14    A.      It's just those words in those claims.

15    Q.      Okay.  I'd like to take you to PTX-4.  It's the '987

16    patent.  I don't have a copy of it in my cross binder, but I

17    believe it's in plaintiff's binder.  They went over it with

18    you.

19    A.      Okay.

20    Q.      And I just want you to confirm there that the

21    asserted claims, 20, 23, and 30, have no pH restriction.

22    A.      Sorry.  Claim 28, did you say?

23    Q.      No.  20, 23 and 30.  Those are the asserted claims.

24    A.      Oh, okay.

25            Although it's correct they don't have pH, they
```

*sealed and confidential*

Byrn - cross

```
 1   derive --

 2   Q.    Okay.  Thank you.  That's all.  That's all.  That's

 3   all I have.

 4              Okay.  Can you please turn to Column 13 of

 5   PTX-3, the '745 patent.

 6              I'm sorry -- yes, PTX-3.

 7   A.    Okay.

 8   Q.    And I'd like you to focus on, I believe it's line

 9   17 where it says "pH of enalapril oral liquid formulations."

10   A.    Yes, I see it.

11   Q.    Do you see right below that where it describes what

12   buffering agents do and it gives examples of what buffering

13   agents are?

14   A.    I think I see what you are referring to.  How many

15   lines are you going down?

16   Q.    Well, I am just talking generally about that

17   paragraph at lines 18 through 43.

18   A.    Okay.

19   Q.    In this list of examples of buffering agents, you

20   don't see maleic acid anywhere in here; correct?

21   A.    That's correct.  I don't see the words "maleic

22   acid."

23   Q.    Okay.  And there aren't any examples provided in the

24   common specification of oral liquid enalapril formulations

25   where a salt of enalapril went in a solution and dissociated
```

*sealed and confidential*

Byrn - cross

1    to form a buffer; correct?

2    A.      That's correct.

3    Q.      Okay.  And you have never formulated a pharmaceutical

4    liquid dosage form where the only buffer in there was acid

5    dissociated from a salt of the active ingredient; correct?

6    A.      I believe that we're doing the formulation that I

7    mentioned in my deposition, our company is doing one right

8    now, where the buffer -- where there is a formulation like

9    that.

10   Q.      Okay.  That's not how you testified at your

11   deposition; correct?

12   A.      That's correct.  I think that's correct.

13   Q.      Okay.  So let's just, for clarity sake, let's go to

14   your deposition at DTX-1108.  It's in your exhibit binder.

15   A.      Okay.

16   Q.      Let's go to page 121.

17   A.      Okay.

18   Q.      Lines 12 through 20.

19           Do you see where it says:

20           "Question:  Have you ever formulated a

21   pharmaceutical liquid dosage form with the only buffer in

22   there being dissociated acid from a salt of the active

23   ingredient?

24           "Answer:  No."

25           Did you give that question at your deposition,

*sealed and confidential*

Byrn - cross

1    and did you provide that answer?

2    A.    Yes.  Right before that, I said, "No, not that I can

3    think of."  I just -- as I just testified, I think I did

4    think of one now.

5    Q.    Okay.  You agree that the pKa of the first acidic

6    hydrogen on maleic acid is 1.97; correct?

7    A.    Correct.

8    Q.    And you agree that the Henderson-Hasselbalch Equation

9    tells us that in a liquid formulation where the pH equals

10   the pKa of the first acidic hydrogen on maleic acid, the two

11   species, maleic acid and maleate anion, are at a ratio of

12   approximately 1:1; correct?

13   A.    Correct.

14   Q.    Therefore, a pH of 1.97, the malic acid and maleate

15   are in equal concentrations approximately; correct?

16   A.    Approximately correct.

17   Q.    But, of course, the pH of Bionpharma's ANDA product

18   is not 1.97; correct?

19   A.    Correct.

20   Q.    In fact, according to Bionpharma's ANDA, the pH of

21   its ANDA product is controlled between 3.2 and 3.6; is that

22   correct?

23   A.    Correct.

24   Q.    And as the pH of an aqueous solution with malic acid

25   increases from 1.97 to 2.9, there are more maleate species

*sealed and confidential*

Byrn - cross

 1  than malic acid species in the solution; correct?

 2  A.      Correct.

 3  Q.      Okay.  And if the pH increases to 3.3, there are even

 4  more maleate species and proportionally less maleate acid

 5  species in the solution; is that correct?

 6  A.      Correct.

 7  Q.      As the malic acid portion of the species decreases,

 8  the solution's ability to resist the change in pH on the

 9  addition of a base such as sodium hydroxide decreases; is

10  that correct?

11  A.      Correct, but as I correct, but as I testified --

12  Q.      You can qualify your answers and get into more detail

13  and expound on them on redirect.  I have a limited amount of

14  time, please.

15          You admit that based on the malic acid sodium

16  maleate buffer system you allege is present in Bionpharma's

17  ANDA product, find Bionpharma's ANDA product buffering

18  capacity for acid would be higher than its capacity for

19  base; correct?

20  A.      Could you state that one more time?

21  Q.      Sure.  You admit that based on the malic acid sodium

22  maleate buffer system you allege is present in Bionpharma's

23  ANDA product, Bionpharma's ANDA product formulation's

24  buffering capacity for acid would be higher than its

25  capacity for base; correct?

*sealed and confidential*

Byrn - cross

1    A.        Correct.

2    Q.        Okay.

3              MR. RUEDY:  Alex, can you put up PDX-243?  It's

4    a slide that was used during Dr. Byrn's direct examination

5    yesterday.

6    BY MR. RUEDY:

7    Q.        Dr. Byrn, you relied on this slide yesterday in

8    connection with your direct examination; is that right?

9    A.        That's right.

10   Q.        And if I'm understanding this slide correctly, the

11   vertical brackets represent a range of pH in which an acidic

12   hydrogen on either citric acid or maleic acid will serve as

13   a useful buffer; is that correct?

14   A.        Can I hear that question one more time?

15   Q.        Sure.  If I'm understanding this slide correctly, the

16   vertical brackets represent a range of pH in which an acidic

17   hydrogen on either citric acid or maleic acid will serve as

18   a useful buffer; is that correct?

19   A.        Well, I would just say that a maleic acid or citric

20   acid will serve as a useful buffer just generally.

21   Q.        Okay.  But I would like to get a better understanding

22   of what these brackets mean.  So, for instance, less focus

23   on the bracket you have for the first acidic hydrogen on

24   maleic acid, the one that's labeled PTX-197, the bracket on

25   the right-hand side closest to the pH scale.

*sealed and confidential*

435

Byrn - cross

1    A.      Yes.

2    Q.      So, for instance, for this acidic hydrogen on maleic

3    acid, the middle of your bracket lines up that pKa for that

4    hydrogen 1.97 with a pH of 1.97; is that correct?

5    A.      Correct.

6    Q.      And then you have plus or minus two pH units around

7    that; correct?

8    A.      Correct.

9    Q.      And so the information you have in this slide is

10   based on your opinion that a weak acid will serve as a

11   useful buffer when the pKa of its acidic hydrogen is within

12   plus or minus two of the formulation's pH; correct?

13   A.      Yes, that's correct.

14   Q.      But you came forward with no evidence to support that

15   opinion yesterday; correct?

16   A.      No, that's not correct.

17   Q.      Okay.  Well, in fact, your opinion -- what evidence

18   did you come forward with?

19   A.      The Henderson-Hasselbalch equation I believe is on

20   the next slide or the second slide after this.

21   Q.      Okay.  In fact, your opinion on this issue is

22   contradicted by documentary evidence that Dr. Moreton came

23   forward during his discovery in this case in the form of

24   prior art literature; isn't that correct?

25   A.      I don't, I don't recall that.

*sealed and confidential*

Byrn - cross

1    Q.      Okay.  You reviewed the references that Dr. Moreton

2    relied on in connection with the rebuttal report he served

3    in this case; is that correct?

4    A.      Correct.

5    Q.      Okay.

6            MR. RUEDY:  Alex, can you please pull up

7    DTX-1086.

8            THE WITNESS:  I don't have a copy of that.

9    BY MR. RUEDY:

10   Q.      I know you don't and I apologize because I didn't

11   anticipate we were going to go down this line of questioning

12   when I put your exhibit binder together.

13           MR. RUEDY:  Alex, can you take away the -- there

14   you go.

15   BY MR. RUEDY:

16   Q.      Do you recall seeing this reference, reviewing it in

17   connection with reviewing Dr. Moreton's rebuttal report, Dr.

18   Byrn?

19   A.      Yes.

20   Q.      Okay.  This is a reference by Glasstone.  It's an

21   excerpt from a book and it's entitled Elements of Physical

22   Chemistry; is that correct?

23   A.      I see the title, yes.

24   Q.      All right.  Let's go down to and I'm going to use the

25   Bates numbers on the bottom right-hand corner.  Let's go to

*sealed and confidential*
437
Byrn - cross

1   DTX-4.  Okay.

2            MR. RUEDY:  And, Alex, if you could enlarge the

3   bottom paragraph.

4   BY MR. RUEDY:

5   Q.     Do you see where the bottom where it says, It

6   follows, therefore, from the equation 53.17, which is the

7   Henderson-Hasselbalch equation, that a particular acid can

8   be employed for making a useful buffer solution of pH lying

9   within the range of pKa minus one to pKa plus one?

10  A.     Yes, I see that.

11  Q.     All right.  And that certainly contradicts your

12  opinion that a weak acid can serve as a useful buffer if

13  its pKa isn't within plus or minus two of the pH of

14  formulation?

15  A.     It's different.  My analysis is based on the fact

16  that if you go to plus or minus two, the amounts of acid or

17  base are one percent.  This is ten percent.  So it's simply

18  a matter of the amounts of acid and base available to form a

19  buffer.

20            MR. RUEDY:  Alex, can you please put up

21  DTX-1087.

22  BY MR. RUEDY:

23  Q.     Dr. Byrn, do you recognize this as another reference

24  Dr. Moreton relied on during expert discovery?

25  A.     Again, I don't have this document.  I can't recall

*sealed and confidential*

1    for sure this one.

2    Q.    Okay.  For the record, this is a reference by Daniel

3    C. Harris.  It's entitled exploring chemical analysis.

4              MR. RUEDY:  Alex, can you take us over to

5    DTX-1087, page 12 of the DTX, the one that starts with, In

6    choosing a buffer.

7    BY MR. RUEDY:

8    Q.    Dr. Byrn, I would just like to read for the record

9    the first few sentences of that paragraph.

10             It says, in choosing a buffer, you should seek

11   one whose pKa is as close as possible to the desired pH.

12   The useful pH range of a buffer is approximately pKa plus or

13   minus one pH unit.  Outside this range, there is not enough

14   of either the weak acid or the weak base to react with added

15   base or acid.

16             Do you see that?

17   A.    I see those statements, yes.  I see those words.

18   Q.    Okay.  Now, you agree that maleic acid has no acidic

19   hydrogen within a pKa -- I'm sorry, strike that.

20             You agree that maleic acid has no acidic

21   hydrogen with a pKa within plus or minus one of the pH of

22   Bionpharma's ANDA product; correct?

23   A.    Although that's correct, I give the same answer I

24   gave previously.

25   Q.    All right.  Now, you issued two expert reports in

*sealed and confidential*

439

Byrn - cross

1  this case; is that correct?

2  A.    Correct.

3  Q.    And you never calculated the ratio of maleic acid and

4  maleate species in Bionpharma's ANDA product and included

5  that ratio in either of your reports; correct?

6  A.    I don't believe so, no.

7  Q.    Okay.  Okay.  The calculation of the ratio between

8  maleic acid and maleate in Bionpharma's ANDA product is

9  pretty easily done; correct?

10  A.    Correct.

11  Q.    Okay.  And you could have experimentally confirmed

12  your opinion that the amount of maleate in Bionpharma's ANDA

13  product is completely dissolved and dissociated in solution;

14  correct?

15  A.    I could have, but it wasn't necessary.

16  Q.    Okay.  I didn't ask you whether it was necessary or

17  not, I just asked if you could have done it.  That's all I

18  asked, sir.

19  A.    Yes.

20  Q.    And you did not do that calculation; is that correct?

21  A.    I thought you were asking me about experimental.

22  Q.    I'm sorry.  You did not -- you did not carry out

23  those experiments; correct?

24  A.    Correct.

25  Q.    Okay.

*sealed and confidential*

440

Byrn - cross

```
 1                    MR. RUEDY:  Your Honor, at this point in time we

 2    can unseal the courtroom for a few minutes.

 3                    THE COURT:  Okay.  Let us know when you are

 4    going back to a sealed portion.

 5                    (End of portion under seal.)

 6                         *    *    *.

 7                    MR. ALUL:  Okay.  Your Honor, at this point I'd

 8    like to respectfully request the courtroom be resealed

 9    again.

10                    THE COURT:  Okay.  Mr. English.

11                    THE TRIALanywhere HOST:  The courtroom is

12    sealed.

13                    THE COURT:  Thank you.

14                         CROSS-EXAMINATION

15    BY MR. ALUL:

16    Q.    Okay.  Dr. Moretan, you understand -- I'm sorry.

17    Dr. Byrn.  Apologies.

18          Dr. Byrn, you understand that Dr. Moretan,

19    Bionpharma's expert, disagrees with your opinion that any

20    maleic acid/sodium maleate present in Bionpharma's ANDA

21    product is equivalent to the claim citric acid/sodium

22    citrate buffer limitations; correct?

23    A.    Correct.

24    Q.    And in support of his opinion on this issue, you will

25    recall that Dr. Moretan calculated the buffer species
```

*sealed and confidential*

441

Byrn - cross

1    concentration for the buffer limitations of the asserted

2    claims and for the maleic acid/sodium maleate that you

3    allege is present in Bionpharma's ANDA product; correct?

4    A.    I believe that is correct.  Yes.

5    Q.    And you never contested the accuracy of Dr. Moretan's

6    calculations; correct?

7    A.    Correct.

8    Q.    Okay.  And you understand that Dr. Moretan has

9    opined in this case that the buffer limitations of the

10   asserted claims have over twice to over 10 times the buffer

11   species concentration of the maleic acid/sodium maleate

12   buffer that you allege is present in Bionpharma's ANDA

13   product; correct?

14   A.    I can't recall those numbers.

15   Q.    Okay.  You never disputed the accuracy of

16   Dr. Moretan's conclusion regarding the relative buffer

17   species concentration of the buffer limitations of the

18   asserted claims and the maleic acid/sodium maleate you

19   allege is present in Bionpharma's ANDA product; correct?

20   A.    That is correct.  I showed some numbers on direct

21   from my own calculations.

22   Q.    Okay.  You agree that the buffer species

23   concentration of what you allege is the buffer in

24   Bionpharma's ANDA product is less than the buffer species

25   concentration of the buffer limitations of the asserted

*sealed and confidential*

442

Byrn - cross

1    claims; correct?

2    A.      I never did a direct comparison.  I focused on the

3    titration curve which showed substantial buffering in the

4    maleic acid formulation.

5    Q.      But you testified at your deposition that the buffer

6    species concentration of what you allege is the buffer in

7    Bionpharma's ANDA product is numerically less than the

8    buffer species concentration of the buffer limitations of

9    the asserted claims; correct?

10   A.      Correct.  I think I showed that in my direct also.

11   Q.      Okay.  You didn't do a full literature study in this

12   case on how preservatives work; correct?

13   A.      That's correct.

14   Q.      Okay.  You understand that Bionpharma's expert,

15   Dr. Moretan, has opined in this case that parabens and

16   sodium benzoates have different mechanisms of action with

17   respect to antimicrobial activity; correct?

18   A.      Correct.

19   Q.      You didn't dispute the accuracy of Dr. Moretan's

20   statements regarding the mechanisms of action for

21   antimicrobial activity of methylparaben, propylparaben, and

22   sodium benzoate; correct?

23   A.      Correct.  I testified that --

24   Q.      Okay.  That's it.  That's all.  That's all I need to

25   know, Dr. Byrn.  You can clarify or expound further on

Byrn - cross

1    redirect.

2              You also understand that Dr. Moretan opined in

3    this case on the chemical and physical property differences

4    between methylparaben and propylparaben on the one hand and

5    sodium benzoate on the other; correct?

6    A.      Correct.

7    Q.      And you never disputed the accuracy of those opinions

8    in this case; correct?

9    A.      Again, I said they weren't relevant, but I didn't

10   dispute them.

11             MR. ALUL:  Your Honor, I'll yield the witness at

12   this point.

13             I'd like to move in an exhibit at some point,

14   but I'll yield the witness back for redirect.

15             THE COURT:  Okay.  Thank you.  We'll have

16   redirect.

17             MR. ALUL:  We can unseal the courtroom unless

18   Ms. Morgan wants to keep it sealed.

19             THE COURT:  Right.  It's up to her what you

20   intend to explore starting out.

21             Go ahead.

22             MS. MORGAN:  It does not need to be sealed, Your

23   Honor.

24             THE COURT:  Okay.  Then let's give us a moment

25   and, Mr. English, please -- you said it does not need to be

Case 1:18-cv-01962-LPS Document 196 Filed 03/02/21 Page 19 of 181 PageID #: 6199
*sealed and confidential*
444

Buckton - direct

```
 1    sealed.  Is that what you meant?
 2              MS. MORGAN:  Correct.  It does not need to be
 3    sealed.
 4              THE COURT:  Thank you.  Okay.  Mr. English.
 5              THE TRIALanywhere HOST:  The courtroom is open
 6    again and everybody is rejoined.
 7              THE COURT:  Thank you.
 8              Go ahead, please.
 9              (Sealed portion ends.)
10                   *    *    *
11              THE TRIALanywhere HOST:  The courtroom is
12    sealed.
13              THE COURT:  Thank you.
14                         DIRECT EXAMINATION
15    BY MS. MORGAN:
16    Q.    Okay.  What was your role in evaluating Amneal's ANDA
17    product?  What were you asked to do?
18    A.    I was asked to look at the product and the asserted
19    claims and see if it infringed.
20              MS. MORGAN:  Okay.  Let's look at Amneal's
21    accused product.
22              Let's look to PDX-419.
23    BY MS. MORGAN:
24    Q.    And what are we looking at here, which is from
25    PTX-189 at AMN-EPA-277?
```

*sealed and confidential*

Buckton - direct

1    A.      This is from Amneal's ANDA, and it's a comparison

2    between the Epaned referenced products and Amneal's drug

3    products.

4            And what it shows is that everything is the

5    same between the two -- well, essentially the same -- apart

6    from the buffering agent, which is in the Epaned product is

7    citric acid and sodium citrate and in the Amneal product is

8    malic acid.

9    Q.     Let's talk --

10           MS. MORGAN:  Actually, Your Honor, we are going

11   to get now to public portion that the public can hear.  I

12   apologize.  The sealing portion was so short.

13           THE COURT:  Okay.  Then we'll go ahead and

14   reopen.

15           THE WITNESS:  You might want to take that off

16   the screen before you reopen it.

17           MS. MORGAN:  Yes.  Yes.  Go to the next slide.

18           THE COURT:  Thank you, Doctor.

19           MR. MADDOX:  Okay.

20           (Sealed portion ends.)

21                   *    *    *

22           THE TRIALanywhere HOST:  The courtroom is sealed.

23           THE COURT:  Thank you.  You may proceed.

24                   DIRECT EXAMINATION

25   BY MS. MORGAN:

*sealed and confidential*

446

Buckton - direct

1    Q.      Are there any limitations of the accused claims

2    that -- let me start again.   Are there any limitations of

3    the asserted claims that Amneal literally infringes that are

4    still contested?

5    A.      My understanding is that there are no claim elements

6    that are not -- no, there aren't.

7    Q.      Let's put up PDX-433.   What's your understanding of

8    literal infringement?

9    A.      So my understanding is the claim must be properly

10   construed to determine its scope and meaning and then it

11   must be compared to the accused product.   And for literal

12   infringement, the patentee must prove the accused product

13   meets all limitations of the asserted claims.

14   Q.      Okay.   Let's look at the next slide.

15           Looking at PDX-434, can you please explain what

16   we're looking at here?

17   A.      This chart is being produced showing each of the

18   claim limitations.   So, for example, I will just do the top

19   one, a stable oral liquid formulation.   That claim

20   limitation is within the '008 patent.   It claims 3, 8, 9 and

21   10.   The '442 patent at 9, 10 and 29.   The '745 patent at

22   claims 4, 7 and 10.   The '907 patent at 7, 20, 23 and 30.

23   And they are not in dispute.   I understand that they have

24   been accepted by the parties that they are literally

25   infringed.

Case 1:18-cv-01962-LPS  Document 196  Filed 03/02/21  Page 22 of 181 PageID #: 6202
*sealed and confidential*
447

Buckton - direct

1   Q.    And the last column in the chart, what does that

2   refer to?  I believe down below, it refers to DI 70-1,

3   Exhibit 1.

4   A.    I think -- they do, refer to paragraph numbers in the

5   undisputed document.  Each of these claim limitations, it's

6   undisputed by the parties that there is literal

7   infringement.  That's my understanding.

8   Q.    Okay.  And let's go to the next slide.  And are these

9   additional claim elements that are literally infringed and

10  not in dispute?

11  A.    Yes, they are.

12  Q.    And so what are the -- are there any limitations that

13  are not on this slide?

14  A.    The only limitation is the buffer limitation, which I

15  understand is not agreed to be literally infringed, and is

16  infringed by the doctrine of equivalents.

17  Q.    Let's go to the next slide.

18        So looking at PDX-436, are these the buffer

19  limitations you are referring to?

20  A.    Yes.  So the one limitation is a buffer comprising

21  about 1.82 milligrams per ml citric acid and about

22  0.15 milligrams per ml sodium citrate dihydrate and that

23  exits in the '008 patent, claims 3, 8, 9 and 10.

24        In the '442 patent, claims 9, 10, 21 and

25  29.  The other limitation is a buffer comprising about 0.8

*sealed and confidential*

Buckton - direct

1      to about 3.5 milligrams per ml citric acid, and about 0.1 to

2      about 0.8 milligrams per ml sodium citrate.  And that

3      appears in the '745 patent, claims 4, 7 and 10, and the 98

4      patent, claims 7, 20, 23 and 30.

5      Q.      Thank you, Doctor.

6              Let's go to PDX-437.  And what does PDX-437

7      show?

8      A.      This is the test I used for the doctrine of

9      equivalents, which are function, way, result tests.

10             Does the accused element perform

11     substantially the same function?  Does it do so in

12     substantially the same way?  Does it obtain substantially

13     the same result?

14             And the other test is the insubstantial

15     differences test -- are the differences between the claimed

16     element and the accused element insubstantial?

17     Q.      Let's go to the next slide.

18             Looking at PDX-438, can you please summarize for

19     us your conclusion regarding the doctrine of equivalents for

20     the buffer limitations?

21     A.      Yes.  Malic acid buffer performs the same function in

22     the same way to reach the same result as the claimed citric

23     acid/sodium citrate buffer and the differences between the

24     malic acid buffer and the citric acid sodium citrate buffer

25     are insubstantial.

*sealed and confidential*

Buckton - direct

1    Q.      Go to the next slide.

2              So looking at PDX-439, I'd like to start with

3    the function.   In your opinion, what is the function that is

4    the same between the citric acid sodium citrate buffer in

5    the claims and the malic acid buffer in Amneal's ANDA

6    product?

7    A.      The function of the buffer is officially to adjust

8    the pH to the required value and then stabilize the pH of

9    the formulation at that required value.

10   Q.      Let's go to the next slide.   Looking at PDX-440,

11   which is from PTX-1 at column 20, lines 66 to 67, how does

12   the patent describe the buffering agent?

13   A.      It says a buffering agent will maintain the pH of the

14   liquid enalapril formulation.

15   Q.      And let's go to the next slide.

16              Looking at PDX-441, what in Amneal's ANDA

17   supports your conclusion that the function between the two

18   buffers is the same?

19   A.      I will give examples in different areas of the ANDA.

20   The quality summary, the product development report, the

21   labeling history, batch data and also some of Mr. Patel's

22   testimony.

23   Q.      Let's go to the next slide.

24              AND looking at PDX-442, first, looking at

25   PDX-442 -- first, looking at PTX-189, can you tell us what

Case 1:18-cv-01962-LPS   Document 196   Filed 03/02/21   Page 25 of 181 PageID #: 6205
*sealed and confidential*
450

Buckton - direct

1    PTX-189 is?

2    A.      This is part of the quality summary from Amneal's

3    ANDA and it's the inactive ingredients selected for the

4    formulation were based on Amneal's product except citric

5    acid and sodium citrate are replaced by malic acid as a

6    buffering agent.

7    Q.      And is that from AMNEPA-2266 and 276, and 278?

8    A.      Yes.  The second one, Amneal has used malic acid as a

9    buffering agent.  Yes.

10   Q.      Let's go to the next slide.  Looking at PDX-443, I

11   believe we looked at this before; is that right?

12   A.      It is.

13   Q.      All right.  Can you tell us how this supports your

14   opinion that the function is the same?

15   A.      Yes.  I've already said that everything is the same

16   in this apart from the buffer and here we see citric acid

17   and sodium citrate and malic acid in the Amneal product,

18   both buffering agents.

19   Q.      Let's go to the next slide.

20           PDX-444, which refers to PTX-191.

21           Can you tell us first what PTX-191 is?

22   A.      That's part of the ANDA, which is the product

23   development report.

24   Q.      And this is referring to pages AMNEPA-765, 766, 789

25   and 794.

*sealed and confidential*

451

Buckton - direct

1           Can you please tell us how -- what's on this

2    slide supports your opinion that the function is the same

3    between the two buffers?

4    A.      There are many places where this kind of statement

5    is present, but these are three examples where it says

6    compared to the referenced product, citric acid and sodium

7    citrate are replaced by malic acid as a buffering agent

8    and there are actually three examples here, but there are

9    others.

10   Q.      Let's go to the next slide.

11           Looking at PTX-445, this refers to PTX-187.

12           First, can you tell us what PTX-187 is?

13   A.      It's part of Amneal's ANDA in the labeling history.

14   Q.      And referring to AMNEPA-130 and 133, can you tell us

15   how this supports your opinion regarding function?

16   A.      It says that Amneal as used malic acid as a buffering

17   agent.

18   Q.      Let's go to the next slide.  Looking at PDX-446.  It

19   refers to PTX-204 and PTX-205.  Can you tell us what those

20   two documents are?

21   A.      Amneal's ANDA batch records, so showing two batches

22   of material.

23   Q.      And how does what we're looking at, which is

24   AMNEPA4461 and -- sorry.  Let me start again.  And how does

25   what we're looking at, which is from PTX-204 at AMNEPA4461

*sealed and confidential*

452

Buckton - direct

1   and PTX-205 at AMNEPA469 support your opinion regarding

2   function?

3   A.      So these are storage data at five degrees plus or

4   minus three degrees.  That's in the very top of the box.

5   And what we have is a line for pH and the first value, the

6   2.8 to 3.6, that's the specification.  That's the range that

7   it has to be in for the pH.

8               And then the following columns describe samples

9   from three months, six months and nine months, and for each

10  of these conditions the pH remains essentially unchanged,

11  and that's true for both of the batches that we see here,

12  that there's no change in pH over time of storage.

13  Q.      And did you also consider the testimony of one of

14  Amneal's witnesses, Mr. Patel?

15  A.      Yes.

16  Q.      Let's go to the next slide.  Actually, I may have

17  jumped the gun it looks like.  PDX-447.

18               Can you tell us, first, what PTX-203 is?

19  A.      This is a table from the batch records as well.  What

20  this shows is storage for five degrees C plus or minus 3 and

21  25 degrees C plus or minus two degrees.  And going from 0 to

22  6 months for these different set of results, different

23  batches, different storage conditions, and we see for all of

24  them, even at 25 degrees C, the pH is unchanged or the pH is

25  maintained by the buffer.

*sealed and confidential*

453

Buckton - direct

1    Q.       And is this from AMNEPA2128?

2    A.       Yes, it is.

3    Q.       Now let's go to the next slide.  Looking at PDX-448,

4    can you please tell us how Mr. Patel's testimony supports

5    your opinion that the -- regarding the function prong?

6    A.       So he was asked as a buffering agent were there

7    changes in pH in the formulation.  He answered the buffering

8    agent will avoid any change in pH.  And then was asked the

9    malic acid in the formulation of Amneal's product avoids or

10   resists changes in the pH; is that correct?

11              He answered yes.

12              And Amneal replaced the citric acid and sodium

13   citrate with malic acid.  Is that correct?

14              The answer is yes.

15              MS. MORGAN:  Next slide, please.

16   BY MS. MORGAN:

17   Q.       All right.  So looking at PDX-449, we've just

18   discussed function.  Let's move on to way.

19              Can you please tell us the way in which the

20   Bionpharma buffer -- I'm sorry, the Amneal buffer and the

21   claimed buffer functions that is the same?

22   A.       Yes.  The way a buffer behaves, it must adjust the

23   pH with a design value, and then neutralize ions that are

24   generated on storage in order to keep the hydrogen ion

25   concentration correct and to keep the pH of the desired

*sealed and confidential*

454

Buckton - direct

1  value.

2              MS. MORGAN:  Let's go to the next slide.

3              Looking at PDX-450.

4  BY MS. MORGAN:

5  Q.      What -- can you please tell us -- well, what were

6  your reasons for concluding that malic acid adjusts and

7  stabilizes pH in the same way as the claimed buffer?

8  A.      Right.  I mean, the adjusting pH, undoubtedly because

9  they get to the same pH.

10             And what I have shown on here, I've written this

11 as citric acid, and it is citric acid and sodium citrate,

12 and I'm not ignoring the sodium citrate on this slide.  It

13 is just as I have explained already.  Everything on this

14 slide is the same, the citric acid and the sodium citrate,

15 because the pKas are the same.  They are identical.

16             In the top half of this slide, I have already

17 talked to and talked about the three acid groups on the

18 citric acid with their different pKas and said that the pKa

19 at 3.1 will be at the region of pH 3 to 3.5 will be about

20 half and half ionized and unionized.  And that the pKa at

21 4.8 of citric acid will be involved in the buffering process

22 because it overlaps at 3 to 3.5.

23             Whereas the citric acid pKa in 6.4 will not

24 be involved in the buffering process because it was well

25 removed from the pH 3 to 3.5.  It will not be significantly

*sealed and confidential*

Buckton - direct

1    ionize in that region, and, therefore, will not conjugate at

2    all.

3              Malic acid I haven't talked to yet, but malic

4    acid is a structure of the two carboxylic acids rather than

5    the three carboxylic acids of citric acid.  The structure is

6    shown there.

7              And the two carboxylic acids, the most specific

8    one has a pKa of 3.4, which is really quite similar to the

9    pKa of 3.1 for citric acid.

10             That one will also be about half and half

11   ionized and unionized in the region of 3 to 3.5.

12             Which undoubtedly, the heavy lifting of the

13   buffering will be that group, and the citric acid comparison

14   will be the group with the pKa of 3.1.

15             But also involved in the buffering will be

16   the malic acid with the pKa of 5.1 because it is at least

17   partially ionized within the range of 3 to 3.5, and that is

18   analogous to the citric acid group which is a pKa of 4.8.

19             In summary, we have for both of these, one

20   group which is ideal for buffering, citric acid pKa 3.1 and

21   malic acid pKa 3.4, one group which is also involved in the

22   buffering, which is citric acid pKa 3.8 and malic acid pKa

23   5.1, and one group which has nothing to do with it at all,

24   which is the pKa 6.4 for citric acid.

25             When I say they function in the same way, it's

*sealed and confidential*

456

Buckton - direct

1    because they do.  You know, that's what we see here on this

2    slide.

3                    MS. MORGAN:  Okay.  Let's go to the next slide.

4                    Looking at PDX-451.

5    BY MS. MORGAN:

6    Q.    Can you please explain what we're looking at here,

7    which appears to be more of a molecular level, and tell us

8    how this supports your opinion that the buffers function in

9    the same way.

10   A.    It's a horribly complicated slide.  I apologize.

11                   But all I'm trying to show on this is the HA in

12   equilibrium with hydrogen ions and A-, which I've talked

13   about as the general case.

14                   So for citric acid and malic acid, on the

15   left-hand side of this we have unionized form.  And that is

16   clear for both of them.  There was an unionized form because

17   the pKa is in the middle of the pH range.  That is one of

18   the groups.

19                   And for both of them, citric acid and sodium

20   citrate and the malic acid buffer, we will have hydrogen

21   ions there in a concentration.  And the concentration of

22   hydrogen ions is the pH.  So if their pH is the same, they

23   have the same hydrogen ion concentration.

24                   And then we will have the ionized groups.

25                   Now, the ionized groups will either be the acid

*sealed and confidential*

457

Buckton - direct

1    group 1 is ionized, and that can be true for both citric

2    acid, sodium citrate, and malic acid;

3              Or the acid group 2 is ionized, and that can be

4    true for both citric acid and sodium citrate and malic acid;

5              Or on occasions, both the acid group 1 and acid

6    group 2 are ionized, and that could be true for the citric

7    acid, sodium citrate, and malic acid.

8              And almost -- well, absolutely

9    inconsequentially, in citric acid there it could be modest

10   but very, very trivial amount of the acid group 3 ionized.

11   But that will not be of any significance, it will not

12   contribute to anything at all.

13             So for each of these systems at a molecular

14   level, we have a range of ionizations across two acid

15   groups, and that is all in equilibrium with hydrogen ions

16   and the unionized form.  So on a molecular level, they're

17   behaving the same.

18   Q.   Okay.  Did the Amneal ANDA evidence we looked at

19   regarding the function support also your opinions regarding

20   that the way is the same as well?

21   A.   Yes, it did.  The same -- rather than go through it

22   all again, the same things that we already talked about the

23   function can be equally true.

24             MS. MORGAN:  And let's look at the next slide.

25             Looking at PDX-452.

*sealed and confidential*

458

Buckton - direct

1   BY MS. MORGAN:

2   Q.      Can you please tell us how Mr. Patel's testimony also

3   supports your conclusion regarding way?

4   A.      Yes.  So the question was what happens to the malic

5   acid on a chemical level when it gets dissolved in the

6   formulation of the ANDA product.

7               And Mr. Patel answered that it wasn't heard.

8               So he repeated his answer, and his answer was:

9   So when malic acid is dissolved in any given solution, it

10  would exist in an equilibrium between ionized and unionized

11  form.

12  Q.      And this is from the Patel transcript at pages 93,

13  starting at line 24, to page 94, line 12.  Is that right?

14  A.      That's right.

15              MS. MORGAN:  Let's go to the next page.  The

16  next slide.

17  BY MS. MORGAN:

18  Q.      All right.  We just discussed the function, we

19  discussed the way.  Let's move on to the results.

20              Can you please tell us how the result is the

21  same of the two buffers in the respective products?  Or the

22  patent versus the ANDA product.

23  A.      Yes.  The -- maintaining a certain pH must maximize

24  the chemical stability during shelf life.

25              MS. MORGAN:  Let's turn to the next slide.

Case 1:13-cv-01962-LPS   Document 196   Filed 03/02/21   Page 34 of 181 PageID #: 6214
*sealed and confidential*
459

Buckton - direct

1          Looking at PDX-454, which refers to PTX-203 and

2     PTX-191.

3     BY MS. MORGAN:

4     Q.    How does evidence from Amneal support the results

5     that the same?

6     A.    So there is a couple of cites there from Amneal's

7     ANDA.  The first one mentions the degradants and says the

8     degradants will remain with specifications limits; that the

9     proposed shelf life is 24 months.

10          The second one says that the malic acid is

11     compatibility and suitable to use as a buffering agent in

12     the formulation.

13          And put more significantly, there is the

14     agreement, the stipulation, where it is hereby stipulated

15     and agreed that Amneal's ANDA product meets each and all of

16     the stability claim limitations of the asserted claims.

17          So it isn't disputed that the stability is

18     achieved.

19     Q.    And that's from PTX-203 at AMEN-EPA-2119, PTX-191,

20     AMEN-EPA-803, and PTX-25 at page 2?

21     A.    Yes.

22          MS. MORGAN:  Let's go to the next slide.

23          Looking at PDX-455.

24     BY MS. MORGAN:

25     Q.    Can you please tell us how Mr. Patel's testimony

*sealed and confidential*

460

Buckton - direct

1  supports your conclusion regarding the function prong.  I'm

2  sorry, regarding the results prong.

3  A.       This is about maintaining the pH.  So he was asked:

4              "Question:  So then the results of having the

5  malic acid in the formulation of the ANDA product is to

6  maintain the pH of the formulation; is that correct?"

7              And the answer is:

8              "Answer:  Yes."

9              And, obviously, it is important to maintain the

10  pH of the formulation in order to have the stability that we

11  just talked about.

12  Q.       And this is from Mr. Patel's transcript at page 94,

13  lines 17 to 22?

14  A.       Yes.

15              MS. MORGAN:  And let's go to the next slide.

16              And we're looking at PDX-456.

17  BY MS. MORGAN:

18  Q.       So can you please just summarize, wrap up your

19  opinions regarding the function-way-result test for us?

20  A.       Yes.  I think it's, in my opinion, clear that the

21  malic acid and the sodium citrate -- citric acid buffers

22  function in the same way to adjust and stabilize the pH.

23              That they perform in the same way by adjusting

24  the pH and neutralizing ions generated in storage.

25              And the result is that they maintain the pH and

*sealed and confidential*

461

Buckton - direct

1   maximize the chemical stability.

2   Q.      Just one follow-up question.

3          Does your opinion with respect to the Doctrine

4   of Equivalents render sodium citrate in the claims

5   meaningless?

6   A.      No, not meaningless.  I have made full assessment of

7   it.

8          MS. MORGAN:  Let's go to the next slide.

9          Looking at PDX-457.

10  BY MS. MORGAN:

11  Q.      Can you please explain for us how the claimed buffer

12  compares to malic acid in the insubstantial differences test

13  that you referred to earlier?

14  A.      Yes.  Both buffer systems adjust and stabilize the pH

15  by neutralizing acids or bases, if they arose, to maximize

16  the chemical stability during chef life.

17         Both are frequently used as buffering agents and

18  are soluble in water.

19         And the pKas for the two most acidic groups are

20  similar.

21  Q.      And so what is your conclusion under the

22  insubstantial differences test?

23  A.      I believe there are insubstantial differences.  So

24  they're similar to each other, very similar to each other.

25  Q.      Okay.  And are you aware of Dr. Gemeinhart's claim

Case 1:18-cv-01962-LPS   Document 196   Filed 03/02/21   Page 37 of 181 PageID #: 6217
*sealed and confidential*
462
Buckton - direct

1   that malic acid and citric acid are substantially different

2   with respect to their taste?

3   A.      Yes, I believe he said that, and I don't think it's

4   relevant.

5           Two reasons:  One, it's -- I don't know that

6   they really are substantially different in terms of their

7   taste.

8           And, secondly, these solutions have flavors

9   added to them.  So by the time you've added a flavor, I

10  don't regard that at all a significant difference.

11          MS. MORGAN:  Let's go to the next slide.

12          Looking at PDX-458.

13  BY MS. MORGAN:

14  Q.      What about the amount of citric acid/sodium citrate

15  in the claims versus the amount of malic acid in Amneal's

16  ANDA product?  Did you evaluate that in connection with your

17  Doctrine of Equivalents opinions?

18  A.      Yes.  So I looked at citric acid at about

19  1.82 milligrams per mL, which on a molar basis would be

20  0.0095 mols per liter.

21          I looked at sodium citrate at about

22  0.15 milligrams per mL, which would be 0.00051 mols per

23  liter.

24          And malic acid at 1.90 milligrams per mL would

25  be 0.014 milligrams per liter.

*sealed and confidential*

463

Buckton - direct

1           And if you look at the masses of citric acid and

2      sodium citrate or the molar basis for citric acid and sodium

3      citrate, the amounts are very similar to the malic acid on a

4      mass base or a molar base.

5      Q.     Are the amounts -- but when you consider the buffers

6      and their amounts in comparison to one another, are they

7      equivalent?

8      A.     Yes.

9           MS. MORGAN:  And let's go to the next slide.

10          Looking at PDX-459.

11     BY MS. MORGAN:

12     Q.     Can you please explain how Mr. Patel's testimony

13     supports your opinion that the amounts, when considering

14     also the amounts of the citric acid/sodium citrate buffer

15     in comparison to the malic acid buffer, that they are

16     equivalent.

17     A.     So Mr. Patel was asked:

18          "Question:  And what is the purpose of the malic

19     acid in the formulation for the ANDA product?"

20          And he said:

21          "Answer:  The purpose of malic acid is to use as

22     a buffering agent, to get the required pH."

23          And he was asked:

24          "Question:  And malic acid is a suitable

25     alternative to citric acid and sodium citrate; correct?"

*sealed and confidential*

464

Buckton - direct

1      And the answer was:

2             "Answer:  Yes."

3             And he was asked:

4             "Question:  So the amounts of the ingredients in

5      the ANDA formulation were selected to be equivalent to the

6      amounts in the RLD" -- that's the reference drug --

7      "correct?"

8             And he answers:

9             "Answer:  So it was selected to provide an

10     equivalent product to that of the RLD."

11     Q.     And is this from Mr. Patel's testimony at page 92,

12     lines 14 to 19, page 96, at lines 15 to 19, and page 103,

13     line 24 to page 104, line 5?

14     A.     Yes.

15     Q.     So considering the function of the amount of claimed

16     citric acid/sodium citrate in the claimed formulation, does

17     the amount of buffer in Amneal's ANDA product perform that

18     same function?

19     A.     Yes.

20     Q.     Are you aware that Amneal's expert, Dr. Gemeinhart,

21     raised a few arguments against the applicability of the

22     doctrine of equivalents?

23     A.     Yes, I am.

24     Q.     What is your response to his opinion that the number

25     of pKas in citric acid and malic acid are different?

*sealed and confidential*

465

Buckton - direct

1   A.      Well, I've described that in some detail.

2              There are three acid groups in citric acid and

3   two in malic acid.  But that has nothing to do with the way

4   that they function, the function, way and result.

5              As I have explained, one of those acid groups is

6   not involved in the buffering at this pH range, so I

7   don't -- the carboxylic matters aren't meaningful

8   criticisms.

9   Q.      And are you aware of Dr. Gemeinhart's opinion that

10  you've not offered any opinion that Amneal's ANDA product's

11  pH stability is attributable solely to malic acid?

12  A.      I'm aware of that opinion, yes.

13  Q.      Does that matter for your opinion?

14  A.      Everything else in the formulations are identical and

15  the malic acid is equivalent to the buffer in the reference

16  product.  The buffer will be the significant factor in

17  controlling the pH and maintaining the pH, so I don't think

18  that's significant at all.

19  Q.      Can we go to PDX-460.

20             Are you aware that Dr. Gemeinhart has said the

21  following:  Upon dissolution, citric acid is able to neutral

22  size hydroxide ions while sodium citrate dihydrate is able

23  to neutralize hydrogen ions?

24  A.      Yes.

25  Q.      Is that a correct statement?

*sealed and confidential*

466

Buckton - direct

1   A.      I want to be clear about the statement in terms of

2   what it's saying and what it's not saying, because it seems

3   to me that Dr. Gemeinhart has used this as kind of a

4   foundation for a number of other points.

5           So what we're talking about here is the solid

6   state material, because he's talking about sodium citrate

7   dihydrate.  What he's saying is upon dissolution, the citric

8   acid is able to neutralize hydroxide ions and sodium citrate

9   dihydrate is able to neutralize hydrogen ions.

10          Can I have the next slide to try and explain

11   that a bit more?

12   Q.      Absolutely.

13   A.      Just to be clear about that, there's a difference

14   between the actual process of dissolution and the

15   functioning of the buffer.  The process of dissolution is

16   about adjusting the pH.  And Dr. Gemeinhart is saying that

17   citric acid is able to neutralize hydroxide ions and

18   sodium citrate dihydrate is able to neutralize hydrogen

19   ions.

20          In effect, what he's saying is if you add

21   citric acid to solution, it will lower the pH, and if you

22   add sodium citrate dihydrate to a solution, it will raise

23   the pH, and that's the solid state part of it.  That's the

24   dissolving it up part of it.  And as I've already explained,

25   you can achieve the desired pH by dissolving citric as its

*sealed and confidential*

Buckton - direct

1    own.  You can achieve the pH by dissolving citric acid and

2    sodium citrate together.  After you've done that, the things

3    that are in that glass are the same no matter whether you

4    dissolved one component or two components and no matter

5    whether they were citric acid or sodium citrate dihydrate.

6    The things in the glass are the same.

7              So the important thing is that a statement can

8    be fine for the dissolution process and both can achieve the

9    correct pH on dissolution, but it isn't fine to then say,

10   for example, that a one component buffer can't function in

11   the same way as a two component buffer.  They function in

12   exactly the same way because the species in solution are

13   exactly the same.

14   Q.    Thank you for that explanation.

15             Are you aware that Dr. Gemeinhart has accused

16   you have rewriting the claim to require only a single buffer

17   ingredient?

18   A.    Yes, and I think that was an example of the kind of

19   follow-on from the earlier statement that I highlighted in

20   his report, and because if you understand or think about

21   this buffer system and whether it's a one-component or a

22   two-component, the species in solution are the same.

23             So I have not done a rewriting to require one

24   component or two components.  If we understand how the

25   buffer works, it doesn't matter if you dissolve citric acid

Buckton - direct

1    alone or citric acid and sodium citrate.  You end up with

2    the same things in that glass.

3    Q.      And are you aware of Dr. Gemeinhart's similar opinion

4    that the way prong requires the addition of two separate

5    ingredients, one of which can donate and one that can accept

6    hydrogen ions?

7    A.      Yes.  I think it's the same issue stemming from that

8    same statement in his report of confusing what happens when

9    you dissolve up the solid material and the one can reduce pH

10   and one can increase pH.  The combination can get to the

11   desired pH, the combination of that compared to how the

12   buffer functions when it's dissolved.  And it seems to be a

13   misstating carry-through of the dissolution aspect into the

14   functioning of the buffer.

15   Q.      And are you also aware of Dr. Gemeinhart's statement

16   that your infringement theory would effectively mean any

17   weak acid that lowers pH below 3.5 would supposedly

18   infringe?

19   A.      I'm aware of that, yes.

20   Q.      Do you agree with that?

21   A.      No, I don't.  To have the same function, for example,

22   you would have to have an acid with a pKa that allowed for

23   ionized and unionized material present in a way that could

24   function as a buffer.  It's too broad a statement.  It

25   wouldn't capture every acid.  It would capture acids which

Buckton - direct

1    can function as a buffer in the range pH 3 to 3.5.

2    Q.     And are you aware of Dr. Gemeinhart's statement that

3    stability cannot be a feature of the result prong of the

4    function, way, result test because the claims include a

5    stable formulation via a separate claim element?

6    A.     I'm aware of that, yes.

7    Q.     And do you agree?

8    A.     No, I don't agree.  I agree there is a separate

9    stability element in the claim, but the whole purpose of the

10   buffer is to control the pH and to maintain stability.  So

11   the function of the buffer has to be about that and the

12   result of having the buffer there has to be maintaining

13   stability.  There's no getting away from that.

14   Q.     Are you aware that Dr. Gemeinhart also argued that

15   the patent claims a solid form of citric acid in sodium

16   citrate and that somehow distinguishes malic acid from the

17   claimed buffer?

18   A.     I'm aware he made points about the solid state form,

19   yes.

20   Q.     And does that matter for whether malic acid can be

21   considered an equivalent?

22   A.     Not at all.  The solid state form will be lost at the

23   moment that it goes into solution and the buffer property is

24   what is happening in solution, which is unrelated to the

25   solid state.

Buckton - direct

1    Q.      And are you aware of Dr. -- that Dr. Gemeinhart also

2    has asserted that you have to take into account stability in

3    the patient's body in vivo?

4    A.      I am.

5    Q.      Does this have anything to do with the claims of the

6    patent?

7    A.      No, nothing to do with the claims of the patent at

8    all.  The patent is very clearly and unambiguously in my

9    view related to the stability of a formulation before it's

10   given to a patient.  Everything in the patent talks about

11   the stability of the formulation as it's a product and not

12   as it's administered.

13              The only thing in the patent which is an in vivo

14   piece of work is the bioequivalent study, and the

15   bioequivalent study shows that the solution formulation is

16   equivalent to the kit formulation, not the only in vivo

17   aspect of the patent.

18              And the patent with the two -- the fact that

19   there's no discussion about any discussion about superiority

20   in vivo demonstrates this patent has nothing to do with in

21   vivo but entirely has to do with what all of the

22   specification is about, which is stability in the bottle.

23   Nothing to do with stability in the patient.

24   Q.      And let's turn now to Amneal's argument against the

25   application of the doctrine of equivalents, specifically

Buckton - direct

1    prosecution history estoppel.

2                      MS. MORGAN:  And I believe we need to keep

3    the courtroom sealed for this discussion, Your Honor.

4                 (The following portion of the transcript is

5    sealed.)

6    BY MS. MORGAN:

7    Q.    And let's turn to PDX-462.  So what does this slide

8    show?

9    A.    This shows that Amneal is pretty forward on

10   amendment-based prosecution, estoppel and an argument-based

11   prosecution history estoppel.

12   Q.    And what is your understanding of those two -- what

13   is your understanding of those two legal theories?

14   A.    Amendment-based prosecution history estoppel applies

15   if the amendment is narrowing and is related to

16   patentability with the exception of when the amendment is

17   only tangentially related to be equivalent in question.  And

18   argument-based prosecution history estoppel applies if the

19   applicant clearly and unambiguously disavows claim scope.

20   Q.    And did you come to any conclusions regarding these

21   theories?  Do either apply?

22   A.    My conclusion was that neither of these apply.

23   Q.    Let's go to the next slide.  Looking at PDX-63, can

24   you just remind us, what's the amendment that we're talking

25   about for amendment-based estoppel?

1   A.      The and about not .15 milligrams per ml sodium

2   citrate dihydrate.

3   Q.      And let's go to the next slide.  Looking at PDX-64,

4   can you please just summarize for us what you concluded with

5   respect to each aspect of amendment based estoppel?

6   A.      So the first one is on narrowing, and in my opinion,

7   if you read the claims, which was originally a claim for a

8   buffer comprising citric acid and became a buffer comprising

9   citric acid in sodium citrate -- if you read them in

10  isolation, that could be viewed as a narrowing amendment,

11  but if you read them within the context of the specification

12  and with the understanding of a person of ordinary skill in

13  the art, you understand that they are two equivalent buffer

14  systems, so they are described in some detail at a molecular

15  level when you dissolve these things up, you will have the

16  same things in solution and they will function in the same

17  way.

18          So they are equivalent buffer systems of the

19  specification and they function in the same way, and viewed

20  in that context by a person of ordinary skill in the art, it

21  wouldn't be a narrowing amendment.

22          The second one is, was the amendment made for

23  the patentability or not, and I've talked about that

24  already, that the claim, claim 20 had already got this

25  amendment in it and therefore it wasn't possible to overcome

Case 1:18-cv-01962-LPS   Document 196   Filed 03/02/21   Page 48 of 181 PageID #: 6228
*sealed and confidential*
473
Buckton - direct

1    the obviousness objection by another claim, adding this

2    amendment to claims 1 and 12.  And the claim amendment was

3    unrelated to malic acid, so because of that reason, it is at

4    most tangential.

5    Q.    So are you aware that Dr. Gemeinhart's opinion is

6    that he thinks amendment based estoppel applies in this

7    case?

8    A.    Yes.

9    Q.    Let's go to PDX-65.

10          Are you aware of his opinion that the Examiner's

11   comments regarding sodium citrate being part of an inventive

12   example make the amendment related to patentability?

13   A.    I'm aware of that, yes.

14   Q.    And do you agree with that?

15   A.    No.  First of all, there's no requirement that all of

16   the claims in the patent should match the inventive example.

17   There would have been no need to change the claim on that

18   basis.

19          And, secondly, and as I've already said a number

20   of times, the addition of the sodium citrate to the claim

21   could not have overcome the obviousness objection because it

22   was already, claim 20 already had that element in it, and

23   claim 20 had been rejected as obvious.

24   Q.    And what arguments did the applicants make to

25   overcome the indefiniteness and obviousness invalidity

*sealed and confidential*

474

Buckton - direct

1   rejection?

2   A.      In relation to indefiniteness, they put forward

3   the stability amendment and I've described earlier on

4   what argument they made in relation to that.  But in

5   relation to -- and they put forward the unexpected results

6   as well.

7           In relation to obviousness, they have said that

8   there was no obviousness claim -- obviousness position to

9   answer because, and the basis of the stability and the

10  unexpected results, there was no obviousness and it hasn't

11  been demonstrated.

12  Q.      So when the applicants amended the claims to add

13  sodium citrate, did they say the amendment was to overcome

14  an invalidity rejection?

15  A.      No, they didn't.

16  Q.      Are you aware of Dr. Gemeinhart's opinion that aside

17  from patentability, there are supposedly no other reasons

18  for the sodium citrate amendment?

19  A.      I am, yes.

20  Q.      Do you think there is a reason other than

21  patentability for the amendment?

22  A.      Well, the amendment, for the reasons I've said,

23  wasn't overcoming any obviousness rejection, but the

24  amendment did express all of the claims in the same way in

25  relation to the buffer, and that certainly is a reasonable

Buckton - direct

1   thing to do.

2              As I've described, the buffers are equivalent,

3   but they can be expressed in the same way.

4   Q.    Let's go back to slide 463.  PDX -- oh, sorry.  One

5   after this.  Yes.  Thank you.

6              So looking at the amendment with respect to

7   pre-existing claim 20, can you please just explain for us

8   what you think the other reason is for the claim amendment

9   other than patentability?

10  A.    Well, as I just said, the addition of that claim

11  element makes claims 1 and 12 read the same as claim 20.

12  All of them are rejected as obvious, but the applicants

13  argued that there was no case to be made in terms of

14  obviousness and that the stability, an unexpected result,

15  should be the reason for patentability.

16  Q.    Are you also aware that Dr. Gemeinhart characterizes

17  sodium citrate amendments as disclaiming all single

18  component buffers?

19  A.    Yes.

20  Q.    Do you agree with that opinion?

21  A.    No, I don't.

22  Q.    Why not?

23  A.    I've explained at great length that dissolving citric

24  acid or dissolving citric acid in sodium citrate is the same

25  thing in solution.  It's not disclaiming a single component

*sealed and confidential*
Buckton - direct

1    buffer system overall.  It doesn't disclaim any -- well, it

2    doesn't disclaim the notion of the single component buffer.

3    It certainly doesn't disclaim malic acid, an example of a

4    single component.

5    Q.    Are you aware that Dr. Gemeinhart points to certain

6    statements in the prosecution history describing four

7    ingredients?

8          Actually, sorry.  Yes.

9          Are you aware that Dr. Gemeinhart points to

10   certain statements in the prosecution history describing

11   four ingredients along with water as part of the present

12   claims?

13   A.    Yes.

14   Q.    And that his -- in his opinion, these statements

15   indicate that sodium citrate amendment was not tangential to

16   malic acid?

17   A.    Yes.

18          MS. MORGAN:  Let's look at one of those

19   statements.

20          Can you please go to PDX-466.

21   BY MS. MORGAN:

22   Q.    In your opinion, does the applicant statement, such

23   as this one here in PTX-5, SLVGT-EPA-873, about the claimed

24   formulation, have any bearing on whether the sodium citrate

25   amendment is tangentially related to malic acid?

Buckton - direct

1    A.      No, I don't think it has any bearing on that at all.

2    These statements were made to argue.  There was no

3    reasonable expectation of success.  They were relevant in

4    determining the reasons why the claims were amended, and the

5    statement was unrelated to the purpose of the amendment.

6                MS. MORGAN:  Can we go to PDX-467.

7    BY MS. MORGAN:

8    Q.      And what is your view on Dr. Gemeinhart's comment

9    that because the buffer is part of the claim, the addition

10   of sodium citrate cannot be a tangential amendment?

11   A.      I understand that's a legal position.  And from

12   discussions with counsel, I understand the question should

13   not be whether the buffer was part of the claims but

14   rather the question should be, what was the purpose of the

15   amendment?

16                And was it related to malic acid?

17                And that's the inquiry I have taken as opposed

18   to the inquiry Dr. Gemeinhart has taken.

19                MS. MORGAN:  Let's go to the next slide.

20   BY MS. MORGAN:

21   Q.      All right.  Let's turn now to argument-based

22   prosecution history estoppel.

23                What is your understanding of the applicable

24   standard there?

25   A.      The applicable standard is it applies if the

Case 1:18-cv-01962-LPS   Document 196   Filed 03/02/21   Page 53 of 181 PageID #: 6233
*sealed and confidential*
478
Buckton - direct

1    applicant has clearly and unambiguously disavowed claim

2    scope.

3    Q.      And what is your conclusion with respect to whether

4    argument-based prosecution history estoppel applies?

5    A.      My conclusion is it doesn't apply.

6                MS. MORGAN:  Let's go to PDX-469.

7    BY MS. MORGAN:

8    Q.      Can you please explain why you concluded that

9    argument-based prosecution history estoppel does not apply?

10   A.      Because there is no clear and unambiguous disavowal

11   of claim scope.  The applicant's arguments focused on

12   stability and unexpected results.

13               The applicant argued the Examiner failed to

14   establish a motivation to combine the prior art.

15               And no argument was made disclaiming a type of

16   buffer, and certainly no argument was made disclaiming malic

17   acid specific.

18   Q.      Are you aware that Dr. Gemeinhart -- sorry, that

19   argument-based estoppel does apply?

20   A.      Yes.

21   Q.      Let's talk about his opinions.

22               First, do you recall that Dr. Gemeinhart simply

23   referred back to his amendment-based arguments in asserting

24   that argument-based estoppel applied?

25   A.      Yes, he did.

*sealed and confidential*

479

Buckton - direct

1    Q.    Can Dr. Gemeinhart's amendment-based arguments apply

2    wholesale to this other theory of estoppel?

3    A.    No.  Because there is -- as I -- to my analysis, they

4    are under a different standard as to what we are looking to

5    see.

6    Q.    And how is the standard different again?

7    A.    Well, this one is an unambiguous disavowal and the

8    other one isn't.

9             MS. MORGAN:  Okay.  Let's look at PDX-470.

10   BY MS. MORGAN:

11   Q.    Are you aware of Dr. Gemeinhart's opinion that

12   statements like that shown here in PTX-5 at SLVGT-EPA-874 in

13   regard to the absence of -- well, let's me start over.

14            Showing you PDX-470, which refers to PTX-5 at

15   SLVGT-EPA-874, are you aware that Dr. Gemeinhart relies on

16   statements like this to single out components of the prior

17   art and assert that these statements create a disclaimer, a

18   clear and unambiguous disavowal of claim scope?

19            MR. MADDOX:  Objection.  Leading and compound.

20            THE COURT:  Let's try it again.  We'll sustain

21   the objection.

22            Ask another question.

23            MS. MORGAN:  Okay.  I'll try it again.

24   BY MS. MORGAN:

25   Q.    Looking at PDX-470, which refers to PTX-5 at

Buckton - direct

1    SLVGT-EPA-874, are you aware of Dr. Gemeinhart's opinion

2    that statements like this from the prosecution history, that

3    refer to the combination of ingredients listed as shown on

4    this screen, supposedly creates a disavowal of claim scope?

5    A.    I'm aware of those opinions.

6    Q.    And in your opinion, does the listing of formulation

7    ingredients by the applicant clearly and unambiguously

8    disavow claim scope?

9    A.    No, it doesn't.  These are where the applicant has

10   argued, there is no reason to combine the prior art and no

11   expectation of success.

12         And in my opinion, identifying the formulation

13   ingredients that provided the unexpected success does not

14   narrow claim scope.

15   Q.    Okay.

16   A.    There are the cites on the page.

17         MS. MORGAN:  Let's go to the next slide.

18         Looking at PDX-471.  And this refers to PTX-5 at

19   SLVGT-EPA-875.

20   BY MS. MORGAN:

21   Q.    Are you aware of Dr. Gemeinhart's opinion that

22   statements made by the applicants and Dr. Mosher, such as

23   the one showing here regarding stability, also supposedly

24   create a disavowal of claim scope?

25   A.    And I don't think it disavows claim scope at all.

*sealed and confidential*
481
Buckton - direct

1              What is being argued here by the applicant is

2       the claimed formulations are said to be dramatically much

3       more stable than the extemporaneous enalapril preparations

4       of Nahata and the reconstituted enalapril formulations of

5       the '747 patent.

6              That is what is being said, and this is

7       distinguishing the lack of stability in the prior art and

8       comparing it to the stability of the claim scope.  That

9       doesn't disavow any claim scope.

10             MS. MORGAN:  Let's look at the next slide.

11             Looking at PDX-472.

12      BY MS. MORGAN:

13      Q.     Are you aware that Dr. Gemeinhart points to this

14      table, which is looking at prior art and the claimed

15      formulation, and he asserts that this used by applicants

16      in responding during prosecution history also creates a

17      disavowal of claim scope with respect to excipients?

18      A.     I'm aware of that.  Yes.

19      Q.     And what is your opinion?  Does that create a

20      disavowal of claim scope regarding excipients?

21      A.     No, I don't think it does.  All this is saying is

22      that, as the other examples I've been through, saying that

23      they found a formulation which has surprising results in

24      terms of stability and with a certain composition of that

25      formulation.

*sealed and confidential*

Buckton - direct

1              I don't think it disavows the fact that the

2     large number of excipients in the prior art happened to

3     exist.  And in any case, malic acid isn't found on the

4     charts.  So there is certainly no disavowal of malic acid,

5     and I don't think there is any disavowal of anything else.

6     Q.      And for the record, this is referring to PTX-5 at

7     SLVGT-EPA-857 and 873?

8     A.      Correct.

9              MS. MORGAN:  Let's go to the next slide.

10             Looking at PDX-8 -- sorry.  PDX-473.

11    BY MS. MORGAN:

12    Q.      And let's talk about other arguments of

13    Dr. Gemeinhart.  Do they proceed similarly to what we have

14    just been discussing?

15    A.      Yes.  This is a slide referring to the previous

16    table, but I agree.  The other arguments do proceed in the

17    same way.

18    Q.      Okay.  And I'm sorry, Doctor, how does this relate to

19    the prior table?

20    A.      So this is a summary of what I said to the table of

21    ingredients;

22             That the applicant had argued there was no

23    reasonable expectation of success to combine the prior art.

24             And that identifying the formulation ingredients

25    providing the unexpected results does not disavow claim

*sealed and confidential*
483
Buckton - direct

1    scope.

2              This is just a summary of what the applicant

3    said in relation to the table as opposed to what

4    Dr. Gemeinhart has said in relation to the table.

5              MS. MORGAN:  Okay.  And let's go to the next

6    slide.

7    BY MS. MORGAN:

8    Q.    So regarding Dr. Gemeinhart's other arguments, can

9    you please explain how he was using those other arguments?

10             MR. MADDOX:  Objection to form.

11             THE COURT:  In what sense?

12             MS. MORGAN:  Let me rephrase.

13             Looking at PDX-474.

14   BY MS. MORGAN:

15   Q.    I believe you said that these other arguments proceed

16   similarity.

17             Can you please explain?

18   A.    Yes.  Dr. Gemeinhart relied on similar statements

19   from the prosecution history, which lists formulation

20   ingredients and refer to formulation.  And in each of the

21   other cases, which I'm not going through each one

22   individually, there is no express or unequivocal disavowal

23   of claim scope.

24             In each case, the applicant was arguing, no

25   expectation of success.

*sealed and confidential*

484

Buckton - direct

1          No motivation to combine.

2          Or unexpected results, stabilization of the

3  products.

4  Q.    All right.  In your opinion, was Dr. Gemeinhart

5  taking the applicant's statements out of context?

6          MR. MADDOX:  -- again.

7          THE WITNESS:  Sorry, what?

8          THE COURT:  Is there an objection?

9          MR. MADDOX:  Yes.  Objection, leading.

10          THE COURT:  All right.  Sustained.

11          Ask a different question.

12  BY MS. MORGAN:

13  Q.    In your opinion, did Dr. Gemeinhart consider the full

14  context of all of applicant's statements?

15  A.    I -- well, as I've said through all of these ones, I

16  think what was being described was all about expectation of

17  success.

18          No motivation to combine in the literature.

19          And unexpected results.

20          So if you look at them in the context in which

21  they're made, I don't think there's any disavowal of claim

22  scope in any of them.

23  Q.    Thank you.

24          MS. MORGAN:  Let's go to the next slide,

25  PDX-475.

*sealed and confidential*

485

Buckton - direct

1   BY MS. MORGAN:

2   Q.     So in your opinion, do either theory of estoppel,

3   amendment-based or argument-based prosecution history

4   estoppel apply?

5   A.     No, they don't.

6   Q.     Okay.  Have you reviewed Dr. Gemeinhart's deposition

7   in this case?

8   A.     Yes, I have.

9               MS. MORGAN:  Let's go to the next slide.

10              Looking at PDX-476.

11  BY MS. MORGAN:

12  Q.     In Dr. Gemeinhart's deposition, did he assert that

13  he was setting forth any opinion that there has been a

14  dedication of subject matter through disclosure called the

15  dedication-disclosure doctrine?

16  A.     No, he does not.

17  Q.     And did he also admit that specification does not

18  include malic acid as a buffer?

19  A.     Yes.  In his deposition, he says, he says there was

20  no legal standard in his reports on disclosure dedication

21  doctrine.

22              And the last question there -- well, it said:

23              "Question:  Are you planning to offer any

24  opinions at trial regarding the disclosure dedication

25  doctrine?"

Case 1:18-cv-01962-LPS  Document 196  Filed 03/02/21  Page 61 of 181 PageID #: 6241
*sealed and confidential*
486

Buckton - direct

1           And he said:

2                "Answer:  Not at this time."

3           At then the last question was:

4                "Question:  Do you agree, Doctor, that the

5   common specification of the patents in this matter does not

6   disclose malic acid as a buffer?"

7           And he answered:

8                "Answer:  The specification does not include

9   malic acid as one of the buffers, no."

10  Q.    And this is from Dr. Gemeinhart's transcript, page

11  102, line 24 to 103, line 15?

12  A.    Yes, it is.

13           MS. MORGAN:  All right.  Let's go to the next

14  slide.

15           Looking at PDX-477.

16  BY MS. MORGAN:

17  Q.    Is malic acid mentioned at all in the specification

18  as a buffer?

19  A.    Not as a buffer, no.  It's mentioned once in the

20  specification as an example of a possible preservative.  And

21  this is shown in the slide just now.

22  Q.    And we're look at PTX-1, Column 10, lines 5 through

23  13?

24  A.    Yes.

25  Q.    And so just to recap, in your opinion, does any

*sealed and confidential*

487

Buckton - cross

1    theory of estoppel advanced by Amneal apply to preclude

2    application of the Doctrine of Equivalents for infringement?

3    A.    No, it doesn't.

4    Q.    And is the buffer limitation we've been referring to

5    today infringed under the Doctrine of Equivalents?

6    A.    Yes, it is.

7    Q.    And in your opinion, are all the asserted claims of

8    all four asserted patents infringed by Amneal's ANDA

9    product?

10   A.    Yes, they are.

11          MS. MORGAN:  Thank you, Doctor.

12          THE COURT:  All right.  We'll reopen the court

13   and then we're going to take a recess.  And then we'll be

14   back to close.  Not close, cross.

15          THE TRIALanywhere HOST:  The Court is reopened.

16          THE COURT:  Okay.  Thank you.

17          (Sealed portion ends.)

18                *    *    *

19          THE TRIALanywhere HOST:  The courtroom is

20   sealed.

21          THE COURT:  Thank you.

22                    CROSS-EXAMINATION

23   BY MR. MADDOX:

24   Q.    Now, it's correct the way you say the claimed buffer

25   performs that function is to neutralize additional protons

*sealed and confidential*

Buckton - cross

1    or hydroxides introduced into the solution; correct?

2    A.    Correct.

3    Q.    Okay.  And stepping out from that for a moment,

4    because pH is a measure of protons, isn't it true that in

5    general, buffers perform their functions by neutralizing

6    additional protons and hydroxide introduced into solution.

7    A.    In general, that's true.  And I'm talking

8    specifically in relation to these claims and this product.

9            But in general, a buffer will function in that

10   way.  That's -- you know, this is, we're talking about a

11   buffer, it has to be what a buffer does.

12   Q.    Okay.  So under your approach to the

13   function-way-result analysis, the Doctrine of Equivalents

14   here would encompass any buffer in the formulation so long

15   as it kept the pH at about 3 to 3.5; correct?

16   A.    Any reasonable buffer that you could put into a

17   pharmaceutical composition of its claim that kept the pH at

18   3 to 3.5 could be deemed to be equivalent in terms of

19   functioning in that aspect of it.

20   Q.    Okay.

21   A.    It can then produce the required stability, and to --

22   you know, it would need to do the other things as well.

23            MR. MADDOX:  Now, could we have DDX-401.  This

24   is a demonstrative exhibit.

25   BY MS. MORGAN:

*sealed and confidential*
Buckton - cross

1   Q.      It's merely -- I'm sure the left side will look very

2   familiar to you.  Right?  That's the -- from the prosecution

3   history.

4   A.      Yes.

5   Q.      Okay.  Right.

6           And now I've just on the right-hand side, I have

7   eliminated that amendment so we basically end up with the

8   pre-amendment version of a buffer.

9           Do you see that?

10  A.      Yes.

11  Q.      Okay.  Now, to illustrate your view of

12  function-way-result, would it be, in your analysis, that the

13  formulation here described on the right would be equivalent

14  to the formulation on the left with respect to the buffer?

15  A.      Well, it depends on which way you describe

16  equivalent.  And then they all seem not the same because the

17  one on the left has the sodium citrate dihydrate

18  requirements in it, so they're inevitably different in terms

19  of what you have to do.

20          On the left you have to dissolve two things.

21          On the right you have to dissolve only one

22  thing.

23          I don't know if your question was more than

24  that.

25  Q.      My question is this.  You have performed the

Case 1:18-cv-01962-LPS   Document 196   Filed 03/02/21   Page 65 of 181 PageID #: 6245
*sealed and confidential*
490
Buckton - cross

 1    function-way-result analysis for this case.  Yes?

 2    A.      In relation to the one on the left against malic

 3    acid, yes.

 4    Q.      Yes.  And I'm trying to understand the boundaries of

 5    your -- how your analysis works.

 6            And I'm saying if you performed your same

 7    function-way-result analysis on just that amount of citric

 8    acid in the right here --

 9    A.      Yes.

10    Q.      -- would you find that just that amount of citric

11    acid is the equivalent for infringement of the limitation,

12    the amended limitation?

13    A.      You would have to go through the full analysis of

14    what pH was achieved by adding that amount of citric acid.

15    Q.      Well, actually here, on the claim on the bottom, it's

16    going to stay at that pH of 3.5.

17    A.      Well, I have seen this.  This is an artificial claim

18    you put together.

19    Q.      Well, actually, this is the claim as it was except

20    this is the amended claim minus the buffer.  You can see at

21    the bottom in the formulation is a pH of about 3.5.

22    A.      Okay.  Yes, I understand what you are saying now.

23    Okay.

24            If it's at a pH of about 3.5, I forgot what the

25    rest of your question was.  Maybe I will let you ask it

*sealed and confidential*
491
Buckton - cross

1    again.

2    Q.      Would you regard the buffer comprising

3    1.82 milligrams of a layer of citric acid as to the

4    equivalent, an infringing equivalent, of the amended claim?

5    A.      Okay.  A pH of about less than 3.5 with that, and I

6    think the same things will be in solution, so

7    scientifically, what's in solution from the citric acid

8    should be the same as what's in solution from the citric

9    acid and the sodium citrate as I have described.  It would

10   be reasonable that you would ultimately conclude that they

11   were equivalent.  I agree.

12   Q.      Okay.  Certainly, in your view, the citric acid would

13   be performing the same function in the same way with the

14   same pH result as the claimed buffer in the amended claim;

15   is that correct?

16   A.      Assuming that you -- out of that system, and I don't

17   see why you wouldn't but assuming out of that system you've

18   got to achieve the stability results, which is being added

19   for this claim.

20   Q.      It says you assume the pH of about 3.5 is what I'm

21   asking.

22   A.      But the stability bit wasn't in the claim.  So

23   assuming, and I don't see any reason certainly why not,

24   but you have to assume that it was to assume that stability.

25   Q.      Yes.  Assuming all the other elements of the claim

Buckton - cross

1   are met, including pH and the stability, if essentially, you

2   took out the sodium citrate dihydrate from the amended claim

3   and left it at 1.82 milligrams of citric acid, you would say

4   in your analysis, applying your analysis, you would view and

5   say that that citric acid alone is an infringing equivalent?

6   Yes?

7   A.     It's an equivalent for sure and if it meets the

8   stability at the bottom, it's equivalent.

9   Q.     Yes.  Okay.  I would like to go to DDX-402.  This is

10  a further diminution of what we just had.  Here, I've taken

11  out of the buffer limitation on the right-hand side, I've

12  taken out the citric acid and so now we have a buffer,

13  simply a buffer, but it meets the other limitations.  It

14  achieves a pH of 3.5 and the stability.

15             Under your function, way, result analysis,

16  would the formulation on the right, in particular, with

17  respect to buffer, be an infringing equivalent of the

18  claimed buffer of citric acid and sodium citrate?

19  A.     I have not done the analysis and I don't know that

20  every buffer necessarily would.  But at the moment, I could

21  see that it's possible that there could be buffers which

22  would have to be something which would have a pKa at --

23  Q.     Well, are there -- that's addressed by the fact that

24  the pH of the formulation is 3.5, is it not?

25  A.     No.  Sorry.  The pH of the formulation is 3.5.  You

1   earlier were saying you could have buffers anywhere, any

2   place, any time that are any thing, and you could have a

3   buffer in there under your definition of the huge wide scope

4   of universal buffers.  It doesn't have a pKa in the range of

5   3 to 3.5 and therefore isn't going to function in this

6   product.

7                    So what we have to be clear of is are we

8   talking about things that specifically function in the

9   claims of this product, which is what I was doing, or the

10  open universe of buffer, which is what you were doing, and

11  we can't do that.

12  Q.    I'm not talking about an open universe, Doctor.  I'm

13  talking about this claim I've written on the right-hand

14  side.  A formulation that has all of these things and a

15  buffer has the pH of 3.5 and has the stability there.  In

16  that situation, applying your analysis, a buffer would be

17  the equivalent of the claimed buffer; is that correct?

18  A.    I disagree.  You're being too broad.

19  Q.    How am I being too broad?  3.5 pH.  Whatever buffer

20  it is is going to provide 3.5 pH; is that correct?

21  A.    No.  It doesn't say at this moment in time any detail

22  about what that buffer is or what's going on.  The buffer

23  has to have a pKa in the correct region for it to function.

24  And --

25  Q.    And when you say for it to function, you mean to

*sealed and confidential*

Buckton - cross

494

1    maintain a pH of 3.5; is that correct?

2    A.      Well, my functioning and -- function, way, result

3    analysis requires the buffer to maintain a pH of 3.5 and to

4    maintain the stability.  What you are putting to me is that

5    any buffer could achieve that, anything at all, and I am

6    I'm saying is that is not true.  There will be other

7    things other than the ones that we've looked at that would

8    achieve that, but it isn't going to be the universe of any

9    buffer.

10   Q.      And I'm saying when the buffer achieves a pH of 3.5,

11   that is the major factor in driving the stability; is that

12   correct?

13   A.      No.  That's the first part.  You could put in

14   hydrochloric acid.  You could get to a pH of 3.5.  It

15   doesn't have a pKa in the region that we're interested in.

16   It wouldn't be a buffer.  It's an unreasonable position that

17   you are putting forward.  I disagree with that.

18   Q.      So a buffer as I've got here on the right-hand side

19   does, by definition, maintain a pH, a chosen pH; is that

20   correct?  That's its function?

21   A.      I agree.

22   Q.      And the way it does that is neutralizing protons and

23   hydroxides.  Yes?

24   A.      Yes.

25   Q.      Okay.  And the result here stated in this claim on

*sealed and confidential*
Buckton - cross

1    the right-hand side is a pH of 3.5 and stability as

2    specified; is that correct?

3    A.      And the requirement is that the buffer would have to

4    function as a buffer in this system and that's the

5    difference between my position and your position, I think.

6    I'm limiting this to something that would function in the

7    system and I think you're trying to suggest any buffer would

8    function in the system and I don't agree with that.

9    Q.      That's not what I'm trying to suggest.  I'm asking

10   about this claim on the right-hand side.  It's a buffer that

11   would perform the function of a buffer; correct?  That's

12   what buffers do.

13   A.      Well, we disagree.  If you are taking every buffer in

14   the world, I would agree, if it's a limited subset of

15   buffers which could do what you're putting forward.

16   Q.      Okay.  And so you would have another requirement for

17   this structure, just a buffer, you would have another

18   requirement for that buffer that's not listed here in the

19   claim; is that correct?

20   A.      No.  I'm just saying it has to work in the claim.

21   Q.      Okay.

22   A.      And I believe --

23   Q.      And I'm saying just like you assumed the claim on

24   the left works, you must assume the claim on the right has

25   the attributes that are claimed.  You must assume that,

Case 1:18-cv-01962-LPS   Document 196   Filed 03/02/21   Page 71 of 181 PageID #: 6251
*sealed and confidential*
496
Buckton - cross

1    Doctor.

2    A.      I disagree.

3    Q.      Well, we could ask His Honor.  I'm asking a

4    hypothetical, Your Honor, where I'm asking him to assume

5    that?

6            THE COURT:  Wait.  You're being ambiguous, Mr.

7    Maddox.  When you say he must assume it, are you saying as a

8    premise of my question?

9            MR. MADDOX:  Yes.  I beg your pardon.

10           THE COURT:  Okay.

11   BY MR. MADDOX:

12   Q.      As a premise of my question, I'm saying you must take

13   the claim on the right just as you would the claim on the

14   right to be what we're talking about.  It has all of these

15   attributes.

16   A.      Well, the function you're making, that is a buffer

17   which will function in this formulation in the way that is

18   necessary to maintain the stability.  And if we are making

19   that assumption, if it's a specific limited group of things

20   which could function as a buffer in this formulation to

21   achieve that stability, I agree.

22   Q.      Thank you.

23           Now, with respect to malic acid in Amneal's

24   product, you never calculated the ratio of what malic acid

25   alone, the malic acid and in the part that would be, as you

Buckton - cross

1  say, a base put in the water; correct?

2  A.    I do specifically calculate the ratio.  I've

3  described that it would be getting onto be 50/50 when the pH

4  is equal to the pKa.

5  Q.    Okay.  And so having not calculated it, you inferred

6  that there was enough of both parts to buffer the solution

7  to the less than 3.5 pH; is that correct?

8  A.    Yes.  You can infer it if you want, but it's clear

9  from the data that I've presented that the pH is maintained.

10 Q.    And because it's maintained, you say there was both

11 of these things going on; is that correct?  Moving hydrogens

12 and taking the hydrogens.  Yes?

13 A.    Because the stability is maintained, the pH is

14 maintained, then the buffer is functioning as it should, I

15 agree.

16            MR. MADDOX:  I pass the witness.

17            THE COURT:  Okay.  Thank you.  Any redirect?

18            MS. MORGAN:  Your Honor, I have nothing further

19 except to read in exhibits.

20            THE COURT:  Okay.

21            MS. MORGAN:  For which we could unseal, I

22 believe.

23            THE COURT:  Thank you for that reminder.  Can

24 you let the public in?

25            (End of portion under seal.)

*sealed and confidential*

498

Buckton - cross

1                     *    *    *

2                 (The following portion of the transcript is

3     sealed.)

4                 THE TRIALanywhere HOST:  The courtroom is

5     sealed.

6                 THE COURT:  Thank you.

7     BY MR. RUEDY:

8     Q.      Dr. Moreton, please turn to DTX-1079 in your exhibit

9     binder.

10    A.      Okay.

11    Q.      Do you recognize this document?

12    A.      Yes.  This is an excerpt from the Bionpharma ANDA.

13    Q.      And what type of information does it provide?

14    A.      This gives information on the composition of the drug

15    product and obviously, related things, such as manufacture

16    and things like that.

17    Q.      Okay.  And with the asserted claims in mind, what is

18    your understanding of Silvergate's doctrine of equivalents

19    claims against Bionpharma?

20    A.      It's my understanding that Silvergate is asserting

21    infringement under doctrine of equivalents because they

22    claim that the methylparaben, propylparaben preserved a

23    system in the Bionpharma product, is equivalent to the

24    sodium benzoate claim in the Epaned product and they also

25    have alleged that the, or asserted that the sodium hydroxide

*sealed and confidential*

499

Buckton - cross

1    in the, as pH adjuster combines with the maleic acid from a

2    enalapril maleate to form a buffer which is equivalent to

3    the sodium citrate buffer in the Epaned product.

4    Q.    Okay.  And just to clarify, their claims of doctrine

5    of equivalents and infringement are based on the patent

6    claims or on the product?

7    A.    On the patent claims.  Sorry, yes.

8    Q.    All right.  Now, in response to Silvergate's

9    infringement allegations, do you understand that

10   Bionpharma has pleaded both legal and factual

11   noninfringement defenses?

12   A.    Yes, I do.

13   Q.    And I understand you have prepared some slides to

14   assist the Court with your testimony today; is that correct?

15   A.    That's correct.

16   Q.    Okay.  Let's turn to DDX-1503.  Did this slide

17   accurately reflect Bionpharma's defenses in this case as you

18   understand them?

19   A.    Yes, it does.

20   Q.    Okay.  And after reviewing Silvergate's Epaned

21   patents and Bionpharma's ANDA, have you formed an opinion as

22   to whether or not Bionpharma's ANDA product infringes the

23   asserted claims of the '745 and '987 patents?

24   A.    Yes, I have.

25   Q.    And I believe you have a slide summarizing your

Buckton - cross

1    opinions, so let's go to 1504.  And can you please walk the

2    Court through this slide.

3    A.     So in summary, my opinion is that methylparaben,

4    propylparaben combination is actually disclosed in the

5    common specification and it's therefore dedicated to the

6    public.

7              Silvergate is estopped because it narrowed the

8    claims during prosecution to require sodium citrate.

9              And Silvergate is further estopped because it

10   disclaimed formulations beyond the claims in the, in

11   arguments before the Patent and Trademark Office.

12             Factual defenses.  Maleic acid sodium maleate

13   alleged in the, that is alleged to be buffer in the

14   Bionpharma product is not equivalent to the buffer

15   limitations in the patent.

16             And the methylparaben, propylparaben

17   preservative system is not equivalent to the sodium benzoate

18   limitations in the patent.

19   Q.     Okay.  Let's first discuss your opinions regarding

20   the first legal defense Bionpharma has raised, disclosure

21   dedication.

22             Please turn to PTX-3, the '745 patent, in your

23   exhibit binder.

24             Now, is it your understanding that Silvergate's

25   Epaned patents share a common specification?

*sealed and confidential*

501

Buckton - cross

1    A.      Yes, that's correct.

2    Q.      Okay.  And do all of the claims require a specific

3    preservative?

4    A.      Yes, they do.  They require sodium benzoate at

5    specific concentrations.

6    Q.      Okay.  And I believe you testified a few minutes ago

7    that Bionpharma's ANDA product uses methylparaben and

8    propylparaben; is that correct?

9    A.      That's correct, yes.

10   Q.      Not the claimed sodium benzoate; is that correct?

11   A.      That's correct, yes.

12   Q.      Okay.  Let's find out what the common specification

13   tells us about preservatives for use in the claimed

14   formulations.  Please turn to column ten at line 11 of the

15   specification.

16   A.      I'm there.

17   Q.      And what does this section of the specification tell

18   us?

19   A.      Well, line 11 is sort of the subtitle of this section

20   and it's talking about preservatives in enalapril oral

21   liquid formulations and then it gives a list of exemplary

22   preservatives that includes antimicrobial analysis,

23   antioxidants and other things, but it also shows that it

24   includes parabens such as methylparabens, ethylparabens,

25   propylparabens and butylparabens and their salts and also

1    sodium benzoate.

2    Q.    Okay.  What type of background knowledge would a

3    person of ordinary skill in the art have about methylparaben

4    and propylparaben prior to reading this portion of the

5    specification?

6    A.    They would know that the methylparaben and

7    propylparaben are the most commonly used parabens and they

8    are most often used together.

9    Q.    Okay.  Let me stop you right there.  What is that

10   opinion based on?

11   A.    My experience of nearly 40 years as a formulation

12   scientist and also the literature.

13   Q.    Have you formulated pharmaceutical liquid

14   formulations using paraben preservatives?

15   A.    Yes, I have.

16   Q.    Methylparaben and propylparaben in particular?

17   A.    Yes, I have.

18   Q.    Okay.  I understand we're going to get into this a

19   little bit, in a little bit more depth later on, but why

20   were methylparaben and propylparaben almost always used

21   together or often used together?

22   A.    Because they have complementary physical and

23   antimicrobial properties.

24   Q.    Okay.  And I understand you've prepared a slide

25   comparing the structures of methylparaben and propylparaben

Case 1:18-cv-01962-LPS  Document 196  Filed 03/02/21  Page 78 of 181 PageID #: 6258
*sealed and confidential*
503
Buckton - cross

1    and sodium benzoate, so let's turn to DDX-1506.

2              What can you tell us as to why methylparaben --

3    what else can you tell us as to why methylparaben and

4    propylparaben were always -- were often used together?

5    A.     Well, as you can see, the methylparaben and

6    propylparaben are alkyl esters of parahydroxy benzoate

7    acid.

8              And the thing about the paraben esters is

9    that as you increase the chain lengths of the alkyl chain,

10   the activity increases, but the solubility decreases.  So

11   they are often used together because a methylparaben is more

12   soluble but less active and the propylparaben is less

13   soluble but more active.

14             Sodium benzoate, on the other hand, is just

15   simple salt benzoic acid.  And I would also note that if the

16   esters of the parabens are hydrolyzed, which can happen, the

17   hydroxybenzoic acid is almost without antimicrobial

18   activity, so they're rather different.

19   Q.     Okay.  You mentioned that your -- you mentioned that

20   your opinion on methylparaben and propylparaben being

21   commonly or often used together is based on your own

22   professional experience and also the literature, so let's

23   take a look at some of the literature.

24             Please turn to DTX-1095 in your exhibit binder.

25   Can you identify this document for the Court?

*sealed and confidential*

504

Buckton - cross

1    A.      Yes.  This document is the methylparaben entry

2    from the Handbook of Pharmaceutical Excipients, Eighth

3    Edition.

4    Q.      Okay.  What is the Handbook of Pharmaceutical

5    Excipients?

6    A.      The Handbook of Pharmaceutical Excipients is a well

7    recognized reference work on excipients.  The First Edition

8    was published in 1986.  This Eighth Edition was published in

9    2017.  There was a Ninth Edition published in November last

10   year, actually, and there's also an online version

11   available.  But it's generally a standard reference for

12   formulation groups and formulation scientists.

13   Q.      Are you a contributor to the Handbook of

14   Pharmaceutical Excipients?

15   A.      Yes, I am.  I'm also on the international steering

16   committee for the handbook.

17   Q.      And if you turn to the actual entry for

18   methylparaben and look at the second paragraph in

19   Section 7, does this paragraph in any way relate to your

20   opinion on this issue?

21   A.      Yes, it does, because it says in the bottom part of

22   the, starting at antimicrobial, antimicrobial activity

23   increases as the chain length of the alkyl moiety is

24   increased, but aqueous solubility decreases; therefore, a

25   mixture of parabens is frequently used to provide effective

Buckton - cross

1    preservation.

2    Q.     And if you look at the last paragraph in Section 7,

3    what does this tell us?

4    A.     This is telling us that methylparaben compare plus

5    propylparaben has been used in the preservation of various

6    parenteral pharmaceutical formulations and these parenteral

7    formulations are liquid formulations, aqueous liquid

8    formulations.

9    Q.     And does that further impacted your opinion

10   about methylparaben and propylparaben being often used

11   together?

12   A.     Yes.   It shows that they are frequently used

13   together.

14   Q.     If you turn -- please turn to DTX-1096 in your

15   exhibit binder.   Can you identify this document for the

16   Court?

17   A.     Yes.   This is the propylparaben entry from the same

18   edition of the handbook.

19   Q.     And if we actually go to the entry in Section 7, does

20   it also mention that propylparaben and methylparaben were

21   used together in certain liquid formulations?

22   A.     Yes, it's does.   It shows exactly the same type of

23   information that was in the methylparaben entry and it also

24   directly refers back to the methylparaben entry.

25   Q.     Let's go back to the common specification of the '745

Case 1:18-cv-01962-LPS  Document 196  Filed 03/02/21  Page 81 of 181 PageID #: 6261
*sealed and confidential*
506
Buckton - cross

1    patent, PTX-3.  And I would like to direct your attention

2    specifically to column 12.

3    A.      Okay.

4    Q.      If you look at the first three full paragraphs in

5    that column, what is the specification -- what does this

6    portion of the specification tell the person of ordinary

7    skill in the art?

8    A.      It tells that in some embodiments, sodium benzoate is

9    present in about a certain concentration as an oral --

10   sorry, as an antimicrobial preservative.  And then in the

11   third paragraph, it says in some embodiments, the

12   preservative is a paraben and some embodiments, there's a

13   mixture of parabens.  And then it goes on to give a list of,

14   a list of concentrations.

15   Q.      Okay.  Let's look at DDX-1507, where I believe you

16   have the formulation of Bionpharma's ANDA product excerpted.

17           What is the concentration of methylparaben and

18   propylparaben in Bionpharma's ANDA product?

19   A.      The concentration of the both combined is

20   1.26 milligrams per milliliter.

21   Q.      And if you go back to Column 12 in the, in the second

22   full paragraph, where I believe you testified it provided

23   exemplary concentrations.

24   A.      I think it's the third, the third full paragraph.

25   Sorry.  Let's have a look.

Buckton - cross

1   Q.      Yes, you're right.  I apologize.  It is.

2           Is the total concentration of methylparaben and

3   propylparaben that is used in Bionpharma's ANDA product,

4   does that fall within any of the ranges described in that

5   paragraph?

6   A.      It falls -- yes, it falls in or between about

7   1.2 milligrams per mL and about 1.3 milligrams per mL.

8   Q.      Does this in any way support your opinion based on

9   the disclosure dedication doctrine?

10  A.      Yes, it does.  Because it shows that not only were

11  the combination of parabens specifically mentioned, but also

12  the concentration of the parabens as well was mentioned.

13          And they weren't claimed.

14  Q.      Have you reviewed the examples in the common

15  specification?

16  A.      Yes, I have.

17  Q.      Do they further support your opinion on this topic?

18  A.      Yes, they do.

19          MR. ALUL:  Let's turn to Example C in Columns 33

20  and 34.

21  BY MR. ALUL:

22  Q.      What does this example tell us?

23  A.      Well, it tells us that Silvergate investigated

24  formulations containing propyl -- methylparaben and

25  propylparaben as their sodium salts.  And that the -- so

*sealed and confidential*
508
Buckton - cross

1    they did know about them, yes.

2    Q.      Does the fact that methylparaben and propylparaben

3    are used as sodium salts in the example formulations detract

4    from your opinion that methylparaben and propylparaben

5    themselves, the free acids, are disclosed and dedicated?

6    A.      No, it does not.

7    Q.      Why does it not?

8    A.      Because they added them as sodium -- as sodium salts,

9    which if you look at the pH, the measured pH is somewhere in

10   the range 3.7 to 4.6.  And that those pHs, the

11   methylparaben, propylparaben would be present as free acids,

12   not the sodium salts.

13   Q.      Do you understand that Silvergate's expert, Dr.

14   Byrn, criticized you yesterday and today, in particular

15   your reliance on the Example C formulations, because those

16   formulations use sodium salts of methylparaben and

17   propylparaben and not the non-salt or free acid compounds?

18   A.      Yes, and I respectfully disagree.  Because I think he

19   would recognize that at the pH that we're talking about,

20   they would have been present as the free acids, not the

21   salts.

22   Q.      Do you understand that Silvergate's expert, Dr. Byrn,

23   has criticized your reliance on the Example C formulations

24   because those formulations each contain an additional

25   preservative, either potassium sorbate or sodium benzoate?

1    A.      Yes, I do understand that.

2    Q.      And do you have a response to that criticism?

3    A.      Yes.  I disagree, respectfully.  There is nothing in

4    the specification which says that the parabens have to be

5    used with another preservative.

6    Q.      And are you reading Example C in conjunction with

7    other portions of the specification?

8    A.      Yes.  Because we're told, I think it was Column 12,

9    that -- at Column 10 and Column 12 that parabens were

10   acceptable preservatives, and that at Column 12, in some

11   embodiments, we could have a combination of parabens as

12   preservative.

13           And so you add that into the equation, and --

14   but they say -- they don't say that the parabens must be

15   combined with any other preservative.

16   Q.      Okay.

17           THE COURT:  Was that the end of disclosure

18   dedication for now?

19           MR. ALUL:  I just have one -- I was just going

20   to have him summarize it, Your Honor, but this is a good

21   breaking point.  So this is perfectly fine.

22           THE COURT:  You can have him summarize if you

23   want.  That's fine.

24   BY MR. ALUL:

25   Q.      Okay.  Dr. Moretan, I believe your slide 1508

*sealed and confidential*

510

Moretan - direct

1   summarizes your opinions on this issue.  If you could please

2   provide that summary to the Court?

3   A.      Yes.  So it's my opinion that

4   methylparaben-propylparaben combination is specifically

5   disclosed in the common specification as a suitable

6   alternative to sodium benzoate.

7               A methylparaben and propylparaben preservative

8   combination is not claimed.

9               And, therefore, formulations with the

10  methylparaben-propylparaben preservatives are dedicated to

11  the public.

12              MR. ALUL:  Okay.  Your Honor, at this point we

13  can unseal the courtroom because my questioning after lunch

14  is going to be not implicating Bionpharma's confidential

15  formulation information.

16              THE COURT:  Okay.  Ms. Devine, any issue?

17              MS. DEVINE:  No issue.

18              THE COURT:  Okay.  We'll bring the public back

19  in, and then we'll take our break.

20              (Sealed portion ends.)

21                      *    *    *

22              THE TRIALanywhere HOST:  The courtroom is sealed.

23              THE COURT:  Okay.  Thank you.

24                      DIRECT EXAMINATION

25  BY MR. ALUL:

*sealed and confidential*

511

Moretan - direct

1    Q.    Dr. Byrn --

2              THE COURT:  That's not Dr. Byrn.

3              MR. ALUL:  I'm sorry.  I was going to -- sorry

4    about that.  Thank you, Your Honor.

5    BY MR. ALUL:

6    Q.    Dr. Moretan, you're aware that Silvergate's expert,

7    Dr. Byrn, has opined in this case that amendment-based

8    estoppel should not apply because the rationale underlying

9    Silvergate's amendment to include sodium citrate into the

10   claims were no more than a tangential relation to the maleic

11   acid, sodium maleic buffer that Dr. Bryn alleges is present

12   in Bionpharma's ANDA product; correct?

13   A.    Yes, I am aware of that.

14   Q.    Do you have an opinion in response to that?

15   A.    I respectfully disagree with him.

16   Q.    And why do you disagree with him?

17   A.    Because in my opinion, the amendment is fundamental

18   to the whole issue.  And the, the whole point is that the

19   claimed inventions had an additional buffer over and above

20   whatever else was there because in -- if it's -- let me

21   start again.

22              The whole issue is down to whether or not the

23   claims required a buffer over and above whatever else was in

24   the formulation.  And they clearly do.

25   Q.    Okay.  Let's go to -- I'm going to go jump back into

*sealed and confidential*

512

Moretan - direct

1    your slide deck at DDX-1512, which summarizes your

2    noninfringement opinions.

3                I believe the next one you've given is in

4    connection with the legal defense Bionpharma has raised,

5    which is argument-based estoppel.  Is that correct?

6    A.    That is correct, yes.

7    Q.    Okay.  What is that opinion based on?

8    A.    The amendment we've just been looking at.

9    Q.    So let's go back to 873 in the prosecution history.

10               And I'd like to, I'd like to focus on the

11   paragraph right below the table.

12               And my question is, how would a reasonable

13   competitor of Silvergate reading this paragraph understand

14   what Silvergate is saying?

15   A.    In my opinion, what Silvergate is saying and how the

16   competitor would interpret this is that they're saying that

17   the formulation of the present claims has only four

18   ingredients along with enalapril and water.

19               And they also go on to say that moreover,

20   additional ingredients in the other formulations are not

21   needed or contemplated in the claimed enalapril liquid

22   formulations because none of them are needed or necessary

23   to produce an oral liquid formulation of the present claims

24   that is stable and homogenous for at least 12 months.

25               I think that the competitor would interpret this

Case 1:18-cv-01962-LPS   Document 196   Filed 03/02/21   Page 88 of 181 PageID #: 6268
*sealed and confidential*
513
Moretan - direct

1    that Silvergate is disclaiming anything other than that

2    formulation containing the four ingredients along with

3    enalapril and water.

4    Q.    And if we go back to that paragraph on 874 that we

5    looked at, the language there starting with "as such," did

6    that in any way relate to your opinion on argument-based

7    estoppel as well?

8    A.    Yes.  Because it supports what I've been saying.

9    Q.    Okay.  Let's go back to 1514 in your slide deck.

10            We can put that Volume 2 of your exhibit binder

11    aside.

12   A.    (Witness complies.)

13   Q.    Okay.  I believe the next two opinions you have given

14   are in connection with Bionpharma's factual defenses in this

15   case.  And I believe the first one is in connection with a

16   buffer limitation; is that correct?

17   A.    That is correct, yes.

18   Q.    Okay.  Now, you understand Silvergate's expert,

19   Dr. Byrn, has testified that although Bionpharma's ANDA

20   product does not contain citric acid or sodium citrate at

21   the requisite concentrations, Bionpharma's ANDA product

22   nonetheless satisfies the buffer limitations because maleic

23   acid dissociated from enalapril maleate used to prepare

24   Bionpharma's ANDA product, and sodium hydroxide added during

25   the formulation process react to form a maleic acid/sodium

1    maleate buffer system that is insubstantially different from

2    the buffer limitations.   Correct?

3    A.      Yes, I understand that is his position.

4    Q.      Do you have an opinion in response to Dr. Byrn's

5    opinion on this issue?

6    A.      I respectfully disagree with Dr. Byrn.

7    Q.      Okay.  And I believe you prepared some slides

8    explaining why.

9              MR. ALUL:  Let's turn to DDX-1515.

10   BY MR. ALUL:

11   Q.      Can you please provide the Court with a brief

12   overview of the reasons why you disagree with Dr. Byrn's

13   opinion other buffer limitation?

14   A.      Well, first, Dr. Byrn provided no evidence that

15   maleic acid completely dissociates from enalapril and -- or

16   that the sodium hydroxide completely reacts with maleic

17   acid.

18              And, secondly, even if Dr. Byrn is correct

19   regarding the presence of maleic acid/sodium maleate,

20   it does not serve substantially the same financial in

21   substantially the same way to achieve substantially the

22   same result as the claimed buffer.

23              And maleic acid/sodium maleate is substantially

24   different from the claimed buffer.

25   Q.      Okay.  Now, I understand you've prepared a few slides

*sealed and confidential*

515

Moretan - direct

1   to provide the Court with a brief tutorial regarding the

2   basics of pharmaceutical liquid formulations, acid-based

3   chemistry, and buffers.  Is that correct?

4   A.      That is correct, yes.

5              MR. ALUL:  Let's turn to slide 1516.

6   BY MR. ALUL:

7   Q.      Can you please provide the Court with an overview of

8   liquid formulations and any considerations that are specific

9   to liquid formulations that pharmaceutical formulators take

10  into account.

11  A.      Yes.  So we want to provide a stable bioavailable

12  formulation that is easy to administer either by the patient

13  or to the patient by a caregiver.

14             We want to have a vehicle, and that mostly is in

15  terms of oral formulations a water-based vehicle, but it

16  could contain cosolvents as well.

17             It will necessarily contain a preservative if

18  it's a, what we call a multiple-dose container, so that

19  there is more than one dose in the container, because

20  although the preparations are not required to be sterile,

21  the patients can accidently contaminate their medicines

22  during use.  And so the preservative would mop up any

23  stray microbes that would get in there.

24             There would probably be a buffer to maintain pH.

25             There would be probably a sweetener and/or

*sealed and confidential*

516

Moretan - direct

1    flavoring agent to mask the taste.

2           And then antioxidants would be included if

3    necessary to reduce oxidated degradation.

4           And a humectant would be included to prevent the

5    formulation from drying out.

6    Q.    Let's look at the asserted claims for a second.

7           MR. ALUL:  Let's jump back to PTX-3, the '745

8    patent.

9    BY MR. ALUL:

10    Q.    Now, I believe you testified earlier that all three

11    asserted claims, 4, 7, and 10, depend from claim 1.  My

12    question is, does claim 1 require any of the excipients you

13    just mentioned?

14    A.    Yes.  It requires a buffer, which is the citric

15    acid/sodium citrate limitation.

16           It also requires a preservative, which is the

17    sodium benzoate limitation.

18           And it also requires water, which is a vehicle.

19    Q.    Can the formulations of the asserted claims of the

20    '745 and '987 patents contain some of the other ingredients

21    you mentioned that are often used in pharmaceutical liquid

22    formulations?

23    A.    Yes.  It's my understanding that using the term

24    "comprising" in the -- in claim 1 means that the other

25    materials can be included in the formulation and even --

517

Moretan - direct

1    even greater quantities of the components already listed.

2    Q.    Okay.  So let's focus on the buffer limitations of

3    the asserted claims because Silvergate is accusing

4    Bionpharma's ANDA product of having an equivalent to this

5    limitation.

6            Can you provide us with more insight on what a

7    buffer is and why it is needed?

8            MR. ALUL:  And I believe you have some

9    demonstratives on this, so let's go to DDX-1517.

10   BY THE WITNESS:

11   A.    So yes.  So if we start at the beginning, acids are

12   generally substances that ionize in water and capable of

13   donating hydrogen ions.

14           Bases are generally substance that's ionize in

15   water to accept, and can accept hydrogen ions.

16           An acids and bases can combine to form a salt.

17           MR. ALUL:  Okay.  Let's go to your next slide,

18   1518.

19   BY THE WITNESS:

20   A.    Here, we look at the neutralization reaction.  So

21   we're reacting an acid, hydrochloric acid, with a base,

22   sodium hydroxide quantitatively with each other, to form

23   water and a salt.  Salt being the sodium chloride.

24           And this is a strong acid and a strong base, and

25   they neutralize each other.

*sealed and confidential*

518

Moretan - direct

 1               MR. ALUL:  Okay.  I believe your next slide is

 2     1519.

 3     BY THE WITNESS:

 4     A.      So -- excuse me.

 5               Here, we look at the pH scale, and the pH scale

 6     is a measure of the acidity or bases to an alkalinity of a

 7     solution.

 8               It starts at 0 and it finishes at 14.  And so

 9     low numbers, it's more acidic; high numbers, it's more

10     alkaline; and neutral is taken at pH 7.  That's the -- the

11     bases of the scale.

12               And I think as Dr. Buckton mentioned, pH is the

13     minus the log of the hydrogen ion concentration, and it was

14     introduced by Sorenson to make the -- describing acidity and

15     bases easier.

16               Buffering agents are simply, they maintain the

17     pH of the liquid in the formulation.

18               MR. ALUL:  Okay.  Let's jump to 1520.

19     BY MR. ALUL:

20     Q.      Can you explain what is on this slide?

21     A.      It is -- sorry.

22     Q.      No, please.  No, proceed, please.

23     A.      So here, we have a buffer system and buffers are

24     traditionally weak acid in their conjugate bases, not really

25     strong acids or strong bases.

*sealed and confidential*

Moretan - direct

1          So we have here the dissociation of a weak acid

2     into its hydrogen ion and its conjugate base.

3          So H goes to H+ and A-.  A- is the conjugate

4     base, H+ is a hydrogen ion.

5          And then below that we have the

6     Henderson-Hasselbalch Equation which relates pKa to --

7     sorry, pH to pKa, pKa is a measure of the strength of the

8     acid and the log of the ratio of the conjugate base divided

9     by the amount of weak acid that is present in the system at

10    that pH.

11    Q.     Okay.  I believe you have some literature supporting

12    your opinions on pH and buffers; is that correct?

13    A.     That's correct, yes.

14    Q.     Let's turn to DTX-1086 in your exhibit binder.  Can

15    you please identify this reference for the Court?

16    A.     Yes.  This is a reference from a textbook, Elements

17    of Physical Chemistry by Drs. Glasstone and Lewis, and it

18    relates to and it describes buffers and pH and what -- how

19    the -- the optimum pH for a buffer.  Sorry.  PKa for a

20    buffer.  Apologies.

21    Q.     And what is that optimum pKa for a buffer?

22    A.     The optimum pKa for a buffer is pH within plus or

23    minus one unit, one pH unit of the pKa of the acid or base.

24    Q.     Now, if you turn to, and I'm going to use the DTX

25    numbers on the bottom right-hand corner.  If you turn to

*sealed and confidential*

520

Moretan - direct

```
 1    DTX-4.
 2              Did this portion of the document in any way
 3    relate to your opinion on this issue?
 4    A.     Yes, it does.  It describes buffer capacity and it
 5    states that buffer capacity is a maximum in a solution
 6    containing equivalent amounts of a weak acid and the weak
 7    base and its salt, and it falls off as the ratio of salt to
 8    acid changes in either direction.
 9                   And then it then goes on to describe
10    further down, it follows therefore from the equation 53.17,
11    which is just above, that a particular acid can be employed
12    for making the useful buffer solutions of pH lying within
13    the range of pKa minus one to pKa plus one, and then goes on
14    to give some examples.
15    Q.     Were you present for Dr. Byrn's testimony yesterday
16    and this morning?
17    A.     Yes, I was.
18    Q.     Did you -- did you hear his testimony today opining,
19    where he opined that a weak acid can serve as a useful
20    buffer if the pKa of its acidic hydrogen is within plus or
21    minus two of the pH of the liquid formulation?
22    A.     Yes, I did.
23                   TRIALanywhere HOST:  I'm sorry to
24    interrupt.  Plaintiffs' video feed to the conference has
25    been disconnected.  I'm trying to get them back on as soon
```

*sealed and confidential*

Moretan - direct

```
 1    as possible.

 2                  THE COURT:  Okay.

 3                  (Pause.)

 4                  MS. DEVINE:  I apologize, Your Honor.  We're

 5    back.

 6                  THE COURT:  Okay.  Great.  Mr. English, you're

 7    there.  Right?

 8                  TRIALanywhere HOST:  Yes, sir.

 9                  THE COURT:  Does everyone seem okay from your

10    perspective?

11                  TRIALanywhere HOST:  Yes.  There's a slight

12    echo.

13                  MS. DEVINE:  Is the echo still there or is it

14    gone?  It may have been because the door was opening.  Sorry

15    about that.  Even though no one has worked in this office

16    for a year, apparently, there's still automatically

17    scheduled meetings that we weren't aware of.  Apologies.

18                  THE COURT:  All right.  Mr. Alul, I suggest you

19    ask the question again where you left off.

20                  MR. ALUL:  Sure, Your Honor.

21    BY MR. ALUL:

22    Q.    Dr. Moreton, you were present during Dr. Byrn's

23    testimony yesterday and this morning; is that correct?

24    A.    Yes, I was.

25    Q.    Did you hear Dr. Byrn opine that in his view, a weak
```

*sealed and confidential*

Moretan - direct

1    acid can serve as a useful buffer if the pKa of its acidic

2    hydrogen is within plus or minus two of the pH of the

3    formulation?

4    A.    Yes, I did.

5    Q.    Do you have any views on that opinion?

6    A.    Yes.  I respectfully disagree with Dr. Byrn and here

7    it's highlighted that pH of 2, plus or minus two, is too far

8    away in my opinion to provide an effective buffer at, for a

9    particular pH.

10   Q.    Okay.  Let's turn to DTX-1087 in your binder.  Do you

11   recognize this reference?

12   A.    Yes.  This is an excerpt from another textbook by Dr.

13   Harris exploring chemical analysis, and it goes into some

14   detail of what buffers are and how they function and methods

15   of measuring buffer capacity and the like.

16   Q.    Can you turn to DTX-1087-11, page 11?  I'm using the

17   DTX numbers.

18   A.    Yes.

19   Q.    And do you see where it says Section 9-5, buffer

20   capacity?

21   A.    Yes, I do.

22   Q.    Can you explain to the Court what that is?  And I

23   believe you have a slide, a particular slide on this as

24   well, so let's go to that.  Let's go to 1521.

25   A.    So this is -- Section 9.5 is describing buffer

*sealed and confidential*

Moretan - direct

1    capacity, and buffer capacity defines the amount of strong

2    acid base that the buffer system can absorb before the pH of

3    the buffer solution changes significantly.  And we use the

4    Van Slyke equation to measure or to estimate buffer

5    capacity, rather, and so beta is a buffer capacity.  C is

6    the buffer species concentration.  And more buffer species,

7    the greater the buffer capacity.

8    Q.    And just sort of a practical consideration, are

9    buffers included in liquid pharmaceutical products primarily

10   to neutralize any acid or base that is added to the

11   formulation after it's prepared, bottled and sealed?

12   A.    No, they're not.  The reason buffers are included is

13   that, particularly solution formulations are typically very

14   complex systems, and things can change over time, and it may

15   be that an excipient degrades slightly and produces acid

16   moieties, which would, or basic moieties, which would shift

17   a pH if there wasn't a buffer there.

18   Q.    Can we go back to Harris DTX-1087 and look at page 12

19   right in the middle, the paragraph starting with "In

20   choosing a buffer," right in the middle?

21   A.    Yes.

22   Q.    There you go.

23   A.    Yes.  So, again, this is Dr. Harris explaining that

24   when you shoes a buffer, you are going to choose one where

25   the pKa is close as possible to the desired pH, and the

Case 1:18-cv-01962-LPS   Document 196   Filed 03/02/21   Page 99 of 181 PageID #: 6279
*sealed and confidential*
524
Moretan - direct

1    useful pH range of the buffer is approximately pKa plus or

2    minus one pH unit, and that supports the excerpt from

3    Glasstone and Lewis textbook earlier.

4    Q.    What about the sentence right below it?  Can you

5    explain what the author is saying there?

6    A.    Yes.  So it says very clearly, outside this range,

7    there is not enough of either the weak acid or the weak base

8    to react with acid -- added base or acid, because, you know,

9    because if you don't have enough of the acid there, if you

10   add more acid or more base or whatever, you just don't get

11   the -- you exceed the capacity of the buffer system and then

12   the pH starts to change markedly.

13   Q.    I believe you had some prior art literature that

14   discusses how buffer capacity is sometimes quantified; is

15   that correct?

16   A.    Yes, I do.

17   Q.    Let's turn to DTX-1080 in your exhibit binder.  Can

18   you identify this reference for the Court?

19   A.    Yes.  This is an excerpt from another book by Dr.

20   Chang, physical chemistry textbook with applications to

21   biological systems and it describes buffers and buffer

22   capacity.

23   Q.    All right.  And can you turn to DTX-1081 in your

24   exhibit binder.  Can you identify this reference for the

25   Court?

*sealed and confidential*

525

Moretan - direct

1    A.    Yes.  This is a paper by Dr. Chiriac and Dr. Balea,

2    where it discusses buffer index and buffer capacity for a

3    simple buffer capacity and goes into some detail as to how

4    you measure them.

5    Q.    Okay.  I believe you had some additional slides on

6    the concept of buffering and buffer capacity.  Let's turn to

7    DTX-1512 in your slide deck.  I'm sorry.  1522.  I

8    apologize.

9          Can you explain for the Court what you have

10   here?

11   A.    Yes.  So what we have here is a titration curve for a

12   buffer system and the slight equation is on the right.  But

13   if you look in the green box, as you start around pH of 4.5,

14   there's a buffer, and then you add an amount of strong base

15   added, and as you add it, it changes a little bit and then

16   eventually, around about when it gets to about pH 5.5, maybe

17   6, all of a sudden the amount of buffer is no longer

18   sufficient to maintain the pH in the required region and the

19   pH shoots up dramatically within very small changing,

20   addition of buffer, and the, you know, because the buffer is

21   exhausted at that lower pKa.

22   Q.    Okay.  Let's turn to 1523 in your slide deck.  Can

23   you explain to the Court what you have here?

24   A.    Yes.  This is simply explaining what -- why pH only

25   increases by a small amount, because the ratio is dampened

*sealed and confidential*

526

Moretan - direct

1    by the log factor in the Henderson-Hasselbalch equation.   So

2    remember a change in pH of 1 on a log scale is a tenfold

3    change.   PH change of two is a hundred fold change.

4    (1 word) and, you know, I'm going all the way down to pH,

5    you know, a log scale -- sorry, a log change of seven would

6    be a 10 million fold change.   (1 word).

7    Q.      Okay.  Let's turn to 1524 in your slide deck.   Can

8    you explain for the Court what you have here?

9    A.      Yes.  This is really illustrating the concept of

10   buffer capacity and here, on the left hand curve is the one

11   that we saw two slides ago, and that was a relatively small

12   amount of buffer.  But as we increase the amount of buffer,

13   it's the same buffer.  As we increase the amount of buffer,

14   it takes more and more -- greater and greater volume of

15   strong base to change the pH.  And whether we get down to

16   curve E right at the bottom to the right, you see that the

17   pH does not begin to change for quite a while, until

18   gradually, very gradually, it changes, and at the end, when

19   it hits the side of the graph, it may be just going to go

20   towards the steep part of the curve.

21           But this is just differences in the

22   concentration of the buffer, what we call the concentration

23   of buffer species.  And so the more, the greater the

24   concentration of buffer species, the more the system can

25   absorb and the more, the better the buffer will protect

*sealed and confidential*

527

Moretan - direct

1    against the addition of the base.

2                MR. ALUL:  Let's go to 1525 in your slide deck.

3    It's the excerpt of Bionpharma's formulation.

4    BY MR. ALUL:

5    Q.      You see where it says that the formulation contains

6    hydrochloric acid and sodium hydroxide?

7    A.      Yes, I do.

8    Q.      Are those acids and bases?

9    A.      Hydrochloric acid is a strong acid.  Sodium hydroxide

10   is a strong base.

11   Q.      Are they also buffers?

12   A.      No, not in their own right.  They are added -- they

13   are used to adjust the pH, and they would -- one or other

14   would be used.  They wouldn't both be used.  And they are

15   there in pure S, which is quantum satis, which is -- that's

16   the Latin term for a sufficient quantity.  So you only add

17   enough just to get the pH, the correct pH.

18               MR. ALUL:  Okay.  Let's go to 1526 in your slide

19   deck, the reasons why you disagree with Dr. Byrn's opinion

20   on whether Bionpharma's ANDA product contains an equivalent

21   buffer -- contains an equivalence to the buffer limitation.

22   BY MR. ALUL:

23   Q.      I'd like to focus on the first reason you disagree

24   only.

25   A.      Okay.  So yes.

Case 1:18-cv-01962-LPS   Document 196   Filed 03/02/21   Page 103 of 181 PageID #: 6283
*sealed and confidential*
528

Moretan - direct

1    Q.      Yeah, I was just going to say.  If you can explain,

2    can you explain in detail the first reason you have given

3    for disagreement?

4    A.      Well, Dr. Byrn didn't provide any evidence that the

5    maleic acid completely dissociates from enalapril, or that

6    the sodium hydroxide reacts completely with maleic acid and

7    only with maleic acid.

8              (Pause.)

9              MS. DEVINE:  Is he still there?

10             THE COURT:  Is there an issue?

11             MR. ALUL:  I'm sorry.

12             Let's go to DTX-1092.

13             I apologize.  I was on mute, Your Honor.

14             MS. DEVINE:  Oh.  I'm thankful that it's not us

15   again.

16             MR. ALUL:  All right.  Let's go to DTX-1092.

17   BY MR. ALUL:

18   Q.      Dr. Moretan, do you recognize this document?

19   A.      Yes.  It's a copy of a development report for the

20   Bionpharma enalapril maleate oral solution.

21   Q.      What is a development report?

22   A.      A development report is something that is filed

23   together with the ANDA and describes how the product was

24   developed, what -- the justification for the choice of

25   excipients, explains how the manufacturing process was

1    developed, and it also probably provides -- or most of

2    the ones I've seen provide stability information to show

3    that the material joint development was designed to be

4    stable.

5            MR. ALUL:  Let's go to -- and I'm going to use

6    the DTX page numbers on the bottom.  Let's go DTX-50.

7    BY MR. ALUL:

8    Q.    Can you describe what this portion of the document

9    is?

10   A.    Yes.  So this is a manufacturing process overview, a

11   process flow for the manufacture of the Bionpharma enalapril

12   oral solution.

13   Q.    And when is sodium hydroxide added during the

14   formulation process for Bionpharma's ANDA product?

15   A.    It's added just before the final dilution to weight

16   or to volume.  And so it's -- they would either sodium

17   hydroxide or hydrochloric acid to get to the pH which is 3.2

18   to 3.4.

19   Q.    Does this in any way have any relevance to the -- to

20   your opinion on this issue?

21   A.    Yes, it does.  Because it shows that when the acid or

22   base is added, all the other components were in the

23   formulation, and that the only thing that was missing was

24   the final small quantity of water.

25           MR. ALUL:  I think you have a slide on this

*sealed and confidential*

Moretan - direct

1    particular issue.  It's DDX-1527.

2    BY MR. ALUL:

3    Q.     Can you explain to the Court what you have here?

4    A.     Yes.  Well, what I'm trying to describe here is the

5    fact that when sodium hydroxide is added or acid for that

6    matter is added to the formulation, there are other

7    components present which may interact with the, with the

8    sodium hydroxide.

9             Yes, there is maleic acid.  But there is also

10   enalapril itself which has a carboxyl acid group, and pKa is

11   around about 2.97, I believe.

12            The mixed berry flavor may contain materials

13   that -- or substances that would interact with sodium

14   hydroxide.  We don't know because it's a proprietary

15   form- -- excuse me, formulation.

16            Methylparaben and propylparaben may also

17   interact but probably to a lesser extent because of the pH.

18   Q.     How does this all, how does this all relate to your

19   opinion that Dr. Byrn's assertion of an appreciable maleic

20   acid/sodium maleate buffer in Bionpharma's ANDA product is

21   unsupported?

22   A.     Well, the point is that the pH of the system is pH 3

23   to -- well, 3.3 approximately.

24            And maleic acid is a strong base, a strong acid,

25   a stronger acid than even citric acid.

Case 1:18-cv-01962-LPS   Document 196   Filed 03/02/21   Page 106 of 181 PageID #: 6286
*sealed and confidential*
531
Moretan - direct

1          Enalapril has its own acidic function.

2          And pKa is somewhere in the correct ballpark.

3          So Dr. Byrn hasn't really been able to provide

4    any shred of information that maleic acid and sodium

5    hydroxide are the only interacting species.  And if they

6    aren't the -- they are all -- the only interacting species,

7    then his whole argument about the buffer changes and

8    becomes -- the amount of material that he alleges is present

9    in the buffer is much reduced.

10   Q.    And would that impact whether or not the buffer is a

11   properly functioning buffer?

12   A.    Well, it would react -- it would impact the amount of

13   buffer and buffer species, so the amount of buffer activity

14   that was present.  But it was also possibly impact the way

15   that the whole formulation is acting.

16          MR. ALUL:  I'd like to turn to -- back to the

17   development report we were looking at, DTX-1092; and in

18   particular, with the portion that Dr. Byrn relies on to

19   support his opinion regarding presence of a maleic

20   acid/sodium maleate buffer system in Bionpharma's ANDA

21   product.

22          It's formulation development study 3.  And it's

23   at DTX-44 and 45 and DTX-1092.

24   BY MR. ALUL:

25   Q.    Do you have an opinion as to whether this study

*sealed and confidential*

532

Moretan - direct

1   proves the presence of a maleic acid sodium maleate buffer

2   system in Bionpharma's ANDA product as Dr. Byrn alleges?

3   A.      Yes, I do have an opinion.  I don't think it really

4   supports Dr. Byrn's allegation.

5   Q.      And why is that?

6   A.      Sorry.  Go ahead.

7   Q.      No, please, proceed.  Go ahead.

8   A.      One thing, the study was just a study of enalapril

9   maleate in simple water solution.  And it was actually twice

10  the concentration of the enalapril maleate in the, in the

11  finished product that we're talking about.

12          So there was more buffer there than -- if

13  Dr. Byrn is to be believed, there was more buffer there than

14  in the actual formulation.

15          Secondly, the whole -- as I've mentioned in my

16  previous slide, the whole thing is that there are other

17  components in the formulation that can interact with sodium

18  hydroxide.

19          So this titration curve bears probably -- in my

20  opinion bears little relation to reality and doesn't support

21  Dr. Byrn's contention or allegation.

22  Q.      Just for clarity, in this study design, it describes

23  the actual experiment.  Is that correct?

24  A.      Yes, it does.

25  Q.      So what was added here, 2.084 milligrams per

1   milliliter of enalapril maleate in 15 ohms of water.

2            Was there anything else added?

3   A.    No, that was it.  Then it was just adding in the

4   base, or titrating the base, from the initial pH to pH 6

5   using two normal sodium hydroxide, which is a concentrate --

6   a standard concentration of strong base.

7   Q.    So there weren't any other components or excipients

8   in this experiment; is that correct?

9   A.    That's correct, yes.

10  Q.    Okay.  If you look at the top of 45, you see this

11  curve that Dr. Byrn relied on yesterday and today.

12            Do you think this curve proves the presence of

13  a appreciable maleic acid/sodium maleate buffer system in

14  Bionpharma's ANDA product?

15  A.    No, I don't.  Because as I said, the enalapril itself

16  has a pKa around -- I think it's 2.97, and so that would

17  kick in as well.

18            So this, this could be enalapril, it could be

19  a combination of enalapril/maleic acid.  It could be a

20  combination of enalapril and maleic acid and other

21  components in the formulation which we don't know about.

22  Q.    Okay.  Just for clarity, though, this titration curve

23  doesn't represent -- the solution that was tested doesn't

24  have any other excipients; correct?

25  A.    No, it doesn't.

Case 1:18-cv-01962-LPS   Document 196   Filed 03/02/21   Page 109 of 181 PageID #: 6289
*sealed and confidential*
534
Moretan - direct

1   Q.      Okay.  Didn't this study conclude that the API does

2   impact some buffering capacity?

3   A.      Yes, it does.  It actually mentions that in the

4   conclusions.

5   Q.      Do you think that supports Dr. Byrn's allegation

6   regarding the presence of an appreciable maleic acid/sodium

7   maleate buffer system in Bionpharma's ANDA product?

8   A.      No, I don't think it does because he totally ignores

9   the enalapril component.

10  Q.      Okay.  Let's go to DDX-1528 in your slide deck.

11          I think this summarizes your disagreements with

12  Dr. Byrn's opinions on the buffer limitation.  Now I'd like

13  to focus on the second reason you disagree.

14          So from here on out, let's just assume Dr. Byrn

15  is correct regarding the presence of a appreciable maleic

16  acid/sodium maleate buffer system in Bionpharma's ANDA

17  product in the amount he says it is.  I think it is

18  .236 milligrams per milliliter.

19  A.      Yes.

20  Q.      Now, you are aware that Dr. Byrn argues that the

21  maleic acid/sodium maleate in, allegedly in Bionpharma's

22  ANDA product perform substantially the same function in

23  substantially the same way to yield substantially the same

24  result as a buffer limitation; correct?

25  A.      Yes, I am aware of that.  Yes.

*sealed and confidential*

535

Moretan - direct

1   Q.      Okay.  Let's focus on the function part of that.

2           Do you agree with Dr. Byrn that the maleic

3   acid/sodium maleate he alleges is present in Bionpharma's

4   ANDA product serves the same function as the buffer

5   limitations of the asserted claims?

6   A.      No, I do not.

7           MR. ALUL:  Let's -- I think you have a Slide

8   1529.

9   BY MR. ALUL:

10  Q.      If you can explain what you have for the Court here?

11  A.      Yes.  So buffer function is to maintain pH, which, in

12  turn, as we've heard, protects enalapril during storage and

13  also in the stomach beyond any pH maintenance provided by

14  the maleic acid dissociated from enalapril maleate.  But the

15  purpose of the maleate salt is to increase solubility of

16  enalapril.  It's not there to be a buffer.

17  Q.      Okay.  I'd like to focus on the part of your opinion

18  regarding the function of the buffer limitations providing

19  buffering effects beyond any effects provided by dissociated

20  acid from an enalapril salt.

21          MR. ALUL:  Let's go to PTX-3, the '745 patent,

22  and look at the claims.

23          And let's focus on claim 1, the independent

24  claim.

25  BY MR. ALUL:

*sealed and confidential*

536

Moretan - direct

1   Q.      Would a person of ordinary skill in the art

2   understand the enalapril element as including enalapril

3   pharmaceutically acceptable salts?

4   A.      Yes, they would.

5   Q.      Okay.  And a person of skill would understand that to

6   include an enalapril maleate; correct?

7   A.      Correct, yes.

8   Q.      Same for the claims of the' 987 patent?

9   A.      Yes.  Same for the claims of the '987 patent.

10  Q.      And, in fact, for the two Epaned patents that

11  Silvergate brought against Bionpharma, the '008 and '442

12  patents, do you recall how the enalapril itself was claimed

13  there?

14  A.      Yes.  It was the enalapril maleate salt.

15  Q.      Okay.  Back to claim 1.  Let me just get this

16  straight.

17          Under Dr. Byrn's own theory, for formulations

18  falling within this claim that use enalapril maleate as

19  the active ingredient, those claimed formulations would

20  inherently include a maleic acid/sodium maleate buffer

21  system?

22  A.      Yes, they would.

23  Q.      So let's just play this out for the Court.

24          Under Dr. Byrn's own theory, for those

25  formulations prepared with enalapril maleate, maleic acid

Case 1:18-cv-01962-LPS   Document 196   Filed 03/02/21   Page 112 of 181 PageID #: 6292
*sealed and confidential*
537
Moretan - direct

1  dissociated from enalapril in the claimed formulation could

2  react with what to form a buffer?

3  A.       Sodium citrate, sodium benzoate.

4  Q.       Okay.  Despite that, despite that under Dr. Byrn's

5  theory enalapril maleate formulations within the scope of

6  claim 1 would inherently include a maleic acid/sodium

7  maleate buffer, Element 2 of claim 1 describes what?

8  A.       It describes a buffer comprising citric acid at a

9  range of concentrations and sodium citrate at a range of

10 concentrations.

11 Q.       All right.  So by their plain language, does it seem

12 like the claims themselves require a separate independent

13 buffer?

14 A.       Yes, it does to me, yes.

15 Q.       Okay.  Let's take a look at the common specification

16 of the '745 patent and I would like to direct your attention

17 to column 13, starting at line 16.

18          Can you explain to the Court what this paragraph

19 is describing?

20 A.       Well, this paragraph is describing a pH of enalapril

21 oral liquid formulations and the buffering agents maintain

22 the pH of the liquid enalapril formulations and it gifts a

23 list of non-limiting examples of buffering agents all the

24 way down, different buffering agents.

25 Q.       Do you see maleic acid described anywhere in this

*sealed and confidential*
538
Moretan - direct

1   list?

2   A.      No, not maleic acid.

3   Q.      And have you looked over the liquid formulations

4   in the example starting at column 31 and going to column

5   39?

6   A.      Yes, I have.

7   Q.      What is the form of the enalapril used to prepare

8   each of those formulations?

9   A.      The maleate salt.

10  Q.      Do any of those calculations not include a separate

11  buffer component beyond anything provided by enalapril

12  maleate?

13  A.      No, they do not.

14  Q.      Do you see anywhere in the common specification a

15  description suggesting that maleic acid dissociated from an

16  enalapril salt can serve as a buffer suitable for use in the

17  claimed formulations?

18  A.      No, I do not.

19  Q.      Do you see any discussion in the common specification

20  suggesting that a separate buffer need not be included in

21  the claimed formulations if enalapril maleate is used?

22  A.      No, I do not.

23  Q.      Okay.  I think your next slide is DDX-1530.

24          First of all, before we delve into this slide

25  completely, can you explain to the Court once more what pKa

*sealed and confidential*

539

Moretan - direct

1   is?

2   A.      pKa is a measure of the strength of the, of an acid

3   or acidic, acidic group.

4   Q.      Okay.  And if you could, just go ahead and explain

5   this slide 1530 for the Court's benefit.

6   A.      So we have to remember that the pH of the Epaned and

7   Bionpharma's FDA product was about 3.3.  Now, when we talk

8   about an acid, we're talking about citric acid or maleic

9   acid, these have multiple ionizable groups.  And citric acid

10  is what we call a tricrotic acid, so it has three ionizable

11  groups, which can give up their hydrogen ions and it has

12  three pKas, so 3.1, 4.7 and 6.4.  Maleic acid, on the other

13  hand, is diprotic and it only has two ionizable groups and

14  the pKas are 1.97 and 6.24.

15          So the first hydrogen ion of citric acid has a

16  pKa of 3.1, which is very close pH of the enalapril liquid

17  formulations.

18          Maleic acid, on the other hand, has neither of

19  the hydrogen ion pKas that's within plus or minus one of the

20  target pH range and this is explained on the, on the bottom

21  in the graphic with the pH scale, citric acid at pKa 3.1,

22  maleic acid at pKa 1.97, and the range of the -- and 3.3 is

23  the target pH and the buffer would have to be within 2.3 to

24  4.3.

25  Q.      What does all of this tell you?

*sealed and confidential*

540

Moretan - direct

1    A.      It tells me that maleic acid is not an effective

2    buffer for enalapril formulation.

3    Q.      Okay.  I believe you have a slide specifically on

4    this.  Let's turn to DDX-1531.  Can you explain to the Court

5    what you have here?

6    A.      Oh, yes.  At pH of 3.3, if we look at the left hand

7    figure, the boxer has equal -- approximately equal amount

8    of -- sorry, the boxer's arms represent the amount of citric

9    acid, sodium citrate, so at 3.3, which is very close to the

10   initial peak here of citric acid, there will be

11   approximately equal amounts of the two components, so,

12   you know, the arms are the same, approximately the same

13   size.

14           Then the right-hand figure, this is the alleged

15   buffer capacity in Bionpharma's ANDA product, and at the pH

16   that we're talking about, 3.3, yes, most of the maleic acid

17   would be in the sodium salt.  There will be very, very

18   little of the maleic acid in the pre-acid form, which is why

19   we have this kind of arm, red arm on the figure.

20           And also the boxer, you know, the size of the

21   boxer represents the strength of the buffer and the citric

22   acid, so the citric buffer, is a lot bigger, a lot stronger

23   than the maleic acid sodium maleate buffer, which is

24   represented by a much smaller figure.

25   Q.      Okay.  Just one point of clarity.  I believe you

Case 1:18-cv-01962-LPS   Document 196   Filed 03/02/21   Page 116 of 181 PageID #: 6296
*sealed and confidential*
541

Moretan - direct

1  testified earlier that maleic acid is a strong acid; is that

2  correct?

3  A.     Yes, it is.  It's stronger than -- it has a lower

4  pKa.  Therefore, it is stronger than citric acid.

5  Q.     Okay.  But itself it's not a strong acid like

6  hydrochloric acid; is that correct?

7  A.     No, it's not.  No, it's not.

8  Q.     Okay.  Let's go to DTX-1532 in your slide deck.

9         Are maleic acid and citric acid similar

10  compounds?

11  A.     In my opinion, no, they are not.  Yes, they're acids,

12  but that's where the -- the similarities stop.

13         So if we look at the top structure, the maleic

14  acid is on the right-hand side, and you have the two

15  carboxylic acid groups and they are separated by a double

16  bond and we call that a conjugated system.  Now, this is not

17  to be confused with conjugated base in buffers.  Just

18  another use of the term conjugation in chemistry.

19         Citric acid, on the other hand, is a triprotic

20  acid and as you can see, it has three carboxylic acid

21  groups.  It also has a citric acid -- sorry, a tertiary

22  alcohol group.  It does not have any kind of olefinic double

23  bonds like maleic acid does, and it's rather different and

24  it's added separately from, in addition to whatever the

25  enalapril maleate component would be.

*sealed and confidential*

542

Moretan - direct

1   Q.      Would you say the differences are substantial?

2   A.      In my opinion, yes.

3   Q.      Have you prepared any liquid formulations that use

4   citric acid and sodium citrate as buffers?

5   A.      Yes, I have.

6   Q.      Now, you'll recall when we were talking about your --

7   what you believe is the proper function of the buffer

8   limitation, you mentioned that it was not only to protect

9   the enalapril during shelf life, but also in the stomach; is

10  that correct?

11  A.      That's correct.

12  Q.      All right.  Let's turn to DTX-1068 in your exhibit

13  binder.

14          MR. ALUL:  Alex, can you put up DTX-1529

15  instead, because that was actually moved into evidence.  So

16  let's just, for the screen, let's put up 2159.

17  BY MR. ALUL:

18  Q.      Dr. Moreton, you have DTX-1068 in your exhibit

19  binder.

20  A.      Yes, I do.

21          MR. ALUL:  Alex, if you could put up DTX-1529.

22  Okay.

23          THE TRIALanywhere HOST:  Sorry, Mr. Alul.  I

24  don't seem to have that.

25          MR. ALUL:  All right.  Don't worry about that

1    then.   Don't worry about that for now.

2    BY MR. ALUL:

3    Q.      Do you recognize this document, Dr. Moreton?

4    A.      Yes.  It's a citizen's petition filed on behalf of

5    Silvergate to the FDA in support of Epaned NDA application.

6    Q.      Okay.  I'd like to turn your attention -- I'm going

7    to use the DTX numbers on the bottom right-hand side, DTX-7

8    and 8.

9             I'm going to start with the last word on

10   DTX-6, furthermore, and I will just go ahead and read into

11   the record the next sentence:  Furthermore, Epaned enalapril

12   maleate oral solution one milligram per milliliter contains

13   the buffering agent citric acid and sodium citrate.  These

14   buffering agents act together to keep Epaned and enalapril

15   maleate oral solution one milligram per millimeter in a

16   stable pH band.  Example:  Impacting shelf life --

17   stability, and are thought to protect enalapril after

18   ingestion from premature hydrolysis in the stomach's acidic

19   environment.

20            What is Silvergate telling the FDA here?

21   A.      Silvergate is telling the FDA that not only does the

22   citric acid protect -- the sodium citrate buffer protect the

23   drug on stability, but it also protects the enalapril after

24   ingestion because the acidic environment in the stomach and

25   the temperature could induce premature hydrolysis of the

*sealed and confidential*

Moretan - direct

1    drug.

2    Q.      Do you see the second full paragraph?  I will read

3    this into the record where it says, Furthermore, the stomach

4    is an acidic environment and has an elevated temperature

5    relative to the storage temperature of enalapril maleate

6    solution.  Thus, the citric acid sodium citrate buffer

7    system, which protects enalapril maleate oral solution in

8    storage, is also thought to protect enalapril from

9    hydrolysis in the elevated temperature's acidic environment

10   of the stomach.

11             Any change in the amount of citric acid or

12   sodium citrate, removal of one or more of these non-active

13   ingredients or replacement with different buffering

14   components could materially affect the amount of enalapril

15   that gets hydrolyzed in the stomach to the minimally

16   bioavailable enalapril.  This could unexpectedly result in

17   subtherapeutic dosing and diminish systemic exposure in

18   children.

19             Doctor, what is Silvergate telling FDA there.

20   A.      In my opinion, Silvergate is telling the FDA that the

21   enalapril protects the material in the stomach because the

22   acidic environment and the higher temperature, body

23   temperature, would induce -- make the reaction go quicker,

24   and they are also saying that any change in the amount of

25   citric acid or sodium citrate or removal of it would --

Moretan - direct

1    could materially affect the amount of enalapril that gets

2    hydrolyzed and therefore could affect the results in

3    subtherapeutic dosing and diminish the systemic exposure in

4    patients, in children.

5            So they are saying the sodium citrate and citric

6    acid are crucial, critical to the performance of the Epaned

7    formulation in vivo.

8    Q.    And to protect the enalapril in vivo, would you want

9    a buffer system with a higher buffering capacity or lower

10   buffering capacity?

11   A.    Higher buffering capacity.

12   Q.    So I believe this is this is a nice segue into your

13   opinions regarding whether the maleic acid sodium maleate

14   buffer system that Dr. Byrn alleges is in Bionpharma's ANDA

15   product functions in substantially the same way as the

16   claimed citric acid sodium citrate buffer.

17           Let's turn to DDX-1533 in your slide deck where

18   I believe you summarize your opinion on this, and if you

19   could provide it for the Court.

20   A.    Yes.  So it's my opinion that maleic acid and the

21   buffer limitations do not operate in the same way.

22           Buffer species concentration is a good measure

23   of buffer capacity and buffer species concentrations of the

24   claimed buffer considerably and sub -- are -- sorry, are

25   considerably and substantially larger than the alleged

 1    maleic acid/sodium maleate.

 2    Q.      Dr. Moreton, what exactly is buffer species

 3    concentration?

 4    A.      Buffer species concentration is the amount of the

 5    buffer components there present in the formulation, so in

 6    the case of the Epaned patent, the patent, the claimed

 7    inventions, it would be the total of sodium citrate and

 8    citric acid.

 9    Q.      Okay.  Let's actually go back to claim 1 of the '745

10    patent, PTX-3.  And I would like to focus on the buffer

11    limitation and specifically, the numerical ranges in front

12    of each of citric acid and sodium citrate.

13              Do you see those, Dr. Moreton?

14    A.      Yes, I do.

15    Q.      What do those mean?

16    A.      Well, these are the range of concentrations that are

17    the -- that the patent, that are claimed in the patent.  So

18    the citric acid has to be present in about 0.8 to about

19    3.5 milligrams per millimeter and the sodium citrate has to

20    be present in about 0.1 to about 0.8 milligrams per

21    millimeter.

22    Q.      Are these concentration ranges the same for the

23    buffer limitations for the asserted '987 patent claims?

24    A.      Yes, they are.

25    Q.      Do these concentration ranges signify a certain

*sealed and confidential*

547

Moretan - direct

1    concentration of buffer species?

2    A.      Yes, they do.  It's quite easy to calculate them.

3    It's a very simple arithmetic multiplication.

4    Q.      And I believe you've done that in your next few

5    slides.  If you could walk the Court through DDX-1534 and

6    1535.

7    A.      Okay.  So here, we're looking at the minimum total

8    claimed buffer species calculation.  So in the '745 and '987

9    patents, the minimum amount of citric acid is 0.8 milligrams

10   per ml and the minimum amount of sodium citrate is about

11   0.1 milligrams per ml.

12           So 0.8 milligrams per ml of citric acid, when

13   you do the calculations, represents 4.16 times ten to the

14   minus six mols of citric acid and the 0.1 milligrams per ml

15   of sodium citrate represents 3.88 times ten to the minus

16   seven mols of citric acid.  So the total concentration of

17   citric acid and citrate ions are simply the addition of

18   those two numbers, which is 4.55 times ten to the minus

19   six.

20           So on the right-hand figure, demonstrative, we

21   are looking at the maximum level, so the maximum levels in

22   the patents are 3.5 milligrams citric acid and

23   0.8 milligrams of sodium citrate, and when we do the sums,

24   then we get 2.13 times ten to the minus five mols of buffer

25   species.

*sealed and confidential*

548

Moretan - direct

1    Q.      Okay.  And, again, assuming the concentration of

2    maleic acid that Dr. Byrn alleges is present in Bionpharma's

3    ANDA product is correct, were you able to calculate the

4    buffer species concentration for that?

5    A.      Yes, I was.

6            MR. ALUL:  So let's go to DDX-1536.

7    BY MR. ALUL:

8    Q.      And --

9    A.      Okay.

10   Q.      -- if you could walk the Court through that.

11   A.      Yes, okay.

12           So here, in Bionpharma, what Dr. Byrn alleges is

13   the maleic acid species in Bionpharma's product,

14   0.236 milligrams of maleic acid.

15           And there is no sodium maleate added so the

16   whole buffer species here is just maleic acid.  So that

17   represents 2.03 times 10 to the minus 6 mols of maleic acid

18   and maleate anion combined.

19   Q.      And I believe your next slide, DDX-1537, compares the

20   buffer species concentration of maleic acid/sodium maleate

21   alleged to be in Bionpharma's ANDA product with the buffer

22   species concentration of the claimed citric acid/sodium

23   citrate buffers.  Is that correct?

24   A.      Yes, that's correct.  So --

25   Q.      And -- yes.  Go ahead.  I'm sorry.  Please, go ahead.

*sealed and confidential*

Moretan - direct

549

1    A.       So what I have done here is simple division, if you

2    will.   The buffer species concentrations of the minimum

3    claim is divided by the maleic acid maleate species in

4    Bionpharma's ANDA products, and also the maximum buffer

5    species of the claims is also divided by the same number.

6            And so we get at the minimum buffer species

7    concentration, the amounts of buffer in the claims is 2.24

8    times the amount that could be present if what Dr. Byrn

9    alleges is correct in the Bionpharma's ANDA product.

10           And then in the -- for the maximum claimed

11   buffer species concentration, you know, the difference is

12   a 10.5 fold difference.  So 10.5 times as much buffer in

13   the, in the citric acid/sodium citrate buffer in the claims

14   compared to what could be present, according to Dr. Byrn, in

15   the Bionpharma ANDA product.

16   Q.   And based on that, do you believe that the maleic

17   acid/sodium maleate buffer that Dr. Byrn alleges is present

18   in Bionpharma's ANDA product achieves substantially the same

19   result as the claimed buffer limitations?

20   A.   No, I do not.

21           MR. ALUL:  And I believe you have a slide on

22   this.

23           Let's turn to 1538.

24   BY MR. ALUL:

25   Q.   Could up explain what you have here.

*sealed and confidential*

550

Moretan - direct

1    A.    So I don't agree that they're the same because the

2    buffer capacity of the buffer limitations is substantially

3    higher than the buffer capacity of the alleged maleic

4    acid/sodium maleate.

5    Q.    Based on what you have opined on thus far, do you

6    have an opinion as to whether the maleic acid/sodium maleate

7    that Dr. Byrn alleges is present in Bionpharma's ANDA

8    product is substantially different from the claimed citric

9    acid and sodium citrate buffers?

10   A.    Yes, I do.  And I believe it is substantially

11   different.

12   Q.    So, Dr. Moretan, how exactly did Bionpharma formulate

13   an enalapril liquid formulation that is stable,

14   bioequivalent, and therapeutically equivalent to Epaned

15   without including a buffer?

16   A.    Well, they judiciously chose the excipients to come

17   up with a formulation that was approximately the right pH

18   and did not change much on stability.

19   Q.    Do you understand that Silvergate's expert, Dr. Byrn,

20   essentially argues that because Bionpharma's ANDA product is

21   stable during its shelf life, the maleic acid/sodium maleate

22   buffer he alleges is present must be insubstantially

23   different from the claimed citric acid/sodium citrate

24   buffers?

25   A.    Yes, I have heard that; and I respectfully disagree.

*sealed and confidential*

Moretan - direct

551

1    Q.      Why do you disagree?

2    A.      Because stability is not just a function of the

3    buffer.  It is, it is the whole formulation that conjugates

4    to stability.

5    Q.      Okay.  And are you also familiar with Dr. Byrn's

6    criticism that buffer species concentration and buffer

7    capacity are irrelevant because they're not expressly

8    recited in the Epaned patents?

9    A.      Yes, I am aware; and I, again, I respectfully

10   disagree with Dr. Byrn.

11   Q.      And why do you disagree?

12   A.      Well, I agree that they're not mentioned, but as I

13   showed in my calculations, they're implicitly in there

14   because it's a very simple calculation.  And when you add

15   buffer, you add buffer species, and you can calculate that.

16   And we do it almost daily in the pharmaceutical industry

17   when we're in formulation development.

18   Q.      Where, specifically, are buffer species concentration

19   and buffer capacity implicit in Silvergate's Epaned patents?

20   A.      In the buffer limitation in claim 1, the levels of

21   buffer that are the levels of the sodium citrate -- or

22   concentrations of the sodium citrate and citric acid, they

23   imply that buffer species are there.  Otherwise --

24   Q.      Do you --

25   A.      Sorry.

*sealed and confidential*

552

Moretan - direct

1   Q.      Go ahead.

2   A.      Otherwise, when you put these things into the

3   solution, they're buffer species.  Whether you express them

4   as mols or milligrams per milliliter, they're still buffer

5   species.

6   Q.      Okay.  Do you have an opinion on whether a finding

7   that the maleic acid/sodium maleate that Dr. Bryn alleges

8   is present in Bionpharma's ANDA product is equivalent to the

9   claimed citric acid/sodium citrate buffer limitations that

10  would vitiate those claim limitations?

11  A.      Yes, I do.

12  Q.      And what is your opinion on that?

13  A.      I believe they would be vitiate the claims because

14  the whole essence of the Bionpharma product is to avoid

15  sodium citrate and citric acid.

16          And if the -- the whole point is that it's clear

17  that Silvergate expected and required more buffer than was

18  ever present in the -- with the enalapril -- from the

19  enalapril maleate well over and above what was there.

20          And so to equate them is, in my opinion, negates

21  the whole aspect of the buffer.

22          MR. ALUL:  Okay.  Let's turn to DDX-1540, which

23  summarizes your opinions.

24  BY MR. ALUL:

25  Q.      I believe the final opinion you have given in this

*sealed and confidential*

553

Moretan - direct

1    case pertains to Bionpharma's factual defense on the

2    preservative limitation.  Is that correct?

3    A.    Yes.  That's correct.

4    Q.    And I believe your next slide, 1541, compares the

5    preservative limitations -- the preservative limitation to

6    methylparaben and propylparaben in Bionpharma's ANDA

7    product; correct?

8    A.    Yes.  So the preservative limitation in both patents

9    is about 0.7 to about 1.2 milligrams per milliliter of

10   sodium benzoate.

11            And Bionpharma's product does not contain

12   sodium benzoate.  It contains methylparaben and

13   propylparaben.

14   Q.    And you understand that Silvergate --

15            THE COURT:  Apologies.

16            MR. ALUL:  I'm sorry.  Yes, Your Honor.

17            THE COURT:  I'm going to interrupt you.  I'm

18   going to take a break before we do this last opinion.

19            Let's go, let's bring the public back in and

20   I'll tell them we're going to take a short break.

21            MR. ALUL:  Understood.

22            (Sealed portion ends.)

23                   *     *     *

24            THE COURT:  Okay.  You may proceed.

25            MR. ALUL:  Thank you, Your Honor.

*sealed and confidential*

Moretan - direct

**DIRECT EXAMINATION**

1

2     BY MR. ALUL:

3     Q.     Dr. Moretan, I believe we were look at 1540 in your

4     slide deck which summarized your opinions in this case.  And

5     I think the last one we're going to discuss today is your

6     opinion concerning Bionpharma's factual defense to the

7     preservative limitation.

8                    MR. ALUL:  Can we get 1540 up?

9                    Thank you.

10                   And we're going to jump from there, actually, to

11    1541.

12    BY MR. ALUL:

13    Q.     Dr. Moretan, I believe you have a slide prepared --

14    I'm sorry.

15                   Dr. Moretan, do you understand that Silvergate

16    and Dr. Byrn allege that the methylparaben and propylparaben

17    preservatives used in Bionpharma's ANDA product are

18    equivalent to the claimed sodium benzoate; correct?

19    A.     That's correct, yes.

20    Q.     Do you have an opinion on this?

21    A.     I respectfully disagree.

22    Q.     Okay.  I believe your slide 1542 compares the

23    structures of all three compounds.

24                   What can you tell us about structural

25    differences?

*sealed and confidential*

555

Moretan - direct

1    A.      Well -- excuse me.  The parabens are esters of

2    para-benzoic acid, so it's a methyl ester and the propyl

3    ester.  The methyl and propylparaben, respectively.

4              Sodium benzoate is just sodium salt of benzoic

5    acid.

6              The parabens work in different ways than sodium

7    benzoate, and there are different physical properties as

8    well.

9    Q.      Have you prepared any liquid formulations that use

10   sodium benzoate as a preservative?

11   A.      Yes, I have.

12   Q.      Does sodium benzoate itself have antimicrobial

13   properties?

14   A.      No.  Sodium benzoate is inactive.  You have to

15   convert it to benzoic acid, which is below pH 5, in order

16   for it to exert its effect.

17   Q.      Okay.  I believe your next slide, DDX-1543, compares

18   additional properties; is that correct?

19   A.      Yes, it does.

20   Q.      And if you could walk the Court through this slide.

21   A.      So the parabens, methyl and propylparaben, are

22   lipophilic compounds.  Sodium benzoate is hydrophilic.  And

23   this is reflected in their solubility in water.

24              So lipophilic means lipid-loving or fat-loving.

25              Hydrophilic means water-loving.

*sealed and confidential*

Moretan - direct

556

1          And the solubility of the methylparaben in water

2     is about 1 and 400 parts, and propylparaben is even less

3     soluble; it is 1 in 2,500 parts, where sodium benzoate is

4     soluble in 1 in 1.8 parts.

5          But the methyl and propylparaben are soluble in

6     propylene glycol, which is a cosolvent, 1 in 5 and 1 in 3.9

7     respectively, and the optimal pH for the antimicrobial

8     activity of the parabens is in the range of 4 to 8 and

9     sodium benzoate, 2 to 5.

10    Q.    Okay.  Let's talk about solubility first.

11         If a formulator wants to use methylparaben

12    and/or propylparaben in aqueous solution but, as you say,

13    they are lipophilic compounds, how does a formulator get

14    them in a solution?

15    A.    There's a couple of ways.

16         They can use the sodium salts, which is what

17    Silvergate did in their studies.

18         Or you can dissolve them in a cosolvent, such as

19    propylene glycol, which is what Bionpharma did.

20         And then when you add the solution, the

21    cosolvent solution to the water in the, in the product, the

22    preservatives remain solubilized in the cosolvent water

23    mixture.

24    Q.    Does sodium benzoate need anything special to assist

25    with its solubility in aqueous solution?

Moretan - direct

1    A.      No, it is readily soluble in water at room

2    temperature.

3    Q.      Would a skilled formulator preparing an enalapril

4    liquid formulation find the relative solubilities of

5    methylparaben, propylparaben, and sodium benzoate an

6    important factor to consider?

7    A.      Yes, they would, because you have to tailor your

8    manufacturing process to the properties of your ingredients.

9    Q.      Okay.  Let's focus on pH for a second.

10           Can you explain to the Court why pH is relevant

11   to the antimicrobial activity of preservatives in

12   pharmaceutical liquids?

13   A.      Thus, we've heard pH effects the ionization of

14   ionizable compounds.  And so for -- as I said, sodium

15   benzoate, the active of component is benzoic acid.  So you

16   have to drop the pH to below 5 in order for it to work.

17           If you have a pH above 5, then it's ionized and

18   it is inactive.

19           Similarly for the methylparaben and

20   propylparaben, their optional pH for antimicrobial activity

21   is pH 4 to pH 8.

22           If you go above that pH, then they're inactive

23   and may even be hydrolyzed to de-inactive hydroxybenzoic

24   acid.

25   Q.      And I believe you -- just to make sure the record is

*sealed and confidential*

558

Moretan - direct

1    clear, I believe you said that sodium benzoate at a pH above

2    5 is not ionized; correct?

3    A.      It's not ionized, correct.

4    Q.      Okay.

5    A.      Sorry.  Above pH 5 it is ionized.

6    Q.      It is ionized, okay.  Okay.

7            And then between pH 2 and 5, it is ionized or

8    not ionized?

9    A.      It is not ionized.

10   Q.      What was your source of authority for these physical

11   and chemical properties?

12   A.      The Handbook of Pharmaceutical Excipients.

13   Q.      Okay.  And I think we looked at the entries for

14   methylparaben and propylparaben earlier.

15           MR. ALUL:  Can you please turn to DTX-1102.

16   BY MR. ALUL:

17   Q.      Is this the entry for sodium benzoate in the

18   Handbook?

19   A.      Yes, it is.

20   Q.      And you relied on this entry for the data presented

21   in DTX-1543?

22   A.      Yes, I do.

23           MR. ALUL:  Okay.  Let's jump to DDX-1544 on your

24   slide deck and take a look at antimicrobial properties.

25   BY MR. ALUL:

*sealed and confidential*

559

Moretan - direct

1    Q.      Do methylparaben and propylparaben exert their

2    antimicrobial effects in substantially the same way as

3    sodium benzoate?

4    A.      No, they do not.

5    Q.      Could you explain why?

6    A.      Parabens are effective against yeasts and molds and

7    gram-positive and gram-negative bacteria, and they're

8    generally antimicrobial.  But they work in a way where they

9    disrupt membrane transport processes or inhibit the

10   synthesis of DNA or RNA in the bacteria, yeasts, and molds.

11           And they are, in fact, bactericidal and

12   fungicidal.

13           Sodium benzoates, on the other hand, is only

14   effective under acidic conditions, and it enter the

15   bacterial cell and inhibits the fermentation of glucose.

16           And it is considered bacteriostatic and

17   fungistatic, not bactericidal and fungicidal.

18           So bacteriocidal and fungicidal means they kill

19   the microorganisms.

20           Bacteriostatic and fungistatic means they

21   inhibit the growth of microorganisms.

22   Q.      Did you rely on certain literature to support your

23   opinions on antimicrobial activity?

24   A.      Yes, I did.

25   Q.      Okay.  Let's take a look at that.  Let's go to DDX-25

*sealed and confidential*

560

Moretan - direct

1     in your exhibit binder.

2            Can you identify this document for the Court?

3     A.     Yes.   This is a paper by Freese and co-workers and it

4     details the function of lipophilic acids as antimicrobial

5     food additives and it details the way they work.   It

6     mentions methyl and propylparaben and it also mentions

7     benzoic acid sodium benzoate and it just mentioned that they

8     have different modes of action as well.

9     Q.     Let's turn to DTX-1090 in your exhibit binder.

10           Can you identify this reference for the Court?

11    A.     So this is another paper, this one by, I think it's

12    Nes and Eklund, and it's the effect of parabens on DNA, RNA

13    and protein synthesis in two bacteria, escherichia E. coli

14    and bacillus.

15           It goes on to discuss the effects of parabens on

16    inhibiting the DNA, RNA and protein synthesis in these two

17    bacteria.

18    Q.     Let's turn to DTX-1084 in your exhibit binder.

19           Can you identify this?

20    A.     This?

21    Q.     Yes, please.

22    A.     So this is a paper by, I think it's, yes, Flasinski

23    and colleagues and it really details the interaction between

24    parabens and the lipid membrane components in monolayers in

25    the aqueous solution phase.   It's not in the live organisms,

Case 1:18-cv-01962-LPS   Document 196   Filed 03/02/21   Page 136 of 181 PageID #: 6316
*sealed and confidential*
561

Moretan - direct

1    but they've taken those components of the lipid membrane and

2    they've looked at how they interact or how parabens interact

3    with those lipid components in vitro.

4    Q.    Let's turn to --

5    A.    Sorry.

6    Q.    Go ahead, please.

7    A.    But it does explain how the parabens work in vivo.

8    Q.    Let's go to DTX-1100 in your exhibit binder.

9          Can you identify this reference for the Court?

10   A.    Yes.  This is a paper by Valkova and colleagues, and

11   it's about hydrolysis of parabens and, excuse me, by a

12   resistant strain of a bacterium, but it does explain how

13   they work and how they inhibit RNA, DNA.

14   Q.    I would like to draw your attention to the first

15   paragraph on the cover page of this Valkova reference

16   and in particular the last two sentences of that first

17   paragraph.

18         Do these two sentences in any way support an

19   opinion you've given earlier today?

20   A.    Yes, it does, because here it mentions that, or

21   states that propylparaben is considered more active against

22   most bacteria, but because the latter is more soluble in

23   water, they are often used as a mixture in commercial

24   preparations and that's my experience, too.

25         MS. DEVINE:  Objection, Your Honor.  This is

Case 1:18-cv-01962-LPS   Document 196   Filed 03/02/21   Page 137 of 181 PageID #: 6317
*sealed and confidential*
562
Moretan - direct

1   undisclosed support for his opinion.

2              THE COURT:  All right.  Mr. Alul, do you want to

3   tell us where there is support for the opinion?

4              MR. ALUL:  Your Honor, it's in his expert

5   report.  He relies on it when he talks about parabens.  I'm

6   happy to show the Court where it's cited in his report.

7              THE COURT:  I'm not sure that that suggestion is

8   he hasn't cited the reference.  I think it's the specific

9   opinion that he has given.

10             MS. DEVINE:  That's correct, Your Honor.

11             MR. ALUL:  I don't understand Rule 26 to

12  suggest that he has to explain each and every part of

13  every reference in his expert report.  He just provides a

14  summary.

15             This reference talks about and deals with

16  parabens.  He talks about it in connection with parabens in

17  his expert report, in particular regarding their activity

18  and stuff like that.  But it's a sentence in there.  It's

19  about parabens.  It's about how often they are used.  It's

20  just related.

21             THE COURT:  I mean, what exactly are you

22  objecting to?

23             MS. DEVINE:  His opinion about the mixture of

24  parabens being something common has been an issue and the

25  lack of support for it.

*sealed and confidential*

Moretan - direct

563

1           Dr. Moreton's report has been an issue.  I

2    deposed him on it.  I deposed him on it.  He did not

3    identify these references for his support.  This is the

4    first time I'm hearing of it.

5           THE COURT:  Hold on.  He hasn't expressed the

6    opinion that it is common?

7           MS. DEVINE:  Yes.

8           THE COURT:  Hold on.  All your objection to is

9    now citation of the support for this opinion?

10          MS. DEVINE:  That's correct.

11          THE COURT:  I'm not even sure if that's an

12   expert opinion.  Is there going to be any objection to this

13   exhibit coming into evidence?

14          MS. DEVINE:  No, there is no objection to that.

15          THE COURT:  All right.  I'm going to overrule

16   the objection and we'll charge that time to the plaintiff.

17   Go ahead.

18          MR. ALUL:  Thank you, Your Honor.  Thank you,

19   Your Honor.

20   BY MR. ALUL:

21   Q.    Dr. Moreton, you can finish your thought regarding

22   these last two sentences.  Does it support an opinion you

23   gave earlier today?

24   A.    Yes, it does, because it explains that while

25   propylparaben is more active than methylparaben, because of

sealed and confidential

Moretan - direct

1    the solubility differences, they're often used as a mixture

2    in commercial preparation.

3    Q.      Okay.  And which opinion earlier did you give that

4    this language supports?

5    A.      That they are most commonly used together.

6    Q.      Okay.  If you turn to DTX-1093 in your exhibit

7    binder, can you identify this reference for the Court?

8    A.      Yes.  This is a reference by Ponsgavee and it details

9    the effects of sodium benzoate on on human cells actually,

10   but it does give information on the way that sodium benzoate

11   and benzoic acid works as antimicrobial.

12   Q.      All right.  Let's go to Exhibit DTX-1099 in your

13   exhibit binder.

14            Can you identify this reference for the Court?

15   A.      So this is a reference by Warth, I think that's how

16   he pronounced it.  It looks at the mechanism of action of

17   benzoate acid on yeast and the effects of the glycolytic

18   metabolite levels, production and intercellular pH.  And it

19   explains that benzoic acid, sodium benzoate and benzoic acid

20   at below pH five, it goes into the cell and then inhibits

21   the fermentation of glucose and that inhibits the growth of

22   the microorganism, the metabolism and growth of the

23   microorganism.

24   Q.      Now, based on your opinions on the differences in

25   physical, chemical and antimicrobial properties between

*sealed and confidential*

565

Moretan - direct

1    methylparaben and propylparaben on the one hand and sodium

2    benzoate on the other, do you have an opinion as to whether

3    the methylparaben and propylparaben used in Bionpharma's

4    ANDA product is substantially different than the sodium

5    benzoate limitations of the asserted claims?

6    A.    Yes, I do.

7    Q.    And what is that opinion?

8    A.    It's my opinion that there are substantial

9    differences.

10   Q.    Okay.  Let's turn to DDX-1546 to 1551 and just

11   summarize your opinions for the Court with respect to the

12   specific claims.

13         Starting with claim four of the '745 patent,

14   based on the opinions you've given today, do you have an

15   opinion as to whether Bionpharma's ANDA product infringes

16   asserted claim 4 of the '745 patent under the doctrine of

17   equivalents?

18   A.    Yes, I do, and it is my opinion that Bionpharma's

19   ANDA product would not infringe claim 4 of the '745 patent

20   under the doctrine of equivalents.

21   Q.    Okay.

22         MR. ALUL:  I'm sorry, Your Honor.  At this point

23   we can unseal.

24         THE COURT:  Okay.  Then we will do that, please.

25         (End of portion under seal.)

*sealed and confidential*

566

Moreton - cross

1                              *     *     *

2                    THE TRIALanywhere HOST:  The courtroom is

3      sealed.

4                    THE COURT:  Thank you.  Go ahead.

5                    MS. DEVINE:  Thank you, Your Honor.

6                         CROSS-EXAMINATION

7      BY MS. DEVINE:

8      Q.    Sir, is it your opinion that when a claim

9      specifically calls for an element by its chemical identity,

10     for example, sodium benzoate, and not by a general category,

11     for example, a preservative, any other preservative like

12     methylparaben, propylparaben cannot be equivalent to sodium

13     benzoate?

14     A.    Not the literal equivalent, but I understand that

15     the contention is the Doctrine of Equivalents and that's

16     different.

17     Q.    The Doctrine of Equivalents is different than literal

18     equivalents?  Is that your opinion?

19     A.    Can be.  Can be, yes.  That's my understanding.  I'm

20     not a lawyer, but that's my understanding.

21     Q.    Okay.  So to be clear, it's your opinion that when

22     there is a claim that calls for an ingredient by chemical

23     identity rather than a category, then some other chemical

24     identity cannot be equivalent; correct?

25     A.    Literal equivalent, no.

*sealed and confidential*

567

Moreton - cross

```
1              MS. DEVINE:  Let's go to DDX-1529.

2              THE WITNESS:  Is that in your box, or is it --

3   BY MS. DEVINE:

4   Q.    I apologize, sir.  It's one of your slides.  We're

5   just going to pull it up.

6   A.    Sorry.  Sorry.  I thought you said DTX.

7   Q.    I apologize.  I should have told you that.

8   A.    Thank you.

9   Q.    Okay.  So here, sir, on the left-hand side, you state

10  that the buffer function is to maintain a pH beyond any pH

11  maintenance provided by acid dissociated from enalapril;

12  correct?

13  A.    That's correct.  Yes.

14  Q.    Okay.  From enalapril salt, I misspoke.  I apologize.

15  A.    Yes, okay.

16  Q.    And to reach this conclusion, you assume that the

17  claims all require enalapril salts; correct?

18              MR. ALUL:  Objection.  Objection as to form.

19              THE COURT:  You can try again, Ms. Devine.

20  BY MS. DEVINE:

21  Q.    Do all of the asserted claims require an enalapril

22  salt?

23  A.    I think the word is enalapril or enalapril salts, but

24  I may not be completely accurate there.

25  Q.    Do you agreement with me that the asserted claims
```

*sealed and confidential*

568

Moreton - cross

1   cover enalapril freebase?

2   A.      If it's enalapril or a pharmaceutically accepted

3   salt, yes.

4   Q.      And in the case where it's enalapril freebase, there

5   would be no pH maintenance provided by acid dissociated from

6   enalapril salt; correct?

7   A.      It wouldn't be provided by the acid dissociated, but

8   enalapril is itself an acid.

9   Q.      Sir, my question is, in the case of the claimed

10  embodiments that use freebase, there would be no pH

11  maintenance provided by acid dissociated from enalapril

12  salt; correct?

13  A.      Sorry.  Say that again, please.

14  Q.      In the case of the claims where the embodiment is the

15  enalapril freebase, there would be no pH maintenance

16  provided by acid dissociated from enalapril salt; correct?

17  A.      Correct.  Yes.

18  Q.      Sir, do you agree that the enalapril maleate in

19  Bionpharma's ANDA product is fully solubilized in the

20  formulation?

21  A.      Yes.

22  Q.      And in Bionpharma's ANDA product, if the enalapril

23  and maleate associates, they will rapidly dissociate;

24  correct?

25  A.      It's a equilibrium setup.  They associate/dissociate

*sealed and confidential*

569

Moreton - cross

1    quite quickly.

2    Q.      You agree that the amount of mols of maleic acid in

3    Bionpharma's ANDA product must remain constant regardless of

4    whether it is in its acidic form, which is maleic acid, or

5    its conjugated base form, which is maleate; correct?

6    A.      That's correct, yes.

7    Q.      And you agree that both maleic acid and citric acid

8    are polyprotic acids; correct?

9    A.      Yes, they are.

10   Q.      Do you agree that both maleic acid and citric acid

11   contain acidic ionizable hydrogens and their respective

12   carboxyl acid groups; correct?

13   A.      Correct.

14   Q.      And you agree that the sodium hydroxide in

15   Biopharma's ANDA product fully dissociates when added to the

16   solution; correct?

17   A.      Correct.

18   Q.      Let's pull up DDX-1527, please.  And, Doctor, this is

19   another one of your slides.

20   A.      Thank you.

21   Q.      Sir, you agree that when the hydroxide is added to

22   this formulation that represents Bionpharma's ANDA product,

23   it will react with the hydrogen with the lowest pKa first;

24   correct?

25   A.      That is correct, yes.

*sealed and confidential*

Moreton - cross

1    Q.      And if you assume that there is not sufficient amount

2    of strong base to raise the pH significantly, you agree that

3    according to the Henderson-Hasselbalch equation, an acid

4    with a pKa that is greater than two units above the pH of

5    the formulation will not dissociate in the presence of a

6    strong base like sodium hydroxide; is that correct?

7    A.      Say that again, please.

8    Q.      Sure.  We're going to assume that there's not

9    sufficient amount of sodium hydroxide, strong base, to raise

10   the pH significantly, and based on that assumption, you

11   agree that according to the Henderson-Hasselbalch equation,

12   an acid with a pKa that is greater than two units above the

13   pH of the solution will not dissociate in the presence of

14   the strong base?

15   A.      It will predominantly be unassociated, but it's not

16   an either/or, it's a, what do you want to call it?  It's

17   kind of a probability-type relationship, so it predominantly

18   will be in the unionized state.

19   Q.      Thank you.

20           At a pH of less than five when sodium benzoate

21   is added to the solution, the result is antimicrobial

22   effects; is that correct?

23   A.      That's correct, yes.

24   Q.      And at a pH of less than five when sodium benzoate is

25   added to the solution, the result is effects against yeast;

1  is that correct?

2  A.      That's correct, yes.

3  Q.      And the mixture of methylparaben and propylparaben

4  in the solution exerts antimicrobial effects; is that

5  correct?

6  A.      Correct.

7  Q.      And the mixture of methylparaben and propylparaben

8  in the solution exerts effects against yeast; is that

9  correct?

10 A.      Correct.

11 Q.      And do you agree that Bionpharma's ANDA product is

12 bioequivalent to Silvergate's Epaned; is that correct?

13 A.      That's what I've been informed, yes.

14 Q.      And you do not dispute that the maleic acid and the

15 sodium maleate in Bionpharma's ANDA product may have some

16 buffering capacity; correct?

17 A.      May have some buffering capacity, but not a lot.

18 Q.      Sir, do you recall what the release specification for

19 pH is for Bionpharma's ANDA product?

20 A.      I think it's 3.2 to 3.4.

21 Q.      Good memory.  Do you agree that that release

22 specification for pH for Bionpharma's ANDA product, which is

23 3.2 to 3.4, is quite narrow?

24 A.      It's relatively narrow, yes.

25 Q.      Could we please pull up another slide, DDX-1534.

*sealed and confidential*

Moreton - cross

1          Sir, do you recall these calculations that you

2     discussed on your direct that are reflected in DDX-1534?

3     A.     Yes, I do.

4     Q.     Okay.  And do you recall that the minimum amount of

5     the claim that you calculated is 4.55 times ten to the minus

6     six mols?

7     A.     That's correct.

8     Q.     Perhaps it would be easiest to move two slides

9     forward.  Could we go to -- let's go to DDX-1537, which I

10    believe has all the numbers on it.

11         And, sir, do you recall that the range that

12    you calculated is essentially 4.55 times ten to the minus

13    six to 2.13 times ten to the minus five mols?  That's

14    correct?

15    A.     That's correct, yes.

16    Q.     And if we put them in equivalent units, would you

17    agree with me that it would be 4.55 to 20.13 times ten to

18    the minus six?

19    A.     Actually, no.  It's 4.55 to 21.3.

20    Q.     I apologize.  Let me say that again.  Would you agree

21    with me that if we put them in equivalent units, the range

22    would be 4.55 to 21.3 times ten to the minus six?

23    A.     Correct, yes.

24    Q.     And that distance within the range is a range of

25    about 15 times tone to the minus six; is that correct?

*sealed and confidential*

573

Moreton - cross

1   A.      An arithmetic range, you mean?

2   Q.      Correct.

3   A.      Sorry.  Something like that, yes.

4   Q.      All right.  And you would agree with me that the

5   deviation of the amount in the Bionpharma product from the

6   low end of the range is about 2.5 times ten to the minus

7   six; correct?

8   A.      Say that again, please.

9   Q.      Sure.  You would agree with me that the deviation of

10  the amount in the Bionpharma ANDA product from the low end

11  of the claimed range is about 2.55 times ten to the minus

12  six?

13  A.      I'd have to, I'd have to work out the things on

14  paper.

15  Q.      Sure.  But looking at this now, the --

16  A.      Oh, sorry.  Sorry.  You mean just subtract the 2.03

17  from 4.55?

18  Q.      Correct, sir.

19  A.      Okay.  Sorry.  I misunderstood.  So that would be

20  about 2.52.

21  Q.      Times ten to the minus six; correct?

22  A.      Times ten to the minus six, yes.

23  Q.      So can we pull up DTX-1100.

24          Sir, do you recall testifying about this paper

25  towards the end of your direct testimony?

1    A.      Yes, I do.

2    Q.      And do you recall reading a quote from this paper

3    that states that methylparaben and propylparaben are

4    "commonly used together"?

5    A.      Yes, I do.

6    Q.      And would you agree with me that commonly used

7    together is not the same as always used together?

8    A.      That's correct and I never said that.

9    Q.      Let's go to DTX-1095.

10            Sir, do you remember testifying on direct about

11   the sections in the handbook of pharmaceutical excipients?

12   A.      Yes.

13   Q.      About methylparabens and propylparabens?

14   A.      Yes, I do.

15   Q.      Thank you, sir.

16            MS. DEVINE:  If we could go in 095 to page 605

17   at the top, Mr. McQueen, please.

18            And the paragraph, the second paragraph in the

19   left-hand column beginning, Owing.  I'm sorry.  One more

20   paragraph down.  There we go.

21   BY MS. DEVINE:

22   Q.      And, sir, this paper reads, Methylparaben together

23   with propylparaben has been used for the preservation of

24   various parenteral pharmaceutical formulations; is that

25   correct?

*sealed and confidential*

575

Moreton - cross

1    A.      That's correct.

2    Q.      What's the difference between a parental formulation

3    and an oral formulation?

4    A.      Parenteral formulations are intended to be sterile.

5    They're used by injection.  Oral formulations are taken by

6    the mouth.

7    Q.      So you would agree that a parenteral formulation and

8    oral formulation are different?

9    A.      Only different routes of administration.  They're

10   still based on --

11   Q.      Sir, it's a yes-or-no question.  Are they different?

12   A.      In what way?

13   Q.      Are they formulated differently?  Are there different

14   concerns in their formulation?

15           MR. ALUL:  Objection.  Objection, Your Honor.

16   Compound question.

17           THE COURT:  All right.  Break it down, Ms.

18   Devine.

19   BY MS. DEVINE:

20   Q.      Would you agree with me that parenteral and oral

21   formulations are formulated differently?

22   A.      Yes.

23   Q.      And we've looked just now at DTX-1095, DTX-1096 and

24   the other Handbook of Pharmaceutical Excipients.

25           MS. DEVINE:  If you could pull it up please,

*sealed and confidential*

Moreton - cross

1    quickly, Mr. McQueen.

2                And if we could go to the second page, please,

3    and the paragraph -- I'm looking for the paragraph right

4    above the table in the right-hand column that starts

5    propylparaben, and I promise I will give you the correct

6    paragraph this time.

7    BY MS. DEVINE:

8    Q.      And, sir, you would agree that this is the same

9    statement in DTX-1096 that we just read in DTX-1095; is that

10   correct?

11   A.      That's correct.

12   Q.      And this, too, relates to parental formulations; is

13   that correct?

14   A.      Yes, it does.

15   Q.      All right.  Could we please go to PTX-3 at Table C1.

16              MS. DEVINE:  I apologize, Your Honor.  We've

17   been having a little slowness with our videos this morning.

18              THE COURT:  Okay.

19   BY MS. DEVINE:

20   Q.      Doctor, do you recall testifying about these

21   formulations earlier?

22   A.      Yes, I do.

23   Q.      And would you agree that none of the formulations in

24   Table C1 reflect the formulation that contains only a form

25   of methylparaben and propylparaben mixed together without

*sealed and confidential*

577

Gemeinhart - direct

1    some other preservative?

2    A.       Correct.

3              MS. DEVINE:  Thank you, sir.  I have no other

4    questions.

5              THE COURT:  All right.  Redirect?

6              MR. ALUL:  Your Honor, no redirect for me.  I

7    just have a few exhibits that I would like to move in.  I

8    think we can unseal the courtroom.  I hope the courtroom was

9    sealed.  I can't remember.

10             MS. DEVINE:  I sealed it.

11             MR. ALUL:  All right.

12             THE COURT:  Okay.

13             MR. ALUL:  Go ahead, Your Honor.

14             THE COURT:  We'll ask to unseal the courtroom,

15   please.

16             TRIALanywhere HOST:  The courtroom is open.

17             (End of portion under seal.)

18                    *    *    *

19             THE TRIALanywhere HOST:  The courtroom is

20   sealed.

21             THE COURT:  Thank you.

22             You may proceed when you are ready.

23                      DIRECT EXAMINATION

24   BY MR. SABA:

25   Q.      So, Dr. Gemeinhart --

*sealed and confidential*

578

Gemeinhart - direct

1    A.      (Coughing)   Excuse me.

2    Q.      -- what were you asked to do in this case?

3    A.      In this case, I was first asked to look at and

4    respond to Dr. Beckton's assertions on infringement.

5             He gave ideas, and to examine those and respond

6    to them.

7             Specifically, to analyze whether the accused

8    single malic acid ingredient in Amneal's ANDA product was

9    equivalent to the claimed buffer comprising citric acid and

10   sodium citrate.

11            Then also to analyze Silvergate -- if Silvergate

12   is precluded from asserting the Doctrine of Equivalents due

13   to prosecution history estoppel.

14   Q.      And just generally, how did you go about forming your

15   opinions in this case?

16   A.      I started with the patents themselves, the four

17   asserted patents, and their file histories.

18            I reviewed them and went into the details.

19            I reviewed Dr. Buckton's infringement reports

20   and his cited materials.

21            I looked at the scientific evidence and

22   testimony relating to citric acid and sodium citrate, and

23   malic acid.

24            The accused equivalents.

25            I looked at the claim construction which talk

Gemeinhart - direct

1   "about" to mean "approximately."

2                And then other than that, looked at the plain

3   and ordinary meaning.  How would I take it?  How would a

4   person that was in the field take that meaning.

5                And then I applied legal standards as they were

6   supplied by counsel, because I'm not a lawyer.

7   Q.    What general legal standard did you apply on

8   infringement?

9   A.    Very simply, the patentee must prove by a

10  preponderance of evidence that the accused product must

11  meet each claim limitation, either literally or under the

12  Doctrine of Equivalents.

13  Q.    And on the Doctrine of Equivalents, specifically what

14  legal standards in general did you apply?

15  A.    So, first, we have to look at each limitation on a

16  limitation-by-limitation basis.

17                You can't remove a limitation.  You can't read

18  it away.  Every limitation has to be important.  So it has

19  to have consequence.

20                If a limitation was written to be in a narrow

21  way, it should be interpreted that way.  And that's, again,

22  the way we have to read them.

23                To determine if a Doctrine of Equivalents should

24  be applied or is true, there are two general tests:  One of

25  them is the function-way-result test and the second is, that

1    should be applied, is the insubstantial difference test.

2    Q.      And then finally on prosecution history estoppel, did

3    you apply the legal standards on DDX-209?

4    A.      I did, yes.

5    Q.      Did you also consider the definition of a person of

6    ordinary skill in the art or a POSA in this case?

7    A.      I did.  And, first, I applied, and I, in my report, I

8    included Amneal's description of a POSA, and I also examined

9    Dr. Buckton's that was presented in his report.

10              And when I read them, they look very similar to

11    each other.

12              And in Dr. Buckton's reply report he agreed, and

13    I heard him testify that he agreed they were very similar to

14    each other.  I agree they are very similar to each other.

15    Q.      Did you meet the proposed definitions of a POSA as of

16    March 2016?

17    A.      I absolutely think I do, yes.

18    Q.      And would any of your opinions change depending on

19    which definition the Court adopts?

20    A.      Not in any way.

21    Q.      So, Dr. Gemeinhart, what did you ultimately conclude

22    from your analysis?

23    A.      To summarize my opinions, Silvergate has not proven

24    infringement for any claim, any asserted claim, for any of

25    the patents:

*sealed and confidential*

Gemeinhart - direct

1      The '008 patent, which are claims 3, 8, 9, and;

2   10.

3      The '442 patent, which are claims 9, 10, 21, and

4   29;

5      The '745 patent, which are 4, 7 and 10;

6      The '987 patent, which are claims 7, 20, 23, and

7   30.

8      Amneal's single malic acid ingredient is not

9   equivalent to the two citric acid and sodium citrate

10   ingredients required in every asserted claim.

11      Silvergate is also preclude from asserting that

12   Doctrine of Equivalents against Amneal's malic acid

13   ingredient due to prosecution history estoppel.

14   Q.    So let's take a quick look at the specific language

15   of the claim limitations at issue.  Can you please tell us

16   what those are for the '008 and '442 patents?

17   A.    So for the '008 and the '442 claims, each of the

18   asserted claims rely on independent claim.  They include the

19   limitation of a buffer comprising about 1.82 milligrams per

20   milliliter citric acid and about 0.15 milligrams per

21   milliliter sodium citrate dihydrate.

22   Q.    And then for the '745 and '987 patents, what are the

23   claim limitations at issue?

24   A.    Parallel to that, the citric acid and sodium

25   citrate claim limitations, all of the asserted claims within

*sealed and confidential*

Gemeinhart - direct

1    the '745 and '987 patents require a limitation in the

2    independent claim of a buffer comprising about 0.8 to about

3    3.5 milligrams per milliliter citric acid and about 0.1 to

4    about 0.8 milligrams per milliliter sodium citrate.

5    Q.      So, Dr. Gemeinhart, what is your understanding of

6    what the claimed buffer requires?

7    A.      Quite simply, the claimed buffer requires two

8    specific ingredients: in a weak acid and a weak base

9    specifically in these cases.  So literally it would be

10   citric acid and sodium citrate, but a weak acid and a weak

11   base.

12   Q.      Does the patent, the shared patent specification,

13   provide any guidance on this understanding?

14   A.      Yes, they do.  There is a lot of description of the

15   weak acids and weak bases to make up the buffers.

16           So in this case, there is a description of what

17   comprises a buffer.  And in the initial aspect of the

18   specification within the disclosure on a buffer, the buffer

19   is described as comprising, first, citric acid; and that is

20   the initial highlighted in yellow.

21           Later on, it describes that it could be

22   something -- it could be citric acid and sodium citrate, and

23   then later it goes down to describe it could comprise citric

24   acid and sodium citrate dihydrate.

25           So in each of those locations, it describes it

*sealed and confidential*

Gemeinhart - direct

1    as being something else, but clearly, based on the latter of

2    those, it describes it as being a weak acid and a weak base.

3    And based on the dihydrate, it is not just a weak acid and a

4    weak base, but those are ingredients.  And that latter is

5    clearly a solid ingredient because of the dihydrate.

6             And that is clearly described as being a solid

7    ingredient that would be added.

8    Q.    And how does this disclosure at PTX-1, Column 13,

9    lines 30 to 42, how does it inform your understanding of the

10   claimed buffer?

11   A.    Again, it's very clear.  These ingredients that are

12   being added are a weak acid and a weak base that are being

13   added to that solution as solid ingredients, that are being

14   added to that -- to form that buffer, to create the given

15   conditions for that buffer.

16   Q.    Were there any other disclosures that informed your

17   understanding of the claims?

18   A.    Yeah.  The disclosure describes a lot of different

19   aspects of the buffer and gives several examples for how you

20   can -- to enable this, the invention.

21            In this case, I'm highlighting Example E.

22   Example E gives several, and this is actually six, different

23   compositions for the enalapril maleate formulations.

24            Specifically, and what I'll highlight here, is

25   that there are citric acid anhydrous and sodium citrate

*sealed and confidential*

584

Gemeinhart - direct

1    anhydrous that are described, both of those being very

2    specifically included as ingredients that are there based on

3    the fact that they are described as anhydrous, which are

4    clearly solid ingredients that are going to be added to

5    create the buffers.

6              These two included are throughout each of the

7    examples that are listed, A through E, basically every

8    single example throughout the patent -- the specification.

9    Q.    And what, if anything, would a POSA take from this

10   disclosure in Column 37 in view of the claims?

11   A.    Again, very clearly, the inventors, as they're

12   describing it, are outlining the fact that they're

13   describing a buffer system that includes a weak acid and a

14   weak base ingredient that are being added to create the

15   invention.

16   Q.    Does the patent specification say anything about

17   malic acid that is the accused equivalent in Amneal's ANDA

18   product?

19   A.    It does.  It includes it under a different section.

20   Q.    I'm sorry.  Let me ask.  Does the patent

21   specification say anything about buffering agents other than

22   citric acid and sodium citrate?

23   A.    It does.  That is actually what you have up here and

24   what I have up here.

25             This is the list of additional buffers that are

*sealed and confidential*

Gemeinhart - direct

1    within the specification.  And there is a long list there

2    here of different buffers, many of whom that are included

3    that cover a range of different conditions or that could be

4    included within the specification, or within the

5    formulation.

6    Q.    And so for this disclosure, PTX-1 at Column 13, lines

7    7 and 27, what, if anything, would a POSA take from this in

8    view of what was claimed?

9    A.    The inventors knew of many buffers that they could

10   include within the invention.  And they chose to very

11   narrowly select their buffer to be specifically citric acid

12   and sodium citrate.

13   Q.    So now does the specification say anything about

14   malic acid?

15   A.    Malic acid is included in a later section and that's

16   what's shown here.

17   Q.    What, if anything, would a POSA take from this

18   disclosure?

19   A.    Very simply, that the inventors clearly understood

20   that malic acid existed and that they knew that they could

21   have included it within their formulation.

22   Q.    Dr. Gemeinhart, were you present during Dr. Buckton's

23   background testimony on buffering and pH?

24   A.    I was, yes.

25   Q.    Do you have anything to add to that background?

Case 1:18-cv-01962-LPS   Document 196   Filed 03/02/21   Page 161 of 181 PageID #: 6341
*sealed and confidential*
586

Gemeinhart - direct

1   A.     I do.  I think there's -- there are some things I

2   could clarify and the way that it was described.

3           So, and I will start with some ideas that I

4   think get across the idea of what happens when you first add

5   a weak acid to a solution and we'll start with water.

6           I think it had been really clearly described and

7   I will try not to belabor this too much.  I know we've spent

8   a lot of time talking about acids and bases.

9           When you add a weak acid to a solution, there

10  are protons or acid in solution.  We've established that

11  pH is the measured logarithm of the number of protons that

12  are in solution.  Add a pH of about seven where the water

13  is, there will be some in solution.  But as you add that

14  weak acid, you will drive down the number of or the pH, but

15  you will increase the number of protons that are in

16  solution.

17          Adding a weak acid will only drive down the pH

18  and the addition of a small amount of weak acid will pretty

19  rapidly drive down that pH depending on what the pKa of that

20  weak acid is.

21          So it has one single thing that it can do.  It

22  can donate that acid, that proton to the solution and it

23  only has that one.  Its ability to do that is one

24  directional and the more you add, the lower the pH will go.

25          The base, on the other hand, it does the

1     opposite thing.  You will start with water.  Again, pH seven

2     approximately for water.  You will have a given number of H

3     plus in solution, the proton.

4                 As you add the base, the weak base, the number

5     of protons in solution will be consumed.  The H plus will go

6     away.  The pH will go up and it doesn't have the capability

7     of doing anything else.  It only goes up.  Any small amount

8     of that weak base, it immediately will go up.

9                 You only have one direction which you can go as

10    you add that weak base, so the protons are dissipated or

11    consumed.  We've used different words to mean the same

12    thing, but effectively, you lose protons from solution.

13    Q.     How did this background relate to the claim citric

14    acid ingredient at issue here?

15    A.     Citric acid is, and it would do the same kind of

16    thing that I described for a standard or generalized weak

17    acid.  As you add that citric acid to a solution of water,

18    there will be addition of protons or H plus into the

19    solution and you will drive down the pH of the solution.

20                The amount of pH change will be proportional to

21    the amount of acid you add.  So the only way you control it

22    is by the amount of acid that you add and it will be very

23    rapid.

24                Once you add a very small amount of the acid,

25    you will very rapidly approach the pKa and then you will go

*sealed and confidential*

Gemeinhart - direct

1    below that pKa very rapidly.  So that's the way that that is

2    the weak acid works, is you do work at a pH that is

3    typically around and below the pKa of the weak acid and it

4    donates the acid to the solution.

5    Q.    And can you explain how does citric acid decrease pH?

6    A.    Yes.  So this is another way of showing the chemistry

7    and Dr. Buckton and several others have shown the chemistry

8    of what happened, and this is an alternate way, the way that

9    I have typically seen the chemistry.

10              And I'll start in the upper left corner.

11   I start with a citric acid as a solid.  The gray to me is

12   designated as a solid.  It goes into solution as an

13   ingredient.

14              As you add the citric acid, and it's a small

15   amount, there will be an equilibrium that is set first at

16   3.13 pKa equilibrium.

17              Now, I've grayed out the other equilibrium

18   reactions that occur simply because when only add citric

19   acid, that is the primary equilibrium, is that first

20   equilibrium when you only add citric acid.

21              The others do occur and the way Dr. Buckton

22   showed it was that you have multiple other things that might

23   happen.  Any of those three carboxylic acids may ionize, and

24   that's true, but the typical way of showing it, at least the

25   way that I've typically shown it, is that all three of them

*sealed and confidential*
Gemeinhart - direct

1    occur kind of independently at the different pH's.

2              So those two happen and that donation of the

3    proton is shown at that equilibrium point and it's occurring

4    very specifically with that weak acid at that point, and

5    that's what a weak acid does and I think that's very clear

6    in the way that a weak acid works.

7    Q.     And now turning to sodium citrate, what happens in

8    view of what you've described when sodium citrate is added

9    to water?

10   A.     So as I described for the generalized weak base, you

11   take a little bit of that sodium citrate, you begin to add

12   it to a solution.  You will begin to consume the acid that

13   is in that water.  The pH will rise as the protons are

14   consumed and the pH will go up.

15             So that weak acid has the capability upon

16   addition to solution to increase the pH of the solution.

17   Q.     And with respect to sodium citrate, how does it

18   increase pH?

19   A.     Okay.  So similar to the chemistry that I showed and

20   we move over to the right side now and the upper side is

21   that sodium citrate dihydrate.

22             So, and, I again designated the two waters are

23   up there that's kind of giving me the idea that it's the

24   dihydrate for the solid.  It dissolves in the solution.  The

25   water goes away as it goes in dissolution.  The second

1    equilibrium is the salts dissociate away from the, from the

2    sodium citrate, forming the tri-anion or tribasic citric.

3            If that base is put into solution by itself in

4    water, it will form an equilibrium and consume acid with the

5    water.  That primary equilibrium, if it's only water and

6    sodium citrate, will be that 6.4 pKa.  It will maintain

7    and it will only increase the pH as you add more sodium

8    citrate.

9            So it will start at seven and go from seven to

10   eight to nine, but there will be a little bit of that

11   dianion that's formed as it consumes a little bit of the

12   protons that are present.

13           I leave again off the lower end because if all

14   you do is add sodium citrate to solution, those lower ends,

15   because you're keeping it at the higher pH, that's a lower

16   proportion event.  And, again, I'm focusing when you only

17   add sodium citrate to solution in this case and that's the

18   way that this specific ingredient works when you add it to

19   water.

20   Q.    Does the scientific literature, does it reflect its

21   basic nature, sodium citrate?

22   A.    Absolutely, it does.

23   Q.    Let's pull up DTX-2087, please.  What is this

24   exhibit?

25   A.    This is the Handbook of Excipients.  It's a book.

*sealed and confidential*

591

Gemeinhart - direct

1  Q.      And if we can flip to page 5 of the handbook, this

2  document.  Is this the entry for sodium citrate dihydrate?

3  A.      Yes, it is.

4  Q.      And turning to the next page six under the heading

5  typical properties, what does this describe about sodium

6  citrate?

7  A.      I will focus specifically on the very first line

8  under typical properties, which is the acidity or alkalinity

9  and in parentheses at the end it describes five percent

10 aqueous solution, so if you make a five percent solid in

11 water, you will obtain a pH of 7 to 9.  So basically, it's

12 clearly showing that you'll end up with a basic solution

13 when you add this excipient into solution of water and it's

14 only that single excipient in the water.

15 Q.      And we can now turn back to the slide.  And if you

16 would tell us how the citric acid and sodium citrate

17 ingredients work in combination.

18 A.      So the combination and the way I refer to it at times

19 is buffer pair, the combination of the two.  And I've

20 already described how citric acid alone in the upper left

21 corner and how sodium citrate in the upper right-hand corner

22 each independently work when you dissolve them into

23 solution.

24         Citric acid dissolves into solution and

25 forms the citric acid in solution.  The sodium citrate

*sealed and confidential*

Gemeinhart - direct

1    dihydrate will dissolve forming the citrate -- excuse me,

2    the sodium citrate in solution then dissociating from the

3    citrate.

4            What's different is if you add the two of them,

5    you can control the proportion of the two in a way where you

6    can create a pH that is between the two extremes.  So if you

7    want to create a buffer that has any pH between the regions

8    that you want to work, you can control that, and

9    pharmaceutical scientists know this very well.  There are

10   tables that you can go to and you know that you can get so

11   many variants of one and so many variants of the other and

12   mix them together.

13           And just kind of as an idea, if you take, and I

14   will use molar instead of grams, half, or one mol of sodium

15   citrate and one mol of citric acid, you will get a pH of

16   approximately seven -- 4.76 right in the middle.

17           If you get something that is closer to the

18   other, to the low end, you get three-quarters of one --

19   three quarters of citric acid and one quarter of sodium

20   citric, you'll end up closer to the 3.13, or the other way

21   around.

22           It's a system that works that is designed, and

23   how it works is you control it by putting both ingredients

24   into a solution to achieve a known pH that is between the

25   two situations.  It's not on the extreme.  It's in the

Case 1:18-cv-01962-LPS   Document 196   Filed 03/02/21   Page 168 of 181 PageID #: 6348
*sealed and confidential*
593
Gemeinhart - direct

1    middle.  So you have great control of where you are going

2    and you can control the buffer capacity by knowing exactly

3    how much you have of both.

4              So you have control of multiple things at once.

5    You just -- you don't have -- you have control by using

6    both.

7    Q.    So turning to the malic acid in Amneal's product,

8    what happens to the pH when malic acid is dissolved in

9    water?

10   A.    So malic acid is a weak acid.  You take malic acid,

11   and just like as I described with the generic acid, you take

12   that malic acid, you put it into a solution, or into water.

13   The pH of that water will very rapidly drop.  The pH will

14   go from that neutral pH towards the pKa and then below the

15   pKa, and whatever the amount you add, that will determine

16   exactly what the pH will be.  And if you are adding an

17   appreciable amount of the malic acid, it will probably be

18   below the pKa.

19   Q.    And how does malic acid alone work to create pKa?

20   A.    So just like with the chemistry, if you add that

21   single solid ingredient or single ingredient into a

22   solution, that malic acid in the unionized form of dissolve

23   into solution.  It has the capability only to donate the

24   proton, the acid.

25              The pKa in this case is 3.4.  It will

*sealed and confidential*

594

Gemeinhart - direct

1    undergo a bit of that equilibrium with its ion, with it's

2    anion, and so there will be that equilibrium that because

3    you've only added that one ingredient, the predominant

4    species will be that unionized form unless you add something

5    else to the solution that's going to change that

6    equilibrium.  So adding just the acid, you only have the

7    capability to donate an acid.

8    Q.    So let's turn to your specific opinions on

9    infringement.

10         Would you please summarize those for us?

11   A.    So, and I'll start off with the very basic.

12         Amneal's ANDA product does not infringe under

13   the Doctrine of Equivalents.

14         Dr. Buckton's infringement theory would vitiate

15   the sodium citrate claim limitation.  It also contradicts

16   the idea that it was a foreseeably narrowing claim.

17         Dr. Buckton's function-way-result analysis, it's

18   flawed.  It's also insufficient to prove that they're in

19   equivalence.

20         The evidence also shows no infringement under

21   the function-way-result and insubstantial differences test.

22   Q.    Let's start with the -- your first opinion.  What is

23   the basis for your opinion on vitiation?

24   A.    Okay.  So -- and for vitiation, every piece to a

25   limitation needs to be important.  And when I read this,

*sealed and confidential*

595

Gemeinhart - direct

1   it's very simple.  The buffer has to have a weak acid and a

2   weak base.  And it lists that there is citric acid and

3   sodium citrate dihydrate, a weak acid and a weak base.

4           In my opinion, and the way that it's presented,

5   Dr. Buckton ignores the fact that there is a base ingredient

6   that is present.  There clearly needs to be both of those

7   two ingredients.

8   Q.    Did you hear Dr. Buckton's testimony on the

9   dissociation or equilibrium of malic acid in solution, it's

10  a different species?

11  A.    Oh, absolutely.  Yes, I did.

12  Q.    Why is that not sufficient for infringement?

13  A.    There's a few reasons.  And the very simplest is,

14  anything is -- there is no real reason why you would need to

15  write citric acid and sodium citrate dihydrate.

16          If you would write -- and I won't put out simple

17  things, but you wouldn't need to be that descriptive.  Any

18  acid or any -- and any acid that would be described could

19  meet that idea of something that any weak acid that would

20  dissociate would meet that limitation.

21          So the idea that something that would dissociate

22  wouldn't fit the way that a POSA would think about something

23  from this, the way that claim is written.  So I can't agree

24  with that idea.

25  Q.    And what is the basis for your opinion on foreseeably

Case 1:18-cv-01962-LPS   Document 196   Filed 03/02/21   Page 171 of 181 PageID #: 6351
*sealed and confidential*
596

Gemeinhart - direct

1    narrow claiming here?

2    A.      So, again, there are a number of buffers that are

3    clearly described in there.

4            And also that are written in there as being

5    single and multiple.

6            This is written in a way that is very, very

7    specific.  It's just a POSA would look at this and know that

8    it is very narrow.  Pretty simple.

9    Q.      So let's turn to your second basis for

10   noninfringement.

11           Can you explain your, or how Dr. Buckton's

12   function-way-result articulation is flawed, as you said?

13   A.      All right.  So when we think about the

14   function-way-result and how it captures really any

15   formulation is the way that I think of this.  If we go to

16   the function, his function is that it adjusts and stabilizes

17   the pH.

18           If you think about the limitations that are

19   already present, there is clearly a limitation that is

20   present wherein the pH of a formulation is less than about

21   3.5.

22           So a function that adjusts and stabilizes the

23   pH is already present as another limitation.  And my

24   understanding is that would not be necessary.  Why would you

25   write a limitation that -- or have a function for one

*sealed and confidential*

Gemeinhart - direct

1    limitation that is already described by another limitation?

2             The way it works:  Neutralizes excess acid and

3    base.  That is the definition of what happens, and that is

4    really the definition of what pH is.  It's the concentration

5    of acid and base.

6             So the neutralization is the control or the

7    neutralization of acid and base.

8             So, again, the way is described by that other

9    limitation, the result, pH adjustment and stability

10   described by the pH of the formulation being less than about

11   3.5.

12            So the function, way and the result, at least so

13   far, really is described as being that one piece.

14            Now, the result does have the maintenance and

15   chemically stable formulation.  But as came up already, that

16   is already read into the wherein the formulation is stable

17   at about 5 plus or minus 3 degrees for at least 12 months.

18            So although there is that second piece, it

19   clearly is another claim limitation.  And as somebody who

20   has -- is an inventor, I understand that you don't want to

21   write claim limitations that are overlapping in ways.

22            But I think a POSA would look at it the same

23   way.  You don't want to have limitations that have that

24   overlap.

25            So it doesn't make sense to me.  It makes citric

*sealed and confidential*

Gemeinhart - direct

1    acid and sodium citrate inconsequential.

2    Q.    Now, Dr. Gemeinhart, assume for a moment that the

3    way identified by Dr. Buckton is not simply a definition of

4    stabilizing pH.

5          Do you then have any opinions on whether malic

6    acid is equivalent here?

7    A.    Okay.  And malic acid is a weak acid.  There -- if we

8    look at the claim limitation, there is no way that malic

9    acid can neutralize excess acid.

10         You put malic acid in a solution, it cannot

11   neutralize excess acid.

12         And I have seen no evidence it says it could,

13   so ...

14   Q.    Do you have any other issues with Dr. Buckton's

15   characterization of his function-way-results?

16   A.    So the function-way-results, in reviewing

17   information, I came across on this idea that, this document

18   that describes a function that Silvergate represented to the

19   Food and Drug Administration regarding the function of the

20   citric acid and sodium citrate buffer.  Specifically for the

21   Epaned commercial -- excuse me, the commercial embodiment of

22   the patent claims.

23   Q.    Now, Dr. Gemeinhart, just pausing right there.  Why

24   would a POSA consider Silvergate's citizen petition to FDA

25   to be relevant here?

Gemeinhart - direct

1   A.      So Silvergate described to the FDA that these are

2   true information about what they believe the citric acid and

3   sodium citrate buffer does in the commercial embodiment of

4   this patent.

5            So if citric acid and sodium citrate functions

6   in this way, according to Silvergate, it's surprising to me

7   that in this patent discussion, it's not something that is

8   being discussed in the function-way-result analysis that is

9   being discussed.

10           So as a scientist, I thought it was something

11  that was important, that should be considered.

12           MR. SABA:  So let's take a look at what

13  Silvergate told FDA in DTX-2159.

14  BY MR. SABA:

15  Q.      Can you describe that?

16  A.      So, and I may leave off a word or two and I apologize

17  for that.  But hopefully I'll get the most of them.

18           Epaned oral solution, 1 milligram per

19  milliliter, contains the buffering agents citric acid and

20  sodium citrate.  These buffering agents act together to keep

21  Epaned (enalapril maleate) oral solution, 1 milligram per

22  milliliter, in a stable pH band (for example, impacting

23  shelf life and stability), and are thought to protect

24  enalapril, after ingestion, from premature hydrolysis in the

25  stomach's acidic environment.

*sealed and confidential*

600

Gemeinhart - direct

1  Q.      How does this representation inform your opinions on

2  infringement here?

3  A.      Basically, that Silvergate believes that citric acid

4  and sodium citrate has demonstrated or shown that citric

5  acid and sodium citrate are thought to function and have an

6  impact on how stable the system is or the -- in the stomach

7  environment.

8          So that this function in the claim, and

9  specifically in the claim limitation for the buffer, to have

10 this activity.  And that should be considered in the

11 function-way-results.

12 Q.      And did you find anything else in Silvergate's

13 petition to FDA that supports your opinions?

14 A.      Yes.  Use of a critically defined buffer system, and

15 citric acid and sodium citrate, to maintain the optimal pH

16 of Epaned in intestinal fluids and maintain stability during

17 its residence time is required to maintain the

18 below-described pH and temperature-dependent degradation to

19 enalaprilat.

20          Continuing a little bit later:

21          The oral solution must therefore maintain pH

22 stability during storage, and after oral administration and

23 during -- and duration of exposure in the gastrointestinal

24 tract.

25 Q.      And how do these representations, which are DTX-2159

Case 1:18-cv-01962-LPS   Document 196   Filed 03/02/21   Page 176 of 181 PageID #: 6356
*sealed and confidential*
601

Gemeinhart - direct

1   at pages 5 to 6, how do these inform your opinions on

2   infringement?

3   A.      So, again, it's -- I think it is very clear that the

4   idea that the sodium citrate and citric acid buffer should

5   be considered in the function-way-result and how they -- how

6   the function-way-result is analyzed, and that should not be

7   ignored when you are looking at the function-way-result

8   test.

9   Q.      Dr. Gemeinhart, how does pH stabilization in the

10  gastrointestinal tract differ from in the bottle, in

11  solution?

12  A.      The pH of a system does change in storage, in a

13  bottle, in vitro.

14          It usually is small amounts.  It depends on how

15  quickly things degrade.

16          Once we take something orally, when it gets to

17  the stomach, there can be a very rapid change, and the pH

18  in your stomach can be as low as 1.  As it moves through --

19  and the temperature om your stomach can be typically around

20  37 degrees, from storage at room temperature, which depends,

21  but usually is around 25 degrees, but the pH in your

22  intestines can go up to 8.

23          And the degradation in those different pHs and

24  how quickly it changes, there can be a significant amount of

25  degradation of this.

*sealed and confidential*

602

Gemeinhart - direct

1           And, clearly, Silvergate was concerned that

2   there could be degradation of enalapril to enalaprilat from

3   the digestive system.  So that was something they were

4   concerned with.

5   Q.      Now, how does this pH stabilization in the

6   gastrointestinal tract relate to your opinion on

7   infringement by analysis?

8   A.      So there is no evidence that it happens, and it

9   hasn't really even been considered.  So I think it should be

10  considered.

11  Q.      Let's turn now to your third basis you provided for

12  no infringement.

13          And tell us, what is your opinion on the proper

14  description of function-way-results here?

15  A.      So a proper function-way-results of the citric acid

16  and sodium citrate in Silvergate's claimed formulation,

17  first, you have to look at it on a limitation-by-limitation

18  basis.  So I'll start with citric acid.

19          Citric acid adjusts, stabilizes the pH in the

20  environment of enalapril in solution and beyond.

21          The way that it works is it is an acid

22  ingredient that immediately donates protons and participates

23  in a long-term equilibrium.

24          The result is it helps to maintain the pH in

25  solution and beyond.

*sealed and confidential*

Gemeinhart - direct

603

1          Now, the second ingredient or the second

2     limitation, it adjusts and stabilizes the pH in the

3     environment of enalapril in solution and beyond.

4          There is similarity between them, but they each

5     participate.

6          The way that sodium citrate works is it's a

7     base ingredient that immediately consumes protons and

8     participates in a long-term equilibrium.  Consumes the

9     protons.  Very different from the way that citric acid

10    works.

11         Now, the result is it helps to maintain pH in

12    solution and beyond.

13         So I think that is the proper way to do this

14    function-way-result on a limitation-by-limitation basis.

15    Q.     Dr. Gemeinhart, what are you referring to in your

16    function and result where you say "in solution and beyond"?

17    A.     The solution is that storage idea.  The in vitro

18    prior to administration.

19         The beyond is after administration.  Thinking

20    about the citizen's petition idea that Silvergate has put

21    out there.

22    Q.     So aside from your opinions that you have already

23    covered with respect to after administration, can you

24    explain why there is no equivalents under your analysis of

25    function-way-result?

*sealed and confidential*

604

Gemeinhart - direct

1   A.      I tend to be a visual person, so I think this really

2   gets it across.

3                  The citric acid and sodium citrate in the claim,

4   there are two things.  There is a citric acid ingredient

5   that dissolves in solution and form -- that forms citric

6   acid when it is put in.

7                  Sodium citrate goes in, is there upon addition.

8                  Two ingredients there.

9                  Malic acid, on the other side, malic acid you

10  put it in, there is an acid.  Malic acid cannot consume that

11  acid when it's added.  So there is only one ingredient.  It

12  only does one of the ways.

13                 So very simply, malic acid does not consume

14  protons like sodium citrate.

15  Q.      Are there any other differences that support your

16  opinions on infringement?

17  A.      Yes.  There are a number of differences between

18  citric acid and malic acid.  There are similarities and a

19  chemist, a pharmaceutical scientist would look at these and

20  say, they're kind of similar to each other.

21                 There are things that you look at them,

22  but looking at them immediately jumps out and putting them

23  on top of each other, the fact that there are these

24  different species, and I've highlighted the fact that when

25  you add these and you think about how they work, the fact

*sealed and confidential*

Gemeinhart - direct

| | |
|---|---|
| 1 | that that four species of citric acid is present upon |
| 2 | addition, that is an important piece that's meaningful.  The |
| 3 | fact that that four pKa is relevant even if it's there for |
| 4 | only a period. |
| 5 | So those are there.  When you consider that |
| 6 | lowest pKa, the proportion of the unionized and ionized |
| 7 | species in that lowest equilibrium are different between the |
| 8 | malic acid and the citric acid.  That hasn't really been |
| 9 | discussed much, but that is something that meaningful when |
| 10 | consider that lowest, that lowest region. |
| 11 | So we look at these, and there are a number of |
| 12 | different things that are different between these two |
| 13 | molecules.  They're meaningful throughout the differences |
| 14 | between these. |
| 15 | Q.    And before we turn to the file history, what is |
| 16 | your -- what are your bases for your opinions of no |
| 17 | infringement under the insubstantial differences test? |
| 18 | A.    So everything that I discussed for the function, way, |
| 19 | result test is really a description of the fact that there |
| 20 | is substantial differences between malic acid and the |
| 21 | combination of citric acid and sodium citrate.  So there |
| 22 | just clearly are differences and that function, way, result |
| 23 | test summarizes them very well. |
| 24 | A POSA, and I described this in the tutorial |
| 25 | where I described the fact of a buffer pair and I described |

*sealed and confidential*

606

Gemeinhart - direct

1  it using that wording, that a citric acid with sodium

2  citrate mixed together, they can form a specific pH and hold

3  it there with a buffer capacity.  That's something any POSA

4  would know.  That is a substantial difference than just

5  adding a malic acid single ingredient obtaining what is

6  probably going to be a very low pH when you add a large

7  amount of, a relative amount of malic acid.

8          There also has been no real evidence of anything

9  about buffering capacity and I think that's a substantial

10  difference that would be noted if it were discussed.

11  Q.    Let's --

12          THE COURT:  Mr. Saba, if you are ready to move

13  onto the prosecution history, we're going to have to wait

14  for that until tomorrow.

15          Is that where you're headed?

16          MR. SABA:  That is exactly where I'm headed.

17          THE COURT:  All right.  Let's bring the public

18  back in and we'll finish up for tonight.

19          (End of sealed portion.)

20

21      I hereby certify the foregoing is a true and accurate
    transcript from my stenographic notes in the proceeding.

22

23                    /s/ Brian P. Gaffigan
                  Official Court Reporter
24                    U.S. District Court

25