# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 FAX

Megan E. Dellinger
(302) 351-9366
mdellinger@morrisnichols.com

Original Filing Date: March 5, 2021
Public Filing Date: March 11, 2021

**PUBLIC VERSION**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *Silvergate Pharmaceuticals, Inc. v. Bionpharma Inc.*,
            C.A. Nos. 18-1962, 19-1067, and 20-1256 (LPS)

Dear Chief Judge Stark:

    Plaintiff Silvergate Pharmaceuticals, Inc. ("Silvergate") writes to ask for the Court's assistance in setting a briefing schedule for Silvergate's contemplated Motion for Preliminary Injunction.

    As the Court is aware, on February 1, 2021, the Court held a five-day bench trial regarding Bionpharma's infringement of U.S. Patent Nos 10,039,745 and 10,154,987 in C.A. Nos. 18-1962 and 19-1067. Bionpharma's 30-month stay expires on April 30, 2021.

    Separately, Silvergate filed an Amended Complaint alleging infringement by Bionpharma of U.S. Patent Nos. 10,772,868 and 10,786,482 on September 29, 2020. C.A. No. 20-1256, D.I. 7. Silvergate filed a Second Amended Complaint, additionally alleging infringement by Bionpharma of U.S. Patent No. 10,918,621 (C.A. No. 20-1256, D.I. 48) on March 4, 2021.

    During and subsequent to trial, Silvergate asked Bionpharma to confirm whether it would provide notice of launch of its generic Abbreviated New Drug Application ("ANDA") product that is the subject of the pending lawsuits, explaining that absent notice, Silvergate would need to file a Motion for Preliminary Injunction. Bionpharma has and continues to refuse to provide notice of launch. Silvergate provided a proposed briefing schedule to Bionpharma for consideration on February 22. Bionpharma represented that although Silvergate's proposed briefing schedule was reasonable and acceptable to Bionpharma, Bionpharma would agree *if and only if* Silvergate would agree to an extreme reduction of claims, to be disclosed two weeks in advance of its opening brief on March 8. Bionpharma's continued refusal and delay hampers the parties' dwindling time to adequately brief preliminary injunction issues.

The Honorable Leonard P. Stark
March 5, 2021
Page 2

Further, Defendant Amneal Pharmaceuticals LLC ("Amneal") (C.A. No. 19-678), who was another party to the five-day bench trial on February 1 to 5, has agreed to provide notice of launch to Silvergate, thereby alleviating the need for the parties to engage in preliminary injunction motion practice at this time.  *See* C.A. No. 19-678, D.I. 175; C.A. No. 20-1255, D.I. 47.

As Bionpharma has already received tentative approval from FDA for its ANDA, and as the expiration of Bionpharma's 30-month stay is only about a month and a half away, Silvergate respectfully proposes the following schedule for its Motion for Preliminary Injunction.

| EVENT | DEADLINE |
|---|---|
| Plaintiff's Opening Brief | Tuesday, March 23, 2021 |
| Defendant's Answering Brief | Tuesday, April 6, 2021 |
| Plaintiff's Reply Brief | Friday, April 16, 2021 |

Alternatively, the Court could enter an order similar to that agreed-upon with Amneal (C.A. No. 19-678, D.I. 175; C.A. No. 20-1255, D.I. 47)—which would eliminate the need for the Court to consider a preliminary injunction motion unless and until Bionpharma actually intends to launch.

If the Court thinks that a status conference would be helpful, Silvergate is available at the Court's convenience.

Respectfully,

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)

MD/rs
cc:     Clerk of the Court (via CM/ECF)
        All Counsel of Record (via CM/ECF and electronic mail)