# EXHIBIT 1

# REDACTED IN ITS ENTIRETY

# EXHIBIT 2

# REDACTED
# IN ITS
# ENTIRETY

EXHIBIT 3

# REDACTED
# IN ITS
# ENTIRETY

# EXHIBIT 4

*sealed and confidential*

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                  IN AND FOR THE DISTRICT OF DELAWARE

 3                              - - -
     SILVERGATE PHARMACEUTICALS, INC.,    :    CIVIL ACTION
 4                                        :
               Plaintiff,                 :
 5   v                                    :
                                          :
 6   BIONPHARMA, INC.,                    :    NO. 18-1962-LPS
                                          :    NO. 19-1067-LPS
 7             Defendant.                 :
     ------------------------------------
 8   SILVERGATE PHARMACEUTICALS, INC.,    :    CIVIL ACTION
                                          :
 9             Plaintiff,                 :
     v                                    :
10                                        :
     AMNEAL PHARMACEUTICALS, LLC,         :
11                                        :    NO. 19-678-LPS
               Defendant.
12                              - - -

13                      Wilmington, Delaware
                      Monday, February 1, 2021
14             Bench Trial - Volume A - Sealed Portions

15                              - - -

16   BEFORE:        HONORABLE LEONARD P. STARK, Chief Judge

17                              - - -
     APPEARANCES:
18

19             MORRIS NICHOLS ARSHT & TUNNELL, LLP
               BY:  MEGAN E. DELLINGER, ESQ.
20
                       and
21
               WILSON SONSINI GOODRICH & ROSATI
22             BY:  WENDY L. DEVINE, ESQ., and
                    KRISTINA M. HANSON, ESQ.
23                  (San Francisco, California)

24                     and

25   Valerie J. Gunning          Brian P. Gaffigan
     Official Court Reporter     Official Court Reporter
```

*sealed and confidential*

1    APPEARANCES:

2

3            WILSON SONSINI GOODRICH & ROSATI
             BY:  NATALIE J. MORGAN, ESQ.
                  (San Diego, California)
4

5                     and

             WILSON SONSINI GOODRICH & ROSATI
6            BY:  GRANVILLE C. KAUFMAN, ESQ., and
                  TY W. CALLAHAN, ESQ.
7                 (Los Angeles, California)

8                     Counsel for Silvergate
                      Pharmaceuticals, Inc.
9

10           MORRIS JAMES, LLP
             BY:  KENNETH L. DORSNEY, ESQ., and
11                CORTLAN S. HITCH, ESQ.

12                    and

13           TAFT STETTINIUS & HOLLISTER, LLP
             BY:  ROSHAN P. SHRESTHA, Ph.D., ESQ., and
14                ANDREW M. ALUL, ESQ.
                  (Chicago, Illinois)
15
                      Counsel on behalf of Bionpharma, Inc.
16

17           YOUNG CONAWAY STARGATT & TAYLOR, LLP
             BY:  ANNE SHEA GAZA, ESQ.,
18                KAREN L. PASCALE, ESQ., and
                  SAMANTHA G. WILSON, ESQ.
19
                      and
20
             MADDOX EDWARDS, PLLC
21           BY:  STEVEN MADDOX, ESQ.
                  JEREMY EDWARDS, ESQ.
22                MATTHEW RUEDY, ESQ., and
                  KAVEH SABA, ESQ.
23                (Washington, District of Columbia)

24                    Counsel on behalf of
                      Amneal Pharmaceuticals, LLC
25

*sealed and confidential - Silvergate*

1               - oOo -

2          P R O C E E D I N G S

3          (Following portion ordered sealed by the Court,

4     contained herein.)

5          THE TRIALanywhere HOST:  Okay.  The public line

6     and Mr. George have been removed from the meeting and put

7     into the waiting room.

8          THE COURT:  Okay.  Thank you.

9          And before we get started, Mr. English,

10    Ms. Morgan, while I'm understanding her, it seems there is

11    an occasional dropped syllable or two.  I don't know if you

12    are hearing any interference like that.

13          THE TRIALanywhere HOST:  Can you move the

14    microphone down a little bit?

15          MS. MORGAN:  Certainly.

16          THE TRIALanywhere HOST:  Yeah.  Because I think

17    you were --

18          MS. MORGAN:  Is that better?

19          THE TRIALanywhere HOST:  -- you were missing it.

20          MS. MORGAN:  Okay.  And, Your Honor, please feel

21    free to tell me if you can't hear what I'm saying and I will

22    readjust.

23          THE COURT:  I certainly will.  And I heard, I

24    heard what you were saying.  It was just an occasional

25    syllable.  So if we can make it better and hopefully we have

1    all the better.

2              Okay.  We'll turn the clock back on, and you can

3    proceed when you are ready.

4              MS. MORGAN:   Thank you.

5              All right.  So now let's talk about

6    infringement, beginning with Amneal.

7              There are 15 claims asserted against Amneal

8    across four patents:   the '008, '442, '745, and '987

9    patents.

10             Two patents essentially cover the oral liquid

11   formulation, two other patents cover methods of using the

12   formulation to treat diseases.

13             What you are seeing on the screen is a claim of

14   one of the patents.

15             Amneal agrees the only dispute with respect to

16   infringement is whether the buffer limitation, which is

17   similar across the patents, whether the buffer limitation of

18   these claims is met by Amneal's ANDA product.

19             There is no dispute that the other limitations

20   of the asserted claims are met.

21             Yet Amneal admittedly has a buffer.

22             First, regarding a buffer.  You will hear that

23   the purpose of a buffer in Silvergate's patented formulation

24   is to adjust and maintain the pH of the formulation.

25             Amneal's ANDA product meets that limitation

*sealed and confidential - Silvergate*

1    under the Doctrine of Equivalents.   Important, ██████

2    ████████████████████████████████████████████████████

3    ███████████████████████████████████████████████

4    █████████████████████████████████████████████████████

5    ████

6            Now, Dr. Buckton will explain that pH, which is

7    maintained by the buffer, impacts the chemical stability of

8    a liquid.   In other words, without maintaining stability

9    for the required period of the shelf life of the drug, you

10   can damage the safety and efficacy of the product because

11   the drug can degrade to become toxic or can degrade such

12   that the active ingredient is lost, making it ineffective

13   for the intended treatment.

14                   ██████████████████████████████████████

15   ████████████████████████████████████.

16           And Silvergate will show that ██████████████████

17   ██████████████████████   is equivalent to the claimed buffer under

18   the Doctrine of Equivalents.

19           Bionpharma is in a similar boat.

20           There are six claims across two patents asserted

21   against Bionpharma:   The '745 and '987 patent.

22           One covers the formulation and one the method of

23   treatment.

24           And what we're looking at here is a claim of the

25   '745 patent.

*sealed and confidential - Silvergate*

1      Now, Bionpharma agrees that the only dispute

2  with respect to infringement is, similar to Amneal, whether

3  the buffer limitation is met, and there is a second issue,

4  whether the preservative limitation is met.  Both are

5  highlighted here in the limitations of the example claim on

6  the screen.

7      There is no real dispute with respect to the

8  other limitations as these two limitations highlighted

9  are the only limitations that Bionpharma's expert has

10  disputed.

11      But Bionpharma has a buffer and a preservative

12  in their ANDA product.

13      Now, Bionpharma would have us all believe it

14  doesn't have a buffer because it doesn't call anything in

15  its formulation a buffer.  But you will hear testimony

16  from Dr. Stephen Byrn, another scientist with decades of

17  experience in pharmaceutical formulation, that as a matter

18  of basic chemistry principles, there is absolutely a buffer

19  in Bionpharma's solution.

20      You see, he will tell you that Bionpharma has

21  ███████████████████████████████████████████

22  ███████████████████████████████████████████████

23  ██████████   He can identify it chemically, and he will explain

24  it on a molecular level.

25      And Dr. Byrn will show you Bionpharma documents

1    that indisputably show that there is a buffer in

2    Bionpharma's ANDA product that is adjusting and maintaining

3    the pH of the product, and that it is doing it in the same

4    way chemically as the claimed buffer.  And that Bionpharma

5    also achieves a stable product using their buffer.

6              It reminds me of that saying:  If it looks like

7    a duck, swims like a duck and it quacks like a duck, you

8    know.

9              So Silvergate will show ███████████████████

10   ██████████████████████████████ a buffer that is

11   equivalent to the claimed buffer under the Doctrine of

12   Equivalents.

13             Now, Bionpharma argues that applying Doctrine of

14   Equivalents to its -- to it would vitiate the claims.

15             The doctrine of claim vitiation is not an

16   exception to the Doctrine of Equivalents but asks for a

17   legal determination that no fact-finder determine two

18   elements to be equivalent.

19             As Your Honor I'm sure knows, a claim cannot be

20   vitiated simply by noting that the equivalent substitute is

21   outside the claim limitation's literal scope.  That is

22   precisely why the doctrine exists.

23             But when the accused products contains the

24   antithesis of the claimed product, that is vitiation.

25             And far from having the antithesis of a buffer,

*sealed and confidential - Silvergate*

1      you will hear from Dr. Byrn that Bionpharma does, indeed,

2      have a buffer.  Chemically, molecularly, and evidence of the

3      effects of the buffer are painted all over its ANDA despite

4      Bionpharma's efforts to refrain from calling any specific

5      ingredient by the name "buffer."

6              There is no vitiation.

7              Now, as I mentioned, Bionpharma also asserts

8      that it does not infringe the preservative limitation in the

9      claims.

10             Here, Bionpharma admits plainly in its document

11     that it has a preservative.  It labels ingredients as such.

12             It's a combination of ███████████████

13     ██████████████   But Bionpharma claims that this is not

14     equivalent to the claimed sodium benzoate preservative.

15             Dr. Byrn will explain that the function of

16     sodium benzoate is to act as preservative to perform that

17     function by exerting antimicrobial effects at a pH of less

18     than 3.57, which is pH solution, in order to achieve the

19     result of insignificant microbial --

20             You will hear that Bionpharma's preservative

21     performs this exact function in the same way to achieve the

22     same results.

23             Bionpharma chose ████████████████

24     ███████████████████████████████████

25     ██████████████████████   And Bionpharma's testing

*sealed and confidential - Silvergate*

1    showed that they effective at a pH of less than .5 with

2    significant degradation.

3          In short, ███████████████████████

4    ███████████ is equivalent to the claimed buffer.

5          Thus, both the of buffer and preservative

6    limitations are met under the Doctrine of Equivalents, and

7    all of their limitations are infringed literally by the

8    ANDA product.

9          Now, turning to in its arguments against the

10    Doctrine of Equivalents, both defendants assert that the

11    Doctrine of Equivalents can not be applied to their

12    respective buffers because Silvergate is estopped by the

13    prosecution history of the patents.

14          THE COURT:  And Ms. Morgan, let me stop you

15    there.

16          MS. MORGAN:  Yes.

17          THE COURT:  Can that argument be made in public

18    or not?

19          MS. MORGAN:  I believe I do -- I do refer to

20    elements of ingredients of their formulation again.

21          THE COURT:  Okay.  All right.  Then go forward.

22          You can proceed.  We'll stay in the sealed

23    session.

24          MS. MORGAN:  Okay.  I was trying to determine if

25    I could eliminate it.

*sealed and confidential - Silvergate*

1          THE COURT:  Okay.  Well, think about it going

2     forward, but at this point, I don't want to slow you down

3     any further.

4          MS. MORGAN:  Thank you.  Thank you, Your Honor.

5          Let me talk about amendment-based estoppel.

6          Looking at the amendment on this screen, this is

7     the amendment in question, and particularly the underlined

8     portion:  The "and about .15 milligram per milliliter sodium

9     citrate dihydrate."

10         The Court will hear from two separate and

11    independent pharmaceutical formulators that what defendants

12    claimed to be narrowing amendment is actually swapping out

13    one buffer system for an equivalent buffer system.  It's not

14    there.

15         Second, even if the swapping of the equivalent

16    buffer systems was narrowing, the Court will hear that there

17    was no reason other than -- that there was a reason other

18    than for patentability for the amendment.

19         And the applicants never pointed to the

20    amendment for any argument to obtain allowance, nor could

21    they have, as you will hear.

22         By contrast, they did make other amendments that

23    applicants specifically explained were to obtain allowance

24    of the claims.

25         Third, the Court will hear that even if the

*sealed and confidential - Silvergate*

1   amendment could be narrowing and related to patentability,

2   the tangential relation exception applies here.  That is a

3   case-by-case, specific analysis, and it asks if the reason

4   for the amendment bears no more than a tangential relation

5   to the equivalent in question, then estoppel cannot be

6   applied.

7           The equivalent in question for ████████████

8   ██████

9           For Bionpharma, it's the buffer ████████████

10  ██████████████████████████

11          Listen carefully because the defendants cannot

12  identify any reason for the amendment that relates to either

13  equivalent buffer.

14          Now, Your Honor, I believe that the -- no,

15  actually, I will continue to refer to ingredients.

16          So now for argument-based estoppel.

17          There must be a clear and unmistakable surrender

18  of subject matter for argument based estoppel to apply.

19          This is a high bar, as I'm sure Your Honor

20  knows.

21          Simple arguments and explanations do not

22  surrender claim scope.  Thus, arguments to the Patent

23  Office should be read for their full context both within

24  the written submission to the Patent Office and within the

25  context of the entire back and forth before a determination

1    on whether there has been such a clear and unequivocal

2    disavowal can be made.

3                    For example, the applicants never told the

4    Patent Office the invention is this, not that.

5                    In short, there simply was no clear and

6    unequivocal disavowal.

7                    Now, this is the end of the defendants' defenses

8    to the Doctrine of Equivalents for the buffer limitation.

9    Silvergate will show that they simply do not apply.  But I

10   need to briefly address one additional argument that

11   Bionpharma alone raises because it applies to the

12   preservative limitation.

13                   Bionpharma argues that Silvergate disclosed ███

14   ███████████████████████████████████████████████ in its

15   patent specification and, therefore, such a preservative is

16   dedicated to the public, cannot infringe under the Doctrine

17   of Equivalents.

18                   Again, as I'm sure Your Honor knows, the

19   disclosure dedication doctrine is different from the

20   invalidity doctrines of enablement and written description

21   which Bionpharma does not assert here because they don't

22   have any invalidity defenses.

23                   Whether a person of ordinary skill in the art

24   could implement the equivalent without undue experimentation

25   is not a disclosure for dedication to the public purposes.

1    The inquiries are different.  For there to be a dedication

2    to the public, the unclaimed subject matter must have been

3    identified by the patentee as an alternative to what is

4    claimed.

5                   But the Court will hear that the specification

6    does not identify ███████████████████████████████

7    ██████████████ as an alternative to sodium benzoate, which is

8    the claimed preservative.

9                   While the specification does, indeed, identify

10   a long laundry list of potential preservatives that include

11   ████████████████████████████████████████████████

12   neither that laundry list nor other taste-testing data

13   reported in the patent discloses the specific ███████████

14   ████████████████████████████████ as an alternative to

15   sodium benzoate.

16                  Disclosure dedication requires something more

17   specific that is lacking here, as Dr. Byrn will explain.

18                  Now, turning to invalidity.

19                  And, Your Honor, at this time, the courtroom

20   could be revealed.

21                  THE COURT:  Okay.  Thank you.  Let's pause for a

22   moment.  And, Mr. English, if you could let the public and

23   the other individual back in.

24                  (Silvergate sealed portion ends.)

25                       *     *     *

*sealed and confidential – Bionpharma*

1    THE TRIALanywhere HOST:  Okay.  The courtroom is

2    sealed.

3    THE COURT:  Thank you very much.  You may

4    proceed.

5    MR. ALUL:  Thank you, Your Honor.

6    So just to finish on this slide.  There are

7    six different reasons why we don't literally infringe, and

8    Silvergate relies on the Doctrine of Equivalents to satisfy

9    all six missing limitations, which we respectfully submit is

10   a stretch, Your Honor, and an improper use of the Doctrine

11   of Equivalents.

12   There is Federal Circuit case law out there that

13   says, look, the DOE is not the second step of every

14   infringement inquiry.

15   And as we will see, Silvergate actually --

16   Silvergate's claims are very narrow from an infringement

17   standpoint, but -- hang on.

18   Okay.  There we are.

19   So my next slide, Your Honor, summarizes

20   Silvergate's contentions with respect to our product.

21   With respect to the buffer limitation,

22   Silvergate alleges that ███████████ which is present in

23   our product, ███████████████████████████████████████

24   ████████████████████████████████████████████

25   ████████████

*sealed and confidential - Bionpharma*

1          **The allegation is that** ████████████████████

2    ████████████████████████████████████████████

3    ████████████████████████████████████████████

4    ████████████████████████████████████████████

5       ████████████████████████████████████████████

6          **The contention that Silvergate levels against us**

7    **with respect to the preservative limitation, Your Honor, is**

8    **that** ████████████████████████ **that we use in our**

9    **product admittedly as preservatives is equivalent to the**

10   **claimed sodium benzoate.**

11          **Now, Your Honor, before I give the Court a**

12   **preview of our defenses, I think it is worth providing us a**

13   **little bit of a backdrop how it was that Bionpharma was able**

14   **to design around Silvergate's patents so extensively.  And**

15   **really there are two reasons, Your Honor.**

16          **One, ingenuity.  Bionpharma actually figured out**

17   **something that Silvergate didn't appreciate when it filed**

18   **for its Epaned patents.**

19          **And that is if you formulate your enalapril**

20   **liquid formulation just right, you don't need a buffer.  And**

21   **that is something that Silvergate never appreciated.  And**

22   **because as our expert is going to show, Silvergate intended**

23   **to claim enalapril liquid formulations with a strong**

24   **independent buffer.**

25          **The second reason, Your Honor, is -- that we**

*sealed and confidential - Bionpharma*

1    are able to design so extensively around Silvergate's

2    patents is because of the prior art.  And because of the

3    prior art -- well, first of all, enalapril, Your Honor, is

4    an old drug.  It was approved back in 1985.  It is off

5    patent.  It was originally marketed, as Silvergate's counsel

6    explained in her opening, by Merck under the trade name

7    Vasotec as a tablet formulation.

8               Over time, there were -- there arose demands in

9    certain patient populations for more easily administrable

10   enalapril formulations, and the prior art responded.

11              And there were a plethora of liquid formulations

12   of enalapril published in the prior art.

13              Why do I say this?

14              I say this, Your Honor, because out of the gate,

15   at the Patent Office, Silvergate knew it wasn't going to be

16   able to secure broad claim coverage for its Epaned product.

17   And we'll see that shortly.

18              Our next slide.

19              And, Your Honor, we spoke about this this

20   morning.  It's just a qualification.  I'm going to be

21   referring to the claim as narrow.  They are narrow for

22   infringement purposes.  For invalidity purposes, they're

23   actually quite broad.  And that is because the comprising

24   phraseology right after the preamble of each claim, which

25   means, as the experts will acknowledge, that the claims

*sealed and confidential - Bionpharma*

1    contain not only what is recited but can contain more of

2    what is recited and a whole lot of other things.

3              So it's not actually inconsistent to

4    characterize the claims as narrow for infringement purposes

5    but broad for invalidity purposes.

6              Okay.  Now on to our defenses.

7              First up, Your Honor, is our

8    disclosure-dedication defense.

9              I'm sorry, first up is a summary of our

10   defenses.  We have three legal defenses in play:  disclosure

11   dedication, amendment-based estoppel, argument-based

12   estoppel.

13             We have two factual defenses.  What they allege

14   is that the buffer in our product is actually not equivalent

15   to the claimed buffer limitations, as well as we don't --

16   the ████████████████████████ that we used is not

17   equivalent to the sodium benzoate.

18             Your Honor, we also have a claimed vitiation

19   defense, which is technically a legal defense, but I lump it

20   in here because it is related to the factual defenses

21   concerning the buffer limitation.

22             Okay.  First up, Your Honor, is our disclosure

23   dedication legal defense.

24             And all of the claims require sodium benzoate as

25   a preservative at specific concentrations.

*sealed and confidential - Bionpharma*

1     We use ███████████████████████

2          Our expert, Your Honor, is going to walk the

3     Court -- the next slide shows our formulation where the

4     Court can see where we use ██████████████████████

5     ████████████████

6          Our expert, Your Honor, Dr. Chris Morton,

7     is going to be walking the Court through the common

8     specification of the patents and pointing out where, where

9     in the common specification there is a disclosure that

10    ████████████████████████████████ alternatives

11    for the claimed sodium benzoate.

12          And, Your Honor, we're looking at the ████████

13    the portion of the economist specification that actually

14    talks about what preservatives are and provides exemplary

15    preservatives.

16          Preservatives ████████████████

17    ████████████████████ and then sodium benzoate.

18          And, Your Honor, our expert is going to actually

19    bring some perspective from the standpoint of the person of

20    ordinary skill in the art to this.  Because, of course, a

21    common specification needs to be read from the perspective

22    of the POSA.

23          And our expert, Dr. Morton, Your Honor, is going

24    to explain that a POSA looking at this would know two things

25    ████████████████████████

*sealed and confidential - Bionpharma*

1   ██████████████████████████████

2   ████████████

3   ████████████████████████████████

4   ████████████

5           So with that piece of factual information,

6   our expert is going to explain, just from this paragraph

7   here, it was clear to a POSA when looking at this ████

8   ████████████████████████████████████

9   ████████ as suitable alternatives to the claimed sodium

10  benzoate.

11          And my next few slides, Your Honor, disclose

12  additional portions of the specification that ████████

13  ██████████████████████████████████

14  ████████████████████████████████████

15  ████████████████

16          And it actually discloses the concentration

17  range, Your Honor.  Not that this is a requirement for our

18  disclosure-dedication defense, but it just -- it's

19  additional icing on the cake as far as we're concerned.

20          It says they can be present between

21  ████████████████████████████████████

22  ████████.

23          Well, as it turns out, Your Honor, that --

24  the -- I'm sorry.

25          As it turns out, ████████████████████

*sealed and confidential - Bionpharma*

1  ████████████████████████████████████████

2  ████████████████████████████████ Again, not

3  a requirement for disclosure dedication that the exact

4  concentration of the preservatives we use be disclosed, but

5  it's in there as well.

6          Next, Your Honor, our expert is going to take

7  us to Example C of the common specification.  And here,

8  our expert is going to explain that Silvergate actually, in

9  its R&D leading up to its patents, developed an enalapril

10 formulations that used ████████████████████████

11          And here, ███████████████ as we can see,

12 particularly the right-hand excerpt on this slide, on 1029,

13 shows liquid formulations that were prepared with

14 ████████████████████████████████████████

15 ██████████████████████████

16          Now, our expert is going to explain, Your

17 Honor, that the reason why these were prepared ██████████

18 ████████████████████████████████████

19 █████████████████████████████████████

20 ███████████████████████████████████

21 ██████████████████████████████████████

22 █████████████████████████████████

23 ██████████

24         ██████████████████████████████████████

25 ████████████████████████████████████████████

*sealed and confidential - Bionpharma*

1     ███████████████████████████████ And that is

2     what Bionpharma -- that is what Silvergate did in its R&D in

3     these ████████████████████████████

4             The expert evidence is going to show at trial,

5     Your Honor, though, that a POSA looking at this would know

6     that actually within these liquid formulations,

7     ████████████████████████████████████████████████

8     ███████████████████████████████████████████████

9     ███████████████████████████████

10            Our expert is also going to explain that a

11    POSA would know that in these formulations that it is

12    ████████████████████████████████████ that are

13    exerting their antimicrobial activity.

14            So, Your Honor, our second legal defense is the

15    estoppel arguments.  And at this point we can unseal the

16    courtroom for the next few slides.

17            THE COURT:  Okay.  Mr. English.

18            (Bionpharma sealed portion ends.)

19                    *    *    *

20            THE TRIALanywhere HOST:  The courtroom is

21    sealed.

22            THE COURT:  Thank you.

23            Mr. Alul, you may proceed.

24            MR. ALUL:  Okay.  Thank you, Your Honor.  Let me

25    just get to the slide I wanted to get to.

184

*sealed and confidential - Bionpharma*

1    Okay.  Here we are.

2    Next up, Your Honor, is our first factual

3 defense.  And this slide summarizes Silvergate's contention

4 regarding the buffer limitation and the elements of the

5 buffer limitation.

6    Again, Silvergate's contention is that the --

7 you know, Silvergate concedes we don't have a separate

8 independent bunch.  ████████████████████████████

9 ██████████████████████████████████

10 ██████████████████████████████████

11 ████████████████████████████████████████

12 ██████████████████████████████████

13 ██████████████████████████████████████████

14 ██████████████

15               ████████████████████████

16 ██████████████████  That is the contention from

17 Silvergate and its expert.

18    Our expert, Dr. Chris Morton, is going to

19 explain there are two problems with this.

20    The first problem is there is no evidence this

21 happens in our ANDA product.  Nothing but unsupported

22 testimony from Silvergate's expert, Dr. Byrn.  No

23 experimental evidence, even though they could have --

24 Dr. Byrn could have confirmed this via experimental

25 evidence.  There is nothing but Dr. Byrn's unsupported

*sealed and confidential - Bionpharma*

1    opinion that this happens in our ANDA product.

2              In fact, our expert is going to explain that

3    it's equally plausible and probably more likely that ███

4    ███████████████████████████████████████████████████████

5    ███████████████████████████████████████████████████████████

6    ███████████████████████████████████████████████████████████

7    ██████████████████████████████

8              And certainly not ██████████████████████████

9    ███████████████████████████████████████████████████████████

10   ████████████████████████████████████████████

11             Second, Your Honor, even if there is ████████████

12   ██████████████████████████████████████████ from our -- the

13   enalapril in our formulation, our expert is going to explain

14   that ████████████████████████████████████████████

15   ████████████████████████████████████████████

16   ████████████████████████████████████████

17   ███████████████████████████████████████████████

18   ███████████████████████████████████████████████████████

19   ██████████████████████████████████

20             So our expert is going to explain that

21   Silvergate and its expert have not carried their burden with

22   respect to actually proving that this ██████████████████████

23   ███████████████████████████████████ in Bionpharma's ANDA

24   product.

25             Next, Your Honor, is the second problem.

*sealed and confidential - Bionpharma*

1      Even if Dr. Byrn's theory is true, that ████

2   ████████████████████████████████████████████

3   ████████████████████████████████████████

4   ████████████████   in our ANDA product, even if it is true, it

5   is not equivalent.

6      It is not equivalent under the traditional

7   function way result test, it's not equivalent under a

8   substantial differences test.

9      Under a function-way-result, Your Honor, our

10  expert is going to explain to the Court that the actual

11  proper function of the buffer limitation in Silvergate's

12  claims is to maintain pH ████████████████████████

13  ████████████████████████████████████████

14  ████████████████████████████████████████████

15  ██████████

16      Where does our expert get that?  From the

17  intrinsic record.

18      Our expert is going to walk the Court through

19  the intrinsic record and explain that what Silvergate

20  intended to claim was a separate independent buffer

21  component to strongly resist changes in pH.

22      How do we know that?

23      Well, we know from the claims, Your Honor.

24      Our expert is going to go ████████████████

25  ████████████████████████████████████████████

*sealed and confidential - Bionpharma*

1   ████████████████████████████████████████████

2   ████████████████████████

3           Thus, our expert is going to explain under

4   Dr. Byrn's own theory, Your Honor, the claimed formulations

5   ██████████████████████████████████████

6   ██████   Because under Dr. Byrn's own theory, our expert is

7   going to explain, ████████████████████████████████

8   ███████████████████████████████████

9   ████████████████████████████████████████

10  ████████████████████████████████████████

11  ██████   in the claimed formulations.

12          This is all under Dr. Byrn's theory if it's

13  correct.

14          Despite that, Silvergate intended to claim a

15  separate independent buffer to strongly maintain pH, to

16  protect the active during shelf and in the stomach.

17          And with respect to protect it in the stomach,

18  Your Honor, that evidence -- or the support for that is

19  going to come from the citizen's petition what Silvergate

20  told the FDA about why the claimed citric acid and sodium

21  citric buffer was so critical to their invention.

22          But same situation for the claims of the '745

23  and '987 patents that are asserted against us, Your Honor.

24          Silvergate in these patents broadened the scope

25  of the buffer -- ██████████████████████████████

*sealed and confidential - Bionpharma*

1      ████████████████████████████████████████.

2           **There is no dispute** ████████████████

3      ██████      **So for -- or at least some of the elements fall**

4      **within the claimed formulations of the '745 and '987 patent,**

5      **many of them, there is going to be, under Dr. Byrn's own**

6      **theory,** ████████████████████████████████████████

7      ████████████████████      **Despite that, Silvergate intended**

8      **to claim a separate independent buffer.**

9           **Our expert is going to walk the Court through**

10     **the common specification, including the examples, Your**

11     **Honor, all of the examples** ████████████████████

12     ████████████████████████████████████████████

13     **is usually citric acid and sodium citrate.**

14          **And our expert is going to explain that this --**

15     **in addition -- you know, that in these examples under**

16     **Dr. Byrn's own theory,** ████████████████████████

17     ████████████████████████████████████████

18     ████████████████████████████████

19          **And our expert is going to go even further,**

20     **Your Honor, and explain that there is actually no written**

21     **description in these patents, in the common specification.**

22     **There is no written description that** ████████████████

23     ████████████████████████████      **a suitable buffer**

24     **in the claimed formulations.**

25          **MS. MORGAN:  I'm sorry, Your Honor, but this --**

*sealed and confidential - Bionpharma*

1    but that is exactly the concern that we raised this morning.

2    He is interjecting a validity issue into the case, the

3    description.

4                    MR. ALUL:  Your Honor --

5                    THE COURT:  Go ahead.

6                    MR. ALUL:  Your Honor, that is not true.  In

7    claim construction, certainly the Court can consider written

8    description arguments if -- depending on how a claim is

9    construed, and I know we're not the only claim construction,

10   but determining the proper function of the buffer limitation

11   claim is analogous to claim construction.  You can look at

12   these common specification, and claims can't be construed in

13   a way that -- that covers subject matter that is not

14   described in the patents.

15                   And so we -- it's our position that written

16   description is, is relevant to claimed construction.

17                   It's also relevant, Your Honor, to determining

18   what the proper function of the buffer is for the Doctrine

19   of Equivalents limitation.

20                   THE COURT:  All right.  Ms. Morgan, your

21   position is noted.  I'm going to permit the defendant,

22   Bionpharma, in this case, to make the argument.  They're not

23   going to ask you to invalidate your patents based on this

24   argument.  That would be impermissible.  But -- and I don't

25   know if they will have evidence to support it, and you can

*sealed and confidential - Bionpharma*

1    certainly object in the evidentiary case.  But I'm going to

2    permit him to make the argument.

3                 Go ahead, Mr. Alul.

4                 MS. MORGAN:  Thank you, Your Honor.

5                 MR. ALUL:  Thank you, Your Honor.

6                 Next, Your Honor, our expert is going to

7    explain that the claimed buffer limitation and the alleged

8    equivalent of our product function in substantially

9    different way.

10                And for that, Your Honor, our expert is going

11   to point the Court to these numerical ranges or these

12   quantitative elements of the buffer limitation.

13                And our expert is going to explain that what a

14   POSA would understand these to mean is that citric acid and

15   sodium citrate are present in the claimed compositions at

16   specific concentrations.

17                But our expert is going to go one step further

18   and explain that a POSA would understand that these

19   concentrations signify a specific concentration of buffer

20   species in the claimed formulation; i.e., the specific

21   concentration of citric acid and citrate ions present in

22   the claimed formulation to neutralize any base or acid that

23   is added to the formulation or that is generated over time.

24                And just a little footnote, Your Honor, that is

25   really the concern with pharmaceutical drug products and why

1    you include a buffer limitation, not so much that somebody,

2    after it's been formulated and bottled up and sealed and put

3    on a shelf, is going to be adding acid or base to the

4    formulation.  That's not -- that is generally not -- that is

5    not going to happen.

6            The concern here, Your Honor, and the reason why

7    you have a buffer in these products is because over time,

8    certain components of these formulations, like the

9    excipients, may degrade into acidic or basic compounds that

10   want to raise or lower the pH.

11           And so that is why you have a buffer in your

12   product.  Depending on how you formulate it.

13           And so our expert is going to explain that these

14   concentration ranges signify a certain concentration of

15   citric acid and citrate ions that are present in the claimed

16   formulation and able to neutralize any acid or base.

17           And our expert is going to actually calculate

18   for the Court the buffer species concentration of the

19   claimed buffer limitations, as well as the alleged buffer

20   in Bionpharma's ANDA product, ███████████████████████

21   ████████████████████.

22           And our expert is going to explain to Your

23   Honor that the comparison isn't even close.  The claimed

24   formulations maintain pH with buffer species anywhere

25   between 2.24 to 10-and-a-half times that of the buffer

1    species concentration of the, of the alleged buffer in our

2    product.   And that, therefore, that translates into a

3    substantially different result, and the result is that the

4    claimed buffers have a much higher buffer capacity.

5              And our expert is going to explain, Your Honor,

6    buffer capacity is basically the capacity of a formulation

7    because of its buffer to resist changes in pH.

8              And that buffer species concentration is a good

9    indication of buffer capacity, and that based on that, the

10   buffer capacity of the claimed formulations is a lot higher

11   than the buffer capacity of Bionpharma's ANDA product owing

12   to what Silvergate alleges is the equivalent buffer in our

13   product.

14             Next, Your Honor, even under a substantial

15   differences test, our expert is going to explain that we are

16   substantially different.

17             And the reason why they're -- our expert is

18   going to explain, and this is going to require a little

19   bit of background knowledge, what is an acid?  Our expert

20   is going to explain -- or the experts, both experts, can

21   explain, acids are basically compounds in aqueous -- in

22   water that donate hydrogen ions.  Bases are compounds in

23   water that accept hydrogen ions.

24             And that for a buffer, you essentially want, the

25   experts are going to explain, a weak acid and its conjugate

1    base.

2    ████████████████████████████████████

3    ████████████████  than citrate acid.  And our experts are

4    going to explain, ████████████████████  of

5    Bionpharma's ANDA product, ████████████████

6        And our experts can explain that because there

7    is this difference between how ████████████  is and

8    the pH of our formulation, the equilibrium in our product

9    between ████████████████████████

10   ████████████  such that in our ANDA product, if

11   Dr. Byrn's theory is true, there's ████████████

12   ████████████████████████████████████████

13   ████████████████

14       Our expert is going to explain that in contrast,

15   the claimed formulations, which have, you know, an ideal pH

16   of 3 to 3.5, the Epaned formulation has a pH between, I

17   think it's around 3.3, there citric acid lines up very

18   nicely with the pH.  And that is why they chose citric acid

19   and sodium citrate, because its lines up well with the

20   optimal pH of these types formulations.  And because of

21   that, you have a nice even split between citric acid and

22   sodium citrate.

23       So that if any components degrade and become

24   acidic or basic over time, you have two different arms:  a

25   citric acid arm and a sodium citrate arm to neutralize the

*sealed and confidential - Bionpharma*

1    pH and stop it from going up or going down.

2              Next up, Your Honor, is our second factual

3    defense, that we don't have an equivalent preservative.

4              And here, Your Honor, our expert is going to

5    explain that the ████████████████████████████████

6    ██████████████████ substantially different than the claimed

7    sodium benzoate.

8              Here's some depictions of our structure, the

9    different structures.  Our expert is going to walk the Court

10   throughout these differences and how they translate into

11   different physical and chemical properties.

12             An important one of which is one that I

13   mentioned earlier, which is that ████████████████████

14   ████████████████████████████████████

15   ██████████████████████████████

16   ██████████████████████████████

17   ████████████████████████████████████

18   ████████████

19             Next, Your Honor, our expert is going to explain

20   that ████████████████████████████████

21   ████████████████████████████████████████

22   ████████████████████ And this was actually

23   apparent from the prior art literature.

24             Our expert is going to explain that

25   ████████████████████████████ antimicrobial

*sealed and confidential - Bionpharma*

1    **activity by** ███████████████████████

2    ████████████████████████████████████████████

3    ███████████████████████████████████████

4    ████████████████████████████████████

5              **Or it was known that** ████████████████

6    ██████████████████████████████████████████

7    █████████████████████████████████████████

8    ██████████████████████████████████████

9    ██████████████████████████████████████

10   ████████████  **Your Honor, it was known from the literature, our**

11   **expert is going to explain, sodium benzoate, it exerts an**

12   **antimicrobial activity by entering the microorganism and**

13   **interrupting with a pathway that generate glucose, which the**

14   **microorganisms need for energy.**

15              **So it doesn't kill the microorganisms, it just**

16   **inhibits their growth.  And that is why they are referred to**

17   **as bacteriostatic and fungistatic.**

18              **Your Honor, I expect there is not going to be**

19   **a lot of dispute between the experts regarding these**

20   **differences and physical and chemical properties and**

21   **antimicrobial properties.**

22              **The issue is going to be, is that relevant?  And**

23   **we respectfully submit it is relevant.  They operate in**

24   **substantially different ways and yield substantially**

25   **differently results, and they're just substantially**

*sealed and confidential - Amneal*

1    different under the traditional substantial differences

2    test, such that a finding of equivalence should not be

3    found.

4                    And with that, Your Honor, unless the Court has

5    any questions, at the conclusion of trial, we're going to be

6    requesting a judgment of noninfringement.

7                    THE COURT:  Okay.  No questions at this time.

8                    We're going to take a short recess before we

9    hear any further closing.

10                   Remind me, Mr. Alul, are we in open court or are

11   we not?

12                   MR. ALUL:  We're in closed court.  We should be

13   in closed court, Your Honor, so we can open up.

14                   THE COURT:  Let's open up.  And then I'll say

15   again, we're going to take a short break.

16                   (Bionpharma sealed portion ends.)

17                        *    *    *

18                   THE TRIALanywhere HOST:  Okay.  The courtroom is

19   sealed.

20                   THE COURT:  Okay.  Thank you.

21                   Go ahead.

22                   MR. MADDOX:  Okay.

23                   Your Honor, like Bionpharma, we're here on a

24   purely Doctrine of Equivalents case because ▉▉▉▉▉

25   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

*sealed and confidential – Amneal*

1    ████████████ is substantially different from the claimed 1.82

2    of claim -- of citric acid, and .15 of sodium citrate, which

3    is a 2 -- it's an acid conjugate-based system known

4    throughout the world for decades as a citric buffer.

5              In the world of buffers, ████████████ is about as

6    far as one could get from the claimed citric buffer; and in

7    particular, if one is looking to make an enalapril solution

8    with the pH of what was known as the optimal stability pH of

9    about 3, give or take.

10             First, Amneal chose a product, ████████████

11   ████████████████████████ instead of the acid-based type

12   system in the claim.

13             Second, Amneal chose a ████████████████████████

14   ██████████████████████████████████████████████████████

15   ████████████████████████████████████████

16   ████████████

17             In order for Amneal, or frankly anyone, to take

18   advantage of the publicly known optimal stability of pH 3

19   about for an enalapril solution, there was nothing else that

20   Amneal or anyone else could have done.

21             Here, in these patents, Silvergate went out of

22   its way to specifically define the particular buffer

23   system it claimed with particular amounts.  They calibrated

24   their buffer system, which is a, a common process from

25   high school chemistry on up, and they had to respond to the

*sealed and confidential - Amneal*

1    Patent Examiner's demand to prove that these particular

2    amounts of these particular ingredients were critical to

3    why their proposed invention was not obvious over the prior

4    art.

5              Now, I know you have heard already about

6    prosecution history estoppel, and you have seen many slides.

7    I would just like to put one -- I'd just like to put one

8    piece of the prosecution history up.

9              I didn't plan to, but, Mr. Roberts, could you

10   put that up?  I can -- obviously if people have an objection

11   to it, but you will see it's -- if we go in listing claim 1,

12   this is from the prosecution history.

13             This is the amendment that our prosecution

14   history estoppels are largely centered on.

15             As you can see, the underlined addition of "and

16   about .15 milligrams per milliliter sodium citrate

17   dihydrate."  That is where the action is.

18             And without going hammer and tong, because you

19   are going to get it from four different experts, I would

20   just point out that this -- we say this was narrowing

21   amendment because what used to be anything with

22   1.82 milligrams of citric acid, and nothing else or whatever

23   else would infringe it now, it's narrowing the scope.

24             You will hear from their Dr. Buckton that in

25   his analysis of estoppel, it doesn't matter whether it's a

1    narrowing amendment.  He doesn't think about it that way,

2    which is up to him.

3             But we and the Court have to think about it that

4    way because that is what the law is.

5             We'll also be fighting about whether it is

6    related to patentability.  And you will learn that before

7    this -- the Office Action that gave rise to this amendment,

8    the Examiner said:  Listen, I would like to see -- I'm

9    rejecting it as obvious, I would like to see evidence of the

10   criticality of the amounts and specific ingredients here to

11   it being something nonobvious over the prior art.

12            And so this amendment was made and Silvergate

13   mounted an unexpected results campaign with unexpected --

14   allegedly unexpected stability arising from the specific

15   amounts of these two.  They amended their claims to be the

16   two acid-based system and that those particular amounts in

17   the two acid-based system are what led to the allegedly

18   unexpected results.

19            Their entire response, including a declaration

20   from Mr. Mosher, who we hope to see later, was devoted

21   to showing the Patent Office that with this particular

22   combination of citric acid and citric dihydrate in the

23   amounts done, there was this allegedly unexpected result of

24   better stability.

25            Now, you will see also that the data they

*sealed and confidential - Amneal*

1    submitted for this was limited to formulations with these

2    two acid-based systems.

3              They did not try to show any criticality of a

4    single acid.  They devoted it entirely to what was now the

5    amended claim.  So we say this was an amendment related to

6    patentability.

7              You will hear from Dr. Gemeinhart from us on

8    that.  And so now I'd like to talk a little bit about

9    factual equivalency.

10             Dr. Buckton is going to give you a

11   function-way-result analysis.  And what it really is is more

12   or less a rhetorical device for a sort of, it's so abstract

13   that it becomes sort of meaninglessly circular.

14             He will tell you that the purpose -- I'm sorry,

15   the function of a buffer is to maintain the pH.

16             Well, the function of every buffer is to

17   maintain the pH.  That is what every -- that's what a buffer

18   is.  If you've got a buffer, it is maintaining pH.  It

19   becomes circular.

20             And then he says, well, the way it does this is

21   neutralizing additional protons or positive hydrogen ions

22   and additional hydroxide, so OH negative ions.  Again, this

23   is the way that every single buffer on the face of the earth

24   operates.

25             He has taken this to such a level of abstraction

1    that it is going to cover any buffer no matter 1, 2, the

2    citric, non-citric, it doesn't matter.  If you have a

3    buffer, you have his function and way.  And you're subject

4    to this patent.

5              And the net effect of this is that the patent

6    kind of gets sort of rewritten to say, you're infringing if

7    you've got an enalapril solution with any kind of buffer so

8    long as the solution maintains at around .3 -- a pH of 3, or

9    3 to 5.

10             And that's not their invention, basically.  They

11   didn't -- they shouldn't be having monopoly power over all

12   solutions that have a pH of -- all enalapril solutions that

13   have a pH of 3.

14             So we think the function-way-result of Dr.

15   Buckton is something that you are going to want to look at

16   with a critical eye.

17             But we're not going to take you through

18   ionization by lawyers now, so we'll leave that for the

19   expert witnesses.

20             And I can turn to obviousness.

21             This is the part where we can open up the

22   courtroom again.

23             THE COURT:  Okay.  Let's give Mr. English a

24   moment to do that, please.

25             THE TRIALanywhere HOST:  The courtroom is now

*sealed and confidential*

Beckloff - direct

1    open and everyone has joined.

2                    (Amneal sealed portion ends.)

3                         *    *    *

4                    MS. MORGAN:   Thank you.

5                         DIRECT EXAMINATION

6    BY MS. MORGAN:

7    Q.        So first I would like to talk about some documents

8    related to the commercialization of the Ready-to-Use

9    formulation.   As part of Silvergate's ordinary course of

10   business, does Silvergate gather and keep information

11   regarding the financial performance of its products, and

12   specifically, the Ready-to-Use product?

13   A.        Yes.

14   Q.        And why is that?

15   A.        So we wanted to understand our business and

16   implications of sales and so forth.

17   Q.        And as chief development officer of Silvergate,

18   what's your role with respect to receiving or reviewing

19   financial data regarding the company's products?

20   A.        I would -- I would receive all the financial

21   information and review it as part of the normal course of

22   business.

23   Q.        Let's take a look at PTX-254 and 255.   And I believe

24   you also have these in your binder, so feel free to take a

25   look at them.   Have you seen these before?

*sealed and confidential*

203

Beckloff - direct

1    A.     I have.

2    Q.     And just generally, what are they?

3    A.     These are financial reporting documents that we used

4    in Silvergate for the powder and the ready-to-use.

5    Q.     And are these documents that Silvergate keeps in the

6    ordinary course of its business?

7    A.     Yes.

8    Q.     Let's take a look at PTX-34, 251 and 252, if you can

9    fit all three up there on the screen.

10          And did Silvergate regularly receive reports

11   from companies like IMS in the industry regarding

12   prescriptions?

13   A.     Yes.

14   Q.     And that's in the ordinary course of Silvergate's

15   business?

16   A.     Yes.

17   Q.     And what are we looking at here in PTX-34, 251 and

18   252?

19   A.     These are IMS data that of the market.

20   Q.     And did Silvergate obtain and keep these reports in

21   the ordinary course of its business?

22   A.     Yes.

23   Q.     Let's take a look at PTX-250 and 259, please.  And

24   have you seen these before?

25   A.     Yes.

*sealed and confidential*

204

Beckloff - direct

1    Q.      What are they?

2    A.      These were again our financial reporting documents.

3    Q.      And are these documents that Silvergate has created

4    and kept in the ordinary course of its business?

5    A.      Yes.

6    Q.      Okay.  Let's take a look at PTX-253 and 258.  And can

7    you tell us what these are?

8    A.      These are my R&D budget for Silvergate across all of

9    the products that we had under development.

10   Q.      And did Silvergate regularly prepare R&D budgets as

11   part of the ordinary course of its business?

12   A.      We did.

13   Q.      Okay.  As part of Silvergate's ordinary course of

14   business, did Silvergate prepare or have prepared by third

15   parties presentations regarding ██████████████████████

16   ████████████████████████?

17   A.      Yes.

18   Q.      Why do you do that?

19   A.      We wanted to establish ████████████████████████

20   ████████████████████████.

21   Q.      And as chief development officer, what's your role

22   regarding those types of documents?

23   A.      I was involved in, you know, the meetings to discuss

24   this, what products were in the R&D pipeline, also the

25   comment on drafts.

Beckloff - direct

1   Q.      Let's take a look at PTX-29 and PTX-329.  Do you

2   recognize these documents?

3   A.      I do.

4   Q.      What are they and, specifically, in PTX-29, if you

5   scroll down to SLVGT-EPA-100528.

6   A.      This was an e-mail that we received from -- flashing

7   through here.  These are, these are presentations that we

8   prepared.  The one e-mail came up.

9   Q.      You can go back to the top if you would like.

10  A.      Okay.

11  Q.      Can you go back to the top of the e-mail, please?

12  A.      Okay.  So this is an e-mail from ███████████ and ███

13  ███, and ████████ had helped us prepare presentation really

14  for █████████████████.  This was a corporate overview

15  for meetings that we had at ███████████.

16  Q.      Okay.  And so looking at the presentation within

17  PTX-29 and the presentation in PTX-329, are these

18  presentations that Silvergate prepared or had prepared as

19  part of its regular course of business?

20  A.      Yes.

21  Q.      Let's take a look at PTX-31 and 256.  And do you

22  recognize these documents?

23  A.      I do.

24  Q.      And what are they?

25  A.      These were ████████████ that were prepared by

*sealed and confidential*
206

Beckloff - direct

1   ███████████████████████████████████████

2   ██████████████████████.

3               THE COURT:  All right.  I have to stop you, Ms.

4   Morgan.  Do you have any thought?

5               THE TRIALanywhere Host:  Can they turn the

6   microphone sensitivity a little bit in the room?

7               MS. MORGAN:  Ours?

8               THE TRIALanywhere HOST:  Yes, because it's

9   trumping what the witness is saying there.  And, Mr.

10  Beckloff, just try not to trail off at the end of your

11  sentences.

12              THE WITNESS:  Okay.  I will do my best.

13              THE TRIALanywhere HOST:  Yes.  I do the same

14  thing.

15              THE COURT:  Everyone else on mute.

16              THE TRIALanywhere HOST:  Yes.  Everybody else is

17  muted.

18              MS. MORGAN:  We're trying, Your Honor.  I'm

19  sorry.

20              Try the volume on the mic.  Try the volume.

21              Just keep going.

22              MS. MORGAN:  I'm going to spell my name and

23  you tell me if I'm still loud enough.  N-a-t-a-l-i-e,

24  M-o-r-g-a-n.

25              We turned it down about five clicks, and if you

*sealed and confidential*

Beckloff - direct

1      can still hear me, we can try this.

2                  THE COURT:  I could hear fine.

3                  Mr. English, do you think that is worth a try?

4                  THE TRIALanywhere HOST:  Yes.

5                  MS. MORGAN:  And I actually can't hear His Honor

6      now.

7                  THE TRIALanywhere HOST:  Yeah.  So you are

8      getting the HVAC noise.  So turn the microphone down another

9      five clicks because you are still very strong.

10                 MS. MORGAN:  Okay.  Turn it down some more, and

11     I will keep spelling my name.

12                 So the microphone controls both ways?

13                 Oh, you are turning the volume down.  Ah.  Okay.

14     Okay.

15                 I guess what we're attempting to turn down

16     controls both our ability to hear and this.  But our IT

17     person knows how to control just this (pointing overhead).

18     We've called him.  He is here.

19                 I apologize.

20                 We need the volume up so we can hear and the mic

21     down.  And I will just spell my name until we kind of find a

22     good level of the volume both ways.

23                 Ready?  Yes?

24                 N-a -- not yet?  Okay.

25                 IT OPERATOR:  Go ahead.

*sealed and confidential*

208

Beckloff - direct

```
 1               MS. MORGAN:  N-a-t-a-l-i-e, M-o-r-g-a-n.
 2               N-a-t-a-l-i-e --
 3               THE TRIALanywhere HOST:  Turn it down.
 4               MS. MORGAN:  I'm sorry?  Can you turn the volume
 5    up so we can hear them because I can't hear them now.
 6               Can you talk, JD?
 7               THE TRIALanywhere HOST:  Yes.  You sound very
 8    good.
 9               MS. MORGAN:  Okay.  So N-a-t-a-l -- still good?
10               THE TRIALanywhere HOST:  Yes, you sound good.
11               MS. MORGAN:  Okay.  Thank you.
12               THE COURT:  Thank you.
13               Mr. Beckloff, why don't we ask you to spell
14    either Ms. Morgan's name or your name so we can check.
15               THE WITNESS:  Michael.  M-i-c-h-a-e-l, Beckloff,
16    B-e-c-k-l-o-f-f.
17               THE COURT:  That was a little hard to hear.
18               Mr. English, what do you think?
19               THE TRIALanywhere HOST:  Yes.  It was a little
20    bit of her microphone background picked up some noise there
21    that cut him off, but he was coming through okay,
22    Mr. Beckloff was.
23               THE COURT:  All right.  Well, let's try again.
24    So I mean not the spelling.
25               THE WITNESS:  Yes.  Sorry.
```

*sealed and confidential*

Beckloff - direct

1              THE COURT:  Go ahead, Ms. Morgan.

2              MS. MORGAN:  Thank you very much.

3    BY MS. MORGAN:

4    Q.    Okay.  I think the question in hand was, what is

5    PTX-31 and PTX-256?

6              Let's start there, Mr. Beckloff.  What are

7    these?

8    A.    These were ███████████████████████████

9    ███████████████████████████████████████.

10   Q.    And are these documents that Silvergate had prepared

11   in the ordinary course of its business?

12   A.    Yes.

13            MS. MORGAN:  Now, can we look at PTX-37 and

14   PTX-257.

15   BY MS. MORGAN:

16   Q.    And what are these?

17   A.    These are presentations, internal presentations, that

18   we provided for the company, as well as internal training

19   presentations for the RTU launch.

20   Q.    And does Silvergate regularly prepare internal

21   presentations as part of its ordinary course of business?

22   A.    Yes.

23   Q.    For what purposes?

24   A.    To provide the employees with business updates

25   regarding the company, and to train our sales personnel as

Byrn - direct

 1    the products were approved and launched.

 2                    MS. MORGAN:  Thank you.

 3                    We can unseal the courtroom, Your Honor.

 4                    THE COURT:  Thank you.  We'll do that.

 5                    (Silvergate sealed portion ends.)

 6                        *    *    *

 7                    MS. MORGAN:  May I proceed?

 8                    THE COURT:  Yes.

 9                    MS. MORGAN:  Okay.  Thank you.

10    BY MS. MORGAN:

11    Q.    Turning to the next slide.  Okay.  Looking at

12    PDX-206, so, first, what is PTX-478?  And I believe you have

13    a larger document in your binder if you need to look at it.

14    A.    Yes.  This is the Bionpharma -- well, maybe I'd

15    better -- yes.  This is the Bionpharma section of the ANDA,

16    the ANDA labeled 2.3.2 drug product.  So it's a drug product

17    part of the Bionpharma ANDA that's submitted to the FDA.

18    Q.    Thank you.

19          And can you please tell us what we're looking at

20    here, Table 1 from BION-ESOL-231?

21    A.    Yes.  This is the quantitative unit composition of

22    the enalapril maleate oral solution of Bionpharma, one

23    milligram per mL.

24    Q.    And are these the ingredients that you evaluated in

25    Bionpharma's ANDA product listed under the column heading

Case 1:18-cv-01962-LPS   Document 251-1   Filed 04/22/21   Page 56 of 275 PageID #: 15137
*sealed and confidential*
211
Byrn - direct

1   ingredients?

2   A.      Yes.  This is part of the information evaluated.

3   Q.      Okay.  Now let's turn to the asserted claims.  Let's

4   go to the next slide.

5           Looking at PDX-207 now, can you please explain

6   for us what you understand to be the standard for literal

7   infringement.

8   A.      Yes.  When I evaluated these documents and the

9   claims, I understand that literal infringement, the claim of

10  the properly construed to determine its scope and meaning

11  and the claim as properly construed must be compared to the

12  accused product.  And for literal infringement, the patentee

13  must prove that the accused product meets all limitations of

14  the asserted claims.

15  Q.      And did you evaluate individual elements of the

16  asserted patents for literal infringement?

17  A.      Yes.

18  Q.      And can you please turn to docket number 170 in your

19  binder?

20  A.      Okay.

21  Q.      And actually, can you please put up on the screen for

22  everybody DI 170.

23          Did you review and use DI 170?

24  A.      Yes.

25  Q.      Okay.  And let's turn to page 4 of this document.

Byrn - direct

1              Did you review and use the sections at the

2        bottom starting, Silvergate's claims with respect to

3        Bionpharma, that continues onto the next page?

4        A.      Yes.  Yes, I did.

5        Q.      Okay.  Let's go to PDX-208.  Oh, sorry, PDX-208.

6        Back to the slide.  Thank you.

7                And what are we looking at here?  What is this

8        chart illustrating?

9        A.      These are the claim limitations, the elements

10       literally infringed and not in dispute.

11       Q.      And can you tell us -- thank you.

12               And can you tell us the last column, what that

13       is referring to?

14       A.      That's referring to that docket we were just looking

15       at, DI 170.  It's referring to the various paragraphs in

16       that document.

17       Q.      All right.  The various undisputed facts in that

18       document?

19       A.      That's correct.

20       Q.      Okay.  Let's look at PDX-209.  And is this the same,

21       just additional claim limitation?

22       A.      Yes, it is.

23       Q.      And so you have asterisks at both in the bottom row

24       and then a reference to Dr. Mahan.  Can you explain why that

25       is?

Case 1:18-cv-01962-LPS  Document 251-1  Filed 04/22/21  Page 58 of 275 PageID #: 15139
*sealed and confidential*
213
Byrn - direct

1    A.      Yes.  For this element, I talked to doctor manual

2    processing, and I'm not a medical doctor, so he assured me

3    that the therapeutically equivalent amount was literally

4    infringed and it wasn't in dispute either.

5    Q.      And did you also review the product label yourself?

6    A.      Yes, I did, as a pharmacist and professor, and it's

7    clear that that claim limitation is infringed.

8    Q.      And has Bionpharma's expert, Dr. Morrison, asserted

9    that any of these elements that you've identified on PDX-208

10   and 209 are not infringed?

11   A.      No, he hasn't.

12   Q.      All right.  Let's go to PDX-210, please, the next

13   slide.

14           So I think you mentioned that there are elements

15   that are met under the Doctrine of Equivalents, so looking

16   at PDX-210, can you please identify those limitations for

17   us?

18   A.      Yes.  Those limitations, they're in both patents, and

19   both limitations are there.

20           The buffer limitation, as I summarized, a buffer

21   comprising about 0.8 to about 3.5 milligrams per mL citric

22   acid and about 0.1 to about 0.8 milligrams per mL sodium

23   citrate.  That, based on my analysis is infringed under

24   Doctrine of Equivalents, and also the preservative

25   limitation, about 0.7 to about 1.2 milligrams per mL sodium

Case 1:18-cv-01962-LPS  Document 251-1  Filed 04/22/21  Page 59 of 275 PageID #: 15140
*sealed and confidential*
214
Byrn - direct

1   benefit so weight is infringed under the Doctrine of

2   Equivalents.

3   Q.      Okay.

4               MR. ALUL:  Your Honor, Andy Alul.  I just want

5   to make sure the record is clear.

6               It's our position the claim limitations by

7   themselves can't be infringed.  They can be met.  Only

8   claims in their entirety can be infringed.  I just want to

9   put that on the record.  I don't have an objection right now

10  at the moment.

11              THE COURT:  Okay.  Ms. Morgan, anything you want

12  to say about that?

13              MS. MORGAN:  I think the witness is not a

14  lawyer, so he's explaining his opinions the best that he

15  can.  He's talking about specific limitations and how they

16  are met in his view, so I think his testimony is what it

17  is.

18              THE COURT:  All right.

19              MR. RUEDY:  I'm sorry, Your Honor.

20              THE COURT:  I was going to say you will all have

21  a chance to question him as well, and I think at this point,

22  I understand what is being presented.

23              MR. ALUL:  Thank you, Your Honor.  Understood.

24              THE COURT:  All right.

25  BY MS. MORGAN:

*sealed and confidential*

215

Byrn - direct

1    Q.      So, thank you, Doctor.

2            So with the buffer and the preservative

3    requirements in mind, let's turn to a brief review of the

4    technology in this case.  Next slide, please.  PDX-211.

5            So what are we looking at here?

6    A.      So these are the five elements of the technology that

7    we need to understand and based on my analysis, these are

8    the technology concepts that I dealt with.  Acids and bases,

9    pH and pKa, buffers, stability and preservatives.

10   Q.      Okay.  So first, tell us, what's an acid?

11   A.      An acid is a molecule, a compound that donates

12   protons using a bronze, that definition.

13   Q.      And what is a base?

14   A.      A base, again, using that definition, is a molecule

15   or compound that picks up proton.

16   Q.      Let's go to the next slide.  Looking at PDX-212, can

17   you please generally explain what the pH of a solution

18   represents?

19   A.      Yes.  So first we start on the left.  You see on the

20   bottom left there's a lot of proton, so that is acidic.

21   That's an acidic species.

22            And then on the upper part, you have just a few

23   protons.  That's a base species.  And you actually take the

24   negative log or the number of protons and that gives you the

25   pH.  And in between the systems where you have a lot of

*sealed and confidential*

Byrn - direct

1    protons and a few protons, that's the neutral condition, pH

2    seven.  That's like water, the neutral water.

3    Q.    Let's go to the next slide.  Looking at PDX-213, do

4    we now know what the optimal pH for enalapril in a solution,

5    such as a solution described in the patent?

6    A.    Yes.  This slide showing that, and it states that the

7    optimum pH is 3 to 3.5.  That is the pH at which you achieve

8    the long term stability.  It's in the acid region, but it's

9    the optimum pH.

10   Q.    And are there different categories of as acids and

11   bases?

12   A.    Yes.  There are both weak and strong acids and weak

13   and strong bases.

14   Q.    And what's the difference between strong acids and

15   bases and weak acids and bases?

16   A.    Well, strong acids give up their protons very easily

17   and give a lot of them, and the same thing with strong

18   bases, pick up proton very easily, like hydroxide.  They're

19   very reactive with protons and pick up protons, and then

20   weak acids and weak bases are not as strong.

21   Q.    Let's look at the next slide.  So looking at PDX-214,

22   what are we looking here?

23   A.    So this is assimilation of when happens you pour acid

24   into an empty vial.  The solution goes in and creates a lot

25   of hydrogen ions, which lowers the pH down to the acidic

*sealed and confidential*

Byrn - direct

1    region.

2                    And then the next step, we're adding base,

3    and when we add base, the pH starts to rise because we're

4    taking the protons out of the system.  And then at the end,

5    the acids and bases equilibrate and we end up with the pH,

6    the optimal pH in this case, the pH that achieves the long

7    term stability.

8    Q.    So in the end, whether you have a strong or weak acid

9    or base, is there any real difference in how they actually

10   function in solution?

11   A.    No.   It's the portions of those that determine what

12   pH it would reach if they can't.

13   Q.    Let's look at PDX-215.  So can you explain in PDX-215

14   what is a buffer?

15   A.    So on the left -- I'm trying to go what the buffer

16   is.  On the left panel is a system where the buffer is on --

17   where the system is unbuffered, and the left, the far left

18   vial has protons, a lot of protons in it, no buffer, so it

19   has a very low pH, so the bars should be down at the bottom.

20   And I'm not sure whether we have the animation working, but

21   we can come back.

22                    So with a lot of protons, we have a very low pH,

23   with no buffer.  With a lot of hydroxide, we have a very

24   high pH.

25                    And then if we move over to the buffer system,

Case 1:18-cv-01962-LPS   Document 251-1   Filed 04/22/21   Page 63 of 275 PageID #: 15144
*sealed and confidential*
218

Byrn - direct

1    if we now take out, if the buffer consumes some of the

2    excess proton, and here I'm showing four of them with

3    batches taken out, then the pH rises, because there are not

4    as many protons that rises more towards the middle range.

5    And the same with the base system.  If you take out a few of

6    the hydroxide, the pH will fall and you will end up with,

7    again, a pH at the optimum pH.

8            So the buffer system is set up to take out

9    protons or hydroxide and cause us to reach an optimum pH.

10   And so that's what those buffer components are doing.

11   Q.    Let's go to PDX-216.  So how are acids and bases

12   converted into buffers?

13   A.    So there are two ways to make a buffer.  The first

14   way is to mix the acid and the salt to the baths.  We'll

15   just call a conjugate base.  It's on the left.

16           So we mix citric acid and sodium citrate.  And

17   sodium acid is the weak acid.  Sodium citrate is the weak

18   base.  But if we mix those two molecules, then they will

19   react in solution and create a buffer as shown on the

20   right.

21           And so on the right side under citric acid you

22   see we have an OH, we have OHs.  Those are acidic.  Those

23   are donating groups.  And on the far right we have sodium

24   citrate, a sodium ionic in place of one of the protons.

25   That sodium citrate on the far left is citric acid.

*sealed and confidential*

219

Byrn - direct

```
 1              Those equilibrate by donating a proton back and

 2    forth to create the buffer.  So when excess hydrogen ions

 3    appear in the solution, the sodium citrate, the one on the

 4    right, has an O and A, it can react with a proton and go to

 5    the left and consume that proton.

 6              When hydroxide is in solution, it will react

 7    with a citric acid and go to the right to create the sodium

 8    citrate.

 9    Q.    And I think you mentioned the word conjugate base.

10    Can you explain what that is?

11    A.    Yes.  The conjugate base is created from the acid, so

12    sodium citrate is a conjugate base, and it's conjugated.

13    It's created from the acid typically by adding sodium

14    hydroxide.

15    Q.    Let's go to the next slide.  Looking at PDX-217, what

16    is this showing that's different from the prior slide?

17    A.    This is a second way of creating a buffer.  ████

18    ████████████████████████████████████████████████████████

19    ████████████████████████████████████████████████████████

20    ███████████████████████████████████████████

21              And that --

22    Q.    Let me stop you there.  ███████████████████████████

23    ██████████████████████████

24    A.    ████████████████████████████████████████████████████

25    ██████████████████████████████
```

1 ███████████████████████████████████

2 ███████████████████████████████████████

3 ███████████████████████████████████████

4 ██████

5 Q.      Okay.  Please continue your explanation.

6 A.      ███████████████████████████████

7 ██████████████████████████   I'm showing the

8 reaction.

9 ███████████████████████████████████

10 █████████████████████████████

11 ███████████████████████████████████

12 ███████████████████████████████████

13 ██████

14 ███████████████████████████████████████

15 ████████████████████████████████████████

16 █████████████████   And if you go to the next

17 slide again.  On the right in the blue squares, ████████

18 ██████████████████████████████████

19 ███████████████████

20        And then down below, I've just shown it in

21 abbreviated form showing ████████████████████

22 ███████████████████████████████████

23 █████████████████████████████████

24 ██████████

25 Q.      So if I'm understanding, the equation at the bottom

*sealed and confidential*

Byrn - direct

1    is representing what you can do with ███████████████

2    ██████████████████████████████████████ is that

3    correct?

4    A.      That's correct.

5    Q.      Okay.  Well, let me rephrase.  ████████████████

6    ██████████████████ is that right?

7    A.      That's correct.  When you do this addition, you are

8    measuring th pH so you achieve the right pH for the buffer.

9    So you set the buffer system at the appropriate pH.

10   Q.      And so what happens if ███████████████████████████

11   ████████████████████████████

12   A.      Then the acid or base will be consumed by the buffer

13   and you won't change the pH very much.  So you will be able

14   to maintain a constant pH that's based on the composition of

15   the acid and base.  The citric acid and the sodium citrate

16   in this case.

17              MS. MORGAN:  Let's go to the next slide.

18   BY MS. MORGAN:

19   Q.      So looking at PDX-218.  What are the pKa values for

20   citric acid and sodium citrate?

21   A.      So I'm showing -- here, I'm showing pKa with the

22   brackets and pH in the center panel.  And citric acid has

23   three carboxylic acid groups, so it has three different

24   protons.  And those protons have different strengths,

25   different ease of donation, and thus the pKa.

*sealed and confidential*
Byrn - direct

1          The pKa is equal to the pH when done in

2    equal proportion of base and acid from Henderson and

3    Hasselbalch.  But it works okay just to say the pKa tells

4    you how strong the acid is.

5          So the strongest acid on citric acid is pKa of

6    3.1 and next is 4.8 and the next is 6.4.

7          And then the brackets show the range at which

8    those groups can buffer.  They show the range of plus or

9    minus 2 pKa or pH units around the central pKa.  So, for

10   example, a pKa 3.1, the bracket goes from 1.1 to 5.1 plus or

11   minus 2, around 3.1.

12          And then I put the bar, I put the bar, the

13   optimum pKa across in yellow.  And you can see by looking at

14   this bar that that is between the brackets of the first two

15   pKas of citric acid, so those two pKas will buffer this

16   system -- can be used to buffer this system at pH 3 to 3.5.

17   Q.    Does the pKa that equals 6.4 have any real buffering

18   effect when the pH is 3 to 3.5?

19   A.    No, that's too weak an acid.  It's outside the range

20   of 3 to 3.5.

21          MS. MORGAN:  Okay.  So let's look at the next

22   slide.

23   BY MS. MORGAN:

24   Q.    So looking at PTX-219.  What are we looking at here?

25   Can you explain this?

*sealed and confidential*

Byrn - direct

1  A.      Yes.   This is related to what I was talking about

2  previously.   This is called the Henderson-Hasselbalch

3  Equation, and the best way to think about this is on the

4  left panel.

5         Let's imagine that the pH of the solution was a

6  pKa.

7         Then that means that there is an equal amount --

8  because pH=pKa, if we have solve that equation, we have an

9  equal amount of A minus and HA.   When pH=pKa and we solve

10 the equation, we find an equal amount of HA and the A-.

11        When pH=pKa plus 2, we have a hundred times

12 different in HA and A- because the log of 2 is 100.   The log

13 of 100 is 2, pardon me.

14        So the pH=pKa concept allows us to draw those

15 brackets on the previous, on the previous chart.

16 Q.    Okay.   So you mentioned earlier that buffers prevent

17 changes in pH when small quantities of acid and bases are

18 added.

19        So why does pH matter in pharmaceutical liquid

20 formulation?

21 A.    Well, the pH, the proton or the hydroxide can react

22 with the drug and destroy it, render it unstable.   It's not

23 the acting molecule, it's some other molecule.   And that

24 molecule may have adverse effects, may not treat the

25 patient.   It doesn't work properly.

*sealed and confidential*

224

Byrn - direct

1  Q.      So we have heard the term "stability" a lot today.

2  Why is stability important in a pharmaceutical formulation?

3  A.      So for stability, we need to have a formulation

4  that retains the molecule of the drug in its proper form

5  throughout the shelf life of the product so that when you

6  use it, either at the start and the end of the shelf life,

7  it's the same molecule and it has the same effect on the

8  body.

9  Q.      Okay.  Thank you.

10          MS. MORGAN:  Let's turn now to preservatives.

11  Let's go to PDX -- oh, thank you.

12  BY MS. MORGAN:

13  Q.      Looking at PDX-20, what is a preservative?

14  A.      So I made this slide.  This is showing on the left a

15  system where you have a preservative in a petri dish, and

16  you can see there are no bacteria or fungi growing.

17          And then on the right, we had no preservative,

18  and you can see that there are fungi and bacteria growing,

19  some of which could be toxic molecules, dangerous microbes

20  or fungi.

21  Q.      And what is an antimicrobial preservative?

22  A.      So an antimicrobial preservative prevents microbes

23  from growing such as -- well, let's take salmonella.

24          If you don't use a preservative, you could have

25  salmonella growing in some of these solutions, and that

*sealed and confidential*

Byrn - direct

```
 1    would be very toxic to children and it can cause fatality.

 2                So it's important in solution formulations to

 3    have a preservative.

 4    Q.    And could it also be damaging to the efficacy of the

 5    product?

 6    A.    Of course.  Because, again, if the -- if they're

 7    bacteria, that patients would be caused to have diarrhea and

 8    lose the product.  There are all kinds of factors that can

 9    come into play.

10    Q.    Okay.  Thank you, Doctor.  Let's move on now.

11                MS. MORGAN:  Turning to PDX-221.

12    BY MS. MORGAN:

13    Q.    What does this slide show?

14    A.    This slide shows part of my analysis of infringement.

15    And this shows a person of skill in the art.

16                And on the left side, you could have -- a person

17    of skill in the art could have a Ph.D. in formulation and

18    not a lot of experience, or they could have a bachelor's

19    degree in pharmacy or related areas and at least 5 years

20    experience.

21    Q.    And then could you talk about what is at the bottom

22    as well?

23    A.    Yes.  And then a POSA would have experience with

24    excipients as well as drug formulation, therapeutic

25    applications, and would also collaborate with a medical
```

*sealed and confidential*

226

Byrn - direct

 1   doctor.

 2   Q.      Thank you.  And did you use this definition in your

 3   analysis of this case?

 4   A.      Yes.

 5   Q.      And are you a person of ordinary skill in the art?

 6   A.      Yes.

 7             MS. MORGAN:  Let's turn to the next slide.

 8             Oh, actually.  Sorry.  Go back one.

 9   BY MS. MORGAN:

10   Q.      Has this definition been agreed to by both parties?

11   A.      Well, it hasn't completely been agreed to.  But it's

12   very -- my definition is very similar to Dr. Morton.  And

13   even if I did my analysis using his definition, I would come

14   to those same conclusions.

15             MS. MORGAN:  Let's go to the next slide.

16   BY MS. MORGAN:

17   Q.      So looking at PDX-222, what does this slide show?

18   A.      This slide shows the joint claim construction chart,

19   and the one claim that had -- one phrase, pardon me, that

20   had an agreed-upon construction.

21   Q.      And did you use that construction of "about" meaning

22   "approximately" in your analysis?

23   A.      Yes, I did.

24   Q.      And how did you approach claim terms without an

25   expressly agreed-upon meaning?

*sealed and confidential*

227

Byrn - direct

1  A.      I used the clear and ordinary meaning for those

2  terms.

3  Q.      Thank you.  Let's turn now to your infringement

4  analysis.

5          THE COURT:  Actually, before we get into that,

6  let's take a break.  About 15 minutes.

7          MS. MORGAN:  Certainly.

8          THE COURT:  Okay.  About 15 minutes, then we'll

9  return.  Bye-bye.

10          (Brief recess taken.)

11          *      *      *

12          (Proceedings reconvened after recess.)

13          THE COURT:  All right.  I'm ready to proceed if

14  you all are.

15          MS. MORGAN:  Yes, Your Honor.

16          MR. ALUL:  Yes, Your Honor.

17          MR. MADDOX:  Yes.

18          THE COURT:  Go ahead.

19  BY MS. MORGAN:

20  Q.      Okay.  Before we move on, Dr. Byrn, you were just

21  talking about PDX-222?

22  A.      Yes.

23  Q.      And I just want to confirm that the joint claim

24  construction chart that you used for claim construction, is

25  it DTX-1074?

*sealed and confidential*

Byrn - direct

1    A.      Yes, it is.

2    Q.      Okay.  Now, let's go to the next subject and talk

3    about specifically the buffer limitation.

4            So looking at PDX-223, I believe we looked at

5    this earlier; right?

6    A.      Yes, we did.

7    Q.      This is, again, from PTX-478 at BION-ESOL-231.

8            So looking here at Table 1 of the ingredients of

9    Bionpharma's ANDA, can you please identify for us what is

10   the buffer that Bionpharma has.

11   A.      Yes.  So Bionpharma ████████████████████████████

12   ███████████████████████████████████████████████

13   ██████████    And that ██████████████████████████

14   ████████████████████████████████████████████████████

15   ██████████

16   Q.      Thank you, Doctor.  So if I understood you correctly,

17   ████████████████████████████████████████

18   ██████████████████████████████████████████████

19   ██████████████    is that correct?

20   A.      That's correct.  ██████████████████████████

21   ███████████████████████████████████████████████████

22   ███████████████████████████████████████████████████

23   ████████████████████████████

24   Q.      Okay.  So let's talk about how you identified --

25   actually can you explain a little bit more about ██████████

*sealed and confidential*

Byrn - direct

1   ████████████████████████████████

2   A.      Again, this is what --

3   Q.      From --

4   A.      -- I covered earlier.

5           So if you take ████████████████████

6   ████████████████████████████████████████████

7   ████████████████████████████   ████████████████

8   ████████████████████████████████

9           MS. MORGAN:  Okay.  So to start, let's go to the

10  next slide.

11  BY MS. MORGAN:

12  Q.      Looking at PDX-224, what is PTX-476 that is cited on

13  this slide?

14  A.      This is part of the ANDA, the ANDA.  And it is the

15  part of the labeling section of the ANDA of Bionpharma's

16  ANDA label.

17  Q.      Okay.  And we're looking at BION-ESOL-87.

18          So can you please explain the significance of

19  this information as it relates to your opinions?

20  A.      So as I was explaining, the enalapril is the active

21  ingredient.  And so this statement says ████████████████

22  ████████████████████████████████

23  ████████████████████

24          ████████████████████████████████████

25  ████████████████   ████████████████████████

Byrn - direct

1    ████████████████████████████████████████████

2    █████████████████

3    Q.     ██████████████

4    A.     ███████████████████████████████████████

5    ███████████████████████████████████

6    ███████████████████████████████████████████

7    ███████████████████████████████████████

8    ███████████████████████████████████████

9    ███████████

10   █    ████████████████████████████████████

11   █████████████████

12   █    ████████████████████████████████████████

13   ████████████████████████

14   Q.     Okay.   Thank you.

15          MS. MORGAN:   Let's go to the next slide.

16   BY MS. MORGAN:

17   Q.     So looking at PDX-225, which, again, is the table

18   we were just looking at at PTX-478 at BION-ESOL-231.

19   ████████████████████████████████████████

20   ████████████████████████████████████████

21   ███████████

22   █    ████████████████████████████████████████

23   ███████████████████████████████████████████

24   █████████████████████████████████

25          So this is just confirming █████████████████

*sealed and confidential*

Byrn - direct

1 ██████████████████

2 Q.    ████████████████████████████████

3 ██    ████████████████████████████

4 ██████

5        ████████████████████████████

6 ████████████████████████████████████

7 ████

8        ████████████████████████████

9 ████████████████████████████████████

10 ████████████████

11            MS. MORGAN:   Okay.   Let's look at those batch

12    records.

13            Can we go to the next slide.

14    BY THE WITNESS:

15    A.    So these are --

16    Q.    Okay.  Looking at --

17    A.    Sorry.

18    Q.    That's okay.

19            Let me ask, because I know you are probably

20    going to answer the question I'm going to ask.

21            Looking at PDX-2267, first tell me, please, what

22    PTX-492, 494, and 495 are?

23    A.    These are the various batch records for different

24    preparations; three different runs where they prepared

25    the -- Bionpharma prepared the formulation.

*sealed and confidential*

232

Byrn - direct

1  Q.      And is this what you used ████████████

2  ████████████████████████████

3  A.      Yes, because in that ANDA, these runs are the runs

4  that are submitted to the FDA that verify that they're

5  making the product.

6  Q.      Did you prepare a summary of the information you used

7  from the batch records?

8  A.      Yes, I did.

9          MS. MORGAN:  Let's look at the next slide.

10 BY MS. MORGAN:

11 Q.      So PDX-229, is this your summary?

12 A.      Yes.  So all three of the batch records used

13 █████████████████████

14        ███████████████████████████████

15 █████████████████████████

16        ███████████████████████████████

17 ████████████████████████████████

18 ██████████████

19 Q.      And can you please confirm that this summary comes

20 from BION-ESOL -- sorry.  Let me start over.

21          Can you please confirm that this information

22 comes from PTX-492, BION-ESOL-1783, PTX-494, BION-ESOL-1852,

23 and PTX-495 at BION-ESOL-196 and 197 because it's cut off on

24 the slide.

25 A.      Yes.  Sorry.

*sealed and confidential*

233

Byrn - direct

1          Yes.  I can confirm that.

2     Q.     Thank you.

3            Okay.  ████████████████████████████████

4     ████████████████████████████

5     A.     So then I can use that to calculate the buffer

6     formulation or describe the buffer formulation further.

7     Q.     Okay.

8     A.     A couple -- yes, the -- yes.

9     Q.     So what, just to recap, is the Bion pharma buffer

10    that you analyzed for the Doctrine of Equivalents?

11    A.     Sorry.  Can you repeat that question?

12    Q.     Certainly.  So to recap our discussion, what is the

13    buffer that is in Bionpharma's ANDA formulation that you

14    analyzed for the Doctrine of Equivalents?

15    A.     Sure.  ████████████████████████████

16    ████████████████████

17    Q.     Okay.

18    A.     ██████████████████████████████████████

19    ██████

20            MS. MORGAN:  Let's go to the next slide.

21    BY MS. MORGAN:

22    Q.     Looking at PDX-228.  What standards did you apply in

23    your analysis for evaluating infringement under the Doctrine

24    of Equivalents?

25    A.     So this shows that I -- the two analyses that I

sealed and confidential

234

Byrn - direct

1    applied, one was a function-way-result test and one was the

2    insubstantial differences test.

3              I applied both of these to the chemistry that

4    I've just outlined.

5    Q.    Thank you.

6              MS. MORGAN:  Let's go to the next slide.

7    BY MS. MORGAN:

8    Q.    Looking at PDX-229.  Can you just summarize what

9    your conclusion was with respect to buffer under the

10   function-way-result test?

11   A.    Yes.  I determined that the function of Bionpharma's

12   ████████████████████████████████████████████████████

13   ████████████████████████████████████████████████████████

14   ████████████████████████████████████████████████████████

15   ███████████████████████████

16             MS. MORGAN:  Let's go to the next slide.

17   BY MS. MORGAN:

18   Q.    And can you please summarize your conclusion

19   regarding buffer under the insubstantial differences test.

20   A.    Yes.  And also under that test, ████████████████████

21   ████████████████████████████████████████████████████████████

22   ████████████████████████████████████████████████████████████

23   █████████████████████████████████████████████

24   ███████████████████████████████

25   Q.    Thank you, Doctor.

*sealed and confidential*

Byrn - direct

1              Now, let's talk first about the function.

2    Can we go to the next slide.

3    A.    Yes.

4    Q.    So looking first at the function, does the patent

5    support your opinion?

6    A.    Yes.  The patent supports my opinion that the -- that

7    this buffer adjusts and stabilizes the pH.

8    Q.    Go to the next slide.  Looking at PDX-232, and what

9    are we looking at here?

10   A.    This is an excerpt from the specifications of the

11   patent, and it says, buffering agents maintain the pH of the

12   liquid enalapril formulation.  So it's setting out exactly

13   the analysis that I performed, that the buffering agents

14   maintain the pH of the enalapril.

15   Q.    And is that from PTX-1 at column 13, lines 5 through

16   7?

17   A.    Yes.

18   Q.    Okay.  Let's go to the next slide.

19              And looking at PDX-233, what does this show?

20   A.    This is a statement for -- of one of Bionpharma's

21   witnesses, Dr. Cacace, and she agreed that you can adjust

22   the pH in multiple ways and using a buffer is one of the

23   ways to adjust pH and ███████████████████████████

24   ████████████████████ is one of the ways to adjust pH.

25   Q.    Let's go to the next slide.

*sealed and confidential*

236

Byrn - direct

1      Looking at PDX-234, first of all, what is

2  PTX-497?

3  A.      It's the Handbook of Excipients, and that's a major

4  volume that pharmaceutical scientists use to understand

5  various excipients ███████████████

6  Q.      And is this a reliable authority?

7  A.      Yes, absolutely.

8  Q.      And so can you tell us how the handle book of

9  pharmaceutical excipients supports your opinion regarding

10  function, that it's the same between the Bionpharma buffer

11  and the claimed buffer?

12  A.      Yes.  ████████████████████████

13          MR. ALUL:  Your Honor, I just have an objection

14  about slide 233.  It characterizes Dr. Cacace as a

15  Bionpharma witness.  In fact, she's not.  She's a

16  third-party witness.  She's a witness for a company called

17  CoreRx, who is Bionpharma's contract manufacturer.

18  Q.      All right.

19          MS. MORGAN:  Your Honor, pursuant to the

20  pretrial order, we provided these slides last night.

21  Counsel is obligated to raise any objection.  And pursuant

22  to the pretrial order, any objections not provided this

23  morning that could have been raised based on the face of the

24  slides are waived.

25          MR. ALUL:  Your Honor, I'm just clarifying our

*sealed and confidential*
Byrn - direct

1    position on this issue.  Dr. Cacace is not a Bionpharma

2    witness and it will be evident from her deposition

3    transcript as such.

4              THE COURT:  Okay.  Well, I think if you're

5    stating any objection, it's an objection to a slide and that

6    is waived.  Obviously, you'll have a chance to ask questions

7    of any witness that's coming up, including this one.  So

8    overruled.  Let's move on, please.

9    BY MS. MORGAN:

10   Q.     I'm sorry.  I think your answer was interrupted, so

11   let me repeat.  How does the Handbook of Pharmaceutical

12   Excipients support your opinion that the function of

13   Bionpharma's buffer and the claimed buffer are the same?

14   A.     Well, it's stating that ██████████ is a buffering

15   agent, so it's saying it has the same function that the

16   citric acid has.

17   Q.     And let me ask you to just go back one slide for a

18   housekeeping matter.  Regarding the Cacace testimony for the

19   record that you referred to on PDX-233, was that from the

20   transcript of the Cacace deposition at page 26, lines 22

21   through page 27, line 19?

22   A.     Yes.

23   Q.     Thank you.

24              Okay.  So can you please advance one slide, back

25   to PTX-234.  Okay.

*sealed and confidential*

Byrn - direct

1              And is there evidence from Bionpharma's ANDA

2    that also supports your conclusion that the function between

3    the two buffers is the same?

4    A.      Yes.

5    Q.      Can you go to the next slide.  Looking at PDX-235,

6    again, have we seen this table several times now today?

7    A.      Yes.

8    Q.      Okay.  And it's from Bionpharma's ANDA?

9    A.      That's correct.

10   Q.      Okay.  Looking at Table 1 of the ANDA again, which is

11   from PTX-478, BION-ESOL-231, can you please tell us how this

12   table supports your opinion that Bionpharma's buffer has the

13   same function as the claimed buffer?

14   A.      Yes.  It's saying that ████████████████████

15   ████████████████████████████████████████

16   ████████████████████████████████████████████

17   ████

18   Q.      Let's go to the next slide.  And looking at PDX-236,

19   referring to PTX-478 at BION-ESOL- 246 to 247, can   you

20   tell us how this supports your opinions regarding function?

21   A.      Yes.  This is part of Bionpharma's ANDA also and

22   they're saying here, they are really talking ██████

23   ████████████████████████████████████████████

24   ████████████████████████████████████

25   ████████████████████████████████████████

*sealed and confidential*

239

Byrn - direct

1    ████████████████████████

2    Q.    And what does this further confirm for you?

3    A.    It has further confirmed that Bionpharma has used a

4    ████████████████████████████████████████████████

5    ████████████████████████████

6    Q.    Now, I see that this also mentions ████████████████

7                Does this have any role in Bionpharma's

8    ANDA product?

9    A.    No.  They didn't use ████████████████████

10   ████████████████████████████████████████████████

11   ████████████████████

12   Q.    Okay.  Let's go to the next slide.

13         Looking at PDX-237, which comes from -- which is

14   referring to PTX-498, can you please tell us what PTX-498

15   is?

16   A.    It's the Bionpharma Pharmaceutical Development

17   Report.  It's part of an ANDA.

18   Q.    And this is referring to PTX-498 at BION-ESOL-606 to

19   607.

20         Can you please tell us how this supports your

21   opinion regarding the function being the same between the

22   two buffers?

23   A.    Yes.  Again, it's saying that same thing, that ██████

24   ████████████████████████████████████████████████

25   ████████████████████████████████████

Byrn - direct

1    ████████████████████████████

2    Q.      Okay.  So let's go to the next slide.  So looking at

3    PDX-238, we're at the end of your conclusion regarding

4    function.

5            Let's move on to way.  Let's look at PDX-239.

6    Can you tell us -- just remind us, what is the way in which

7    Bionpharma's buffer and the claimed buffer function that's

8    the same?

9    A.      So this is like those bottles that I was showing.

10   The way is it takes these hydrogen ions or the hydroxide

11   ions out of solution, and so that way it prevents the pH

12   from deviating very much from the optimum pH.

13   Q.      Let's go to the next slide.  Looking at PDX-40, it

14   looks like we -- this looks familiar to something we looked

15   at earlier, but can you explain how this specifically

16   relates to your opinions regarding the way being the same in

17   which the two buffers operate, function?

18   A.      Yes.  This is on the right side and this is showing

19   citric acid, but, again, let's say there were excess protons

20   as shown on the right side with this equation.  The

21   conjugate base, the ONA, would react with that said

22   proton and form citric acid.  So it's a way of scavenging

23   protons.  This is the way citric acid will work.  And I

24   will show subsequently that ████████ will work the same

25   way.

Case 1:18-cv-01962-LPS   Document 251-1   Filed 04/22/21   Page 86 of 275 PageID #: 15167
sealed and confidential
241
Byrn - direct

1    Q.      Let's go to the next slide.  So looking at PDX-241,

2    again, we kind of touched on this earlier, it looks like,

3    but explain now how this is similar or different to what you

4    talked about earlier in your opinion.

5    A.      So this summarizes what I've been testifying.  So on

6    the left side, we have ████████████████████████

7    ███████████████████████████████████████████████

8    ████████████████████████████████████████ and so

9    that is what happens to the bottle as I've been testifying

10   about.

11           And then if we look at the molecule, on the

12   left, we have ██████████████████████████████████████

13   ██████████████████████████████████████████

14   ██████████████████████████   ██████████████████

15   ██████████████████████████████████   ██████████

16   ██████████████████████████ buffer that can

17   scavenge the protons or hydroxide ions from the solution.

18           And then down below I've just shown the same

19   equation I showed earlier ██████████████████████

20   ████████████████████████████████████████████

21   ████████████████████████████████████████████████

22   ██████████████████

23           And --

24   Q.      And that --

25   A.      That's my chemistry analysis.

*sealed and confidential*
242

Byrn - direct

1    Q.    █████████████████████████████████████████

2    ████████████████████████████

3    █    ████████████████████████████████

4    ██████████

5    Q.    Okay.  Let's look at the next slide.

6          So looking at PDX-242, which again refers to the

7    table we've been looking at all day at PTX-478, BION-ESOL-

8    231, can you please explain ██████████████████████████

9    ███████████████████ in Bionpharma's ANDA product with

10   reference to the ingredients in Table 1?

11   A.    Sure.  So I've been explaining this.  It's just a

12   summary.  ████████████████████████████

13   ███████████████████████████████████████████████

14   ███████████████████████████████████████████

15   ███████████████████████████████████

16   ████████   If you didn't do that step, you wouldn't have a

17   stable formulation.  You wouldn't be able to bring the

18   product on the market.

19   Q.    So I think you mentioned earlier absorbing excess H

20   plus or H minus ions.  Can you explain what you mean by that

21   with respect to Bionpharma's ANDA buffer system?

22   A.    So Bionpharma's ANDA pharma system has both conjugate

23   bases and acids.  So like I showed in the bottles, if

24   there's an excess of protons, the conjugate bases will take

25   them out.  If there's an excess of hydroxide, the conjugate

*sealed and confidential*

Byrn - direct

1   acid will take them out.  So it will maintain the optimum pH

2   and prevent degradation, achieve desired stability.

3   Q.     Let's go to the next slide.

4                So looking at PDX-243, can you please

5   explain what we're looking at here on PDX-243?

6   A.     On the left side is the same diagram I showed

7   earlier.  That shows the citric acid and the brackets

8   rejoined.  The pH range are the different buffers from the

9   different carboxylic acids.

10               Citric acid has three carboxylic acids, so it in

11   principle could have three different buffers operating at

12   those pH ranges where the brackets are.

13               And then I added to the right ██████████████

14   █████████████████████████████████████████████████████████

15   █████████████████████████████████████████████████████████

16   ████████████████████████████████████████

17   ██████████████████████████████████████████████

18   █████

19   Q.     And with respect to the pKa 6.4 for the citric acid

20   that is above the pH and ████████████████████████████████

21   █████████████████████████████████████████

22   ████████████████████

23   A.     No, those wouldn't have any buffering effect in this

24   system at 3 to 3.5.

25   Q.     Now, were there parts of Bionpharma's ANDA that also

*sealed and confidential*

244

Byrn - direct

1    support your opinions that the way is the same?

2    A.    Yes, there are.

3    Q.    Let's go to the next slide.

4          Looking at PDX-244, first, I believe you

5    already told us what PTX-498 is, so looking specifically at

6    BION-ESOL- 622 to 623, can you tell us specifically what we

7    are looking at here?

8    A.    Yes.  This is the ███████████████████████

9    ████████████████████████████████████████

10   ███████████████████████████████████

11           ███████████████████████████████

12   ██████████████████████████████████████████

13   █████████████████████████████████████

14   ████████████████████████████████████

15   ███████████████████████████████████████████

16   █████████████████

17        ███████████████████████████████████

18   ████████████████████████████████████████████

19   █████████████████████████████████████

20   ████████████████████████████████ And

21   so this shows very clearly that the buffering occurred and

22   it also shows that the ████████████████████

23   ████████████████████████████████████

24   ██████████████████████████████████

25   ███████████████████████████████████████

*sealed and confidential*

245

Byrn - direct

1 ████████████████████████████████████████

2 █████████████████████████████████████████████

3 ██████████████████████████

4 ██      ████████████████████

5      MS. MORGAN:   Okay.   Let's go to the next slide.

6 BY MS. MORGAN:

7 Q.     So what is your end conclusion regarding way?

8 A.     So like I showed ████████████████████████

9 ███████████████████████████████████████

10 ██████████████████████████████████████████

11 ███████████████████

12       ██████████████████████████████

13 ███

14      MS. MORGAN:   Okay.   Now let's go to PDX-246 and

15 turn to the results.

16 BY MS. MORGAN:

17 Q.     What is your end conclusion regarding why the claimed

18 buffer and Bionpharma's buffer achieve the same result?

19 A.     Well, ████████████████████████████████

20 █████████████████████████████████████████████

21 ██████████████████████    So it maintains that pH

22 range which produces a stable product.

23      MR. MADDOX:   Okay.   Let's go to the next slide,

24 please.

25 BY MS. MORGAN:

*sealed and confidential*
Byrn - direct

1  Q.      Looking at PTX-247.  Can you tell us how this

2  supports your opinion regarding results?

3  A.      Yes.  This is just a statement that is not contested.

4          Bionpharma and Silvergate agree that

5  Bionpharma's ANDA product is stable, as defined in the

6  Bionpharma asserted claims, at about 5 plus or minus 3

7  degrees C for at least 24 months.

8  Q.      And did you also look at stability data that is

9  consistent with that as well?

10  A.      Yes, I did.

11              MS. MORGAN:  Okay.  Let's go to the next slide.

12  BY MS. MORGAN:

13  Q.      Looking at PDX-248.  And this is referring to

14  PTX-484.  What is PTX-484?

15  A.      This is a part, again, a part of the ANDA, another

16  part of the ANDA, and it's part of the module 3 quality

17  section of the ANDA.

18  Q.      And referring now specifically to the pages that are

19  on the screen, PTX-484, BION-ESOL-1541 and 1544.

20              Can you tell us how this supports your opinion

21  that the result is the same between the claimed buffer and

22  Bionpharma's buffer?

23  A.      Here, they're showing that Bionpharma's buffer is

24  meeting THE unspecified impurity specifications for

25  24 months, and the total impurity specifications through 24

*sealed and confidential*

247

Byrn - direct

1    months, which are part of the claims of claim 1.

2             MS. MORGAN:   Okay.   Let's go to the next slide.

3    BY MS. MORGAN:

4    Q.    So looking at PDX-249.   What is PTX-485, which is

5    referred to here?

6    A.    Sorry.

7    Q.    Take your time.

8    A.    That's an ANDA exhibit and registration batches --

9    sorry.   That's ANDA exhibit and registration batches, a

10    report on those.   That's part of the ANDA.   Related to the

11    ANDA really.

12    Q.    So looking at the page referred here, which is

13    from PTX-485, BION-ESOL-1758, can you please tell us how

14    these portions support your opinion that the results are

15    the same?

16    A.    Yes.   The conclusion, the first one is that they

17    indicate the drug product is stable based on that study.

18    And then a later one, they say the drug product will

19    consistently meet the specifications through the proposed

20    24-month shelf life.

21    Q.    And so does this support your conclusion that

22    Bionpharma's ANDA product will be stable for at least

23    24 months?

24    A.    Yes.

25    Q.    Did you also look at 24-month stability data?

*sealed and confidential*

Byrn - direct

1    A.    Yes, I did.

2    Q.    Can you take a look at PTX-122, 123, and 124 and tell

3    me what those are?

4    A.    Those are some stability summaries that are for the

5    enalapril maleate oral solution.  And those are part of the

6    ANDA that were carried out later after the ANDA was filed

7    was completed and just following up on the stability.

8         MS. MORGAN:  Okay.  Let's go to the next slide,

9    PDX-250.

10   BY MS. MORGAN:

11   Q.    And did you prepare a summary of that data?

12   A.    Yes, I did.  This table summarizes the stability

13   studies of 5 degrees centigrade.  And you can see they have

14   studied different lots, and you can see on the assay numbers

15   that they're all 98.1 and higher.  98.0 is one of them, so

16   above 98.  And the impurities are quite low.

17        And this shows that there aren't a large amount

18   of protons or hydroxide created.  If there were a lot of

19   protons or hydroxide created in these stability studies, the

20   assay would be much greater, change much more.

21        So it just shows a small amount of degradation.

22   Q.    And for the record, does this come from PTX-122 at

23   CORE-ESOL-45570, PTX-123, at CORE-ESOL-45574, and PTX-124 at

24   CORE-ESOL-45564?

25   A.    Yes.

*sealed and confidential*

249

Byrn - direct

1    Q.      Thank you.  And I'm sorry, I didn't catch it.  Did

2    you say what the temperature conditions were for this study?

3    A.      I think I did but they're 6 degrees.  It's the

4    heading up there.  They were 5 degrees centigrade for

5    24 months.

6    Q.      Thank you.

7              MS. MORGAN:  Okay.  And let's go to the next

8    slide.

9    BY MS. MORGAN:

10   Q.      So I think we have covered all three.  So can you

11   please give us your end conclusion regarding the

12   function-way-result test for the buffer when comparing

13   Bionpharma's buffer to the claimed buffer?

14   A.      Yes.  So like I've been testifying, Bionpharma's

15   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ buffer has the same function in

16   that it adjusts and stabilizes the pH, and it works in

17   the same way, again, the bottles by removing hydrogen or

18   hydroxide ion, and it results in the same thing as stable

19   product for 24 months.

20   Q.      Okay.  And did you also analyze the Doctrine of

21   Equivalents under the insubstantial differences test?

22   A.      Yes.

23              MS. MORGAN:  Let's go to the next slide.

24   BY MS. MORGAN:

25   Q.      Can you please tell us your conclusion under the

*sealed and confidential*

Byrn - direct

1    insubstantial differences test, looking at PDX-252?

2    A.      Yes.   I did several different elements.   I looked at

3    several different elements under insubstantial differences

4    and concluded that there were -- the differences were

5    insubstantial.

6              MS. MORGAN:   Let's go to the next slide, which

7    is PDX-253.

8    BY MS. MORGAN:

9    Q.      Can you please tell us your reasons for finding the

10   differences were insubstantial between the two buffers?

11   A.      So these are the five factors that I looked at to

12   determine insubstantial differences.

13             First of all, both the claimed sodium and

14   citrate, citric acid and the Bionpharma's ███████████

15   ████████████████████████████ buffer, both of those are

16   common buffering agents.

17             Second, both are known to be soluble in water,

18   and, ██████████████████████

19             And the functional group -- third, the

20   functional group responsible for donating or accepting

21   protons ██████████████████████.   They're both

22   ██████████████████████.

23             The pKas are within their buffering range, allow

24   buffering, and a POSA would understand how to interchange

25   citric acid and ██████████ in a buffer -- a person of skill

Case 1:18-cv-01962-LPS   Document 251-1   Filed 04/22/21   Page 96 of 275 PageID #: 15177
*sealed and confidential*
251
Byrn - direct

1    would know how to interchange ████████ and citric acid in

2    a buffer system based on their known properties to achieve

3    the desired pH and stability.

4    Q.    And did your analysis under the function-way-result

5    test also lead to your conclusions of the insubstantial

6    differences test?

7    A.    That's correct.  It's also supported by the

8    function-way-result analysis.

9               MS. MORGAN:  Let's look at the next slide.

10   BY MS. MORGAN:

11   Q.    So looking at PDX-254, which -- is this also -- it

12   refers to PTX-497.  We're looking at the same Handbook of

13   Pharmaceutical Excipients we looked at before?

14   A.    Right.  And this is part of the insubstantial

15   differences analysis.  They both have -- ████████████

16   ████████████████████████████████████████████████████████

17               And I already testified, it is used as a

18   buffering agent in the industry.  It has the pKas that I

19   showed on the brackets.

20               And it is quite soluble in water.

21               MS. MORGAN:  Let's go to the next slide.

22   BY MS. MORGAN:

23   Q.    Looking at PDX-255.  This does have a different PTX

24   number, 180, but is this from the same Handbook of

25   Pharmaceutical Excipients?

sealed and confidential
252

Byrn - direct

1   A.      Yes.

2   Q.      And can you please tell us how this section at

3   SLVGT-EPA-102994 to 995 supports your opinion?

4   A.      Yes.   This shows ████████████████████████

5           Citric acid also, and it is widely used to form

6   buffers.

7           It has three pKas, like I showed on the

8   brackets.

9           And it also has good solubility.

10          MS. MORGAN:   All right.   Let's go to the next

11  slide.

12          And looking at the amount of the buffer.

13          Looking at PDX-256.

14  BY MS. MORGAN:

15  Q.      Can you please explain for us what this slide is

16  showing?

17  A.      So on the left side are the amounts of the buffer and

18  the elements of the claim.   And on the right side are the

19  amounts of the buffer that ███████████████████████████

20  █████████████████████████████████

21          And like I am saying, they both exert a

22  substantially equivalent effect, like I have been

23  testifying, by adjusting and maintaining a pH.

24          And achieve a stable product.

25  Q.      And the calculations on the right side, did we go

*sealed and confidential*

Byrn - direct

1    through those earlier in your opinion?

2    A.      That's right.  We went through those earlier.

3    Q.      Okay.  So considering the function of Bionpharma's

4    buffer, ██████████████████████████████████████████████

5    ████████  in Bionpharma's ANDA product perform the same

6    function as the claimed buffer?

7    A.      Yes.

8                MS. MORGAN:  Okay.  So can you take it to a

9    black screen?

10   BY MS. MORGAN:

11   Q.      So are you aware that Bionpharma's expert,

12   Dr. Morton, raises a few arguments against the

13   applicabilities of the Doctrine of Equivalents?

14   A.      Yes.

15   Q.      Are you aware of Dr. Morton's opinion that you

16   have not demonstrated that ██████████████████████████████

17   ███████████████████████████████████

18   A.      Yes, I am.

19   Q.      What is your response to that?

20   A.      Well, again, it is going to ████████████████████

21   ████████████████████████████████████████████████████████

22                And further, it's a basic principle of ██████

23   ████████████████████████████████████████████████████████

24   █████████████████████████████

25   Q.      So is Dr. Morton just wrong as a matter of

*sealed and confidential*

254

Byrn - direct

1    chemistry?

2    A.      That's correct.  I think so.  I think the ANDA

3    shows and that ████████████████████████████████████

4    ███████

5    Q.      And are you aware of the opinion that a buffering

6    system typically cannot form ██████████████████████

7    ████████████████████

8    A.      I am.

9    Q.      Is that correct from a scientific perspective?

10   A.      No, ████████████████████████████████

11   ████████████████████████████████████████

12   ██████████████████████████████████████████████

13   █████████████████████████████████████████████

14   ██████████████████████████████████████

15   █████████████████████████████████████████████

16   ███████

17   Q.      And when you say ██████████████████████████

18   ██████████████████████████████████████████████

19   █████████████

20   A.      That's correct.  ████████████████████████

21   ████████████████████████████████

22   ████████████████████

23   Q.      And are you aware of Dr. Morton's opinions that it

24   is important to have ████████████████████████

25   ███████████████████████████████████

*sealed and confidential*

255

Byrn - direct

1    █████████████

2    A.    I am.

3    Q.    Do you agree that it's ████████████████████

4    ███████████

5    A.    No, I think it depends on the system and the number

6    of hydrogen ions and hydroxide ions produced by that system.

7    ██████████████████████████████████████████████████

8    ████████████████████████████████████████████████████

9    ████████████████████████████████████████████████

10   ████████████

11   Q.    Are you familiar with Dr. Morton's discussion of

12   buffer capacity?

13   A.    Yes.

14   Q.    Does it matter for your opinions under the Doctrine

15   of Equivalents if the buffering capacity between the

16   claimed buffer and Bionpharma's buffer is different?

17   A.    No, I don't think it matters.  And there's nothing

18   in the patents mentioned about buffer capacity.  The words

19   "buffer capacity" aren't -- don't appear in the patents.

20   Q.    Does Bionpharma's ANDA product have sufficient, a

21   sufficient buffer to reach the required pH?

22   A.    Yes.  It has sufficient buffer to give the required

23   pH and it's a sufficient buffer to stabilize the enalapril

24   because we know it lasts for 24 months in their product.

25   Q.    Okay.  So in that context, given the sufficient

*sealed and confidential*

Byrn - direct

1   buffer for both those purposes, is buffering capacity

2   irrelevant?

3   A.      To me, yes, it's not relevant.  Especially since it's

4   not mentioned in the patent in the first place.

5   Q.      All right.  And are you aware of Dr. Morton's opinion

6   that the claimed buffer serves a different function than

7   that of ██████████ because they have different chemical

8   structures?

9   A.      Yes, I am aware of that.

10  Q.      And what -- do you agree?

11  A.      No, I don't agree at all because ████████████████

12  ████████████████████████████████████████████████████████

13  ████████████████████████████████████████████████

14  Q.      Are there other similarities?

15  A.      The structure, that the solubility -- I went through

16  those on those slides, yes.  The structure, the solubility,

17  and so on.

18  Q.      Okay.  And are you aware of Dr. Morton's opinion

19  that the asserted claims require a buffer component ████████

20  ████████████████████████████████████████████████

21  A.      Yes, I'm aware of those.

22  Q.      Do you agree?

23  A.      No.  Again, there is nothing in the patent that you

24  need additional buffers, special buffers, et cetera, and

25  there is nothing about buffer capacity either.

Case 1:18-cv-01962-LPS   Document 251-1   Filed 04/22/21   Page 102 of 275 PageID #: 15183
*sealed and confidential*
257

Byrn - direct

1          And when you see that the buffer, that the

2    ███████████████████████████████████████ is sufficient to

3    give a two-year stability.

4    Q.    █████████████████████████████████████████████████

5    ████████████████████████████████████████████████████

6    ████████████████████████████████████████████

7    ████████████████████████████

8    A.    It described enalapril is the active ingredient ██

9    ████████████████████████████████████████████████████████

10   ████████████████████████████████████

11   Q.    Okay.  And are you aware of Dr. Morton's opinion that

12   the function of the buffer in the asserted claim include in

13   vivo stability?

14   A.    Yes, I'm aware of that.

15   Q.    First, what is in vivo stability?

16   A.    Well, it was mentioned in some of the summaries, the

17   introduction, and in vivo, they're talking about stability

18   in the stomach of a patient.

19   Q.    By introductions, do you mean the opening statements

20   today?

21   A.    That's correct.  Sorry.  The opening statement.

22   Q.    All right.  I just want to make sure I understood.

23   A.    Okay.

24   Q.    So do you agree with Dr. Morton, that the function of

25   the buffer requires in vivo stability?

*sealed and confidential*

258

Byrn - direct

1    A.       No.   Again, I don't think that is correct.   There's

2    nothing in the patent that you have to achieve in vivo

3    stability.   The patent, as far as I can recall, doesn't use

4    the word in vivo.

5    Q.       And are you aware of Dr. Morton's opinion that you

6    have not demonstrated that with the -- ████████████████

7    ████████████████████████████████████████████████████████████

8    ████████████████

9    ██      ██████

10   ██      ████████████████

11   ██      ██████

12   Q.       And what's your opinion on that?

13   A.       As ██████████████████████████████████████████

14   ████████████████████████████████████████████████████████████

15   ████████████████████████████████████████████████████████

16   ██████████████████████████████████████████████████

17   ██████████

18   Q.       Is that also just a principle of chemistry as well?

19   A.       Exactly.   That's a principle of chemistry.

20   Q.       And are you aware of Dr. Morton's criticism of ████

21   ████████████████████████████████

22   A.       Yes, I am.

23   Q.       And are you aware that he criticizes it because it

24   has a different concentration from the ANDA product?

25   A.       Yes, I'm aware.

*sealed and confidential*

259

Byrn - direct

1   Q.      Does that matter for your opinion?

2   A.      No.  Well, first, I think that Bionpharma must have

3   thought it was significantly to put it in an ANDA.  I don't

4   think they would have put a -- ███████████████████████████

5   ███████████████████████████████████████████████

6            And, second, ████████████████████████████

7   ████████████████████████████████████████████████████

8   ████████████████████████████████████████████████████

9   ████████████████████████████████████████████████

10  █████████████████████

11  Q.      So if I'm understanding correctly, the other

12  excipients present for that ██████████████████████████

13  ████████████████████████████████████

14  A.      That's correct.  ████████████████████████████

15  ████████████████████████████████████████████████

16  ███████████

17  Q.      Okay.  Let's go back to the slide.

18  A.      Okay.

19  Q.      Let's go to -- thank you -- the next slide.

20            So looking at PDX-257, are you aware of Dr.

21  Morton's opinion that claim vitiation applies?

22  A.      Yes, I understood that he made that argument.

23  Q.      And what is your understanding of when claim

24  vitiation applies?

25  A.      My understanding is that it only applies if the

*sealed and confidential*
Byrn - direct

1    literal claim limitation and the accused equivalent, which

2    is ███████████████████████████████████████████████████████

3    not insubstantially different, and do not perform the same

4    function, way, result.  And in my opinion, ████████████████

5    ████████████████████████  and they do perform the same function

6    with results.  So I don't think -- from what I understand, I

7    don't think claim vitiation applies.

8    Q.    And in support of this argument, did Dr. Morton raise

9    any other different arguments for this theory than you've

10   already covered with respect to the Doctrine of Equivalents?

11   A.    No, not that I recall.

12   Q.    So let's move to the next slide.

13         So just to wrap this up, under the Doctrine of

14   Equivalents analysis, what's your end conclusion with

15   respect to the buffer?

16   A.    My end conclusion is that Bionpharma's formulation

17   infringes the buffer limitation claim under both the

18   function, way, result test and the substantial differences

19   test.

20   Q.    Thank you.  Let's go to the next slide, please.

21         So let's turn to the second limitation, the

22   preservative limitation.  What did you conclude with respect

23   to the preservative limitation?

24   A.    I --

25   Q.    Actually, stop.  Just remind us all, when I say

*sealed and confidential*

261

Byrn - direct

1    preservative limitation, what are we talking about?

2    A.    Okay.  I think the next slide shows a preservative

3    limitation we're talking about.

4    Q.    Oh, other.  Can you go back one?

5    A.    Yes.

6    Q.    PDX-259.  Are you looking at PDX-259?

7    A.    Yes.

8    Q.    Okay.  Can you tell us what limitation we're talking

9    about when I say preservative limitation?

10   A.    Yes.  It's listed here, the preservative limitation

11   in the claims is -- 0.7 to 1.2 milligrams per mL sodium

12   benzoate.

13   Q.    Thank you.

14         Okay.  Let's go to the next slide.  And for the

15   preservative limitation, what is the preservative that you

16   looked at for Bionpharma's ANDA product?

17   A.    Yes.  So this shows a section again from the ANDA and

18   the highlighted section, it said it contains two

19   preservatives -- ████████████████████████

20   listed in the ingredients table as antimicrobial

21   preservatives.

22   Q.    And this is found at DTX-478 at BION-ESOL-231; is

23   that right?

24   A.    Yes.

25   Q.    And can you please tell us the concentration of each

*sealed and confidential*

Byrn - direct

1  of █████████████████████████████

2  A.     So if you look on the right-hand column, ███

3  ███████████████████████████████████████████████

4  Q.     ███████████████████████████████████████████

5  ███████████████████████████████████

6  ███      █████████████████████████████████████████

7  Q.     Thank you.

8          And in analyzing Doctrine of Equivalents, did

9  you use the same two tests that you described before,

10  function, way, result and insubstantial differences?

11  A.     Yes.

12  Q.     Let's go to the next slide.

13          And can you briefly tell us your summary of your

14  conclusion regarding the preservative limitation for --

15  under each of the tests?

16  A.     Yes.  So my conclusion was that Bionpharma's

17  preservative has the same function because it acts as a

18  preservative.  It works in substantially the same way as

19  it kills microbes.  It serves as an antimicrobial effect.

20  And it has the same result.  It has insignificant microbrial

21  fungal growth, and also insubstantial differences.  My

22  conclusion is they're insubstantially different.

23  Q.     Let's go to the next slide.  So first looking at the

24  function, and specifically the function as a preservative,

25  let's go to the next slide.

*sealed and confidential*

263

Byrn - direct

1          Looking at PDX-263, which is referring to

2    PTX-500, is this the same Handbook of Pharmaceutical

3    Excipients that we've looked at before?

4    A.     Yes.

5    Q.     Okay.  And with reference to page SLVGT-EPA 104311,

6    can you please tell us what about this reports you opinion

7    regarding the functions being the same?

8    A.     Yes.  This is for the claimed sodium benzoate and

9    it's called an antimicrobial preservative.

10   Q.     Let's go to the next slide.

11              And looking at PDX-264, can you -- which

12   is citing PTX-498 that I believe we've discussed before, can

13   you please tell us how this reference at BION-ESOL--606

14   supports your opinion regarding the function being the

15   same?

16   A.     Well, this is part of Bionpharma's ANDA and it's

17   saying ███████████████████████████████████████████████

18   ████████████████████████████████████████████████████████

19   ███████████████████████████

20   Q.     Okay.  Let's go to the next slide.

21              And looking at PDX-265, which is citing PTX-498

22   at BION-ESOL--663, can you tell us how this supports your

23   conclusion regarding the function being the same?

24   A.     Yes.  This is another statement from the Bionpharma

25   ANDA and it says the data indicates the preservative system

*sealed and confidential*

264

Byrn - direct

1   is effective for the product.

2   Q.    Okay.  And let's go to the next slide.

3           So we talked about function.  Let's talk about

4   the way.  Remind us the way in which both preservatives

5   function the same.

6   A.    Yes.  They kill the microbes.  They exert

7   antimicrobial effect.

8   Q.    Let's go to the next slide.

9           So looking at PDX-267, again, is this the same

10  Handbook of Pharmaceutical Excipients we've been looking at

11  earlier at PTX-500?

12  A.    Yes.

13  Q.    And please tell us how the entry of LVGT-EPA 104311

14  supports your opinion?

15  A.    Yes.  It's saying sodium benzoate has both bacterial,

16  static and antifungal properties.  This is a claimed -- this

17  is a claimed preservative.

18  Q.    Okay.  What about the pH?

19  A.    The pH, it says it works best in acidic solutions at

20  pH 2 to 5, and course we're at 3 to 3.5.

21  Q.    Okay.  So turning to the preservative in Bionpharma's

22  ANDA product, in what way ███████████████████████

23  ███████████████████████  as a preservative?

24  A.    Yes.  ██████████████████████████████

25  █████████████████████████████████████████████████

Case 1:18-cv-01962-LPS   Document 251-1   Filed 04/22/21   Page 110 of 275 PageID #: 15191
*sealed and confidential*
265

Byrn - direct

1   ██████████████████████████

2   Q.      Let's go to the next slide.

3               So looking at PDX-268, which is citing PTX-478,

4   I believe we looked at 478 before, so let's -- focusing at

5   the specific page by I don't know ESOL-258, can you tell us

6   how what we're looking at supports your opinion that the way

7   is the same in which both preservatives function?

8   A.      So this slide just shows, again, that the pH is in

9   ████████████████████████████████████  as bacteriostatic or

10  antimicrobial or fungistatic.

11  Q.      And does this mean that the -- that the

12  antimicrobial, that the preservatives are going to have

13  antimicrobial effectiveness in the pH range?

14  A.      That's correct.

15  Q.      How do you know that?

16  A.      Well, it's stated here and -- pardon me, it's stated

17  in the previous slide in the Handbook of Excipients, and

18  ████████████████████████  it stated that.

19  Q.      I guess if I'm understanding correctly, does it mean

20  that because this document tells us that the generic

21  formulation will be controlled in the pH to be ████████████

22  ██████████  that the preservative is doing its job?

23  A.      That's correct.

24               MR. ALUL:  Your Honor, these are leading

25  questions.

Byrn - direct

1          THE COURT:  That one was leading.  It's a little

2     hard with technology to object to leading, but you are

3     welcome to try.

4               Try to avoid the leading questions.

5          MR. ALUL:  Thank you, Your Honor.

6          MS. MORGAN:  I will, Your Honor.

7     BY MS. MORGAN:

8     Q.    Turning to the next slide.  So we've talked about

9     function, we've talked about way.  Let's move on to results.

10              Can you remind us of the results that

11    Bionpharma's preservative and the claimed preservative

12    achieved that's the same in your opinion?

13    A.    Yes.  So Bionpharma's preservative results in

14    insignificant microbial and fungal growth.

15    Q.    Turning to the next slide, please.

16              So looking at PDX-270, which is citing PTX-498

17    at BION-ESOL--589, what are we looking at here?

18    A.    This is a study of the brand enalapril solution

19    carried out by Bionpharma, and they are simply showing that

20    the benzoic acid, sodium benzoate in the Bionpharma product

21    ██████████████████████    ████████████████████████████

22    ████████████████████

23    Q.    And is this -- if you look at the top with the brand,

24    is that referring to Epaned?

25    A.    That's correct.

*sealed and confidential*
267
Byrn - direct

1   Q.      Okay.  And so this is Bionpharma's study of Epaned?

2   A.      That's correct.

3   Q.      Is that right?

4   A.      That's right.

5   Q.      I just want to make sure I understood.  And so

6   turning to the Bionpharma ANDA product, let's go to the next

7   slide at PDX-271, which is citing PTX-480 -- oh, I'm sorry.

8   This is -- let me start over.

9           Sticking with the Epaned product at PDX-271 at

10  PTX-480 SLVGT-EPA 3225, first, can you please look at

11  PTX-480 and tell us what that is?  And can you put the first

12  page of PTX-480 up on the screen?

13  A.      '480 is a stability study, part of the ANDA.

14          Oh, sorry.  It's the new -- it's the Silvergate

15  new drug application, Silvergate NDA, where their studying

16  expands microbial and fungal properties.

17  Q.      Thank you.

18          MS. MORGAN:  And can we go back to the slides,

19  please.

20  BY MS. MORGAN:

21  Q.      And so continuing on with PTX-480.  Can you please

22  tell us what we're looking at, at Table 2.3.P.8-4?

23  A.      Sure.  So these tables, you want the lowest number

24  you can.

25          So it's saying total aerobic microbial count is

sealed and confidential

Byrn - direct

1    ████████████████████████████

2              The yeast and the mold are not more ████████

3    ██████

4              E. coli is absent and antimicrobial testing

5    conformed.

6              And these were all done by the United States

7    Pharmacopeia methods.

8              So this is showing the properties of the legend

9    drug, that ANDA sodium benzoate preservative.

10   Q.    Do these tests show whether there is antimicrobial

11   effectiveness?

12   A.    Yes.  They show very clearly when it's not -- when

13   it's meeting these USP specs, it is showing that they are

14   antimicrobial and antifungal also.

15             MS. MORGAN:  Okay.  Let's go to PDX-272.

16   BY MS. MORGAN:

17   Q.    So now looking at Bionpharma's ANDA product, I think

18   we've looked at PTX-498 many times today.

19             Can you please tell us what we're looking at

20   here at BION-ESOL-668.

21   A.    Here, Bionpharma is showing that their product meets

22   the ████████████████████ requirement.  So it meets the

23   same antimicrobial effectiveness requirement.

24   Q.    And are you referring to the line that's highlighted

25   and the row below it titled ████████████████████

Byrn - direct

1       ████████████

2    A.     Yes.  I'm referring to both the highlighted and the

3    row below.  All of them are showing that Bionpharma's

4    product meets the USP requirements.

5    Q.     Are those the same USP requirements we looked at with

6    respect to the Epaned product?

7    A.     Yes, they are.     ████████████████

8    Q.     So overall --

9              MS. MORGAN:  Let's go to the next slide.

10   BY MS. MORGAN:

11   Q.     -- what do the documents show us with respect to

12   result?

13   A.     That Bionpharma's preservatives have the same

14   function, to act as preservative.

15             And they function in the same way, to exert

16   antimicrobial or antifungal effects at a pH of less than

17   3.5.

18             And they have the same result, which is

19   insignificant microbial and fungal growth.

20             MS. MORGAN:  Okay.  Let's go to the next slide,

21   PDX-274.

22   BY MS. MORGAN:

23   Q.     What was your conclusion regarding whether there are

24   any insubstantial differences between the two preservatives?

25   A.     Yes.  My analysis, there are two points of my

*sealed and confidential*

270

Byrn - direct

1    analysis.

2    ███████████████████████████████████████████████

3    same way as sodium benzoate by inhibiting microbial growth.

4    ███████████████████████████████████████████████

5    ███████████████████████████████████████

6                   MS. MORGAN:   Let's go to the next slide.

7    BY MS. MORGAN:

8    Q.      Looking at PDX-275.  Can you please explain what

9    we're looking at here?

10   A.      Yes, these show the three structures ██████████

11   ████████████████████████████████████   And you can

12   see all three of them are insubstantially different in

13   structure.  ████████████████████████████████████

14   ██████████████████████████████████

15                   MS. MORGAN:   Okay.  Let's go to the next slide.

16                   Actually, let's -- take it to black, please.

17   BY MS. MORGAN:

18   Q.      So are you familiar with Bionpharma's expert,

19   Dr. Morton's, arguments against the applicability of the

20   Doctrine of Equivalents with respect to the preservative?

21   A.      Yes.

22   Q.      So what is your response to his opinion that

23   ████████████████████████████████████████████████

24   ███████████████████████████████████

25   A.      Yeah, I don't agree with that.  I think they have

Byrn - direct

1    similar structures.  They do have different side chains,

2    but the -- most of the compound structure is similar.

3    Q.     And what is your response to Dr. Morton's opinion

4    that sodium benzoate is substantially different ████████

5    ████████████████████████████████████████████████████

6    ██████████████████████████

7    A.     Well, since the, the pH of the system is acidic, I

8    think that it is most relevant just to look at the

9    conditions of the formulation.  And there, they have the

10   same function-way result.

11   Q.     And what is your response to Dr. Morton's arguments

12   that the █████████████████████████████████████

13   ███████████████████████  does not function in the same way

14   as sodium benzoate in the claimed formulation because they

15   have different mechanisms of action?

16   A.     Yes.  I don't think that's -- I don't agree with

17   that.  I don't think that's relevant.  The patent doesn't

18   describe the mechanism of action of the various

19   preservatives.

20          And I don't think a person of skill is that

21   concerned with the mechanism of action as long as they act

22   as a preservative and are effective.

23          MS. MORGAN:  Can you please put the slides back

24   up.

25   BY MS. MORGAN:

*sealed and confidential*

Byrn - direct

1   Q.      And looking at PDX-276, which cites to PTX-498,

2   BION-ESOL-669, and PTX-480, SLVGT-EPA-3225, which I believe

3   we looked at earlier.

4           Can you please tell us what these tables show in

5   response to Dr. Morton's as opinions?

6   A.      So here is a comparison.  I color coded the

7   comparison of the results of the two preservatives.

8           And in the orange is the total aerobic microbial

9   counts.  We can see that is similar.

10          The next is the yeast and molds, and that is

11  similar.

12          And the E. coli.

13          And, finally, the light blue, antimicrobial

14  effectiveness.

15          So these are insubstantially different, these

16  two, two preservative systems.

17  Q.      And is this what you are referring to when you said

18  the effect is the same?

19  A.      That's correct.

20  Q.      So are there other ways to preserve things other than

21  by killing bacteria?

22  A.      Yes.  You could, for example, do freezing.  You could

23  use freezing to preserve a product.  That would certainly

24  work.

25  Q.      And does freezing a product as a method of killing

*sealed and confidential*

Byrn - direct

1    bacteria, is that a substantially different way than using,

2    for example, the claimed preservative?

3    A.      That's correct.  That is a substantially different

4    way.

5    Q.      And why is that a substantially different way?

6    A.      Well, freezing just makes the whole system so cold

7    that the bacterium and the fungi can't grow.  So it's

8    working by almost a nonchemical method.  It is more just

9    temperature.

10   Q.      So Dr. Morton picks out some physical differences:

11           Antimicrobial activity.

12   ████████████████████████████████████████████████

13   ████████████████████████

14           Differences in solubility.

15           Do those differences matter for your opinions?

16   A.      No.  As I said, those are not -- a person of skill is

17   just interested in a preservative effect, and those are way

18   too granular for determining the function-way-result of just

19   those preservatives.

20   Q.      So -- and what is your position -- what is your

21   response to Dr. Morton's position that ████████████████

22   ████████████████  substantially different antimicrobial

23   properties to sodium benzoate?

24   A.      Again, that's -- from this table, it looks like

25   they're quite similar.  And, typically, you are just looking

*sealed and confidential*

274

Byrn - direct

1   for a material that will meet the USP requirements, and so I

2   can't agree with that analysis.

3   Q.      Did Dr. Morton identify that enalapril is any more

4   susceptible to fungus such that that kind of a distinction

5   is important here?

6   A.      No, he didn't.

7   Q.      So did Dr. Morton's arguments impact your opinions

8   one way or the other regarding infringement under the

9   Doctrine of Equivalents?

10  A.      No.  I still believe that there is infringement under

11  the Doctrine of Equivalents.

12              MS. MORGAN:  Let's go to the next slide.

13  BY THE WITNESS:

14  A.      The function-way-result and the insubstantial

15  differences.

16              MS. MORGAN:  Okay.  So looking at PDX-277, which

17  is referring to PTX-478 at BION-ESOL-231 that we've looked

18  at many times.

19  BY MS. MORGAN:

20  Q.      I want to talk now about the amount of the

21  preservative.

22              Can you remind us again what is the total amount

23  of the preservative?

24  A.      Yes.  The total amount ███████████████████████

25  ██████████████████████████████

*sealed and confidential*

Byrn - direct

1   Q.      Okay.  And when you consider the amount of the

2   preservative that is claimed, and you can also consider, in

3   comparison, to the amount of Bionpharma's preservative, what

4   is your opinion regarding whether the amount of -- let me

5   rephrase -- whether the amount of the claimed preservative

6   and the amount of Bionpharma's preservative is equivalent

7   under the Doctrine of Equivalents?

8   A.      I think they're equivalent under the Doctrine of

9   Equivalents.  There is insubstantial differences.

10  Q.      And considering the function of sodium benzoate

11  in the claims, does the amount of ███████████████

12  ████████████████  in Bionpharma's ANDA still perform that same

13  function?

14  A.      Exactly.  Yes.  In my opinion, yes.

15  Q.      Okay.  So are you familiar with Dr. Morton's

16  assertion that the preservatives are not equivalent because

17  ████████████████████████████████████████████████████

18  ████████████████████  whereas sodium benzoate is used alone

19  at a certain concentration?

20  A.      Yes.

21  Q.      Do you agree with that?

22  A.      No.

23  Q.      Why not?

24  A.      Well, because, again, the person of skill is

25  searching for a preservative that will prevent bacteria

*sealed and confidential*

Byrn - direct

 1    and fungi from contaminating the products, and the exact

 2    preservatives can meet that under the Doctrine of

 3    Equivalents means two preservatives meet that goal.

 4    Q.      And what is the end --

 5              MS. MORGAN:  Go to the next slide, please.

 6    BY MS. MORGAN:

 7    Q.      So just in total, what is your end conclusion

 8    regarding infringement under the Doctrine of Equivalents

 9    about the preservative?

10    A.      So that Bionpharma's preservative meets -- is

11    equivalent to the claimed preservative under the

12    function-way-result and the insubstantial differences test.

13    Q.      Okay.  Let's turn now to the doctrine of -- strike

14    that.

15              Let's turn now to Dr. Morton's assertions

16    regarding prosecution history estoppel.

17              Are you aware that Dr. Morton has argued that

18    Silvergate is precluded from arguing infringement under the

19    Doctrine of Equivalents?

20    A.      Yes.

21    Q.      Did you form your own opinions regarding prosecution

22    history estoppel and disclosure dedication?

23    A.      Yes, I did.

24    Q.      What is your opinion?

25    A.      That Silvergate is not precluded from asserting

*sealed and confidential*

277

Byrn - direct

1    Doctrine of Equivalents by those principles, by those legal

2    argument.

3                MS. MORGAN:  Okay.  Let's go to the next slide.

4    BY MS. MORGAN:

5    Q.      What are we looking at here at PTX-279?

6    A.      This is a timeline of the prosecution history of the

7    '008 patent.

8                And I mentioned earlier, the '008 patent

9    prosecution history basically serves as a prosecution

10   history for all four patents.

11   Q.      And it's referring to PTX-5?

12   A.      That's correct.

13   Q.      Okay.  So walking through the timeline, after the

14   applicants filed the application on March 25th, 2016, what

15   happened next?

16   A.      There was a pre-interview communication and an

17   Examiner interview.

18   Q.      And then what happened after the interview -- in the

19   interview?

20   A.      There were -- the Examiner communicated to the -- to

21   Silvergate the opinions on the patent.

22   Q.      Are you referring to -- are we on January 17th, 2017?

23   A.      No, I am on September 2nd and October 14th.  I think

24   the next slide.

25   Q.      Okay.  Sorry.  Let me rephrase my question.

*sealed and confidential*

278

Byrn - direct

 1          MS. MORGAN:  Let me go back.  Sorry.  My

 2   mistake.

 3   BY MS. MORGAN:

 4   Q.     After the application was filed, I think you

 5   mentioned there is the pre-interview communication.  What

 6   was after the pre-interview communication?

 7   A.     Then the Examiner issued some statements that are on

 8   the next slide.

 9          MS. MORGAN:  Okay.  So let's go to the next

10   slide.

11   BY MS. MORGAN:

12   Q.     PDX-280 cites PTX-5 at SLVGT-EPA-818.

13          Can you please explain what we're looking at

14   here?

15   A.     So here, the Examiner rejected all claims as obvious,

16   and the Examiner suggested presenting evidence demonstrating

17   criticality of the amounts of ingredients, such as evidence

18   demonstrating that the prior art composition does not have

19   the same long-term stability as the instantly claimed

20   composition.

21          MS. MORGAN:  Let's go to the next slide.

22   BY MS. MORGAN:

23   Q.     And turning back to the timeline, looking at PDX-281.

24          After the pre-interview communication, what

25   happened next?

*sealed and confidential*

Byrn - direct

1    A.      So then there was an interview with the Examiner, and

2    Office Action was filed.

3              MS. MORGAN:   Okay.   And let's look at what

4    happened in the Office Action.   Let's go to PDX-282.

5              So it is citing SLVGT-EPA-837.

6    BY MS. MORGAN:

7    Q.      What happened in the Office Action?

8    A.      The Examiner rejected all claims as obvious under the

9    same prior art.

10             And they also rejected all claims as indefinite

11   because of the term "stable."

12             And the Examiner further stated the inventive

13   example requires sodium citrate dihydrate and is not

14   representative of the broadest claim composition.

15             MS. MORGAN:   Let's go to the next slide.

16   BY MS. MORGAN:

17   Q.      So looking at PDX-283, what was the next thing that

18   happened after the Office Action?

19   A.      So then the applicant responded to the Office Action

20   with an amendment in an inventor declaration.

21   Q.      Okay.   Let's look at the next slide.

22             So looking at PDX-284, what are we looking at

23   here?   And it's citing SLVGT-EPA 858.

24   A.      So this is the amendment related to stability, and

25   the applicant argued that this stability amendment overcame

*sealed and confidential*

280

Byrn - direct

1    the indefiniteness rejection.  And the underlying portions

2    are the amendment to claim 1.  They added a stable and then

3    they added that whole phrase below, wherein the stable or a

4    liquid formulation was about 95 percent or greater of the

5    initial amount enalapril in five percent or less total

6    impurity at the end of the storage period.  I showed that

7    the table, for example, showing some data like that.

8    Q.    Let's go to the next slide.

9    A.    And --

10   Q.    Sorry?

11   A.    Go ahead.  Sorry.  I apologize.

12   Q.    Looking at PDX-285, which is citing PTX-5 at SLVGT

13   EPA 863 to 873, can you please tell us what we're looking at

14   here?

15   A.    Here, the applicant is responding to the obviousness

16   objection, and the applicant argued that the prior art did

17   not disclose the stability of the claim, and there was no

18   motivation or guidance to arrive at the claim.

19                And then they explained that further.

20   They said the Nahata '747, and it's highlighted, do not

21   disclose or suggest liquid formulations of enalapril having

22   this stability.  They said specifically, the Office has not

23   set forth a prima facie case for obviousness.  And then they

24   said, further, no guidance whatsoever is given to keep or

25   eliminate components.

1  Q.     Let's go to the next slide.  Looking at PDX-286,

2  which is citing PTX-SLGVT-EPA 863 to 873, what are we

3  looking at here?

4  A.     So this is part of the declaration and it shows some

5  stability studies.  On the Y axis is initial content at

6  100 percent.  You can see it's about in the middle, and then

7  on the X axis are days going out to 600 days, and you can

8  see the dark diamonds for formulating E7.  That's a very

9  stable formulation related to the final formulation.  And

10 you can see it's very stable, going down only from like 102

11 to 91, 99 in 600 days.  So it's very stable.

12            And then it's showing all of those grayed

13 formulations.  Those are various prior art formulations and

14 you can see they dropped from 99 to 94 in less than

15 200 days, and some of those have citrate buffer such as

16 the diamond, the triangle.  Nahata's citrate buffer, it's

17 very unstable, and others down below a line where it says

18 Nahata's citrate buffer of pH 5, it's very unstable.  So

19 those prior art formulations are unstable.

20 Q.     Okay.  Let's look at the next slide.  Actually, let's

21 go one more slide.

22            So looking at PDX-288 at PTX-5 at SLVGT-EPA 858

23 to 60, can you tell us what we're looking at here?

24 A.     So this is more on the obviousness rejection.  This

25 is showing another one of the amendments and what happened

*sealed and confidential*

282

Byrn - direct

1    here is there was a claim 20 on the right-hand panel.  It

2    already had the and about .15 milligrams per mL sodium

3    citrate dihydrate.  It already had that phrase in it.  They

4    just copied that and put that in claim 1, and claim 20 had

5    been rejected for obviousness.

6    Q.    Okay.  And let's go back one slide.  And looking at

7    PDX-287, which is at PTX-5 SLVGT EPA 837, is this part of

8    the obviousness rejection you were referring to?

9    A.    Yes, and it's related to that slide that I already

10   showed.  The Examiner said, buffers such as citric acid and

11   sodium citrate were well-known at the time of the invention.

12   So the Examiner also said that sodium citrate was well-known

13   and couldn't -- of course, a conclusion is it couldn't be

14   used to overcome obviousness.

15   Q.    So I guess the next question, the answer to the next

16   question is probably obvious then.  Did the applicants

17   make an argument then that the addition of sodium citrate

18   dihydrate to the claim overcame the obviousness rejection?

19            MR. ALUL:  Objection, Your Honor.  Objection,

20   Your Honor.  We're getting into the realm of leading

21   questions again.

22            THE COURT:  Ms. Morgan, let's try not to be

23   leading, please.

24            MS. MORGAN:  Sorry, Your Honor.  He basically

25   answered my question before I got to ask it.

*sealed and confidential*

283

Byrn - direct

1          THE COURT:  Ask it again.

2          MS. MORGAN:  I'm happy to ask it again.

3    BY MS. MORGAN:

4    Q.     Did the applicant make any argument that the

5    addition of the sodium citrate dihydrate overcame the

6    obviousness objection?

7    A.     No.

8          MR. ALUL:  Objection.

9          THE COURT:  I'm going to overrule it.  Go ahead

10   and answer, Doctor, if you can.

11         THE WITNESS:  Sorry about that, Your Honor.  No,

12   they never made any such claim or statement.

13         MS. MORGAN:  And can we have the next two

14   slides?

15   BY MS. MORGAN:

16   Q.     And looking at PDX-289, can you tell us what happened

17   then after the applicant's response to the office action?

18   A.     So there was another Examiner interviewed and then

19   the applicant filed a supplemental amendment following the

20   Examiner's suggestion.

21   Q.     And did anything come of the interview?

22   A.     Yes.  Well, ultimately, the claims were loud.

23   Q.     Well, let's look at the next slide.  Looking at

24   PDX-290, which is citing PTX-SLVGT-EPA 944, can you tell us

25   what is happening here?

*sealed and confidential*

284

Byrn - direct

1    A.      So here, the applicant is summarizing what they

2    thought happened at the interview and they say it is the

3    applicant's understanding that the Examiners appreciated the

4    superior stability provided by the components and pH as

5    recited in the claims.  Further, the applicant's

6    understanding that Examiner Lundgren suggested moving the

7    sweetener, sucralose, from the independent claims to the

8    dependent claims.

9    Q.      And did the applicant follow the Examiner's

10   suggestion?

11   A.      Yes, they did.

12   Q.      Let's go to the next slide.  So what happened next?

13   A.      And then the claims were loud.

14   Q.      And the patent issued?

15   A.      That's correct.

16   Q.      Let's continue on.

17           Was there anything in these prosecution

18   histories -- actually, let me take a step back.

19           Did you look at the prosecution histories of the

20   three other patents that we referred to very early in your

21   testimony, prosecution histories for the '442 -- well, the

22   other three patents, PTX-6, PTX-7 and PTX-8?

23   A.      Yes, I did.

24   Q.      And was there anything in those prosecution histories

25   that was important for your opinion or for responding to Dr.

*sealed and confidential*

285

Byrn - direct

1    Morton?

2    A.     No.   That's what I was saying earlier, that the basic

3    or the key prosecution history is the '008.  Any other ones

4    didn't really change my opinion or have an effect on my

5    opinion.

6    Q.     Okay.  Let's go to the next slide.

7          So looking at PDX-292 now, so now we'll discuss

8    the prosecution histories.  Let's take a closer look at Dr.

9    Morton's assertion.

10         What's your understanding of what argument based

11   estoppel requires?

12   A.     So my understanding is that for the argument-based

13   estoppel applied to the equivalents, the Doctrine of

14   Equivalents, there has to be a clear and unambiguous

15   disavowal of claim scope.

16   Q.     And do you believe that has occurred here?

17   A.     No.

18   Q.     Let's go to the next slide.

19         So can you summarize -- summarize for us --

20   we're on PDX-293 for the record.  Can you summarize for us

21   what was the applicant's arguments regarding the prior art

22   as a whole if you read the arguments in context?

23   A.     So as a whole, the applicant argued that the Examiner

24   had a flawed obviousness analysis and the applicant argued

25   that none of the prior art teaches the claimed stability.  I

*sealed and confidential*

286

Byrn - direct

1    showed some slides on that.  And that the prior art does not

2    provide any reason or guidance as to how to arrive at the

3    claimed invention.  And also the prior art provides no

4    reasonable expectation of success.

5    Q.    Let's turn to the next slide.  We're on PDX-294.

6          So let's take a look at some of the applicant's

7    arguments.  Are you aware that Dr. Morton asserts that this

8    recitation of ingredients here, looking at the second box,

9    PTX-5 at SLVGT-EPA 874, which refers to enalapril citric

10   acid, sodium citrate, sodium benzoate, sucralose and water

11   creates a disavowal of claim scope?

12   A.    Yes, I'm aware of that, but I don't agree with it.

13   Q.    And why not?

14   A.    Well, I think the applicant just argued that there

15   was no guidance to keep or eliminate components and no

16   expectation of success.

17         The applicant argued in one session, the

18   top box, that the cited references did not provide any

19   reason to single out the specific components.

20         And then in the lower box, the applicant

21   argued, the prior art does not provide any expectation that

22   any particular combination would be successful or as stable

23   or a liquid formulation much less the expectation that the

24   combination of the components you just mentioned at a pH of

25   less than 3.5 would be successful in forming a stable

Case 1:18-cv-01962-LPS   Document 251-1   Filed 04/22/21   Page 132 of 275 PageID #: 15213
*sealed and confidential*
287
Byrn - direct

1    enalapril liquid formulation.  So the applicant is just

2    arguing that there was no guidance to keep or eliminate

3    components.

4    Q.    Let's go to the next slide.

5              Looking at PDX-295 is another example.  Are you

6    aware that Dr. Morton asserts that statements like this

7    created disavowal of claim scope because the applicant

8    contrasted the components of the prior art to the claimed

9    formulation?

10   A.    Yes.

11   Q.    Do you agree that this disavows claim scope?

12   A.    No.  This section, this statement, is in an overall

13   section, I put it above in bold, that says that there is no

14   reasonable expectation of success for the claimed subject

15   matter.

16             So the applicant's simply arguing that there is

17   no reasonable expectation of success.  And they say, as

18   apparent that extemporaneously prepared formulation from

19   Nahata has 19 components and another one at '747 has 10

20   components.

21             And then they just go on to say there is no

22   reasonable expectation of success for these components,

23   knowing which components to put in the formulation.

24             MS. MORGAN:  Let's go to the next slide.

25             So looking at PDX-296, which is citing PTX-5 at

*sealed and confidential*

288

Byrn - direct

1   SLVGT-EPA-887 and SLVGT-EPA-882.

2   BY MS. MORGAN:

3   Q.    Are you aware of Dr. Morton's arguments that there is

4   a disavowal of claim scope because the inventor, Dr. Mosher,

5   submitted a declaration saying that the claimed formulation

6   had superior stability to prior art?

7   A.    Yes.  So they're just -- in my opinion, the inventor

8   is simply focusing on the superior ability of the

9   formulation.  He just states in the top box, "This stability

10  is an important aspect of the formulation."  And then in the

11  bottom box, "that it's significantly more stable."  And he

12  is talking about the E7 formulation that I was talking about

13  in the graph.

14  Q.    Do you believe that the statements such as this

15  creates a disavowal of claim scope?

16  A.    No, it's not -- no, it's not disavowing any specific

17  claim scope.

18          MS. MORGAN:  Let's go to the next slide.

19          So looking at -- we're on PDX-297.

20  BY MS. MORGAN:

21  Q.    So in your opinion, is Dr. Morton taking portions of

22  the applicant's statement out of context?

23  A.    Yes, that's my opinion.

24  Q.    What is the proper context for the quotes that

25  Dr. Morton is pulling out of the prosecution history?

*sealed and confidential*

289

Byrn - direct

1   A.      So the applicant -- the context is that the applicant

2   is arguing that the Examiner had a flawed obviousness

3   analysis.

4               That none of the prior art teaches the claimed

5   stability.

6               That's one of their additional arguments.

7               That the prior art doesn't provide any reason or

8   guidance to arrive at the claimed invention.

9               And there is no reasonable expectation of

10  success.

11              MS. MORGAN:  Okay.  Let's move on to

12  amendment-based estoppel.

13              Let's go to the next slide.

14  BY MS. MORGAN:

15  Q.      So what is your understanding of the standard for

16  amendment-based estoppel.

17  A.      So there's the three bullets.

18              It requires an applicant to narrow the scope of

19  the claim by amending during prosecution.

20              It must be related to patentability.

21              And it doesn't apply if the equivalent, ███████

22  ████████████████████ is tangentially related to the reasons

23  for amending.

24              MS. MORGAN:  Let's go to the next slide.

25  BY MS. MORGAN:

*sealed and confidential*

Byrn - direct

1    Q.      So do you believe that amendment-based estoppel

2    should apply here?

3    A.      No, I don't believe it should apply first because the

4    amendment between the two equivalent buffer systems does not

5    really narrow the claim.

6                They're equivalent buffers.

7                The amendment was not made for patentability

8    reasons.

9                And the equivalent, ██████████████████ is

10   tangential to the reasons for amending.

11               MS. MORGAN:  Let's go to the next slide.

12   BY MS. MORGAN:

13   Q.      So first --

14               MS. MORGAN:  Let's go to the next slide,

15   actually.

16   BY MS. MORGAN:

17   Q.      Can you please explain for us --

18               MS. MORGAN:  And for the record, we're on

19   PDX-301.

20   BY MS. MORGAN:

21   Q.      Can you please explain for us why you believe that

22   the addition of sodium citrate dehydrate was not a narrowing

23   amendment?

24   A.      You have to consider the context of the addition.

25   And the citric, as I'm saying in the second bullet, you

*sealed and confidential*

Byrn - direct

1    have citric acid already and then you add sodium citrate.

2    Well, once it is in solution, it's going to equilibrate to

3    a citric acid and conjugate-based molecules, just like

4    citric acid itself.  And so when you adjust the pH, you're

5    going to get the same molecules, the same buffer with

6    either system.

7              So it's not really a narrowing amendment, it's

8    more they're very minor differences between the two buffer

9    system.

10             MS. MORGAN:  So now let's turn to the next

11   slide, please.

12             For the record, we're at PDX-302.

13   BY MS. MORGAN:

14   Q.    So can you please explain why in your opinion the

15   amendment was not made for purposes of patentability?

16   A.    So as shown here, the amendment came -- the amendment

17   in claim 1, which adds sodium citrate dihydrate, came from

18   claim 20.

19             And claim 20 was already rejected for

20   obviousness.  So it doesn't -- I don't see how, if you

21   rejected a claim for obviousness that has this phrase, that

22   when you put this phrase in claim 1, it is going to somehow

23   make it not obvious.

24             It's, it's -- it doesn't look like that

25   amendment was added to overcome obviousness.

*sealed and confidential*
292

Byrn - direct

1    Q.      And is there another reason for the addition of

2    sodium citrate dihydrate?

3    A.      Yes.  It looks to me more like the applicant was

4    trying to tidy up the claims or get the claims to be more --

5    the various claims to be more consistent with each other.

6              MS. MORGAN:  Let's advance two slides.

7              So looking at PDX-304.

8    BY MS. MORGAN:

9    Q.      Are you aware of Dr. Morton's assertion that the

10   amendment was related to patentability because the

11   applicants intended to overcome the Examiner's obviousness

12   rejection by comparing E5 in the patent to Nahata?

13   A.      Yes, I'm aware of that.

14   Q.      Do you agree?

15   A.      No, I don't agree as I'm saying here.  The amendment

16   was never mentioned in an argument, and it ignores the

17   applicant's stability arguments that were successful.

18             MS. MORGAN:  Okay.  Let's go on to the next

19   slide.

20   BY MS. MORGAN:

21   Q.      Let's turn now to the tangential relationship.  Can

22   you please explain --

23             MS. MORGAN:  Actually, let's go to the next

24   slide.

25   BY MS. MORGAN:

*sealed and confidential*

Byrn - direct

1    Q.      Can you please explain the basis for your conclusion

2    that the amendment bears no more than a tangential

3    relationship to the accused equivalent?

4    A.      Yes.  So first, again, claim 20 with the sodium

5    citrate argument was rejected as obvious.

6             So that's my first consideration.

7             Second, the context of the amendment, the

8    arguments stress superior stability of the claimed

9    invention.

10            And finally, the applicant rebutted the

11   obviousness analysis by presenting that obvious- -- argument

12   that obviousness did not apply.

13            MS. MORGAN:  All right.  Let's go to the next

14   slide.

15   BY MS. MORGAN:

16   Q.      Are you aware of Dr. Morton's opinion that the

17   applicant admitted supposedly that enalapril formulations

18   without sodium citrate are obvious by arguing that there

19   were limited excipients in the claims?

20   A.      I am, yes.

21   Q.      And do you agree with that?

22   A.      No, and --

23   Q.      Why not?

24   A.      -- as I state here, the applicant never asserted

25   sodium citrate was critical.

*sealed and confidential*

Byrn - direct

1          The applicant's obviousness arguments were that

2     the Examiner's theory was flawed and there was no prima

3     facie evidence.

4          And the applicant's obviousness arguments never

5     referred to the sodium citrate amendment.

6     Q.     And are you aware of Dr. Morton's opinion that

7     Bionpharma's admission of citric acid and sodium citrate

8     from its formulations makes the amendment not tangential?

9     A.     Yes.

10    Q.     Do you agree?

11    A.     No, I don't agree with that either.

12    Q.     Why?

13    A.     For these same reasons.

14    Q.     Okay.  And in your opinion, are any of Dr. Morton's

15    arguments regarding tangential relationship applicable?

16    A.     No, they're not.  Not at all.

17          MS. MORGAN:   Okay.  Let's go to the next slide.

18    BY MS. MORGAN:

19    Q.     So last, disclosure dedication.  What is your

20    understanding of when this applies?

21    A.     So this applies if the patentee disclosed an element

22    as an alternative to the relevant limitation but did not

23    claim that, that alternative.

24    Q.     And in your opinion, does that apply here?

25    A.     No.

Case 1:18-cv-01962-LPS   Document 251-1   Filed 04/22/21   Page 140 of 275 PageID #: 15221
*sealed and confidential*
295
Byrn - direct

1          MS. MORGAN:  Let's go to the next slide.

2    BY MS. MORGAN:

3    Q.     Are we talking about the preservative limitation with

4    respect to disclosure dedication?

5    A.     Yes.

6    Q.     Okay.  And are you aware of Dr. Morton's arguments --

7    actually, strike that.

8              Are you aware of Dr. Morton's argument that the

9    applicant clearly and ambiguously describes ████████████████

10   ████████████████████████████  such that there is a

11   specific disclosure as an alternative to sodium benzoate?

12   A.     Yes.

13   Q.     Do you agree?

14   A.     No, I don't.  There is no specific disclosure.

15          MS. MORGAN:  Let's go to the next slide.

16   BY MS. MORGAN:

17   Q.     Looking at PDX-310, which is referring to PTX at --

18   PTX-1 at ██████████████████████

19              What are we looking at?

20   A.     This is the part of the specification from the

21   common -- of all four patents.  And this is the -- this

22   is a laundry list of preservatives that include all

23   kinds of molecules in them.  It includes a large number

24   of molecules.

25   Q.     And is there anything in this list that discloses

*sealed and confidential*

Byrn - direct

1      ███████████████████████████████████████████████ as an

2      alternative to sodium benzoate?

3      A.      No, there is nothing disclosing the combination of

4      ███████████████████████████

5      Q.      And is there anything disclosing ████████████████

6      as an alternative specifically to sodium benzoate?

7      A.      Nothing at all.  It's just a list of preservatives.

8              MS. MORGAN:  Let's go to the next slide.

9      BY MS. MORGAN:

10     Q.      Are you aware that Dr. Morton refers to some tables

11     in the patent for his assertion regarding disclosure

12     dedication?

13     A.      Yes.

14     Q.      And in your opinion, do the tables support that there

15     has been any disclosure dedication?

16     A.      No, I don't think they provide support to that.

17     Q.      Okay.  So please explain for me why, for example,

18     specifically with Table A-1 first --

19              MS. MORGAN:  And sorry.  For the record, ██████

20     ████████████████████████████████████████████████

21     BY MS. MORGAN:

22     Q.      So can you please explain for me with respects to

23     ███████████████████████████████████████████

24     █████████████████████████████████████████

25     ████████████████████ as an alternative to sodium benzoate?

*sealed and confidential*

Byrn - direct

1    A.      So the ████████████████████████       So the first

2    point is that the ████████████████████████████████

3    ████████████████        And the FDA recognizes that ████████████

4    ██████████████████████████████████████████████████

5            So it's not the ██████████████████████████████

6            Secondly, if you look ████████████████████████████

7    ██████████████████████████████████████████      so that is

8    not disclosing.

9            And then ██████████████████████████████████

10   ██████████████████████████      So they're not operating

11   independently or disclosed.

12           Further, the pH of those are 4.5 and 4.4 and

13   those are unstable pHs.

14           So those are not really operative formulations

15   any way.

16   Q.      Would a person of ordinary skill in the art believe

17   ████████████████████████████      strike that.

18           MS. MORGAN:   Let me go to the next slide.

19           Looking at PDX-312 and looking at ██████████████

20   BY MS. MORGAN:

21   Q.      Does this table disclose a ████████████████████████████

22   ████████████████████      as an alternative to sodium benzoate?

23   A.      Again, this table is kind of a mix -- mix of all

24   these things.  ████████████████████████████      So it's not

25   showing the ██████████████████████

Byrn - direct

1      ██████████████████████████████

2      ███████████████

3      ██████████████████████████████████

4      ██████████████████████████████████

5              So a person of skill wouldn't be able to look at

6      this and see ████████████████   It's just not a disclosure.

7              And the stability, the pHs are also wrong, so

8      it's unstable.  The formulation is unstable.  It's not an

9      operative formulation.

10     Q.     So would this ████████████████████████████

11     ███████████████████████████████

12     ████████████████████████ is an alternative to sodium

13     benzoate?

14     A.     No, this doesn't disclose it.  It's too mixed up to

15     disclose it.

16             MS. MORGAN:  So let's go to the next slide.

17             So looking at PDX-313.

18     BY MS. MORGAN:

19     Q.     So can you please just wrap up disclosure dedication

20     for us.  What is your own conclusion?

21     A.     So, as I -- my bullets.

22             So, first of all, the combination is not

23     explicitly listed as an alternative of sodium benzoate.

24             And it is not clearly disclosed as an

25     alternative.

Byrn - direct

1          And so this doctrine does not apply to

2    ███████████████████████████████

3    Q.     So in your opinion, do any of Bionpharma's defenses

4    to the application of the Doctrine of Equivalents apply?

5    A.     No, I don't believe so.

6    Q.     And does Bionpharma's ANDA product infringe all of

7    the asserted claims, all the limitations infringe either

8    literally or under the Doctrine of Equivalents?

9    A.     Yes.  Bionpharma's product infringes all the

10   limitations and all the claims either literally or under the

11   Doctrine of Equivalents.

12          MS. MORGAN:  Thank you, Doctor.

13          I will turn the witness for cross-examination.

14          THE COURT:  All right.  Mr. Alul, is your cross

15   likely to exceed 45 minutes?

16          MR. ALUL:  I'll probably be about 30 or

17   35 minutes.

18          THE COURT:  Oh, is that right?

19          MR. ALUL:  Yes.

20          THE COURT:  You really think it's only going to

21   be 35 or less?

22          MR. ALUL:  I am hopeful.  Yes.  With that -- I'm

23   going to -- yes.  I'm going to do my best.

24          THE COURT:  We might be able to get that in, but

25   let's get started.  I might have to cut you off.

*sealed and confidential*
300
Byrn - cross

1                    MR. ALUL:  Okay.  Understood.  Understood.

2                    THE COURT:  Are you able to start in open court,

3       or did you want to start under seal?

4                    MR. ALUL:  We can start in open court, Your

5       Honor.

6                    THE COURT:  Okay.  Mr. English, if you could

7       start in open court.

8                        (Silvergate sealed portion ends.)

9                            *    *    *

10                   THE TRIALanywhere HOST:  The courtroom is

11      sealed.

12                   THE COURT:  Thank you.

13                           CROSS EXAMINATION

14      BY MR. ALUL:

15      Q.      You have never formulated any products using ███

16      ████████████  is that correct?

17      A.      Yes, that's correct.

18      Q.      All right.  Please turn to PTX-3 in your Exhibit

19      binder.

20      A.      Okay.

21      Q.      You recognize this as the '745 patent; is that

22      correct?

23      A.      Correct.

24      Q.      Please turn to ████████████████████

25      A.      Okay.

*sealed and confidential*

                          Byrn - cross

1    Q.       Okay.  Let's just focus on the liquid formulations in

2    ███████████████████████████   I believe you discussed these with

3    Ms. Morgan just a few moments ago?

4    A.       Yes.

5    Q.       Okay.  Now, you understand that -- strike that.

6             You don't dispute that in ██████████████████

7    ████████████████████████████████████████████████

8    ███████████████████████████████████████████

9    A.       I think that's likely.  You have to look at the pH,

10   but I think it's likely that they would.

11   Q.       All right.  The pHs are right down there at the

12   bottom?

13   A.       Yes.

14   Q.       You see that; right?

15   A.       I think that's correct.  I think that's correct.

16   Q.       Okay.  And a person of skill would know that; is that

17   correct?

18   A.       Yes.

19   Q.       Okay.  And in these liquid formulations,  ████████

20   ████████████████████████████████████████████████

21   ██████████████████████████   antimicrobial activity; is

22   that correct?

23   A.       That is correct.

24   Q.       Okay.  Okay.  I believe you testified that one of the

25   reasons you disagree that ██████████████   formulations support

*sealed and confidential*

Byrn - cross

```
 1   Dr. Morton's opinion that ██████████████████████

 2   ██████████████████████████████  to the claimed sodium

 3   benzoate is that all of the enalapril liquid formulations

 4   disclosed in this example all include another preservative

 5   beyond ████████████████████████████████  is that

 6   correct?

 7   A.     Well, I didn't testify exactly that way, but that is

 8   the gist -- that's part of -- that's the gist of what I

 9   said, yes.

10   Q.     Okay.

11   A.     There's no clear disclosure of the two compounds

12   together by themselves.

13   Q.     And if you look at these, the additional

14   preservatives in these formulations, they're ████████████

15   is that correct?

16   A.     That's correct.

17   Q.     Okay.  Are you aware that late last year Silvergate

18   secured additional Epaned patents beyond the four that were

19   originally asserted against Bionpharma in this case?

20   A.     No, I'm not.

21   Q.     All right.  Please turn to DTX-1123 in your exhibit

22   binder.

23          MR. ALUL:  And, for the record, this is a patent

24   entitled U.S. Patent No. 10,786,482 B.

25   BY MR. ALUL:
```

*sealed and confidential*

303

Byrn - cross

1    Q.      Dr. Byrn, have you ever seen this document before?

2    A.      No.

3    Q.      If you look at the -- hang on a second.  You're a

4    named inventor on approximately four or five United States

5    patents; is that correct?

6    A.      Right.

7    Q.      And you're not a lawyer; is that right?

8    A.      Right.

9    Q.      But you're generally familiar with the structure of a

10   United States patent; is that correct?

11   A.      Correct.

12   Q.      Okay.  The '482 patent is entitled Enalapril

13   Formulations; is that correct?

14   A.      Correct.

15   Q.      And that's the same title as the patents-in-suit; is

16   that correct?

17   A.      Yes.

18   Q.      And if you look at the applicant and assignee

19   information on the cover of the '482 patent, Silvergate is

20   identified for both; is that correct?

21   A.      Yes.

22   Q.      And the inventors Gerald Mosher and David Miles

23   are the same inventors on the patents-in-suit; is that

24   correct?

25   A.      Yes.

Byrn - cross

1    Q.      And if you look at the related U.S. application data

2    section on the '482 patent, do you see how it claims

3    priority of the patents-in-suit?

4    A.      I see that and some other patent in that list.

5    Q.      All right.  But you see the 987 patent; is that

6    correct?

7    A.      Correct.

8    Q.      And you see the '745 patent there; is that correct?

9    A.      Correct.

10   Q.      

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Q.

Case 1:18-cv-01962-LPS  Document 251-1  Filed 04/22/21  Page 150 of 275 PageID #: 15231
*sealed and confidential*
305
Byrn - cross

1  ██████████████████████

2  A.          ████████.

3  Q.       ███████████████████████████████████

4  █████████████████████████████████

5  ████████████████████████████████████

6  ██████████████████████████████████

7  █████████████████

8  A.      I have a general understanding.  You're starting to

9  reach the edge of my legal patent expertise.  I'm a

10  professor.

11  Q.      Okay.  Okay.

12          MR. ALUL:  Your Honor, at this point we can

13  unseal the courtroom.

14          THE COURT:  Okay.  Mr. English, you may unseal

15  it, please.

16          (Bionpharma sealed portion ends.)

17

18      I hereby certify the foregoing is a true and accurate
    transcript from my stenographic notes in the proceeding.

19

20              /s/ Brian P. Gaffigan
                Official Court Reporter

21                U.S. District Court

22

23

24

25

**'**

**'008** [6] - 166:8,
186:25, 187:2,
277:8, 277:9, 285:4
**'442** [3] - 166:8, 187:2,
284:22
**'480** [1] - 267:14
**'482** [3] - 303:13,
303:20, 304:3
**'745** [7] - 166:8,
167:21, 167:25,
187:22, 188:4,
300:22, 304:9
**'747** [2] - 280:21,
287:20
**'987** [4] - 166:8,
167:21, 187:23,
188:4

**/**

**/s** [1] - 305:21

**0**

**0.1** [1] - 213:22
**0.2** [2] - 244:20, 245:1
**0.21** [1] - 262:4
**0.7** [2] - 213:25,
261:12
**0.764** [1] - 229:24
**0.8** [2] - 213:21,
213:22
**0236** [1] - 230:2
**030** [1] - 232:18
**032** [1] - 232:18

**1**

**1** [22] - 163:13, 181:1,
186:24, 198:11,
201:1, 210:20,
228:9, 229:22,
229:23, 230:1,
230:2, 238:11,
239:25, 242:11,
247:2, 252:21,
254:21, 254:22,
280:3, 282:5,
291:18, 291:23
**1.05** [1] - 262:4
**1.1** [1] - 222:10
**1.2** [3] - 181:21,
213:25, 261:12
**1.26** [3] - 182:2, 262:7,
274:25
**1.3** [1] - 181:21
**1.82** [2] - 197:1,

198:22
**1.9** [1] - 196:24
**10** [4] - 180:12, 268:3,
287:20, 295:19
**10,786,482** [1] -
302:25
**10-and-a-half** [1] -
191:25
**100** [5] - 223:12,
223:13, 232:16,
268:2, 281:7
**102** [1] - 281:11
**1029** [1] - 182:12
**104311** [2] - 263:6,
264:14
**11** [1] - 295:19
**112** [1] - 305:2
**12** [1] - 181:13
**120** [1] - 232:14
**123** [1] - 248:3
**124** [1] - 248:3
**13** [1] - 235:16
**14** [2] - 304:11, 304:19
**14th** [1] - 277:24
**15** [7] - 166:7, 172:8,
197:2, 198:16,
227:6, 227:8, 282:3
**1544** [1] - 246:20
**170** [4] - 211:18,
211:22, 211:23,
212:15
**17th** [1] - 277:23
**18-1962-LPS** [1] -
163:6
**180** [1] - 251:25
**19** [2] - 237:22, 287:20
**19-1067-LPS** [1] -
163:6
**19-678-LPS** [1] -
163:11
**197** [1] - 232:24
**1985** [1] - 178:4

**2**

**2** [16] - 181:3, 197:3,
201:1, 222:9,
222:11, 223:11,
223:12, 223:13,
228:13, 254:18,
254:20, 254:22,
259:8, 264:21
**2.24** [1] - 191:25
**2.3.2** [1] - 210:16
**2.3.P.8-4** [1] - 267:23
**20** [5] - 282:2, 282:5,
291:19, 291:20,
293:5
**200** [1] - 281:16
**2016** [1] - 277:15

**2017** [1] - 277:23
**2021** [1] - 163:13
**209** [1] - 213:10
**22** [1] - 237:21
**231** [1] - 242:9
**233** [1] - 236:15
**236** [1] - 185:8
**24** [2] - 246:8, 247:1,
247:24, 249:6,
249:20, 255:25
**24-month** [2] - 247:21,
248:1
**246** [1] - 238:20
**247** [1] - 238:20
**251** [2] - 203:8, 203:17
**252** [2] - 203:8, 203:18
**255** [1] - 202:23
**256** [1] - 205:21
**258** [1] - 204:6
**259** [1] - 203:23
**25th** [1] - 277:15
**26** [1] - 237:21
**27** [1] - 237:22
**29** [2] - 295:19, 296:21
**2nd** [1] - 277:24

**3**

**3** [21] - 167:4, 193:16,
197:9, 197:18,
201:8, 201:9,
201:13, 216:7,
222:16, 222:18,
222:20, 243:25,
244:17, 245:1,
245:22, 246:7,
246:17, 264:21,
268:23, 300:17
**3.1** [3] - 222:6, 222:10,
222:11
**3.2** [2] - 265:10,
265:22
**3.3** [3] - 184:13, 193:5,
193:17
**3.5** [13] - 167:5,
193:16, 213:21,
216:7, 222:16,
222:18, 222:20,
243:25, 244:17,
245:22, 264:21,
269:18, 287:1
**3.57** [1] - 170:18
**3.6** [2] - 265:10,
265:23
**30** [1] - 299:17
**31** [1] - 296:21
**3225** [1] - 267:11
**33** [1] - 300:25
**34** [1] - 301:3
**35** [3] - 299:18,

299:22, 305:1

**4**

**4** [1] - 211:25
**4.4** [1] - 297:13
**4.5** [1] - 297:13
**4.8** [1] - 222:6
**45** [1] - 299:16
**478** [1] - 265:5
**48** [1] - 296:21
**494** [1] - 231:23
**495** [1] - 231:23

**5**

**5** [10] - 171:1, 201:9,
225:19, 235:16,
246:7, 248:14,
249:5, 264:21,
281:19, 298:5
**5.1** [1] - 222:10
**500,000** [1] - 220:2
**51** [2] - 268:23, 269:8

**6**

**6** [1] - 249:4
**6.24** [1] - 243:22
**6.4** [3] - 222:6, 222:17,
243:20
**60** [1] - 281:24
**600** [2] - 281:8, 281:12
**607** [1] - 239:20
**61** [1] - 269:8
**62** [1] - 269:8
**622** [1] - 244:7
**623** [1] - 244:7

**7**

**7** [1] - 235:17
**764** [2] - 230:1, 230:2

**8**

**83** [1] - 266:22
**837** [1] - 282:8
**858** [2] - 279:24,
281:23
**863** [2] - 280:14, 281:3
**873** [2] - 280:14, 281:3
**874** [1] - 286:10

**9**

**91** [1] - 281:12

**94** [1] - 281:15
**944** [1] - 283:25
**95** [2] - 232:15, 280:5
**98** [1] - 248:17
**98.0** [1] - 248:16
**98.1** [1] - 248:16
**987** [1] - 304:6
**99** [2] - 281:12, 281:15
**995** [1] - 252:4

**A**

**A-** [1] - 223:10
**A-1** [3] - 296:19,
296:24
**A-5** [1] - 297:7
**A-6** [1] - 297:10
**abbreviated** [1] -
220:21
**ability** [2] - 207:16,
288:9
**able** [9] - 177:13,
178:1, 178:16,
191:16, 221:13,
242:18, 298:6,
299:25, 300:3
**absent** [1] - 268:5
**absolutely** [2] -
168:18, 236:8
**absorbing** [1] - 242:20
**abstract** [1] - 200:12
**abstraction** [1] -
200:25
**accept** [1] - 192:23
**acceptable** [3] -
188:1, 257:6, 304:14
**accepting** [1] - 250:21
**accurate** [1] - 305:19
**accused** [5] - 169:23,
211:12, 211:13,
260:2, 293:4
**achieve** [10] - 167:15,
170:18, 170:21,
216:7, 221:8, 243:3,
245:19, 251:3,
252:25, 258:3
**achieved** [2] - 242:16,
266:13
**achieves** [2] - 169:5,
217:6
**acid** [158] - 167:15,
167:16, 173:8,
176:22, 177:5,
183:8, 184:15,
185:4, 185:12,
185:16, 185:22,
186:2, 186:13,
187:5, 187:7,
187:20, 188:6,
188:13, 188:17,
188:22, 190:14,

190:21, 190:22, 191:3, 191:15, 191:16, 191:20, 192:19, 192:25, 193:2, 193:3, 193:7, 193:9, 193:11, 193:17, 193:18, 193:21, 193:25, 196:25, 197:2, 197:3, 197:5, 197:11, 197:13, 198:22, 199:16, 199:17, 199:22, 200:2, 200:4, 213:22, 215:10, 215:11, 216:8, 216:23, 217:8, 218:14, 218:16, 218:17, 218:21, 218:25, 219:7, 219:11, 219:13, 219:18, 219:19, 219:25, 220:2, 220:4, 220:9, 220:12, 220:16, 220:19, 220:23, 221:1, 221:5, 221:10, 221:12, 221:15, 221:20, 221:22, 221:23, 222:2, 222:4, 222:5, 222:15, 222:19, 223:17, 228:22, 229:6, 229:7, 229:9, 230:2, 233:17, 233:19, 234:21, 234:22, 235:25, 236:6, 236:13, 237:15, 237:17, 238:24, 239:7, 239:10, 239:12, 240:20, 240:23, 240:24, 240:25, 241:7, 241:13, 241:14, 241:16, 243:2, 243:8, 243:11, 243:14, 243:15, 243:16, 243:17, 243:18, 243:20, 243:21, 250:15, 250:22, 250:23, 251:1, 251:2, 251:17, 252:5, 252:6, 253:18, 254:8, 254:12, 254:25, 256:8, 256:13, 256:21, 266:21, 282:11, 286:11, 291:2, 291:4, 291:5, 294:8, 297:11, 304:15

**acid-based** [4] - 197:11, 199:16, 199:17, 200:2
**acid-buffer-forming** [1] - 228:22
**acid/sodium** [1] - 253:5
**acidic** [11] - 185:15, 185:17, 191:9, 193:24, 215:20, 215:21, 216:25, 218:22, 264:20, 271:7, 271:8
**acids** [15] - 192:21, 215:8, 216:10, 216:12, 216:14, 216:15, 216:16, 216:20, 217:5, 218:11, 242:24, 243:10, 243:11, 301:9, 301:22
**acknowledge** [1] - 178:25
**act** [4] - 170:16, 228:23, 269:15, 271:22
**acting** [3] - 223:23, 228:24
**action** [5] - 198:17, 271:16, 271:19, 271:22, 283:18
**ACTION** [2] - 163:3, 163:8
**Action** [6] - 199:7, 279:3, 279:5, 279:8, 279:19, 279:20
**active** [10] - 167:12, 176:24, 184:9, 187:1, 187:16, 187:25, 228:15, 228:18, 229:21, 257:9
**activity** [6] - 183:13, 194:21, 195:1, 195:12, 273:12, 301:22
**acts** [1] - 262:18
**actual** [1] - 186:10

**add** [10] - 177:3, 184:12, 217:3, 219:19, 220:2, 221:10, 221:11, 229:7, 231:7, 291:2
**added** [12] - 185:14, 190:23, 223:18, 231:9, 232:15, 232:16, 239:1, 242:15, 243:14, 280:3, 280:4, 292:1
**adding** [5] - 191:3,

217:2, 219:13, 241:8, 254:12
**addition** [8] - 188:15, 198:15, 221:7, 282:18, 283:6, 290:23, 290:25, 292:2
**additional** [11] - 174:10, 181:12, 181:19, 200:21, 200:22, 212:21, 221:11, 256:25, 289:7, 302:14, 302:19
**address** [1] - 174:10
**adds** [1] - 291:18
**adequately** [1] - 305:7
**adjust** [10] - 166:24, 184:13, 235:22, 235:24, 235:25, 239:1, 239:5, 240:1, 242:15, 291:5
**adjusted** [1] - 234:13
**adjuster** [1] - 230:24
**adjusting** [3] - 169:2, 238:16, 252:24
**adjustment** [2] - 238:16, 239:25
**adjusts** [2] - 235:8, 249:17
**administrable** [1] - 178:9
**admission** [1] - 294:8
**admits** [1] - 170:10
**admitted** [1] - 293:18
**admittedly** [2] - 166:21, 177:9
**advance** [2] - 237:25, 292:7
**advantage** [1] - 197:18
**adverse** [1] - 223:24
**aerobic** [2] - 268:1, 272:9
**agent** [2] - 237:16, 251:19
**agents** [4] - 197:15, 235:12, 235:14, 250:17
**ago** [1] - 301:4
**agree** [18] - 246:5, 255:4, 256:11, 256:12, 256:23, 257:25, 271:1, 271:17, 274:3, 275:22, 286:13, 287:12, 292:15, 292:16, 293:22, 294:11, 294:12, 295:14
**agreed** [5] - 226:10,

226:11, 226:20, 226:25, 226:25, 235:22
**agreed-upon** [2] - 226:20, 226:25
**agrees** [2] - 166:15, 168:1
**ahead** [8] - 189:5, 190:3, 196:21, 207:25, 209:1, 227:19, 280:12, 283:10
**alkyl** [1] - 273:14
**allegation** [2] - 177:1, 184:8
**allege** [1] - 179:13
**alleged** [5] - 185:22, 186:4, 190:7, 191:19, 192:1
**allegedly** [3] - 199:14, 199:17, 199:23
**alleges** [2] - 176:22, 192:12
**allow** [1] - 250:24
**allowance** [2] - 172:20, 172:23
**allows** [1] - 223:14
**almost** [2] - 181:3, 273:9
**alone** [2] - 174:11, 275:19
**alternative** [14] - 175:3, 175:7, 175:14, 234:25, 294:23, 294:24, 295:12, 296:3, 296:7, 297:1, 297:23, 298:13, 298:24, 299:1
**alternatives** [3] - 180:10, 181:9, 302:3
**ALUL** [25] - 164:14, 176:5, 183:24, 189:4, 189:6, 190:5, 196:12, 214:4, 214:23, 227:17, 236:14, 237:1, 265:25, 266:6, 282:20, 283:9, 299:17, 299:20, 299:23, 300:2, 300:5, 300:15, 302:24, 303:1, 305:13
**Alul** [5] - 183:23, 190:3, 196:10, 214:4, 299:15
**ambiguously** [1] - 295:10
**amended** [2] - 199:15, 200:5
**amending** [3] -

289:20, 289:24, 290:11
**amendment** [38] - 172:5, 172:6, 172:7, 172:12, 172:18, 172:20, 173:1, 173:4, 173:12, 179:11, 198:13, 198:21, 199:1, 199:7, 199:12, 200:5, 279:21, 279:25, 280:1, 280:3, 283:20, 289:13, 289:17, 290:2, 290:5, 290:8, 290:24, 291:8, 291:16, 291:17, 292:1, 292:11, 292:16, 293:3, 293:8, 294:6, 294:9
**amendment-based** [5] - 172:5, 179:11, 289:13, 289:17, 290:2
**amendments** [2] - 172:22, 282:1
**AMNEAL** [1] - 163:10
**Amneal** [15] - 164:24, 166:6, 166:7, 166:15, 166:21, 167:1, 167:14, 167:17, 168:2, 173:7, 197:10, 197:13, 197:17, 197:20, 202:2
**Amneal's** [2] - 166:18, 166:25
**amount** [33] - 167:17, 181:25, 213:3, 219:20, 219:23, 220:10, 221:2, 223:7, 223:9, 223:10, 230:20, 231:7, 231:9, 232:2, 241:9, 241:14, 241:21, 248:18, 248:22, 252:13, 253:5, 259:8, 262:7, 274:21, 274:23, 274:25, 275:2, 275:4, 275:5, 275:6, 275:7, 275:12, 280:6
**amounts** [11] - 197:23, 198:2, 199:10, 199:15, 199:16, 199:23, 252:18, 252:20, 255:1, 255:5, 278:18
**analogous** [1] - 189:11
**analyses** [1] - 234:1
**analysis** [23] - 173:3,

198:25, 200:11, 213:23, 215:7, 225:14, 226:3, 226:13, 226:22, 227:4, 233:24, 235:14, 242:1, 251:5, 251:9, 251:16, 260:15, 270:1, 270:2, 274:3, 285:25, 289:4, 293:12
**analyze** [1] - 249:21
**analyzed** [2] - 233:11, 233:15
**analyzing** [1] - 262:9
**AND** [1] - 163:2
**ANDA** [72] - 166:18, 166:25, 167:3, 168:12, 169:2, 170:3, 171:8, 177:2, 182:22, 184:12, 184:21, 185:1, 185:15, 185:23, 186:4, 191:20, 192:11, 193:5, 193:10, 210:15, 210:16, 210:17, 210:25, 228:10, 229:15, 229:16, 229:17, 230:21, 232:4, 233:14, 238:2, 238:9, 238:11, 238:22, 239:9, 239:18, 242:2, 242:10, 242:22, 242:23, 244:1, 245:14, 246:6, 246:16, 246:17, 246:18, 247:9, 247:10, 247:11, 247:12, 247:23, 248:7, 253:6, 254:3, 255:21, 258:16, 258:25, 259:4, 259:5, 261:17, 261:18, 263:17, 264:1, 264:23, 267:7, 267:14, 268:10, 268:18, 275:13, 299:7
**ANDREW** [1] - 164:14
**Andy** [1] - 214:4
**Angeles** [1] - 164:7
**animation** [1] - 217:20
**ANNE** [1] - 164:17
**answer** [4] - 231:21, 237:11, 282:16, 283:11
**answered** [1] - 283:1
**antifungal** [3] - 264:17, 268:15,

269:17
**antimicrobial** [25] - 170:17, 170:25, 183:13, 194:21, 194:25, 195:12, 195:21, 224:21, 224:22, 261:21, 262:20, 263:10, 264:8, 265:11, 265:13, 265:14, 268:5, 268:11, 268:15, 268:24, 269:17, 272:14, 273:12, 273:23, 301:22
**antithesis** [2] - 169:24, 169:25
**APIs** [1] - 297:5
**apologize** [2] - 207:19, 280:12
**apparent** [2] - 194:23, 287:19
**appear** [2] - 219:3, 255:20
**APPEARANCES** [2] - 163:17, 164:1
**applicabilities** [1] - 253:14
**applicability** [1] - 270:20
**applicable** [1] - 294:16
**applicant** [24] - 279:20, 280:1, 280:16, 280:17, 283:5, 283:20, 284:2, 284:10, 285:24, 285:25, 286:15, 286:18, 286:21, 287:2, 287:8, 289:2, 289:19, 292:4, 293:11, 293:18, 293:25, 295:10, 303:19
**applicant's** [10] - 283:18, 284:4, 284:6, 285:22, 286:7, 287:17, 288:23, 292:18, 294:2, 294:5
**applicants** [6] - 172:19, 172:23, 174:3, 277:15, 282:17, 292:12
**application** [6] - 267:16, 277:15, 278:5, 299:5, 304:2, 305:6
**applications** [1] - 225:25
**applied** [5] - 171:11,

173:6, 234:2, 234:4, 285:14
**applies** [8] - 173:2, 174:11, 259:22, 259:25, 260:1, 260:8, 294:21, 294:22
**apply** [10] - 173:18, 174:9, 233:23, 289:22, 290:3, 290:4, 293:13, 294:25, 299:2, 299:5
**applying** [1] - 169:13
**appreciate** [1] - 177:17
**appreciated** [2] - 177:21, 284:4
**approach** [1] - 226:24
**appropriate** [1] - 221:9
**approved** [2] - 178:4, 210:1
**aqueous** [6] - 182:20, 182:22, 182:25, 192:21, 194:15, 194:18
**areas** [1] - 225:19
**argued** [8] - 276:18, 280:1, 280:17, 285:24, 285:25, 286:15, 286:18, 286:22
**argues** [2] - 169:13, 174:13
**arguing** [5] - 276:19, 287:3, 287:17, 289:3, 293:19
**argument** [21] - 171:17, 172:20, 173:16, 173:18, 174:10, 179:11, 189:22, 189:24, 190:2, 254:4, 259:23, 260:9, 277:3, 282:18, 283:5, 285:11, 285:13, 292:17, 293:6, 293:12, 295:9
**argument-based** [3] - 173:16, 179:11, 285:13
**arguments** [21] - 171:9, 173:21, 173:22, 183:15, 189:8, 253:13, 260:10, 270:20, 271:12, 274:8, 285:22, 285:23, 286:8, 288:4, 289:7, 292:18, 293:9, 294:2, 294:5, 294:16, 295:7

**arising** [1] - 199:14
**arm** [2] - 193:25
**arms** [1] - 193:24
**arose** [1] - 178:8
**arrive** [3] - 280:19, 286:3, 289:9
**ARSHT** [1] - 163:19
**art** [28] - 174:23, 178:2, 178:3, 178:10, 178:12, 180:20, 194:23, 198:4, 199:11, 225:15, 225:17, 226:5, 278:19, 279:10, 280:17, 281:14, 281:20, 285:22, 286:1, 286:2, 286:4, 286:22, 287:9, 288:7, 289:5, 289:8, 297:17, 298:12
**aspect** [1] - 288:11
**assay** [2] - 248:15, 248:21
**assert** [2] - 171:10, 174:21
**asserted** [14] - 166:7, 166:20, 167:20, 187:23, 211:3, 211:14, 211:16, 213:8, 246:7, 256:20, 257:13, 293:25, 299:8, 302:20
**asserting** [1] - 277:1
**assertion** [4] - 275:17, 285:10, 292:10, 296:12
**assertions** [1] - 276:16
**asserts** [3] - 170:7, 286:8, 287:7
**assess** [1] - 206:1
**assignee** [1] - 303:19
**assimilation** [1] - 216:23
**associated** [1] - 185:6
**association** [1] - 233:19
**assured** [1] - 213:2
**asterisks** [1] - 212:23
**attempting** [1] - 207:15
**authority** [1] - 236:7
**avoid** [1] - 266:5
**aware** [28] - 253:12, 253:16, 254:6, 254:24, 256:6, 256:10, 256:19, 256:22, 257:12, 257:15, 258:6,

258:21, 258:24, 259:1, 259:21, 276:18, 286:8, 286:13, 287:7, 288:4, 292:10, 292:14, 293:17, 294:7, 295:7, 295:9, 296:11, 302:18
**axis** [4] - 244:12, 244:13, 281:6, 281:8

**B**

**B-e-c-k-l-o-f-f** [1] - 208:16
**bachelor's** [1] - 225:18
**backdrop** [1] - 177:13
**background** [2] - 192:19, 208:20
**bacteria** [7] - 224:16, 224:18, 225:7, 265:1, 272:22, 273:2, 276:1
**bacterial** [1] - 264:16
**bacteriocidal** [1] - 195:8
**bacteriostatic** [4] - 195:17, 265:1, 265:10, 271:6
**bacterium** [1] - 273:8
**bar** [4] - 173:19, 222:12, 222:14
**bars** [1] - 217:19
**base** [26] - 190:22, 191:3, 191:16, 193:1, 215:13, 215:14, 215:23, 217:2, 217:3, 217:9, 218:5, 218:15, 218:18, 219:9, 219:11, 219:12, 219:18, 221:2, 221:11, 221:12, 221:15, 222:2, 240:22, 254:8, 254:12, 255:1
**based** [26] - 172:5, 173:16, 173:18, 179:11, 182:23, 189:23, 192:9, 197:3, 197:11, 199:16, 199:17, 200:2, 213:23, 215:7, 221:14, 236:24, 247:18, 251:3, 252:20, 285:11, 285:13, 289:13, 289:17, 290:2, 291:4
**bases** [13] - 192:22,

215:8, 216:11,
216:13, 216:15,
216:18, 216:20,
217:5, 218:11,
223:17, 242:24,
242:25

**basic** [2] - 168:18,
187:9, 191:9,
193:13, 193:24,
230:7, 253:23, 285:3

**basis** [1] - 293:2

**batch** [6] - 231:4,
231:12, 231:24,
232:8, 232:13,
239:11

**batches** [5] - 218:3,
232:19, 239:11,
247:9, 247:10

**baths** [1] - 218:14

**bears** [2] - 173:4,
293:3

**Beckloff** [5] - 206:10,
208:13, 208:15,
208:22, 209:6

**become** [3] - 167:11,
193:13, 193:23

**becomes** [2] - 200:13,
200:19

**BEFORE** [1] - 163:16

**beginning** [1] - 166:6

**behalf** [2] - 164:15,
164:24

**below** [8] - 220:20,
230:2, 241:19,
244:16, 269:1,
269:4, 280:4, 281:18

**Bench** [1] - 163:14

**benefit** [1] - 214:1

**benzoate** [42] -
170:14, 170:16,
175:7, 175:15,
177:10, 179:17,
179:24, 180:11,
180:17, 181:10,
194:7, 194:17,
194:22, 195:10,
195:11, 261:13,
263:9, 264:16,
266:21, 268:10,
270:4, 270:5,
270:12, 270:25,
271:5, 271:6,
271:15, 273:24,
275:11, 275:19,
286:11, 295:12,
296:3, 296:7, 297:1,
297:8, 297:23,
298:4, 298:14,
298:24, 302:4,
304:24

**benzoic** [1] - 266:21

**best** [5] - 206:12,

214:14, 223:3,
264:20, 299:24

**better** [5] - 165:18,
165:25, 166:1,
199:24, 210:15

**between** [21] - 167:4,
181:20, 191:25,
193:7, 193:9,
193:16, 193:21,
195:19, 215:25,
216:14, 222:14,
236:11, 238:3,
239:22, 246:22,
250:11, 255:16,
265:22, 269:25,
290:5, 291:9

**beyond** [5] - 186:12,
256:20, 302:6,
302:19, 304:20

**binder** [5] - 202:24,
210:13, 211:19,
300:20, 302:23

**BION** [4] - 232:21,
238:20, 242:8, 244:7

**Bion** [1] - 233:10

**BION-ESOL** [4] -
232:21, 238:20,
242:8, 244:7

**BION-ESOL--589** [1] -
266:18

**BION-ESOL--606** [1] -
263:14

**BION-ESOL--663** [1] -
263:23

**BION-ESOL-1541** [1] -
246:20

**BION-ESOL-1758** [1] -
247:14

**BION-ESOL-1783** [1] -
232:23

**BION-ESOL-1852** [1] -
232:23

**BION-ESOL-196** [1] -
232:24

**BION-ESOL-231** [6] -
210:20, 228:8,
230:19, 238:12,
261:23, 274:18

**BION-ESOL-606** [1] -
239:19

**BION-ESOL-668** [1] -
268:21

**BION-ESOL-669** [1] -
272:3

**BION-ESOL-87** [1] -
229:18

**bionpharma** [1] -
305:17

**Bionpharma** [53] -
164:15, 167:19,
167:21, 168:1,

168:11, 168:13,
168:20, 168:25,
169:4, 169:10,
169:13, 170:1,
170:7, 170:10,
170:13, 170:23,
173:9, 174:11,
174:13, 174:21,
177:13, 177:16,
183:2, 183:18,
189:22, 196:16,
196:23, 210:14,
210:15, 210:17,
210:22, 212:3,
228:11, 228:12,
232:1, 236:11,
236:16, 237:2,
239:4, 239:17,
242:4, 244:10,
245:10, 246:5,
246:7, 257:7, 259:3,
263:25, 266:20,
266:21, 267:7,
268:22, 302:20

**BIONPHARMA** [1] -
163:6

**Bionpharma's** [67] -
168:9, 168:19,
169:2, 170:4,
170:20, 170:25,
182:22, 185:23,
191:20, 192:11,
193:5, 210:25,
213:8, 228:10,
229:16, 230:21,
233:14, 234:12,
235:21, 236:18,
237:14, 238:2,
238:9, 238:13,
238:22, 239:8,
240:8, 242:2,
242:10, 242:22,
242:23, 244:1,
245:19, 245:21,
246:6, 246:23,
246:24, 247:23,
249:14, 249:15,
250:15, 253:4,
253:6, 253:12,
255:17, 255:21,
260:17, 261:17,
262:17, 263:17,
264:22, 266:12,
266:14, 267:2,
268:18, 269:4,
269:14, 270:19,
271:14, 275:4,
275:7, 275:13,
276:11, 294:8,
299:4, 299:7, 299:10

**bit** [7] - 165:14,
177:13, 192:19,

200:8, 206:6,
208:20, 229:1

**black** [2] - 253:10,
270:17

**blue** [3] - 220:17,
241:16, 272:14

**boat** [1] - 167:19

**body** [1] - 224:8

**bold** [1] - 287:14

**book** [1] - 236:9

**bottle** [1] - 241:10

**bottled** [1] - 191:2

**bottles** [3] - 240:10,
242:24, 249:18

**bottom** [9] - 221:22,
212:23, 215:20,
217:19, 220:25,
225:21, 242:14,
288:12, 301:13

**box** [6] - 241:16,
286:9, 286:19,
286:21, 288:10,
288:12

**bracket** [1] - 222:10

**brackets** [9] - 221:22,
222:7, 222:14,
223:15, 243:8,
243:13, 243:16,
251:20, 252:9

**brand** [2] - 266:19,
266:24

**break** [2] - 196:15,
227:6

**Brian** [2] - 163:25,
305:21

**brief** [1] - 215:3

**Brief** [1] - 227:10

**briefly** [2] - 174:10,
262:14

**bring** [2] - 180:19,
242:18

**broad** [3] - 178:16,
178:23, 179:5

**broadened** [1] -
187:24

**broadest** [1] - 279:15

**bronze** [1] - 215:12

**Buckton** [3] - 167:6,
198:24, 200:10,
201:15

**budget** [1] - 204:8

**budgets** [1] - 204:10

**buffer** [218] - 166:16,
166:17, 166:21,
166:22, 166:23,
167:3, 167:7,
167:17, 168:3,
168:11, 168:14,
168:15, 168:18,
168:23, 169:1,
169:4, 169:5,

169:10, 169:11,
169:25, 170:2,
170:3, 170:5, 171:4,
171:5, 172:13,
172:16, 173:9,
173:13, 174:8,
176:21, 177:5,
177:20, 177:24,
179:14, 179:15,
179:21, 184:4,
184:5, 184:16,
185:23, 186:3,
186:4, 186:11,
186:20, 187:6,
187:10, 187:15,
187:21, 187:25,
188:6, 188:8,
188:12, 188:17,
188:18, 188:23,
189:10, 189:18,
190:7, 190:12,
190:19, 191:1,
191:7, 191:11,
191:18, 191:19,
191:21, 191:24,
191:25, 192:1,
192:4, 192:6, 192:7,
192:8, 192:9,
192:10, 192:11,
192:12, 192:24,
196:25, 197:4,
197:6, 197:10,
197:11, 197:22,
197:24, 200:15,
200:16, 200:17,
200:18, 200:23,
201:1, 201:3, 201:7,
213:20, 215:2,
217:14, 217:15,
217:16, 217:18,
217:23, 217:25,
218:1, 218:8,
218:10, 218:13,
218:19, 219:2,
219:17, 220:18,
220:23, 221:8,
221:9, 221:12,
222:8, 222:15,
222:16, 228:4,
228:14, 228:15,
228:20, 228:22,
228:23, 229:2,
229:8, 229:9,
231:11, 233:6,
233:7, 233:10,
233:14, 233:16,
234:10, 234:13,
234:20, 234:22,
234:23, 234:24,
234:25, 235:8,
235:23, 236:11,

236:12, 237:14, 238:13, 238:14, 238:16, 238:17, 239:6, 240:8, 241:9, 241:16, 241:17, 242:3, 242:5, 242:22, 244:19, 245:19, 246:22, 246:23, 246:24, 249:13, 249:14, 249:16, 250:16, 251:1, 251:3, 252:13, 252:18, 252:20, 253:5, 253:6, 253:7, 254:11, 254:14, 254:16, 254:19, 255:1, 255:13, 255:17, 255:19, 255:20, 255:22, 255:23, 255:24, 256:2, 256:7, 256:14, 256:20, 256:21, 257:1, 257:2, 257:3, 257:8, 257:11, 257:13, 258:1, 260:16, 260:18, 281:16, 281:17, 281:19, 290:5, 290:10, 291:6, 291:9, 304:15

**buffering** [19] - 197:15, 222:17, 235:12, 235:14, 237:15, 243:17, 243:23, 243:24, 244:19, 244:22, 245:2, 250:17, 250:24, 250:25, 251:19, 254:6, 255:16, 256:2, 259:14

**buffers** [18] - 171:12, 192:4, 197:5, 215:9, 218:12, 220:6, 223:16, 238:4, 239:23, 240:18, 243:9, 243:12, 250:11, 252:7, 256:25, 282:11, 290:7

**bullet** [1] - 291:1

**bullets** [2] - 289:18, 298:22

**bunch** [1] - 184:8

**burden** [1] - 185:21

**business** [13] - 202:10, 202:15, 202:22, 203:6, 203:15, 203:21, 204:4, 204:11, 204:14, 205:19,

209:11, 209:21, 209:24

**BY** [81] - 163:19, 163:22, 164:3, 164:6, 164:10, 164:13, 164:17, 164:21, 202:6, 209:3, 209:15, 210:10, 214:25, 221:18, 222:23, 224:12, 225:12, 226:9, 226:16, 227:20, 229:12, 230:17, 231:15, 232:11, 233:22, 234:8, 234:18, 237:10, 245:7, 245:17, 246:1, 246:13, 247:4, 248:11, 249:10, 249:25, 250:9, 251:11, 251:23, 252:15, 253:11, 266:8, 267:21, 268:17, 269:11, 269:23, 270:8, 270:18, 272:1, 274:14, 274:20, 276:7, 277:5, 278:4, 278:12, 278:23, 279:7, 279:17, 283:4, 283:16, 288:3, 288:21, 289:15, 290:1, 290:13, 290:17, 290:21, 291:14, 292:9, 292:21, 293:1, 293:16, 294:19, 295:3, 295:17, 296:10, 296:22, 297:21, 298:19, 300:15, 303:1

**bye** [2] - 227:9

**bye-bye** [1] - 227:9

**Byrn** [9] - 168:16, 168:25, 170:1, 170:15, 175:17, 184:22, 184:24, 227:21, 303:2

**Byrn's** [8] - 184:25, 186:1, 187:4, 187:6, 187:12, 188:5, 188:16, 193:11

---

# C

**C-1** [1] - 298:2

**C-2** [1] - 298:2

**C-3** [1] - 298:4

**C-4** [1] - 298:5

**Cacace** [5] - 235:22, 236:15, 237:2, 237:19, 237:21

**cake** [1] - 181:19

**calculate** [3] - 191:17, 232:17, 233:6

**calculated** [2] - 231:4, 252:20

**calculations** [1] - 253:1

**calibrated** [1] - 197:23

**California** [3] - 163:23, 164:3, 164:7

**CALLAHAN** [1] - 164:6

**campaign** [1] - 199:13

**cannot** [5] - 169:19, 173:5, 173:11, 174:16, 254:7

**capacity** [12] - 192:4, 192:6, 192:9, 192:10, 192:11, 255:13, 255:16, 255:19, 255:20, 256:2, 257:1

**carboxylic** [10] - 221:23, 241:13, 243:10, 243:11, 243:15, 250:22, 250:23, 251:17, 252:5, 256:13

**carefully** [1] - 173:11

**carried** [3] - 185:21, 248:7, 266:20

**case** [16] - 173:3, 176:12, 189:2, 189:22, 190:1, 196:24, 215:4, 217:6, 220:9, 221:16, 226:3, 231:9, 245:11, 280:24, 302:20

**case-by-case** [1] - 173:3

**catch** [1] - 249:2

**categories** [1] - 216:10

**Category** [1] - 268:23

**caused** [1] - 225:7

**causes** [1] - 195:2

**center** [1] - 221:22

**centered** [1] - 198:14

**centigrade** [2] - 248:14, 249:5

**central** [1] - 222:9

**certain** [6] - 178:9, 187:9, 191:8, 191:14, 275:19, 275:20

**certainly** [8] - 165:15, 165:23, 185:8,

189:7, 190:1, 227:7, 233:13, 272:24

**certify** [1] - 305:19

**cetera** [1] - 256:25

**CFUs** [2] - 268:2, 268:4

**chain** [1] - 273:14

**chains** [2] - 270:15, 271:2

**chance** [2] - 214:21, 237:7

**change** [3] - 221:13, 248:21, 285:5

**changes** [3] - 186:21, 192:7, 223:17

**changing** [1] - 230:25

**characterize** [1] - 179:4

**characterizes** [1] - 236:15

**chart** [4] - 212:8, 223:15, 226:18, 227:25

**check** [1] - 208:14

**chemical** [5] - 167:7, 194:11, 195:20, 242:9, 256:8

**chemically** [3] - 168:23, 169:4, 170:2

**chemistry** [9] - 168:18, 197:25, 230:8, 234:4, 242:1, 253:24, 254:2, 258:19, 258:20

**Chicago** [1] - 164:14

**chief** [2] - 202:17, 204:21

**Chief** [1] - 163:16

**children** [1] - 225:1

**chose** [4] - 170:23, 193:18, 197:10, 197:13

**Chris** [2] - 180:6, 184:18

**circles** [1] - 244:15

**Circuit** [1] - 176:12

**circular** [2] - 200:13, 200:19

**cited** [2] - 229:13, 286:19

**cites** [2] - 272:2, 278:13

**citing** [12] - 263:13, 263:22, 265:4, 266:17, 267:8, 279:6, 279:24, 280:13, 281:3, 283:25, 288:1, 296:21

**citizen's** [1] - 187:19

**citrate** [46] - 172:9,

187:10, 188:13, 190:15, 190:21, 191:15, 193:3, 193:19, 193:22, 193:25, 197:2, 198:16, 213:23, 218:16, 218:17, 218:24, 218:25, 219:3, 219:8, 219:12, 220:11, 220:16, 220:18, 221:15, 221:20, 250:15, 279:14, 281:16, 281:17, 281:19, 282:4, 282:12, 282:13, 282:18, 283:6, 286:11, 290:23, 291:2, 291:18, 292:3, 293:6, 293:19, 294:1, 294:6, 294:8, 304:15

**citric** [58] - 187:20, 187:21, 188:13, 190:14, 190:21, 191:15, 191:20, 193:17, 193:18, 193:21, 193:25, 197:2, 197:4, 197:6, 198:22, 199:22, 201:2, 213:21, 218:16, 218:21, 218:25, 219:7, 219:25, 220:1, 220:3, 220:9, 220:12, 220:16, 220:19, 221:15, 221:20, 221:22, 222:5, 222:15, 229:9, 237:17, 240:20, 240:23, 240:24, 243:8, 243:11, 243:18, 243:20, 250:15, 251:1, 251:2, 251:17, 252:6, 282:11, 286:10, 291:1, 291:2, 291:4, 291:5, 294:8, 304:15

**CIVIL** [2] - 163:3, 163:8

**claim** [79] - 166:13, 167:4, 167:24, 168:5, 169:15, 169:19, 169:21, 173:22, 177:23, 178:16, 178:21, 178:24, 186:20, 186:24, 187:14, 188:8, 188:17, 189:7, 189:8, 189:9, 189:11, 197:2,

197:12, 197:14, 198:11, 200:5, 211:9, 211:11, 212:9, 212:21, 213:7, 214:6, 226:18, 226:19, 226:24, 227:24, 227:25, 247:2, 252:19, 257:5, 257:13, 259:22, 259:24, 260:2, 260:8, 260:18, 279:15, 280:3, 280:18, 280:19, 282:2, 282:5, 282:19, 283:13, 285:16, 286:12, 287:8, 287:12, 288:5, 288:16, 288:18, 289:20, 290:6, 291:18, 291:19, 291:20, 291:22, 291:23, 293:5, 294:24, 304:11, 304:13, 304:16, 304:19, 305:4, 305:5, 305:6
**claimed** [69] - 167:17, 169:4, 169:11, 169:24, 170:14, 171:4, 172:12, 175:4, 175:8, 177:10, 179:15, 179:18, 180:11, 181:9, 182:21, 187:4, 187:8, 187:11, 187:20, 188:4, 188:24, 189:16, 190:7, 190:15, 190:20, 190:22, 191:15, 191:19, 191:23, 192:4, 192:10, 193:15, 194:6, 194:22, 197:1, 197:6, 197:23, 234:23, 236:12, 237:14, 238:14, 240:8, 245:18, 246:22, 249:14, 250:14, 253:7, 255:17, 256:7, 263:9, 264:17, 264:18, 266:12, 271:15, 273:3, 275:3, 275:6, 276:12, 278:20, 286:1, 286:4, 287:9, 287:15, 288:6, 289:5, 289:9, 293:9, 302:3, 304:12
**claims** [42] - 166:7,

166:18, 166:20, 167:20, 169:14, 170:9, 170:13, 172:24, 176:16, 178:25, 179:4, 179:24, 186:12, 186:23, 187:22, 189:12, 199:15, 211:3, 211:9, 211:14, 212:2, 214:8, 246:7, 247:2, 256:20, 261:12, 275:12, 278:16, 279:9, 279:11, 283:23, 284:6, 284:8, 284:9, 284:14, 292:5, 292:6, 293:20, 299:8, 299:11, 304:3
**clarifying** [1] - 237:1
**clear** [9] - 173:17, 174:1, 174:5, 181:7, 213:7, 214:5, 227:1, 285:15, 302:12
**clearly** [7] - 244:22, 245:2, 253:22, 258:16, 268:13, 295:10, 298:25
**clicks** [2] - 206:25, 207:9
**clock** [1] - 166:2
**close** [2] - 191:23, 244:25
**closed** [2] - 196:12, 196:13
**closer** [1] - 285:9
**closing** [1] - 196:9
**coded** [1] - 272:7
**cold** [1] - 273:7
**coli** [2] - 268:5, 272:13
**collaborate** [1] - 225:25

███████ ███████

**color** [1] - 272:7
**Columbia** [1] - 164:23
**Column** [4] - 180:12, 181:13, 295:19, 296:21
**column** [5] - 210:25, 212:12, 235:16, 262:3, 300:25
**combination** [16] - 170:12, 170:23, 171:3, 174:14, 175:6, 175:13, 199:22, 254:7, 271:13, 275:18, 286:23, 286:25, 296:2, 296:4, 296:6, 298:23

**combines** [1] - 177:3
**coming** [4] - 208:21, 237:8, 241:7, 244:15
**comment** [1] - 204:25
**commercialization** [1] - 202:8
**common** [10] - 180:7, 180:9, 180:21, 182:7, 188:10, 188:21, 189:12, 197:24, 250:17, 295:22
**commonly** [1] - 181:1
**communicated** [1] - 277:21
**communication** [4] - 277:17, 278:6, 278:7, 278:25
**companies** [1] - 203:11
**company** [5] - 204:16, 204:19, 209:18, 209:25, 236:17
**company's** [1] - 202:19
**compared** [1] - 211:11
**comparing** [2] - 249:13, 292:13
**comparison** [4] - 191:23, 272:7, 272:8, 275:4
**completed** [1] - 248:8
**completely** [6] - 185:5, 185:10, 226:11, 253:17, 258:8, 258:15
**component** [4] - 186:21, 238:25, 242:15, 256:20
**components** [19] - 185:16, 187:9, 191:8, 193:12, 193:23, 218:10, 230:7, 230:9, 281:1, 284:5, 286:16, 286:20, 286:25, 287:4, 287:9, 287:20, 287:21, 287:23, 287:24
**composition** [5] - 210:21, 221:14, 278:19, 278:21, 279:15
**compositions** [1] - 190:15
**compound** [6] - 215:11, 215:15, 230:3, 230:11, 230:14, 271:3
**compounds** [6] - 182:19, 191:9,

192:21, 192:22, 301:21, 302:12
**comprising** [2] - 178:23, 213:21
**CONAWAY** [1] - 164:17
**concedes** [1] - 184:7
**concentration** [18] - 181:16, 182:4, 190:19, 190:21, 191:14, 191:18, 192:1, 192:8, 230:21, 231:3, 231:4, 233:4, 258:25, 259:7, 262:1, 275:20, 304:16
**concentrations** [4] - 179:25, 190:16, 190:19, 275:19
**concept** [1] - 223:14
**concepts** [1] - 215:8
**concern** [3] - 189:1, 190:25, 191:6
**concerned** [2] - 181:19, 271:22
**concerning** [1] - 179:21
**conclude** [1] - 260:23
**concluded** [1] - 250:5
**conclusion** [22] - 196:5, 234:10, 234:19, 238:3, 240:4, 245:8, 245:18, 247:17, 247:22, 249:12, 250:1, 260:15, 260:17, 262:15, 262:17, 262:23, 263:24, 269:24, 276:8, 282:14, 293:2, 298:21
**conclusions** [2] - 226:14, 251:6
**condition** [1] - 216:1
**conditions** [3] - 249:3, 271:7, 271:10
**confirm** [5] - 227:24, 232:20, 232:22, 233:2, 239:3
**confirmed** [2] - 184:24, 239:4
**confirming** [1] - 231:1
**conformed** [1] - 268:6
**conjugate** [15] - 192:25, 197:3, 218:15, 219:9, 219:11, 219:12, 219:18, 220:24, 240:22, 241:23, 242:23, 242:25,

243:1, 255:1, 291:4
**conjugate-based** [2] - 197:3, 291:4
**conjugated** [1] - 219:12
**consider** [4] - 189:7, 275:2, 275:3, 290:25
**consideration** [2] - 194:16, 293:7
**considerations** [1] - 194:15
**considering** [2] - 253:4, 275:11
**consistent** [2] - 246:10, 292:6
**consistently** [1] - 247:20
**constant** [1] - 221:14
**construction** [9] - 189:7, 189:9, 189:11, 189:16, 226:18, 226:20, 226:21, 227:25
**construed** [4] - 189:9, 189:12, 211:10, 211:11
**consume** [1] - 219:5
**consumed** [1] - 221:12
**consumes** [1] - 218:1
**consuming** [1] - 245:3
**contain** [2] - 179:1, 187:5
**contained** [1] - 165:4
**containing** [1] - 250:23
**contains** [3] - 169:23, 229:22, 261:19
**contaminating** [1] - 276:2
**content** [1] - 281:6
**contention** [4] - 177:6, 184:3, 184:6, 184:16
**contentions** [1] - 176:20
**contents** [1] - 195:4
**contested** [1] - 246:4
**context** [9] - 173:23, 173:25, 256:1, 285:23, 288:23, 288:25, 289:2, 290:25, 293:8
**continue** [3] - 173:15, 220:5, 284:17
**continues** [1] - 212:3
**continuing** [1] - 267:22
**contract** [1] - 236:18
**contrast** [2] - 172:22, 193:14
**contrasted** [1] - 287:9

**control** [1] - 207:17
**controlled** [1] - 265:22
**controls** [2] - 207:12, 207:16
**convert** [1] - 182:25
**converted** [1] - 218:12
**COO** [1] - 270:14
**copied** [1] - 282:5
**CORE-ESOL-45564** [1] - 248:25
**CORE-ESOL-45570** [1] - 248:24
**CORE-ESOL-45574** [1] - 248:24
**CoreRx** [1] - 236:18
**corporate** [1] - 205:14
**correct** [60] - 187:13, 212:19, 221:3, 221:4, 221:7, 228:20, 228:21, 230:13, 238:10, 242:4, 251:8, 254:3, 254:5, 254:10, 254:13, 254:21, 257:22, 258:2, 259:14, 259:15, 265:15, 265:24, 267:1, 267:3, 272:20, 273:4, 277:13, 284:16, 300:17, 300:18, 300:23, 300:24, 301:9, 301:16, 301:18, 301:23, 301:24, 302:7, 302:16, 302:17, 303:6, 303:11, 303:12, 303:14, 303:15, 303:17, 303:21, 303:25, 304:7, 304:8, 304:9, 304:10, 304:21, 304:22, 304:24, 304:25, 305:2, 305:3, 305:8
**correctly** [3] - 228:17, 259:12, 265:20
**CORTLAN** [1] - 164:11
**counsel** [2] - 178:5, 236:22
**Counsel** [3] - 164:8, 164:15, 164:24
**count** [1] - 268:1
**counts** [1] - 272:10
**couple** [1] - 233:9
**course** [16] - 180:20, 202:9, 202:21, 203:6, 203:14, 203:21, 204:4, 204:11, 204:13, 205:19, 209:11,

209:21, 225:6, 243:18, 264:21, 282:14
**court** [6] - 196:10, 196:12, 196:13, 300:3, 300:5, 300:8
**COURT** [47] - 163:1, 165:8, 165:23, 171:14, 171:17, 171:21, 172:1, 175:21, 176:3, 183:17, 183:22, 189:5, 189:20, 196:7, 196:14, 196:20, 201:23, 206:3, 206:15, 207:2, 208:12, 208:17, 208:23, 209:1, 210:4, 210:8, 214:11, 214:18, 214:20, 214:24, 227:5, 227:8, 227:14, 227:19, 237:5, 266:2, 282:23, 283:2, 283:10, 299:15, 299:19, 299:21, 299:25, 300:3, 300:7, 300:13, 305:15
**Court** [23] - 163:25, 165:3, 172:10, 172:16, 172:25, 175:5, 177:11, 180:3, 180:4, 180:7, 186:10, 186:18, 188:9, 189:7, 190:11, 191:18, 194:9, 196:4, 199:3, 304:12, 305:21, 305:22
**courtroom** [10] - 175:19, 176:1, 183:16, 183:20, 196:18, 201:22, 201:25, 210:3, 300:11, 305:14
**cover** [5] - 166:10, 166:11, 188:1, 201:1, 303:20
**coverage** [1] - 178:16
**covered** [3] - 229:5, 249:11, 260:11
**covering** [1] - 244:16
**covers** [2] - 167:22, 189:13
**create** [6] - 218:19, 219:2, 219:7, 220:17, 229:8, 242:3
**created** [9] - 204:3, 219:11, 219:13, 231:11, 233:16,

248:19, 248:20, 256:21, 287:8
**creates** [7] - 216:24, 228:12, 228:14, 229:9, 242:4, 286:12, 288:16
**creating** [2] - 219:17, 238:17
**critical** [4] - 187:21, 198:2, 201:16, 294:1
**criticality** [3] - 199:10, 200:3, 278:18
**criticism** [1] - 258:21
**criticizes** [1] - 258:24
**cross** [2] - 299:14, 299:15
**CROSS** [1] - 300:14
**cross-examination** [1] - 299:14
**curve** [12] - 244:9, 244:11, 244:18, 245:9, 245:21, 253:21, 255:8, 258:14, 258:16, 258:22, 259:5, 259:13
**curved** [1] - 255:10
**cut** [3] - 208:21, 232:24, 300:1

## D

**damage** [1] - 167:10
**damaging** [1] - 225:4
**dangerous** [1] - 224:19
**dark** [1] - 281:9
**data** [10] - 175:12, 199:25, 202:19, 203:19, 246:9, 248:1, 248:12, 264:1, 280:8, 304:2
**David** [1] - 303:23
**days** [4] - 281:8, 281:12, 281:16
**dealt** [1] - 215:8
**decades** [2] - 168:16, 197:4
**declaration** [4] - 199:19, 279:21, 281:5, 288:6
**dedicated** [1] - 174:16
**dedication** [15] - 174:19, 174:25, 175:1, 175:16, 179:8, 179:11, 179:23, 181:18, 182:3, 276:23, 294:20, 295:5, 296:13, 296:16, 298:20

**Defendant** [2] - 163:7, 163:11
**defendant** [1] - 189:21
**defendants** [3] - 171:10, 172:11, 173:11
**defendants'** [1] - 174:7
**defense** [8] - 179:8, 179:19, 179:23, 181:18, 183:14, 184:3, 194:3
**defenses** [9] - 174:7, 174:22, 177:12, 179:6, 179:10, 179:13, 179:20, 299:4
**define** [1] - 197:22
**defined** [1] - 246:6
**definition** [6] - 215:12, 215:14, 226:2, 226:10, 226:12, 226:13
**degradation** [3] - 171:2, 243:3, 248:22
**degrade** [5] - 167:11, 191:9, 193:12, 193:23
**degree** [1] - 225:19
**degrees** [4] - 246:8, 248:14, 249:4, 249:5
**dehydrate** [1] - 290:23
**DELAWARE** [1] - 163:2
**Delaware** [1] - 163:13
**DELLINGER** [1] - 163:19
**demand** [1] - 198:1
**demands** [1] - 178:8
**demonstrated** [2] - 253:17, 258:7
**demonstrating** [2] - 278:17, 278:19
**dependent** [1] - 284:9
**depictions** [1] - 194:8
**deposition** [2] - 237:3, 237:21
**describe** [4] - 181:12, 233:7, 271:19, 304:12
**described** [6] - 189:14, 216:5, 257:9, 258:14, 262:10, 305:7
**describes** [1] - 295:10
**description** [6] - 174:20, 188:21, 188:22, 189:3, 189:8, 189:16
**design** [2] - 177:14, 178:1

**desired** [2] - 243:3, 251:4
**despite** [4] - 170:3, 187:14, 188:7, 228:18
**destroy** [1] - 223:22
**determination** [2] - 169:17, 173:25
**determine** [6] - 169:17, 171:24, 211:10, 217:11, 232:2, 250:13
**determined** [1] - 234:12
**determining** [4] - 189:10, 189:17, 257:7, 273:19
**developed** [1] - 182:9
**development** [4] - 202:17, 204:9, 204:21, 244:11
**Development** [1] - 239:17
**deviating** [1] - 240:13
**device** [1] - 200:12
**DEVINE** [1] - 163:22
**devoted** [2] - 199:20, 200:4
**DI** [3] - 211:22, 211:23, 212:15
**diagram** [1] - 243:7
**diamond** [1] - 281:17
**diamonds** [1] - 281:9
**diarrhea** [1] - 225:7
**Diego** [1] - 164:3
**differ** [1] - 259:11
**difference** [5] - 193:7, 216:14, 217:9, 259:7, 259:8
**differences** [26] - 186:8, 192:15, 194:10, 195:20, 196:1, 234:3, 234:20, 249:22, 250:2, 250:4, 250:5, 250:11, 250:13, 251:7, 251:16, 260:19, 262:11, 262:22, 269:25, 273:11, 273:15, 273:16, 274:16, 275:10, 276:13, 291:9
**different** [53] - 174:19, 175:1, 176:7, 190:9, 192:3, 192:16, 193:24, 194:6, 194:9, 194:11, 194:21, 195:24, 196:1, 197:1, 198:19, 216:10,

219:16, 221:23, 221:24, 221:25, 223:12, 231:24, 231:25, 241:4, 243:9, 243:10, 243:12, 248:15, 250:3, 250:4, 251:24, 255:17, 256:7, 256:8, 258:25, 260:4, 260:10, 262:23, 270:13, 270:15, 270:24, 271:2, 271:5, 271:16, 272:16, 273:2, 273:4, 273:6, 273:23, 297:3, 297:5, 304:15
**differently** [1] - 195:25
**dihydrate** [9] - 172:9, 198:17, 199:22, 279:14, 282:4, 282:19, 283:6, 291:18, 292:3
**dilute** [3] - 259:9, 259:10, 259:15
**DIRECT** [1] - 202:5
**directly** [1] - 245:13
**disagree** [1] - 302:1
**disavowal** [7] - 174:2, 174:6, 285:16, 286:12, 287:8, 288:5, 288:16
**disavowing** [1] - 288:17
**disavows** [1] - 287:12
**disclose** [7] - 181:11, 280:18, 280:22, 297:22, 298:11, 298:15, 298:16
**disclosed** [8] - 174:13, 181:8, 182:4, 294:22, 297:12, 298:25, 302:3, 302:5
**discloses** [3] - 175:13, 181:16, 296:1
**disclosing** [3] - 296:4, 296:6, 297:9
**disclosure** [20] - 174:19, 174:25, 175:16, 179:8, 179:10, 179:22, 180:9, 181:18, 182:3, 276:23, 294:20, 295:5, 295:12, 295:15, 296:12, 296:16, 296:25, 298:7, 298:20, 302:12
**disclosure-dedication** [2] -

179:8, 181:18
**discuss** [2] - 204:23, 285:8
**discussed** [2] - 263:13, 301:3
**discussion** [2] - 233:13, 255:12
**diseases** [1] - 166:12
**dish** [1] - 224:15
**dispute** [9] - 166:15, 166:19, 168:1, 168:7, 188:2, 195:19, 212:10, 213:4, 301:7



**distinction** [1] - 274:5
**District** [2] - 164:23, 305:22
**DISTRICT** [2] - 163:1, 163:2
**dividing** [1] - 232:17
**DNA** [1] - 195:6
**docket** [2] - 211:18, 212:14
**doctor** [3] - 213:1, 213:2, 226:1
**Doctor** [6] - 215:1, 225:10, 228:17, 235:1, 283:11, 299:13
**Doctrine** [39] - 167:1, 167:18, 169:11, 169:13, 169:16, 171:6, 171:10, 171:11, 174:8, 174:16, 176:8, 176:10, 189:18, 196:24, 213:15, 213:24, 214:1, 233:11, 233:15, 233:24, 249:21, 253:14, 255:15,

260:11, 260:14, 262:9, 270:21, 274:10, 274:12, 275:8, 275:9, 276:3, 276:9, 276:20, 277:2, 285:14, 299:5, 299:9, 299:12
**doctrine** [5] - 169:15, 169:22, 174:19, 276:14, 299:2
**doctrines** [1] - 174:20
**document** [8] - 170:10, 210:13, 211:25, 212:16, 212:18, 265:21, 303:2, 305:8
**documents** [12] - 168:25, 202:7, 203:3, 203:5, 204:2, 204:3, 204:22, 205:2, 205:22, 209:10, 211:8, 269:12
**DOE** [1] - 176:13
**donate** [1] - 192:22
**donates** [1] - 215:11
**donating** [3] - 218:23, 219:1, 250:21
**donation** [1] - 221:25
**done** [4] - 197:20, 199:23, 222:1, 268:7
**DORSNEY** [1] - 164:10
**down** [18] - 165:14, 172:2, 194:1, 205:5, 206:25, 207:8, 207:10, 207:13, 207:15, 207:21, 208:3, 216:25, 217:19, 220:20, 241:19, 281:11, 281:18, 301:12
**dozens** [1] - 197:14
**Dr** [71] - 167:6, 168:16, 168:25, 170:1, 170:15, 175:17, 180:6, 180:23, 184:18, 184:22, 184:24, 184:25, 186:1, 187:4, 187:6, 187:12, 188:5, 188:16, 193:11, 198:24, 200:7, 200:10, 201:14, 212:24, 213:8, 226:12, 227:21, 235:22, 236:15, 237:2, 253:13, 253:16, 254:1, 254:24, 255:12, 256:6, 256:19, 257:12, 257:25,

258:6, 258:21, 259:21, 260:9, 270:20, 271:4, 271:12, 272:6, 273:11, 273:22, 274:4, 274:8, 275:16, 276:16, 276:18, 285:1, 285:9, 286:8, 287:7, 288:4, 288:5, 288:22, 289:1, 292:10, 293:17, 294:7, 294:15, 295:7, 295:9, 296:11, 302:2, 303:2
**drafts** [1] - 204:25
**draw** [2] - 223:14
**dropped** [2] - 165:11, 281:15
**drops** [1] - 230:13
**drug** [15] - 167:9, 167:11, 178:4, 190:25, 210:16, 223:22, 224:4, 225:24, 228:15, 228:24, 247:18, 247:19, 267:16, 268:10
**DTX-1074** [1] - 228:1
**DTX-1123** [1] - 302:22
**DTX-478** [1] - 261:23
**duck** [3] - 169:7
**during** [3] - 186:14, 187:16, 289:20

## E

**e-mail** [4] - 205:6, 205:8, 205:11, 205:12
**E5** [1] - 292:13
**E7** [2] - 281:9, 288:13
**early** [1] - 284:21
**earth** [1] - 200:23
**ease** [1] - 221:25
**easily** [4] - 178:9, 194:17, 216:16, 216:18
**economist** [1] - 180:13
**edge** [1] - 305:10
**EDWARDS** [2] - 164:20, 164:21
**effect** [13] - 201:5, 222:18, 224:7, 230:24, 243:23, 243:24, 252:23, 259:14, 262:20, 264:8, 272:19, 273:18, 285:5
**effective** [3] - 171:1,

264:2, 271:23
**effectiveness** [5] - 170:25, 265:14, 268:12, 268:24, 272:15
**effects** [4] - 170:3, 170:17, 223:24, 269:17
**efficacy** [2] - 167:10, 225:4
**efforts** [1] - 170:4
**either** [4] - 173:12, 208:14, 213:4, 224:6, 232:18, 234:24, 243:22, 257:1, 291:7, 294:12, 299:8, 299:11
**element** [3] - 213:1, 294:22, 304:13
**elements** [13] - 169:18, 171:20, 184:4, 188:3, 190:12, 211:15, 212:9, 213:9, 213:14, 215:6, 250:3, 250:4, 252:19
**eliminate** [4] - 171:25, 281:1, 286:16, 287:3
**embodiments** [1] - 181:14
**employees** [1] - 209:24
**empty** [1] - 216:24
**enabled** [1] - 305:7
**enablement** [1] - 174:20
**enalapril** [75] - 176:23, 177:19, 177:23, 178:3, 178:10, 178:12, 182:9, 184:8, 184:11, 185:4, 185:5, 185:6, 185:10, 185:12, 185:13, 185:17, 186:2, 186:13, 186:14, 187:1, 187:8, 188:1, 188:2, 188:11, 188:23, 197:7, 197:19, 201:7, 201:12, 210:22, 216:4, 228:13, 228:15, 228:18, 228:19, 228:23, 229:21, 229:23, 229:24, 229:25, 230:5, 230:6, 230:9, 233:19, 235:13, 235:15, 241:8, 242:13, 244:11, 244:23, 245:3,

248:6, 252:21,
253:17, 253:18,
253:22, 253:24,
255:9, 255:24,
257:3, 257:5, 257:9,
257:10, 258:9,
258:18, 266:19,
274:4, 280:6,
280:22, 286:10,
287:2, 293:18,
302:4, 304:13
**Enalapril** [1] - 303:13
**encompasses** [1] -
243:18
**end** [20] - 174:7,
206:10, 217:4,
217:5, 217:8, 218:6,
224:6, 233:4, 240:4,
242:14, 245:8,
245:18, 249:12,
254:15, 254:22,
260:15, 260:17,
276:5, 276:8, 280:7
**ends** [7] - 175:24,
183:18, 196:16,
202:2, 210:5, 300:9,
305:17
**energy** [1] - 195:14
**English** [8] - 165:9,
175:22, 183:17,
201:23, 207:3,
208:18, 300:7,
305:15
**enter** [1] - 195:6
**entering** [1] - 195:12
**entire** [2] - 173:25,
199:19
**entirely** [1] - 200:4
**entirety** [1] - 214:8
**entitled** [2] - 302:25,
303:13
**entry** [1] - 264:14
**Enumeration** [1] -
269:1
**EPA** [10] - 263:6,
264:14, 267:11,
279:24, 280:14,
281:3, 281:23,
282:8, 283:25,
286:10
**Epaned** [8] - 177:18,
178:16, 193:16,
266:25, 267:2,
267:10, 269:7,
302:19
**equal** [5] - 222:1,
222:2, 223:7, 223:9,
223:10
**equally** [1] - 185:3
**equals** [1] - 222:17
**equation** [5] - 220:25,

223:8, 223:10,
240:21, 241:20
**Equation** [1] - 223:3
**equilibrate** [3] - 217:5,
219:1, 291:3
**equilibrium** [1] - 193:8
**equivalence** [1] -
196:2
**equivalency** [1] -
200:9
**equivalent** [36] -
167:17, 169:11,
169:18, 169:20,
170:14, 171:4,
172:13, 172:15,
173:5, 173:7,
173:13, 174:24,
177:9, 179:14,
179:17, 186:5,
186:6, 186:7, 190:8,
192:12, 194:3,
213:3, 229:23,
252:23, 255:1,
255:4, 260:2, 275:7,
275:9, 275:17,
276:12, 289:22,
290:5, 290:7,
290:10, 293:4
**equivalents** [1] -
285:14
**Equivalents** [39] -
167:1, 167:18,
169:12, 169:14,
169:16, 171:6,
171:10, 171:11,
174:8, 174:17,
176:8, 176:11,
189:19, 196:24,
213:15, 213:24,
214:2, 233:11,
233:15, 233:25,
249:22, 253:14,
255:16, 260:11,
260:15, 262:9,
270:21, 274:10,
274:12, 275:8,
275:10, 276:4,
276:9, 276:20,
277:2, 285:15,
299:5, 299:9, 299:12
**ESOL** [4] - 232:21,
238:20, 242:8, 244:7
**ESOL-258** [1] - 265:6
**especially** [1] - 256:4
**ESQ** [17] - 163:19,
163:22, 163:22,
164:3, 164:6, 164:6,
164:10, 164:11,
164:13, 164:14,
164:17, 164:18,
164:18, 164:21,
164:21, 164:22,

164:22
**essentially** [2] -
166:10, 192:24
**establish** [1] - 204:19
**estopped** [1] - 171:12
**estoppel** [16] - 172:5,
173:5, 173:16,
173:18, 179:11,
179:12, 183:15,
198:6, 198:25,
276:17, 276:23,
285:12, 285:14,
289:13, 289:17,
290:2
**estoppels** [1] - 198:14
**et** [1] - 256:25
**ethyl** [1] - 255:11
**evaluate** [1] - 211:15
**evaluated** [3] - 210:24,
211:2, 211:8
**evaluating** [1] -
233:24
**events** [1] - 242:9
**evidence** [12] - 170:2,
183:4, 184:20,
184:23, 184:25,
187:18, 189:25,
199:9, 238:2,
278:17, 278:18,
294:4
**evident** [1] - 237:3
**evidentiary** [1] - 190:1
**exact** [3] - 170:21,
182:3, 276:2
**exactly** [6] - 189:1,
229:8, 235:13,
258:20, 275:15,
302:8
**examination** [1] -
299:14
**EXAMINATION** [2] -
202:5, 300:14
**Examiner** [15] - 199:8,
277:18, 277:21,
278:8, 278:16,
278:17, 279:2,
279:9, 279:13,
282:11, 282:13,
283:19, 284:7,
285:24, 289:3
**Examiner's** [5] -
198:1, 283:21,
284:10, 292:12,
294:3
**Examiners** [1] - 284:4
**Example** [5] - 182:7,
182:11, 183:3,
300:25, 302:1
**example** [11] - 168:5,
174:3, 183:3,
222:10, 272:23,

273:3, 279:14,
280:8, 287:6,
296:18, 302:5
**examples** [3] - 188:10,
188:11, 188:15
**exceed** [1] - 299:16
**exception** [2] -
169:16, 173:2
**excerpt** [2] - 182:12,
235:11
**excess** [8] - 218:2,
219:2, 234:15,
240:20, 242:20,
242:25, 243:1,
245:11
**excipients** [8] - 167:2,
191:9, 225:24,
236:6, 236:10,
240:1, 259:13,
293:20
**Excipients** [7] - 236:4,
237:13, 251:14,
252:1, 263:4,
264:11, 265:18
**exemplary** [1] -
180:14
**exert** [5] - 194:20,
194:25, 252:22,
264:7, 269:16
**exerting** [3] - 170:17,
183:13, 301:22
**exerts** [1] - 195:11
**exhibit** [3] - 247:9,
247:10, 302:22
**Exhibit** [1] - 300:19
**exist** [2] - 187:11,
188:16
**exists** [3] - 169:22,
185:23, 188:7
**expands** [1] - 267:17
**expect** [1] - 195:18
**expectation** [8] -
286:5, 286:17,
286:22, 286:24,
287:15, 287:18,
287:23, 289:10
**experience** [4] -
168:17, 225:18,
225:20, 225:23
**experiment** [2] -
244:9, 245:13
**experimental** [2] -
184:23, 184:24
**experimentation** [1] -
174:24
**expert** [50] - 168:9,
177:22, 180:2,
180:6, 180:18,
180:23, 181:6,
182:6, 182:8,
182:16, 183:4,

183:10, 184:17,
184:18, 184:22,
185:2, 185:9,
185:13, 185:20,
185:21, 186:10,
186:16, 186:18,
186:24, 187:3,
187:6, 188:9,
188:14, 188:19,
190:6, 190:10,
190:13, 190:17,
191:13, 191:17,
191:22, 192:5,
192:15, 192:17,
192:19, 193:14,
194:4, 194:9,
194:19, 194:24,
195:11, 201:19,
213:8, 253:12,
270:19
**expertise** [1] - 305:10
**experts** [8] - 178:25,
192:20, 192:25,
193:3, 193:6,
195:19, 198:19
**explain** [60] - 167:6,
168:23, 170:15,
175:17, 180:24,
181:6, 182:8,
182:16, 183:10,
184:19, 185:2,
185:13, 185:20,
186:10, 186:19,
187:3, 187:7,
188:14, 188:20,
190:7, 190:13,
190:18, 191:13,
191:22, 192:5,
192:18, 192:18,
192:20, 192:21,
192:25, 193:4,
193:6, 193:14,
194:5, 194:19,
194:24, 195:11,
211:5, 212:24,
215:17, 217:13,
219:10, 222:25,
229:1, 229:19,
240:16, 241:4,
242:9, 242:21,
243:6, 252:16,
270:9, 278:14,
290:18, 290:22,
291:15, 292:23,
293:2, 296:18,
296:23
**explained** [3] -
172:23, 178:6,
280:20
**explaining** [3] -
214:14, 229:21,
242:12

**explanation** [1] - 220:5
**explanations** [1] - 173:21
**explicitly** [1] - 298:24
**expressly** [1] - 226:25
**extemporaneously** [1] - 287:19
**extensively** [2] - 177:14, 178:1
**extent** [1] - 185:18
**eye** [1] - 201:16

## F

**face** [2] - 200:23, 236:24
**facie** [2] - 280:24, 294:4
**fact** [3] - 169:17, 185:2, 236:16
**fact-finder** [1] - 169:17
**factors** [2] - 225:8, 250:12
**facts** [1] - 212:17
**factual** [6] - 179:13, 179:20, 181:5, 184:2, 194:2, 200:9
**fall** [3] - 182:1, 188:3, 218:6
**familiar** [6] - 240:15, 255:12, 270:19, 275:16, 303:10, 305:1
**far** [8] - 169:25, 181:19, 197:6, 217:17, 218:23, 218:25, 220:11, 258:4
**fat** [1] - 182:19
**fat-loving** [1] - 182:19
**fatality** [1] - 225:1
**FDA** [5] - 167:2, 187:20, 210:17, 232:5, 297:4
**February** [1] - 163:13
**Federal** [1] - 176:12
**few** [10] - 177:4, 181:11, 183:16, 184:12, 185:14, 215:22, 216:1, 218:5, 253:13, 301:4
**fewer** [1] - 219:25
**fighting** [1] - 199:5
**figured** [1] - 177:16
**figures** [1] - 244:10
**filed** [7] - 177:17, 248:7, 277:15, 278:5, 279:3, 283:20, 305:5
**final** [5] - 177:3,

184:12, 185:14, 240:2, 281:10
**finally** [2] - 272:14, 293:11
**financial** [6] - 202:11, 202:19, 202:20, 203:3, 204:2, 204:15
**finder** [1] - 169:17
**fine** [1] - 207:2
**finish** [1] - 176:6
**first** [37] - 166:22, 178:3, 179:7, 179:9, 179:22, 184:2, 184:20, 186:25, 197:10, 202:7, 210:12, 215:10, 215:19, 218:13, 222:14, 230:13, 231:22, 235:2, 235:5, 236:2, 244:5, 244:15, 247:17, 250:14, 256:5, 257:16, 259:3, 262:24, 267:11, 267:12, 290:4, 290:14, 293:5, 293:7, 296:19, 297:2, 298:23
**fit** [1] - 203:9
**five** [6] - 206:25, 207:9, 215:6, 250:12, 280:6, 303:5
**flashing** [1] - 205:6
**flavoring** [1] - 185:19
**flawed** [3] - 285:25, 289:3, 294:3
**focus** [1] - 301:2
**focusing** [2] - 265:5, 288:9
**follow** [1] - 284:10
**following** [2] - 248:8, 283:20
**Following** [1] - 165:3
**footnote** [1] - 190:24
**FOR** [1] - 163:2
**foregoing** [1] - 305:19
**form** [11] - 168:22, 177:4, 186:3, 187:10, 220:21, 224:4, 240:23, 252:6, 254:7, 281:20, 293:18, 294:9, 297:15, 301:2, 301:7, 301:20, 302:1, 302:4, 302:15
**formed** [4] - 173:9, 233:19, 234:22, 254:16
**forming** [3] - 228:22, 254:11, 287:1
**forms** [2] - 184:16, 220:18
**formulate** [4] - 176:23, 177:19, 184:9,

191:12
**formulated** [2] - 191:2, 300:16
**formulating** [1] - 281:9
**formulation** [60] - 166:11, 166:12, 166:23, 166:24, 167:22, 168:15, 168:17, 171:20, 177:4, 177:20, 178:7, 180:3, 182:20, 182:21, 182:25, 184:11, 184:14, 185:13, 185:16, 190:20, 190:22, 190:23, 191:4, 191:16, 192:6, 193:8, 193:16, 202:9, 223:20, 224:2, 224:3, 225:17, 225:24, 232:1, 233:7, 233:14, 235:13, 239:1, 242:18, 244:10, 260:17, 265:22, 271:10, 271:14, 271:15, 280:5, 281:10, 286:24, 287:2, 287:10, 287:19, 287:24, 288:6, 288:10, 288:11, 288:13, 298:9, 298:10
**Formulations** [1] - 303:14
**formulations** [35] - 177:23, 178:10, 178:11, 182:10, 182:13, 182:21, 183:3, 183:6, 183:11, 187:4, 187:9, 187:11, 188:4, 188:24, 191:8, 191:24, 192:10, 193:15, 193:20, 194:15, 200:1, 225:2, 280:22, 281:14, 281:20, 293:18, 294:9, 297:15, 301:2, 301:7, 301:20, 302:1, 302:4, 302:15
**formulator** [1] - 194:16
**formulators** [1] - 194:16
**forth** [4] - 173:25, 202:16, 219:2, 280:24

**forward** [2] - 171:21, 172:2
**four** [10] - 166:8, 198:19, 218:2, 244:21, 244:25, 245:1, 277:11, 295:22, 302:19, 303:5
**Francisco** [1] - 163:23
**frankly** [1] - 197:17
**free** [6] - 165:21, 183:8, 185:6, 202:24, 297:10, 298:1
**freezing** [4] - 272:23, 272:24, 273:1, 273:7
**full** [1] - 173:23
**function** [66] - 170:15, 170:17, 170:21, 186:7, 186:9, 186:11, 189:10, 189:18, 190:8, 200:11, 200:15, 200:16, 201:3, 201:14, 217:10, 234:2, 234:11, 234:12, 235:2, 235:5, 236:11, 237:13, 237:16, 238:3, 238:14, 238:21, 239:22, 240:5, 240:8, 240:18, 249:13, 249:16, 251:5, 251:9, 253:4, 253:7, 256:7, 256:13, 257:13, 257:25, 260:5, 260:6, 260:19, 262:11, 262:18, 262:25, 263:15, 263:20, 263:24, 264:4, 264:6, 264:24, 264:25, 265:8, 266:10, 269:15, 269:16, 270:3, 271:11, 271:14, 273:19, 274:15, 275:11, 275:14, 276:13
**function-way** [1] - 172:11
**function-way-result** [11] - 186:9, 200:11, 201:14, 234:2, 234:11, 249:13, 251:5, 251:9, 273:19, 274:15, 276:13
**functional** [3] - 238:25, 250:20, 250:21

**functions** [1] - 263:8
**fungal** [5] - 262:22, 265:1, 266:15, 267:17, 269:20
**fungi** [5] - 224:16, 224:18, 224:20, 273:8, 276:2
**fungicidal** [1] - 195:9
**fungistatic** [4] - 195:17, 265:2, 265:11, 271:6
**fungus** [1] - 274:5

## G

**Gaffigan** [2] - 163:25, 305:21
**gate** [1] - 178:14
**gather** [1] - 202:10
**GAZA** [1] - 164:17
**Gemeinhart** [1] - 200:7
**general** [1] - 305:9
**generally** [5] - 191:4, 203:2, 215:17, 303:10, 304:11
**generate** [1] - 195:13
**generated** [1] - 190:23
**generic** [1] - 265:21
**George** [1] - 165:6
**Gerald** [1] - 303:23
**gist** [2] - 302:9
**given** [2] - 256:1, 280:25
**glucose** [1] - 195:13
**goal** [1] - 276:4
**GOODRICH** [3] - 163:21, 164:2, 164:5
**grams** [2] - 232:15, 232:16
**granular** [1] - 273:19
**GRANVILLE** [1] - 164:6
**graph** [1] - 288:14
**grayed** [1] - 281:13
**greater** [2] - 248:21, 280:5
**group** [3] - 250:20, 250:21, 250:22
**groups** [7] - 218:23, 221:23, 222:8, 243:15, 251:17, 252:5, 256:13
**grow** [1] - 273:8
**growing** [4] - 224:16, 224:18, 224:23, 224:25
**growth** [5] - 195:16, 262:22, 266:15, 269:20, 270:4

**guess** [3] - 207:15, 265:20, 282:16
**guidance** [6] - 280:19, 280:25, 286:3, 286:16, 287:3, 289:9
**Gunning** [1] - 163:25

# H

**HA** [7] - 220:22, 223:9, 223:10, 223:12, 241:20, 241:22
**hammer** [1] - 198:18
**hand** [4] - 182:12, 209:4, 262:3, 282:2
**Handbook** [7] - 236:4, 237:12, 251:13, 251:25, 263:3, 264:11, 265:18
**handle** [1] - 236:9
**hang** [2] - 176:17, 303:4
**HANSON** [1] - 163:22
**happy** [1] - 283:3
**hard** [4] - 182:19, 194:14, 208:17, 266:3
**hardly** [1] - 193:11
**Hasselbalch** [2] - 222:3, 223:2
**head** [1] - 262:5
**headed** [1] - 244:10
**heading** [2] - 210:25, 249:5
**hear** [21] - 165:21, 166:22, 168:15, 170:1, 170:20, 172:10, 172:16, 172:21, 172:25, 175:5, 196:9, 198:24, 200:7, 207:1, 207:2, 207:5, 207:16, 207:20, 208:5, 208:17
**heard** [4] - 165:23, 165:24, 198:5, 224:1
**hearing** [1] - 165:12
**helped** [1] - 205:13
**Henderson** [2] - 222:2, 223:2
**Henderson-Hasselbalch** [1] - 223:2
**hereby** [1] - 305:19
**herein** [1] - 165:4
**high** [3] - 173:19, 197:25, 217:24
**higher** [5] - 192:4, 192:10, 244:21, 248:16, 258:15
**highlighted** [6] -

168:5, 168:8, 261:19, 268:25, 269:3, 280:21
**histories** [5] - 284:19, 284:20, 284:22, 284:25, 285:9
**history** [12] - 171:13, 198:6, 198:8, 198:12, 198:14, 276:17, 276:23, 277:7, 277:10, 277:11, 285:4, 289:1
**HITCH** [1] - 164:11
**HOLLISTER** [1] - 164:13
**Honor** [86] - 165:20, 169:19, 172:4, 173:14, 173:19, 174:18, 175:19, 176:5, 176:10, 176:19, 177:7, 177:11, 177:15, 177:25, 178:3, 178:14, 178:19, 179:7, 179:18, 179:22, 180:2, 180:6, 180:12, 180:18, 180:23, 181:3, 181:11, 181:17, 181:23, 182:6, 182:17, 183:5, 183:14, 183:24, 184:2, 185:11, 185:25, 186:9, 186:23, 187:4, 187:18, 187:23, 188:11, 188:20, 188:25, 189:4, 189:6, 189:17, 190:4, 190:5, 190:6, 190:10, 190:24, 191:6, 191:23, 192:5, 192:14, 193:2, 194:2, 194:4, 194:19, 195:10, 195:18, 196:4, 196:13, 196:23, 206:18, 207:5, 210:3, 214:4, 214:19, 214:23, 227:16, 227:17, 236:14, 236:20, 237:1, 265:25, 266:6, 266:7, 282:20, 282:21, 282:25, 283:12, 300:6, 305:13
**HONORABLE** [1] - 163:16
**hope** [1] - 199:20
**hopeful** [1] - 299:23

**hopefully** [1] - 165:25
**Host** [1] - 206:5
**HOST** [18] - 165:5, 165:13, 165:16, 165:19, 176:1, 183:20, 196:18, 201:25, 206:8, 206:13, 206:16, 207:4, 207:7, 208:3, 208:7, 208:10, 208:19, 300:11
**housekeeping** [1] - 237:19
**hundred** [1] - 223:11
**HVAC** [1] - 207:8
**hydrochloric** [4] - 238:24, 239:7, 239:10, 239:12
**hydrogen** [9] - 192:22, 192:23, 200:21, 216:25, 219:2, 234:15, 240:11, 249:18, 255:7

**hydroxide** [64] - 168:22, 169:10, 173:10, 177:3, 184:12, 185:7, 185:14, 186:3, 200:22, 216:18, 217:23, 218:6, 218:9, 219:6, 219:14, 219:19, 220:2, 220:11, 220:22, 223:21, 228:14, 229:7, 229:9, 230:12, 230:13, 230:20, 230:21, 230:23, 231:2, 231:7, 231:10, 232:3, 232:16, 233:17, 234:15, 234:23, 235:25, 238:15, 238:24, 239:5, 239:25, 240:11, 241:8, 241:15, 241:18, 241:21, 242:14, 243:1, 244:24, 245:3, 245:5, 245:11, 248:19, 248:20, 249:16, 249:19, 250:16, 255:7, 255:9, 256:14, 257:3, 257:11, 258:8, 260:3

# I

**i.e** [3] - 182:22, 190:20, 301:9
**icing** [1] - 181:19
**ideal** [1] - 193:15
**identified** [4] - 175:3, 213:9, 228:25, 303:21
**identify** [7] - 168:23, 173:12, 175:6, 175:9, 213:16, 228:10, 274:4
**ignores** [1] - 292:17
**ii** [1] - 304:14
**iii** [1] - 304:16
**Illinois** [1] - 164:14
**illustrating** [1] - 212:8
**imagine** [1] - 223:5
**impact** [1] - 274:8
**impacts** [1] - 167:7
**impermissible** [1] - 189:24
**implement** [1] - 174:24
**implications** [1] - 202:16
**important** [10] - 167:1, 194:12, 194:16, 224:2, 225:2, 254:25, 255:4, 274:6, 285:1, 288:11
**improper** [1] - 176:10
**impurities** [1] - 248:17
**impurity** [3] - 246:25, 247:1, 280:7
**IMS** [2] - 203:11, 203:19
**IN** [2] - 163:1, 163:2
**Inc** [2] - 164:8, 164:15
**INC** [3] - 163:3, 163:6, 163:8
**include** [6] - 175:10, 180:16, 191:1, 257:13, 295:23, 302:5
**includes** [2] - 188:2, 295:24
**including** [6] - 185:17, 185:19, 188:10, 199:19, 237:8
**inconsistent** [1] - 179:3
**increases** [1] - 273:13
**indeed** [3] - 170:1, 175:9, 197:14
**indefinite** [1] - 279:11
**indefiniteness** [1] - 280:2
**independent** [10] -

172:11, 177:24, 184:8, 186:20, 187:15, 188:8, 188:12, 188:18, 284:8
**independently** [1] - 297:12
**indicate** [1] - 247:18
**indicates** [1] - 264:1
**indicating** [1] - 266:22
**indication** [1] - 192:9
**indisputably** [1] - 169:1
**individual** [2] - 175:23, 211:15
**industry** [2] - 203:11, 251:19
**ineffective** [1] - 167:12
**information** [8] - 181:5, 202:10, 202:21, 211:2, 229:20, 232:7, 232:22, 303:20
**infringe** [6] - 170:8, 174:16, 176:7, 198:23, 299:7, 299:8
**infringed** [9] - 171:7, 212:10, 213:4, 213:7, 213:10, 213:23, 214:1, 214:7, 214:8
**infringement** [18] - 166:6, 166:16, 168:2, 176:14, 176:16, 178:22, 179:4, 211:7, 211:9, 211:12, 211:16, 225:14, 227:3, 233:24, 274:9, 274:11, 276:9, 276:19
**infringes** [2] - 260:18, 299:10
**infringing** [1] - 201:6
**ingenuity** [1] - 177:16
**ingredient** [10] - 167:12, 170:5, 176:25, 184:10, 187:1, 187:25, 228:15, 228:19, 229:22, 257:9
**ingredients** [14] - 168:21, 170:11, 171:20, 173:15, 198:2, 199:10, 210:24, 211:1, 228:9, 242:11, 242:13, 261:21, 278:18, 286:9
**inherent** [1] - 188:16

**inherently** [3] - 187:5, 187:10, 188:7
**inhibit** [1] - 195:6
**inhibiting** [1] - 270:4
**inhibits** [1] - 195:16
**initial** [2] - 280:6, 281:6
**inquiries** [1] - 175:1
**inquiry** [1] - 176:14
**insignificant** [4] - 170:19, 262:21, 266:15, 269:20
**instantaneously** [1] - 168:22
**instantly** [1] - 278:20
**instead** [1] - 197:11
**insubstantial** [17] - 234:3, 234:20, 234:23, 249:22, 250:2, 250:4, 250:6, 250:11, 250:13, 251:6, 251:15, 262:11, 262:22, 269:25, 274:15, 275:10, 276:13
**insubstantially** [4] - 260:4, 262:23, 270:13, 272:16
**insulated** [1] - 259:16
**intended** [6] - 167:13, 177:22, 186:20, 187:14, 188:7, 292:12
**interchange** [2] - 250:25, 251:2
**interchangeable** [2] - 260:3, 260:6
**interested** [1] - 273:18
**interference** [1] - 165:12
**interjecting** [1] - 189:2
**internal** [3] - 209:17, 209:18, 209:20
**interpreted** [1] - 257:7
**interrupt** [1] - 195:4
**interrupted** [1] - 237:11
**interrupting** [2] - 195:1, 195:13
**interview** [10] - 277:17, 277:18, 277:19, 277:20, 278:6, 278:7, 278:25, 279:2, 283:22, 284:3
**interviewed** [1] - 283:19
**intrinsic** [2] - 186:17, 186:19
**introduction** [1] - 257:18

**introductions** [1] - 257:20
**invalidate** [1] - 189:23
**invalidity** [5] - 174:20, 174:22, 175:18, 178:22, 179:5
**invention** [8] - 174:4, 187:21, 198:3, 201:10, 282:12, 286:4, 289:9, 293:10
**inventive** [1] - 279:13
**inventor** [4] - 279:21, 288:5, 288:8, 303:5
**inventors** [2] - 303:23, 303:24
**involved** [1] - 204:23
**involves** [1] - 254:11
**ion** [1] - 249:19
**ionic** [1] - 218:24
**ionization** [1] - 201:18
**ions** [17] - 190:21, 191:15, 192:22, 192:23, 200:21, 200:22, 216:25, 219:2, 234:15, 240:11, 240:12, 241:18, 242:21, 245:11, 255:7, 256:14
**irrelevant** [1] - 256:3
**issue** [4] - 168:3, 189:2, 195:22, 237:2
**issued** [2] - 278:8, 284:15
**IT** [2] - 207:16, 207:25
**itself** [4] - 185:17, 188:23, 291:5, 297:4
**iv** [1] - 304:18

**J**



**JAMES** [1] - 164:10
**January** [1] - 277:23
**JD** [1] - 208:6

**JEREMY** [1] - 164:21
**job** [1] - 265:23
**joined** [1] - 202:1
**joint** [2] - 226:18, 227:24
**Judge** [1] - 163:16
**judgment** [1] - 196:6

**K**

**KAREN** [1] - 164:18
**KAUFMAN** [1] - 164:6

**KAVEH** [1] - 164:22
**keep** [7] - 202:10, 203:20, 206:21, 207:11, 280:25, 286:16, 287:3
**keeps** [1] - 203:5
**KENNETH** [1] - 164:10
**kept** [1] - 204:4

**key** [1] - 285:4
**kill** [5] - 195:7, 195:9, 195:15, 264:7, 265:1
**killing** [2] - 272:22, 273:1
**kills** [1] - 262:20
**kind** [6] - 201:6, 201:7, 207:21, 241:3, 274:5, 297:24
**kinds** [2] - 225:8, 295:24
**knowing** [1] - 287:24
**knowledge** [1] - 192:19
**known** [12] - 195:5, 195:8, 195:10, 197:3, 197:8, 197:18, 220:6, 228:22, 250:18, 251:3, 282:12, 282:13
**knows** [4] - 169:19, 173:20, 174:18, 207:17
**KRISTINA** [1] - 163:22

**L**

**label** [2] - 213:5, 229:17
**labeled** [1] - 210:16
**labeling** [1] - 229:16
**labels** [1] - 170:11
**lacking** [1] - 175:17
**large** [2] - 248:18, 295:24
**largely** [1] - 198:14
**larger** [1] - 210:13
**last** [4] - 212:12, 236:21, 294:20, 302:18
**lasts** [1] - 255:25
**late** [1] - 302:18
**launch** [1] - 209:19
**launched** [1] - 210:1
**laundry** [3] - 175:10, 175:12, 295:23
**law** [2] - 176:12, 199:4
**lawyer** [2] - 214:14, 303:8
**lawyers** [1] - 201:18

**lead** [1] - 251:6
**leading** [7] - 182:9, 265:25, 266:2, 266:3, 266:5, 282:21, 282:24
**leak** [1] - 195:3
**learn** [1] - 199:6
**least** [4] - 188:3, 225:19, 246:8, 247:23
**leave** [1] - 201:18
**leaves** [1] - 230:2
**leaving** [1] - 241:22
**led** [1] - 199:17

**left** [21] - 215:19, 215:20, 217:15, 217:16, 217:17, 218:15, 218:25, 219:5, 220:9, 220:12, 223:4, 224:14, 225:16, 241:7, 241:13, 243:7, 244:12, 244:13, 244:15, 252:18
**leftover** [1] - 241:16
**legal** [7] - 169:17, 179:10, 179:19, 179:23, 183:14, 277:2, 305:10
**legend** [1] - 268:9
**lengths** [1] - 273:14
**LEONARD** [1] - 163:16
**less** [10] - 170:17, 171:1, 200:12, 219:24, 269:17, 280:6, 281:15, 286:24, 287:1, 299:22
**lesser** [1] - 185:18
**level** [4] - 168:24, 200:25, 207:22, 244:18
**levels** [1] - 177:6
**life** [5] - 167:9, 186:14, 224:5, 224:6, 247:21
**light** [1] - 272:14
**likely** [4] - 185:3, 299:16, 301:10, 301:11
**limitation** [41] - 166:16, 166:17, 166:25, 168:3, 168:4, 170:8, 174:8, 174:12, 176:21, 177:7, 179:21, 184:4, 184:5, 186:11, 187:25,

188:12, 189:10, 189:19, 190:7, 190:12, 191:1, 212:21, 213:7, 213:20, 213:25, 228:4, 257:5, 260:2, 260:18, 260:22, 260:23, 260:24, 261:2, 261:4, 261:9, 261:10, 261:11, 261:16, 262:15, 294:23, 295:4
**limitation's** [1] - 169:21
**limitations** [19] - 166:19, 168:5, 168:8, 168:9, 171:6, 171:7, 176:9, 179:15, 191:19, 211:13, 212:9, 213:16, 213:18, 213:19, 214:6, 214:15, 299:8, 299:11
**limited** [2] - 200:1, 293:20
**line** [5] - 165:5, 193:4, 237:22, 268:25, 281:18
**lines** [6] - 193:17, 193:19, 235:16, 237:21, 295:19, 296:21



194:14
**liquid** [17] - 166:10, 167:8, 177:20, 177:23, 178:11, 182:13, 183:6, 184:11, 223:19, 235:13, 280:5, 280:22, 286:24, 287:2, 301:2, 301:20, 302:4
**liquids** [1] - 194:18
**list** [6] - 175:10, 175:12, 295:23, 296:1, 296:8, 304:5
**listed** [6] - 197:15, 210:25, 228:18, 261:11, 261:21, 298:24
**listen** [2] - 173:11, 199:8
**listing** [1] - 198:11
**literal** [6] - 169:21, 211:6, 211:9, 211:12, 211:16, 260:2
**literally** [6] - 171:7,



278:22, 278:23, 279:4, 279:7, 279:16, 279:17, 282:25, 283:3, 283:4, 283:14, 283:16, 287:25, 288:3, 288:19, 288:21, 289:12, 289:15, 289:25, 290:1, 290:12, 290:13, 290:15, 290:17, 290:19, 290:21, 291:11, 291:14, 292:7, 292:9, 292:19, 292:21, 292:24, 293:1, 293:14, 293:16, 294:18, 294:19, 295:2, 295:3, 295:16, 295:17, 296:9, 296:10, 296:20, 296:22, 297:19, 297:21, 298:17, 298:19, 299:13

**multiple** [1] - 235:23

**must** [7] - 173:17, 175:2, 211:11, 211:13, 259:3, 289:21, 305:6

**mute** [1] - 206:15

**muted** [1] - 206:17

## N

**NA** [3] - 207:24, 220:22, 220:23

**Nahata** [3] - 280:21, 287:20, 292:13

**Nahata's** [2] - 281:17, 281:19

**name** [7] - 170:5, 178:6, 206:22, 207:11, 207:21, 208:14

**named** [1] - 303:5

**narrow** [6] - 176:16, 178:21, 179:4, 289:19, 290:6

**narrowing** [8] - 172:12, 172:16, 173:1, 198:20, 198:23, 199:1, 290:23, 291:8

**NATAL** [1] - 208:9

**NATALIE** [4] - 164:3, 206:23, 208:1, 208:2

**NDA** [1] - 267:16

**nearer** [1] - 245:1

**nearly** [1] - 255:1

**need** [8] - 174:10, 177:20, 195:14, 207:20, 210:13, 215:7, 224:3, 256:25

**needed** [1] - 240:2

**needs** [1] - 180:21

**negative** [2] - 200:22, 215:24

**net** [1] - 201:5

**neutral** [2] - 216:1, 216:2

**neutralize** [4] - 190:22, 191:16, 193:12, 193:25

**neutralizing** [1] - 200:21

**never** [8] - 172:19, 174:3, 177:21, 283:13, 292:17, 293:25, 294:5, 300:16

**new** [3] - 194:15, 267:15, 267:16

**next** [123] - 176:19, 178:18, 180:3, 181:11, 182:6, 183:16, 184:2, 185:25, 190:6, 192:14, 194:2, 194:19, 210:11, 211:4, 212:3, 213:12, 215:4, 215:16, 216:3, 216:21, 217:2, 219:15, 220:16, 221:17, 222:6, 222:21, 226:7, 226:15, 228:3, 229:11, 230:16, 231:14, 232:10, 233:21, 234:7, 234:17, 235:3, 235:9, 235:19, 236:1, 238:6, 238:19, 239:13, 240:3, 240:14, 241:2, 242:6, 243:4, 244:4, 245:6, 245:24, 246:12, 247:3, 248:9, 249:8, 249:24, 250:7, 251:10, 251:22, 252:11, 259:20, 260:13, 260:21, 261:3, 261:15, 262:13, 262:24, 263:1, 263:11, 263:21, 264:3, 264:9, 265:3, 266:9, 266:16, 267:7, 269:10, 269:21, 270:7, 270:16,

272:11, 274:13, 276:6, 277:4, 277:16, 277:25, 278:9, 278:10, 278:22, 279:1, 279:16, 279:18, 279:22, 280:9, 281:2, 281:21, 282:16, 283:14, 283:24, 284:13, 285:7, 285:19, 286:6, 287:5, 287:25, 288:19, 289:14, 289:25, 290:12, 290:15, 291:11, 292:19, 292:24, 293:14, 294:18, 295:2, 295:16, 296:9, 297:19, 298:17

**nice** [1] - 193:21

**nicely** [1] - 193:18

**NICHOLS** [1] - 163:19

**night** [1] - 236:21

**NO** [3] - 163:6, 163:6, 163:11

**NOA** [1] - 244:14

**noise** [2] - 207:8, 208:20

**non-citric** [1] - 201:2

302:15

**nonchemical** [1] - 273:9

**none** [2] - 286:1, 289:5

**noninfringement** [1] - 196:6

**nonobvious** [1] - 199:11

**normal** [2] - 202:21, 239:25

**noted** [1] - 189:21

**notes** [1] - 305:19

**nothing** [10] - 184:21, 184:25, 197:19, 198:22, 255:18, 256:24, 257:1, 258:3, 296:4, 296:8

**noting** [1] - 169:20

**number** [6] - 211:18,

215:24, 251:25, 255:6, 267:24, 295:24

**numbers** [1] - 248:15

**numerical** [1] - 190:11

## O

**object** [2] - 190:1, 266:3

**objection** [11] - 198:10, 214:9, 236:14, 236:22, 237:6, 280:17, 282:20, 283:7, 283:9

**objections** [1] - 236:23

**obligated** [1] - 236:22

**obtain** [3] - 172:20, 172:23, 203:20

**obvious** [9] - 198:3, 199:9, 278:16, 279:9, 282:17, 291:24, 293:6, 293:12, 293:19

**obviously** [2] - 198:10, 237:7

**obviousness** [19] - 201:20, 280:16, 280:24, 281:25, 282:6, 282:9, 282:15, 282:19, 283:7, 285:25, 289:3, 291:21, 291:22, 292:1, 292:12, 293:12, 293:13, 294:2, 294:5

**occasional** [2] - 165:11, 165:24

**occurred** [2] - 244:22, 285:17

**October** [1] - 277:24

**OF** [1] - 163:2

**Office** [12] - 173:23, 173:24, 174:4, 178:15, 199:7, 199:21, 279:3, 279:5, 279:8, 279:19, 279:20, 280:23

**office** [1] - 283:18

**officer** [2] - 202:17, 204:21

**Official** [3] - 163:25, 164:15, 305:21

**OH** [2] - 200:22, 218:22

**OHs** [1] - 218:22

**old** [1] - 178:4

**ONA** [1] - 240:22

**once** [1] - 291:3

**one** [52] - 166:14, 167:2, 167:22, 172:13, 174:10, 175:11, 177:16, 182:24, 190:17, 194:12, 197:6, 197:7, 198:7, 205:8, 210:22, 218:24, 219:3, 226:8, 226:19, 232:16, 234:2, 235:21, 235:23, 235:25, 237:8, 237:18, 237:25, 244:15, 244:16, 247:17, 247:19, 248:16, 259:9, 261:5, 266:2, 266:23, 274:9, 281:22, 282:1, 282:7, 286:18, 287:20, 289:7, 297:7, 298:5, 301:25, 304:16

**ones** [1] - 285:4

**oOo** [1] - 165:1

**open** [8] - 196:10, 196:13, 196:14, 201:21, 202:1, 300:3, 300:5, 300:8

**opening** [3] - 178:6, 257:20, 257:22

**operate** [2] - 195:23, 240:18

**operates** [2] - 200:24, 243:16

**operating** [2] - 243:12, 297:11

**operative** [2] - 297:15, 298:10

**OPERATOR** [1] - 207:25

**opinion** [49] - 185:1, 235:6, 235:7, 236:10, 237:13, 238:13, 239:22, 241:5, 246:3, 246:21, 247:15, 252:4, 253:2, 253:16, 254:6, 256:6, 256:19, 257:8, 257:12, 258:6, 258:13, 259:2, 259:22, 260:5, 263:7, 263:15, 264:15, 265:7, 266:13, 270:23, 271:4, 275:5, 275:15, 276:25, 285:1, 285:5, 285:6, 288:8, 288:22, 288:24, 291:15, 293:17,

294:7, 294:15, 294:25, 296:15, 296:24, 299:4, 302:2
**opinions** [13] - 214:14, 229:20, 238:21, 240:17, 244:2, 254:19, 254:24, 255:15, 272:6, 273:16, 274:8, 276:22, 277:22
**optimal** [5] - 193:20, 197:8, 197:18, 216:4, 217:6
**optimum** [14] - 216:7, 216:9, 218:7, 218:9, 222:13, 231:10, 234:16, 239:6, 240:13, 242:16, 243:2, 243:18, 244:17, 245:22
**oral** [3] - 166:10, 210:22, 248:6
**orange** [1] - 272:9
**order** [5] - 170:18, 197:17, 236:21, 236:23, 242:10
**ordered** [1] - 165:3
**ordinary** [15] - 174:23, 180:20, 202:9, 203:6, 203:14, 203:21, 204:4, 204:11, 204:13, 209:11, 209:21, 226:5, 227:1, 297:17, 298:11
**originally** [2] - 178:5, 302:20
**outlined** [1] - 234:5
**outside** [3] - 169:21, 195:4, 222:19
**overall** [4] - 204:15, 262:5, 269:9, 287:13
**overcame** [3] - 280:1, 282:19, 283:6
**overcome** [3] - 282:15, 292:1, 292:12
**overhead)** [1] - 207:17
**overrule** [1] - 283:10
**overruled** [1] - 237:9
**overview** [1] - 205:14
**owing** [1] - 192:11
**own** [6] - 187:4, 187:6, 188:5, 188:16, 276:22, 298:21

**P**

**page** [8] - 211:25, 212:3, 237:21,

237:22, 247:13, 263:6, 265:6, 267:13
**pages** [1] - 246:19
**painted** [1] - 170:3
**panel** [4] - 217:16, 221:22, 223:4, 282:2

**paragraph** [1] - 181:6
**paragraphs** [1] - 212:15
**pardon** [4] - 223:13, 226:19, 239:5, 265:17
**part** [31] - 201:21, 202:9, 202:21, 204:11, 204:13, 205:19, 209:21, 210:17, 211:2, 215:22, 225:14, 228:19, 229:15, 229:16, 229:25, 238:22, 239:18, 246:16, 246:17, 247:2, 247:11, 248:6, 251:15, 263:17, 267:14, 281:5, 282:8, 295:21, 302:9
**particular** [8] - 197:7, 197:22, 197:23, 198:1, 198:2, 199:16, 199:21, 286:23
**particularly** [2] - 172:7, 182:12
**parties** [2] - 204:15, 226:10
**parts** [1] - 244:1
**party** [1] - 236:17
**PASCALE** [1] - 164:18
**Patent** [7] - 173:22, 173:24, 174:4, 178:15, 198:1, 199:21, 302:25
**patent** [37] - 167:21, 167:25, 174:15, 175:13, 178:5, 186:25, 188:4, 201:4, 201:5, 216:5, 235:5, 235:7, 235:12, 256:5, 256:24, 258:3,

258:4, 271:18, 277:8, 277:9, 277:22, 284:15, 292:13, 296:12, 300:22, 302:24, 303:11, 303:13, 303:20, 304:3, 304:5, 304:6, 304:9, 305:4, 305:5, 305:6, 305:10
**patentability** [8] - 172:18, 173:1, 199:6, 200:6, 289:21, 290:8, 291:16, 292:11
**patented** [1] - 166:23
**patentee** [3] - 175:3, 211:12, 294:22
**patents** [34] - 166:8, 166:9, 166:10, 166:11, 166:14, 166:17, 167:20, 171:13, 177:14, 177:18, 178:2, 180:8, 182:9, 186:25, 187:2, 187:23, 187:24, 188:21, 189:14, 189:23, 197:21, 211:16, 213:18, 255:19, 255:20, 277:11, 284:21, 284:23, 295:22, 302:19, 303:6, 303:16, 303:24, 304:4
**patents-in-suit** [3] - 303:16, 303:24, 304:4
**pathway** [1] - 195:13
**patient** [3] - 178:9, 223:25, 257:19
**patients** [1] - 225:7
**pause** [1] - 175:21
**PDX** [1] - 224:11
**PDX-20** [1] - 224:13
**PDX-206** [1] - 210:12
**PDX-207** [1] - 211:5
**PDX-208** [3] - 212:5, 213:9
**PDX-209** [1] - 212:20
**PDX-210** [2] - 213:12, 213:16
**PDX-211** [1] - 215:4
**PDX-212** [1] - 215:16
**PDX-213** [1] - 216:3
**PDX-214** [1] - 216:9
**PDX-215** [1] - 217:13
**PDX-216** [1] - 218:11
**PDX-217** [1] - 219:15
**PDX-218** [1] - 221:19

**PDX-221** [1] - 225:11
**PDX-222** [2] - 226:17, 227:22
**PDX-223** [1] - 228:5
**PDX-224** [1] - 229:13
**PDX-225** [1] - 230:18
**PDX-2267** [1] - 231:22
**PDX-228** [1] - 233:23
**PDX-229** [2] - 232:12, 234:9
**PDX-232** [1] - 235:9
**PDX-233** [2] - 235:20, 237:20
**PDX-234** [1] - 236:2
**PDX-235** [1] - 238:6
**PDX-236** [1] - 238:19
**PDX-237** [1] - 239:14
**PDX-238** [1] - 240:4
**PDX-239** [1] - 240:6
**PDX-241** [1] - 241:2
**PDX-242** [1] - 242:7
**PDX-243** [2] - 243:5, 243:6
**PDX-244** [1] - 244:5
**PDX-246** [1] - 245:15
**PDX-248** [1] - 246:14
**PDX-249** [1] - 247:5
**PDX-250** [1] - 248:10
**PDX-252** [1] - 250:2
**PDX-253** [1] - 250:8
**PDX-254** [1] - 251:12
**PDX-255** [1] - 251:24
**PDX-256** [1] - 252:14
**PDX-257** [1] - 259:21
**PDX-259** [2] - 261:7
**PDX-263** [1] - 263:2
**PDX-264** [1] - 263:12
**PDX-265** [1] - 263:22
**PDX-267** [1] - 264:10
**PDX-268** [1] - 265:4
**PDX-270** [1] - 266:17
**PDX-271** [2] - 267:8, 267:10
**PDX-272** [1] - 268:16
**PDX-274** [1] - 269:22
**PDX-275** [1] - 270:9
**PDX-276** [1] - 272:2
**PDX-277** [1] - 274:17
**PDX-280** [1] - 278:13
**PDX-281** [1] - 278:24
**PDX-282** [1] - 279:5
**PDX-283** [1] - 279:18
**PDX-284** [1] - 279:23
**PDX-285** [1] - 280:13
**PDX-286** [1] - 281:2
**PDX-287** [1] - 282:8
**PDX-288** [1] - 281:23
**PDX-289** [1] - 283:17
**PDX-290** [1] - 283:25
**PDX-292** [1] - 285:8

**PDX-293** [1] - 285:21
**PDX-294** [1] - 286:6
**PDX-295** [1] - 287:6
**PDX-296** [1] - 288:1
**PDX-297** [1] - 288:20
**PDX-301** [1] - 290:20
**PDX-302** [1] - 291:13
**PDX-304** [1] - 292:8
**PDX-310** [1] - 295:18
**PDX-311** [1] - 296:21
**PDX-312** [1] - 297:20
**PDX-313** [1] - 298:18
**PDX-40** [1] - 240:14
**people** [1] - 198:10
**per** [21] - 172:8, 181:21, 182:2, 185:9, 196:25, 198:16, 210:23, 213:21, 213:22, 213:25, 232:18, 252:21, 259:10, 261:12, 262:7, 266:22, 266:23, 274:25, 282:3, 304:16
**percent** [3] - 280:5, 280:6, 281:7
**perform** [5] - 170:16, 253:6, 260:4, 260:6, 275:13
**performance** [2] - 202:11, 204:16
**performed** [2] - 235:14, 239:25
**performs** [1] - 170:21
**period** [2] - 167:9, 280:7
**permit** [2] - 189:21, 190:2
**person** [14] - 174:23, 180:19, 207:17, 225:15, 225:16, 226:5, 251:1, 271:21, 273:17, 275:25, 297:17, 298:6, 298:11, 301:17
**personnel** [1] - 209:25
**perspective** [3] - 180:19, 180:21, 254:10
**petition** [1] - 187:19
**petri** [1] - 224:15
**pH** [127] - 166:24, 167:4, 167:6, 167:14, 169:3, 170:17, 170:18, 171:1, 184:13, 184:14, 185:19, 186:12, 186:21, 187:15, 191:10,

191:24, 192:7, 193:4, 193:8, 193:15, 193:16, 193:18, 193:20, 194:1, 197:8, 197:18, 200:15, 200:17, 200:18, 201:8, 201:12, 201:13, 215:9, 215:17, 215:25, 216:1, 216:4, 216:7, 216:9, 216:25, 217:3, 217:5, 217:6, 217:12, 217:19, 217:22, 217:24, 218:3, 218:6, 218:7, 218:9, 221:6, 221:8, 221:9, 221:13, 221:14, 221:22, 222:1, 222:9, 222:16, 222:18, 223:5, 223:17, 223:19, 223:21, 230:24, 230:25, 231:10, 234:14, 234:16, 235:8, 235:12, 235:15, 235:23, 235:24, 235:25, 238:15, 238:16, 239:1, 239:5, 239:6, 239:24, 240:2, 240:12, 240:13, 242:15, 242:16, 243:2, 243:9, 243:13, 243:21, 243:22, 244:11, 244:13, 244:17, 245:12, 245:22, 249:17, 251:4, 252:24, 255:10, 255:22, 255:24, 258:15, 264:19, 264:20, 264:21, 265:9, 265:14, 265:22, 269:17, 271:8, 281:19, 284:5, 286:25, 291:5, 297:13, 301:10
**Ph.D** [2] - 164:13, 225:17
**pH=pKa** [4] - 223:8, 223:9, 223:11, 223:14
**pharma** [2] - 233:10, 242:23
**Pharmaceutical** [6] - 237:12, 239:17, 251:14, 252:1, 263:3, 264:11
**pharmaceutical** [7] -

168:17, 172:11, 190:25, 223:19, 224:2, 236:5, 236:10
**pharmaceutically** [3] - 188:1, 257:6, 304:14
**Pharmaceuticals** [2] - 164:8, 164:24
**PHARMACEUTICAL S** [3] - 163:3, 163:8, 163:10
**pharmacist** [1] - 213:6
**Pharmacopeia** [1] - 268:8
**pharmacy** [1] - 225:19
**phase** [1] - 241:23
**phrase** [5] - 226:19, 280:4, 282:4, 291:22, 291:23
**phraseology** [1] - 178:24
**pHs** [3] - 297:14, 298:8, 301:12
**physical** [3] - 194:11, 195:20, 273:11
**pick** [2] - 216:18, 216:19
**picked** [1] - 208:20
**picks** [2] - 215:15, 273:11
**piece** [2] - 181:5, 198:8
**pipeline** [1] - 204:24
**pKa** [15] - 215:9, 221:19, 221:21, 221:25, 222:1, 222:3, 222:5, 222:9, 222:10, 222:13, 222:17, 223:6, 243:20, 243:21
**pKas** [5] - 222:15, 250:24, 251:19, 252:8
**place** [3] - 175:11, 218:24, 256:5
**plainly** [1] - 170:10
**Plaintiff** [2] - 163:4, 163:9
**plan** [1] - 198:9
**plausible** [1] - 185:3
**play** [2] - 179:10, 225:9
**playing** [1] - 238:17
**plethora** [1] - 178:11
**PLLC** [1] - 164:20
**plus** [11] - 220:22, 220:23, 222:8, 222:10, 223:11, 241:17, 242:21, 246:7, 297:8, 297:11
**point** [10] - 172:2, 183:1, 183:15,

190:11, 198:20, 214:21, 244:20, 245:1, 297:3, 305:13
**pointed** [1] - 172:19
**pointing** [2] - 180:8, 207:17
**points** [1] - 270:1
**populations** [1] - 178:9
**portion** [16] - 165:3, 172:8, 175:24, 177:1, 180:13, 183:18, 184:10, 185:4, 187:7, 196:16, 202:2, 210:5, 258:8, 300:9, 305:17
**portions** [5] - 181:12, 217:11, 247:15, 280:2, 288:22
**Portions** [1] - 163:14
**POSA** [9] - 180:22, 180:24, 181:7, 183:5, 183:11, 190:14, 190:18, 225:23, 250:25
**position** [6] - 189:15, 189:21, 214:6, 237:2, 273:21, 273:22
**positive** [1] - 200:21
**potassium** [2] - 298:4, 304:24
**potential** [1] - 175:10
**potentials** [1] - 197:15
**pour** [1] - 216:23
**powder** [1] - 203:4
**power** [1] - 201:11
**pre** [4] - 277:17, 278:6, 278:7, 278:25
**pre-interview** [4] - 277:17, 278:6, 278:7, 278:25
**preamble** [1] - 178:24
**precisely** [1] - 169:22
**precluded** [2] - 276:19, 277:1
**predetermined** [1] - 239:2
**preparations** [1] - 231:25
**prepare** [6] - 204:10, 204:14, 205:13, 209:20, 232:7, 248:12
**prepared** [12] - 182:13, 182:17, 204:14, 205:8, 205:18, 205:25, 209:8, 209:10, 231:25, 232:1,

287:19
**prescriptions** [1] - 203:12
**present** [10] - 176:22, 181:20, 183:8, 190:15, 190:21, 191:15, 193:12, 254:16, 259:13, 301:8
**presentation** [3] - 205:13, 205:16, 205:17
**presentations** [8] - 204:15, 205:7, 205:18, 209:8, 209:17, 209:19, 209:21
**presented** [1] - 214:22
**presenting** [2] - 278:17, 293:12
**preservative** [70] - 168:4, 168:11, 170:8, 170:11, 170:14, 170:16, 170:20, 171:5, 174:12, 174:15, 175:8, 177:7, 179:25, 194:3, 213:24, 215:2, 224:13, 224:15, 224:17, 224:21, 224:22, 224:24, 225:3, 260:23, 260:24, 261:2, 261:3, 261:10, 261:11, 261:16, 262:15, 262:18, 262:19, 262:25, 263:10, 263:20, 264:1, 264:18, 264:22, 264:24, 265:23, 266:12, 266:14, 268:10, 269:15, 270:21, 271:23, 272:17, 273:3, 273:18, 274:22, 274:24, 275:1, 275:3, 275:4, 275:6, 275:7, 276:1, 276:10, 276:11, 276:12, 295:4, 297:11, 298:3, 302:5, 304:17, 304:23
**preservatives** [31] - 175:10, 177:9, 180:5, 180:14, 180:15, 180:16, 181:2, 181:14, 182:4, 185:18, 215:9, 224:10, 261:20, 261:22,

263:18, 264:5, 265:8, 265:13, 269:14, 269:25, 271:20, 272:8, 273:20, 275:17, 276:3, 276:4, 295:23, 296:8, 300:17, 302:15, 304:20
**preserve** [2] - 272:21, 272:24
**pretrial** [2] - 236:21, 236:23
**prevent** [3] - 223:16, 243:3, 276:1
**prevents** [2] - 224:22, 240:12
**preview** [1] - 177:12
**previous** [4] - 220:15, 223:15, 265:18
**previously** [1] - 223:2
**prima** [2] - 280:24, 294:3
**principle** [5] - 230:7, 243:12, 253:23, 258:19, 258:20
**principles** [2] - 168:18, 277:2
**priority** [3] - 304:4, 305:5, 305:7
**problem** [2] - 184:20, 185:25
**problems** [1] - 184:19
**proceed** [6] - 166:3, 171:22, 176:4, 183:23, 210:7, 227:14
**proceeding** [1] - 305:19
**Proceedings** [1] - 227:12
**process** [5] - 177:4, 197:24, 229:1, 230:24, 231:11
**processes** [1] - 195:1
**processing** [1] - 213:2
**produced** [1] - 255:7
**produces** [4] - 169:10, 220:11, 241:15, 245:23
**producing** [1] - 241:21
**product** [86] - 166:18, 166:25, 167:3, 167:10, 168:12, 168:21, 169:2, 169:3, 169:5, 169:24, 171:8, 176:20, 176:23, 177:2, 177:5, 177:9, 178:16, 179:14,

182:1, 182:22,
184:9, 184:13,
184:21, 185:1,
185:15, 185:24,
186:4, 190:8,
191:12, 191:20,
192:2, 192:11,
192:13, 193:5,
193:8, 193:10,
194:6, 197:1,
197:10, 202:12,
210:16, 210:25,
211:12, 211:13,
213:5, 224:5, 225:5,
225:8, 230:22,
232:6, 234:16,
239:9, 242:3,
242:10, 242:17,
242:19, 245:21,
245:23, 246:6,
247:18, 247:19,
247:23, 249:20,
252:25, 253:6,
255:21, 255:25,
258:25, 259:6,
261:17, 264:2,
264:23, 266:21,
267:7, 267:10,
268:18, 268:22,
269:5, 269:7,
272:24, 273:1,
299:7, 299:10
**products** [10] -
169:23, 190:25,
191:7, 202:11,
202:19, 204:9,
204:24, 210:1,
276:2, 300:16
**professor** [2] - 213:6,
305:11
**proper** [8] - 186:11,
189:10, 189:18,
221:6, 224:4,
242:15, 288:25,
289:23
**properly** [4] - 211:10,
211:11, 223:25,
305:5
**properties** [8] -
194:11, 195:20,
195:21, 251:3,
264:17, 267:17,
268:9, 273:24
**proportion** [1] - 222:2
**proposed** [2] - 198:3,
247:20



**prosecution** [18] -
171:13, 198:6,
198:8, 198:12,
198:13, 276:17,
276:22, 277:7,
277:10, 284:18,
284:20, 284:22,
284:25, 285:4,
285:9, 289:1, 289:20
**protect** [2] - 187:16,
187:17
**protects** [1] - 186:14
**proton** [9] - 215:15,
215:20, 216:18,
218:2, 219:1, 219:4,
219:5, 223:21,
240:23
**protons** [28] - 200:21,
215:12, 215:23,
215:24, 216:1,
216:16, 216:19,
217:4, 217:18,
217:22, 218:4,
218:9, 218:24,
221:24, 229:8,
230:25, 240:20,
240:24, 241:18,
242:25, 248:19,
248:20, 250:22,
256:14
**prove** [2] - 198:1,
211:13
**provide** [7] - 209:24,
286:3, 286:19,
286:22, 289:8,
296:17, 296:25
**provided** [5] - 186:12,
209:18, 236:21,
236:23, 284:5
**provides** [2] - 180:14,
286:4

**providing** [1] - 177:12
**proving** [1] - 185:22
**PTX** [4] - 251:24,
281:3, 283:25,
295:18
**PTX-1** [3] - 235:16,
295:19, 296:21
**PTX-122** [2] - 248:3,
248:23
**PTX-123** [1] - 248:24
**PTX-124** [1] - 248:24
**PTX-219** [1] - 222:24
**PTX-234** [1] - 238:1
**PTX-247** [1] - 246:2
**PTX-250** [1] - 203:23
**PTX-253** [1] - 204:6
**PTX-254** [1] - 202:23
**PTX-256** [1] - 209:5
**PTX-257** [1] - 209:14
**PTX-279** [1] - 277:6
**PTX-29** [3] - 205:1,
205:4, 205:17
**PTX-3** [1] - 300:19
**PTX-31** [2] - 205:21,
209:5
**PTX-329** [2] - 205:1,
205:17
**PTX-34** [2] - 203:8,
203:17
**PTX-37** [1] - 209:13
**PTX-476** [1] - 229:13
**PTX-478** [8] - 210:12,
228:8, 230:19,
238:12, 238:20,
242:8, 265:4, 274:18
**PTX-480** [6] - 267:8,
267:11, 267:12,
267:13, 267:22,
272:3
**PTX-484** [3] - 246:15,
246:20
**PTX-485** [2] - 247:5,
247:14
**PTX-492** [2] - 231:23,
232:23
**PTX-494** [1] - 232:23
**PTX-495** [1] - 232:24
**PTX-497** [2] - 236:3,
251:13
**PTX-498** [9] - 239:15,
239:19, 244:6,
263:13, 263:22,
266:17, 268:19,
272:2
**PTX-5** [7] - 277:12,
278:13, 280:13,
281:23, 282:8,
286:10, 288:1
**PTX-500** [2] - 263:3,
264:12
**PTX-6** [1] - 284:23

**PTX-7** [1] - 284:23
**PTX-8** [1] - 284:23
**PTX-SLGVT-EPA** [1] -
281:3
**PTX-SLVGT-EPA** [1] -
283:25
**public** [6] - 165:5,
171:17, 174:16,
174:25, 175:2,
175:22
**publicly** [1] - 197:18
**published** [1] - 178:12
**pulling** [1] - 289:1
**purely** [1] - 196:24
**purpose** [2] - 166:23,
200:14
**purposes** [8] - 174:25,
178:22, 179:4,
179:5, 209:23,
256:2, 291:16
**pursuant** [2] - 236:20,
236:22
**put** [18] - 165:6, 191:2,
198:7, 198:10,
211:21, 214:9,
219:19, 222:12,
259:4, 259:5,
267:12, 271:24,
282:5, 287:14,
287:24, 291:23

**Q**

**QS** [1] - 231:6
**quacks** [1] - 169:7
**qualification** [1] -
178:20
**quality** [1] - 246:17
**quantitative** [2] -
190:12, 210:21
**quantities** [1] - 223:17
**quantum** [1] - 231:6
**questions** [6] - 196:5,
196:7, 237:7, 266:1,
266:5, 282:22
**quite** [4] - 178:23,
248:17, 251:21,
274:1
**quotes** [1] - 288:25

**R**

**R&D** [5] - 182:9,
183:2, 204:8,
204:10, 204:24
**radically** [1] - 194:21
**raise** [3] - 191:10,
236:22, 260:9
**raised** [2] - 189:1,
236:24

**raises** [2] - 174:11,
253:13
**range** [16] - 181:17,
182:1, 218:4, 222:7,
222:8, 222:19,
243:9, 243:17,
243:22, 244:17,
244:19, 245:22,
245:23, 250:24,
265:10, 265:14
**ranges** [3] - 190:11,
191:14, 243:13



**rate** [1] - 230:1
**rather** [1] - 297:6
**reach** [5] - 217:12,
218:9, 221:5,
255:22, 305:10

**read** [3] - 173:23,
180:21, 285:23
**readily** [1] - 183:1
**readjust** [1] - 165:22
**Ready** [2] - 202:8,
202:12
**ready** [4] - 166:3,
203:4, 207:23,
227:14
**Ready-to-Use** [2] -
202:8, 202:12
**ready-to-use** [1] -
203:4
**real** [3] - 168:7, 217:9,
222:17
**really** [11] - 177:15,
190:25, 200:11,
205:13, 238:23,
247:12, 285:5,
290:6, 291:8,
297:15, 299:21
**realm** [1] - 282:21
**reason** [12] - 172:17,
173:3, 173:12,
177:25, 182:17,

191:6, 192:17, 286:3, 286:20, 289:8, 292:2
**reasonable** [5] - 286:5, 287:15, 287:18, 287:23, 289:10
**reasons** [8] - 176:7, 177:15, 250:10, 289:23, 290:9, 290:11, 294:14, 302:1
**rebutted** [1] - 293:11
**recap** [2] - 233:10, 233:13
**receive** [2] - 202:20, 203:10
**received** [1] - 205:6
**receiving** [1] - 202:18
**recess** [3] - 196:8, 227:10, 227:12
**recitation** [1] - 286:9
**recited** [3] - 179:1, 179:2, 284:6
**recognize** [3] - 205:2, 205:22, 300:22
**recognizes** [1] - 297:4
**reconvened** [1] - 227:12
**record** [12] - 186:17, 186:19, 214:5, 214:9, 237:20, 239:11, 248:23, 285:21, 290:19, 291:13, 296:20, 302:24
**records** [5] - 231:5, 231:13, 231:24, 232:8, 232:13
**refer** [2] - 171:19, 173:15
**reference** [4] - 212:24, 242:11, 263:6, 263:14
**references** [1] - 286:19
**referred** [6] - 195:16, 237:20, 247:6, 247:13, 284:21, 294:6
**referring** [20] - 178:21, 212:13, 212:14, 212:15, 238:20, 239:15, 239:19, 246:14, 246:19, 254:18, 263:2, 266:25, 268:25, 269:3, 272:18, 274:18, 277:12, 277:23, 282:9, 295:18

**refers** [4] - 242:7, 251:13, 286:10, 296:11
**refrain** [1] - 170:4
**regarding** [34] - 166:22, 184:4, 195:19, 202:11, 202:19, 203:11, 204:15, 204:22, 209:9, 209:25, 234:20, 236:10, 237:19, 238:21, 239:22, 240:4, 240:17, 245:8, 245:18, 246:3, 249:12, 262:15, 263:8, 263:15, 263:24, 269:24, 274:9, 275:5, 276:9, 276:17, 276:22, 285:22, 294:16, 296:12
**region** [2] - 216:8, 217:1
**registration** [2] - 247:9, 247:10
**regular** [1] - 205:19
**regularly** [3] - 203:10, 204:10, 209:20
**rejected** [7] - 278:16, 279:9, 279:11, 282:6, 291:20, 291:22, 293:6
**rejecting** [1] - 199:9
**rejection** [5] - 280:2, 281:25, 282:9, 282:19, 292:13
**rejoined** [1] - 243:9
**related** [15] - 173:1, 179:20, 199:6, 200:5, 202:8, 223:1, 225:19, 247:11, 279:25, 281:10, 282:10, 289:21, 289:23, 292:11, 304:2
**relates** [3] - 173:12, 229:20, 240:17
**relation** [2] - 173:2, 173:4
**relationship** [3] - 292:22, 293:4, 294:16
**relevant** [9] - 189:16, 189:17, 195:22, 195:23, 256:4, 259:6, 271:9, 271:18, 294:23
**reliable** [1] - 236:7
**relies** [1] - 176:8
**remind** [6] - 196:10, 240:7, 261:1, 264:5,

266:11, 274:23
**reminds** [1] - 169:6
**removed** [2] - 165:6, 234:14
**removing** [3] - 245:10, 245:11, 249:18
**render** [1] - 223:22
**repeat** [2] - 233:12, 237:12
**rephrase** [3] - 221:5, 275:6, 278:1
**Report** [1] - 239:18
**report** [1] - 247:11
**reported** [1] - 175:13
**Reporter** [3] - 163:25, 305:21
**reporting** [1] - 203:3, 204:2
**reports** [3] - 203:10, 203:20, 263:7
**representative** [1] - 279:15
**represented** [1] - 167:2
**representing** [1] - 221:1
**represents** [1] - 215:18
**requesting** [1] - 196:6
**require** [5] - 179:24, 192:18, 256:20, 304:19, 304:23
**required** [5] - 167:9, 167:15, 187:1, 255:22, 255:23
**requirement** [5] - 167:4, 181:17, 182:3, 268:23, 268:24
**requirements** [4] - 215:3, 269:5, 269:6, 274:2
**requires** [6] - 175:16, 188:18, 258:1, 279:14, 285:12, 289:19
**resist** [2] - 186:21, 192:7
**respect** [20] - 166:15, 168:2, 168:7, 176:20, 176:21, 177:7, 185:22, 187:17, 202:18, 212:2, 234:10, 242:22, 243:20, 260:11, 260:16, 260:23, 269:7, 269:12, 270:21, 295:5
**respectfully** [2] - 176:9, 195:23

266:11, 274:23
**respective** [1] - 171:12
**respects** [1] - 296:23
**respond** [1] - 197:25
**responded** [2] - 178:10, 279:20
**responding** [2] - 280:16, 285:1
**response** [8] - 199:19, 253:20, 270:23, 271:4, 271:12, 272:6, 273:22, 283:18
**responsible** [1] - 250:21
**result** [27] - 170:19, 186:7, 186:9, 192:3, 199:23, 200:11, 201:14, 234:2, 234:11, 234:15, 245:19, 245:21, 246:22, 249:13, 251:5, 251:9, 260:5, 260:19, 262:11, 262:21, 269:13, 269:19, 271:11, 273:19, 274:15, 276:13
**results** [13] - 170:22, 195:25, 199:13, 199:18, 245:16, 246:3, 247:15, 249:19, 260:7, 266:10, 266:11, 266:14, 272:8
**retains** [1] - 224:4
**return** [1] - 227:9
**revealed** [1] - 175:20
**review** [5] - 202:21, 211:23, 212:1, 213:5, 215:3
**reviewed** [1] - 239:11
**reviewing** [1] - 202:18
**rewritten** [1] - 201:6
**rhetorical** [1] - 200:12
**right-hand** [3] - 182:12, 262:3, 282:2
**rights** [1] - 182:1
**ring** [1] - 270:14
**rise** [2] - 199:7, 217:3
**rises** [2] - 218:3, 218:4
**RNA** [1] - 195:7
**Roberts** [1] - 198:9
**role** [5] - 202:18, 204:21, 231:1, 238:17, 239:8
**room** [2] - 165:7, 206:6
**ROSATI** [3] - 163:21, 164:2, 164:5
**ROSHAN** [1] - 164:13

**row** [3] - 212:23, 269:1, 269:4
**RTU** [1] - 209:19
**RUEDY** [2] - 164:22, 214:19
**runs** [3] - 231:25, 232:4
**rupture** [1] - 195:3

## S

**SABA** [1] - 164:22
**safety** [1] - 167:10
**sales** [2] - 202:16, 209:25
**salmonella** [2] - 224:23, 224:25

**SAMANTHA** [1] - 164:18
**San** [2] - 163:23, 164:3
**satis** [1] - 231:6
**satisfy** [1] - 176:8
**scatter** [1] - 256:14
**scavenge** [1] - 241:18
**scavenging** [1] - 240:23
**school** [1] - 197:25
**scientific** [1] - 254:10
**scientist** [1] - 168:16
**scientists** [1] - 236:5
**scope** [13] - 169:21, 173:22, 187:24, 198:23, 211:10, 285:16, 286:12, 287:8, 287:12, 288:5, 288:16, 288:18, 289:19
**screen** [8] - 166:13, 168:6, 172:6, 203:9, 211:21, 246:20, 253:10, 267:13
**scroll** [1] - 205:5
**seal** [1] - 300:4
**Sealed** [1] - 163:14
**sealed** [19] - 165:3,

171:22, 175:24, 176:2, 183:18, 183:21, 191:2, 196:16, 196:19, 202:2, 210:5, 227:13, 300:9, 300:12, 305:17
**searching** [1] - 276:1
**second** [18] - 168:3, 172:15, 176:13, 177:25, 183:14, 185:11, 185:25, 194:2, 197:13, 219:17, 245:1, 250:18, 259:7, 260:22, 286:9, 291:1, 293:8, 303:4
**secondly** [1] - 297:7
**section** [9] - 210:15, 229:16, 246:18, 252:3, 261:18, 261:19, 287:13, 287:14, 304:3
**Section** [1] - 305:1
**sections** [1] - 212:1
**secure** [1] - 178:16
**secured** [1] - 302:19
**see** [37] - 168:20, 176:15, 178:17, 180:4, 181:14, 182:11, 186:25, 198:11, 198:15, 199:8, 199:9, 199:20, 199:25, 215:19, 218:22, 220:15, 222:13, 224:16, 224:18, 239:7, 243:17, 248:14, 248:15, 257:2, 270:13, 272:10, 281:7, 281:9, 281:11, 281:15, 291:21, 298:7, 301:15, 304:3, 304:5, 304:6, 304:9
**seeing** [1] - 166:13
**sensitivity** [1] - 206:6
**sentences** [1] - 206:11
**separate** [6] - 172:10, 184:7, 186:20, 187:15, 188:8, 230:9
**September** [1] - 277:24
**sequence** [1] - 242:9
**serve** [1] - 188:23
**serves** [3] - 256:7, 262:20, 277:10
**session** [2] - 171:23, 286:18
**set** [3] - 218:8, 221:9, 280:24

**setting** [1] - 235:13
**seven** [1] - 216:2
**several** [3] - 238:7, 250:3, 250:4
**SHEA** [1] - 164:17
**shelf** [7] - 167:9, 186:14, 187:16, 191:3, 224:5, 224:6, 247:21
**shifts** [1] - 193:9
**short** [4] - 171:3, 174:5, 196:8, 196:15
**shortly** [1] - 178:17
**show** [21] - 167:16, 168:25, 169:1, 169:9, 174:9, 177:22, 183:4, 200:3, 222:7, 222:8, 225:13, 226:17, 230:1, 235:20, 240:25, 243:16, 268:11, 268:13, 269:12, 270:11, 272:5
**showed** [11] - 171:1, 241:20, 242:24, 243:7, 245:9, 251:20, 252:8, 258:16, 280:7, 282:11, 286:2
**showing** [27] - 199:21, 216:6, 218:2, 219:16, 220:7, 220:21, 221:21, 224:14, 240:10, 240:19, 244:12, 244:13, 245:20, 246:24, 252:17, 266:20, 268:9, 268:14, 268:22, 269:4, 280:8, 281:13, 282:1, 297:25, 298:1
**shown** [6] - 218:19, 220:20, 230:23, 240:21, 241:19, 291:17
**shows** [26] - 180:3, 182:13, 225:14, 225:15, 226:18, 234:1, 243:8, 244:18, 244:22, 244:23, 245:2, 248:18, 248:22, 251:16, 252:5, 253:22, 254:4, 255:8, 261:3, 261:18, 265:9, 281:5, 298:2, 298:4, 298:5
**SHRESTHA** [1] - 164:13

**side** [13] - 218:21, 225:16, 240:19, 240:21, 241:7, 243:7, 244:13, 244:14, 252:18, 252:19, 253:1, 270:15, 271:2
**significance** [1] - 229:19
**significant** [2] - 171:2, 259:8
**significantly** [2] - 259:4, 288:12
**signify** [2] - 190:19, 191:14
**SILVERGATE** [2] - 163:3, 163:8
**Silvergate** [53] - 164:8, 167:16, 169:9, 171:12, 174:9, 174:13, 175:24, 176:8, 176:15, 176:22, 177:6, 177:17, 177:21, 177:22, 178:15, 182:8, 183:2, 184:7, 184:17, 185:21, 186:19, 187:14, 187:19, 187:24, 188:7, 192:12, 197:21, 199:12, 202:10, 202:17, 203:4, 203:5, 203:10, 203:20, 204:3, 204:8, 204:10, 204:14, 205:18, 206:2, 209:10, 209:20, 210:5, 246:5, 267:15, 267:16, 276:19, 277:1, 277:22, 300:9, 302:18, 303:20, 304:12
**Silvergate's** [16] - 166:23, 176:16, 176:20, 177:14, 178:1, 178:5, 184:3, 184:6, 184:22, 185:9, 186:11, 202:9, 203:14, 204:13, 209:9, 212:2
**similar** [12] - 166:17, 167:19, 168:2, 226:12, 241:4, 243:15, 270:6, 271:2, 271:3, 272:10, 272:12, 274:1
**similarities** [1] - 256:15

**simple** [1] - 173:21
**simply** [6] - 169:20, 174:5, 174:9, 266:20, 287:17, 288:9
**single** [5] - 197:11, 197:13, 200:4, 200:23, 286:20
███ ██ ███
**situation** [1] - 187:22
**six** [3] - 167:20, 176:7, 176:9
**skill** [13] - 174:23, 180:20, 225:15, 225:17, 226:5, 251:1, 271:21, 273:17, 275:25, 297:17, 298:6, 298:12, 301:17
**SLGVT** [1] - 281:3
**slide** [128] - 176:6, 176:19, 178:18, 180:3, 182:12, 183:25, 184:3, 210:11, 211:4, 212:6, 213:13, 215:4, 215:16, 216:3, 216:6, 216:21, 219:15, 219:16, 220:15, 220:17, 221:17, 222:22, 224:14, 225:13, 225:14, 226:7, 226:15, 226:17, 226:18, 229:11, 229:14, 230:16, 230:23, 231:14, 232:10, 232:25, 233:21, 234:7, 234:17, 235:3, 235:9, 235:19, 236:1, 236:15, 237:6, 237:18, 237:25, 238:6, 238:19, 239:13, 240:3, 240:14, 241:2, 242:6, 243:4, 244:4, 245:6, 245:24, 246:12, 247:3, 248:9, 249:9, 249:24, 250:7, 251:10, 251:22, 252:12, 252:16, 259:18, 259:20, 260:13, 260:21, 261:3, 261:15, 262:13, 262:24, 263:1, 263:11, 263:21, 264:3, 264:9, 265:3, 265:9, 265:18, 266:9,

**slides** [12] - 181:11, 183:16, 198:6, 228:22, 236:21, 236:25, 256:17, 267:19, 271:24, 283:15, 286:2, 292:7
**slightly** [1] - 270:15
**slow** [1] - 172:2
**SLVGT** [8] - 263:6, 267:11, 279:24, 280:13, 281:23, 282:8, 283:25, 286:10
**SLVGT-EPA** [5] - 263:6, 267:11, 279:24, 281:23, 286:10
**SLVGT-EPA-100528** [1] - 205:5
**SLVGT-EPA-102994** [1] - 252:4
**SLVGT-EPA-3225** [1] - 272:3
**SLVGT-EPA-818** [1] - 278:13
**SLVGT-EPA-837** [1] - 279:6
**SLVGT-EPA-882** [1] - 288:2
**SLVGT-EPA-887** [1] - 288:2
**small** [2] - 223:17, 248:22
**sodium** [146] - 168:21, 169:9, 170:14, 170:16, 172:8, 173:10, 175:7, 175:15, 177:3, 177:5, 177:10, 179:17, 179:24,

266:16, 267:8, 269:10, 269:21, 270:7, 270:16, 274:13, 276:6, 277:4, 277:25, 278:9, 278:11, 278:22, 279:16, 279:22, 280:9, 281:2, 281:21, 281:22, 282:7, 282:10, 283:24, 284:13, 285:7, 285:19, 286:6, 287:5, 287:25, 288:19, 289:14, 289:25, 290:12, 290:15, 291:12, 292:20, 292:25, 293:15, 294:18, 295:2, 295:16, 296:9, 297:19, 298:17

180:11, 180:17, 181:9, 182:14, 182:15, 183:8, 184:11, 184:15, 185:7, 185:14, 185:23, 186:3, 187:5, 187:10, 187:20, 188:6, 188:13, 188:17, 190:15, 191:21, 193:9, 193:10, 193:19, 193:22, 193:25, 194:7, 194:16, 194:22, 195:9, 195:11, 197:2, 198:16, 213:22, 213:25, 218:16, 218:17, 218:23, 218:24, 218:25, 219:3, 219:7, 219:12, 219:13, 219:19, 220:2, 220:10, 220:11, 220:16, 220:18, 220:21, 221:15, 221:20, 228:13, 229:7, 229:9, 230:12, 230:13, 230:20, 230:21, 230:23, 231:1, 231:7, 231:10, 232:3, 232:16, 233:17, 234:22, 235:24, 238:15, 238:24, 239:5, 239:25, 241:8, 241:15, 241:17, 241:21, 241:22, 242:14, 244:23, 245:5, 250:14, 250:16, 257:11, 258:7, 260:3, 261:12, 263:9, 264:16, 266:21, 268:10, 270:4, 270:5, 270:11, 270:25, 271:5, 271:6, 271:15, 273:24, 275:11, 275:19, 279:14, 282:3, 282:12, 282:13, 282:18, 283:6, 286:11, 290:23, 291:2, 291:18, 292:3, 293:5, 293:19, 294:1, 294:6, 294:8, 295:12, 296:3, 296:7, 297:1, 297:8, 297:23, 298:4, 298:13, 298:24,

302:3, 304:15, 304:24
**solubility** [4] - 252:10, 256:16, 256:17, 273:15
**soluble** [2] - 250:18, 251:21
**solution** [28] - 168:19, 168:22, 170:18, 197:7, 197:19, 201:7, 201:8, 210:22, 215:17, 216:4, 216:5, 216:24, 217:10, 218:19, 219:3, 219:6, 221:10, 223:5, 225:2, 230:8, 232:14, 240:12, 241:18, 248:6, 254:23, 259:16, 266:19, 291:3
**solutions** [6] - 201:12, 224:25, 253:25, 259:9, 264:20
**solvate** [2] - 257:6, 304:14
**solve** [2] - 223:8, 223:9
**somewhat** [1] - 305:1
**SONSINI** [3] - 163:21, 164:2, 164:5
**sorbate** [1] - 304:24
**sorry** [28] - 179:9, 181:24, 188:25, 200:14, 206:19, 208:4, 208:25, 212:5, 214:19, 226:8, 231:18, 232:21, 233:1, 233:12, 237:11, 247:7, 247:10, 249:2, 257:22, 267:8, 267:15, 278:1, 278:2, 280:11, 280:12, 282:25, 283:12, 296:20
**sort** [3] - 200:12, 200:13, 201:6
**sound** [2] - 208:7, 208:10
**special** [1] - 256:25
**species** [8] - 190:20, 191:18, 191:24, 192:1, 192:8, 215:21, 215:23, 228:22
**specific** [18] - 170:4, 173:3, 175:13, 175:17, 179:25, 183:3, 190:16, 190:19, 190:20,

199:10, 199:14, 214:15, 265:6, 286:20, 288:17, 295:12, 295:15, 296:25
**specifically** [13] - 172:23, 197:22, 202:12, 205:4, 228:4, 240:16, 244:6, 244:7, 246:19, 262:25, 280:23, 296:7, 296:19
**specification** [15] - 174:15, 175:5, 175:9, 180:8, 180:9, 180:13, 180:21, 181:12, 182:7, 188:10, 188:18, 188:21, 189:12, 197:16, 295:21
**specifications** [4] - 235:11, 246:25, 247:1, 247:20
**specs** [1] - 268:14
**spell** [3] - 206:22, 207:21, 208:13
**spelling** [2] - 207:11, 208:24
**split** [1] - 193:21
**squared** [1] - 182:2
**squares** [1] - 220:17
**stability** [43] - 167:7, 167:8, 167:15, 197:8, 197:18, 199:14, 199:24, 215:9, 216:8, 217:7, 224:1, 224:2, 224:3, 242:16, 243:3, 246:9, 248:1, 248:5, 248:8, 248:13, 248:20, 251:4, 257:4, 257:14, 257:16, 257:18, 258:1, 258:4, 267:14, 278:20, 279:25, 280:1, 280:18, 280:23, 281:6, 284:5, 286:1, 288:7, 288:10, 289:6, 292:18, 293:9, 298:8
**stabilize** [1] - 255:24
**stabilized** [1] - 234:14
**stabilizes** [2] - 235:8, 249:17
**stable** [19] - 169:5, 234:16, 242:18, 245:23, 246:6, 247:18, 247:23, 249:19, 252:25, 255:10, 279:12,

280:3, 280:4, 281:10, 281:11, 281:12, 286:23, 287:1, 288:12
**standard** [2] - 211:6, 289:16
**standards** [1] - 233:23
**standpoint** [2] - 176:17, 180:19
**STARGATT** [1] - 164:17
**STARK** [1] - 163:16
**start** [10] - 209:6, 215:19, 224:6, 229:10, 232:21, 267:9, 300:3, 300:4, 300:5, 300:8
**started** [2] - 165:9, 300:1
**starting** [3] - 212:2, 254:12, 305:9
**starts** [1] - 217:3
**state** [1] - 293:25
**statement** [8] - 229:22, 235:21, 246:4, 257:22, 263:25, 283:13, 287:13, 288:23
**statements** [4] - 257:20, 278:8, 287:7, 288:15
**states** [2] - 216:6, 288:10
**States** [3] - 268:7, 303:5, 303:11
**STATES** [1] - 163:1
**static** [1] - 264:17
**stating** [2] - 237:6, 237:15
**stay** [1] - 171:22
**staying** [1] - 245:1
**stays** [1] - 185:6
**stenographic** [1] - 305:19
**step** [5] - 176:13, 190:17, 217:2, 242:17, 284:19
**Stephen** [1] - 168:16
**steps** [3] - 177:4, 184:12, 185:15
**STETTINIUS** [1] - 164:13
**STEVEN** [1] - 164:21
**sticking** [1] - 267:10
**still** [7] - 206:23, 207:1, 207:9, 208:9, 227:13, 274:11, 275:13
**stoichiometry** [1] - 219:24
**stomach** [4] - 186:15,

187:16, 187:17, 257:19
**stop** [5] - 171:14, 194:1, 206:3, 219:22, 261:1
**storage** [1] - 280:7
**strengths** [1] - 221:24
**stress** [1] - 293:9
**stretch** [1] - 176:10
**strike** [4] - 276:14, 295:8, 297:18, 301:6
**strong** [14] - 177:23, 193:7, 207:9, 216:12, 216:13, 216:14, 216:16, 216:17, 216:20, 217:8, 221:2, 222:4, 254:8, 254:12
**stronger** [1] - 193:3
**strongest** [1] - 222:5
**strongly** [2] - 186:21, 187:15
**structurally** [2] - 243:15, 270:5
**structure** [7] - 194:8, 256:16, 256:17, 270:14, 270:25, 271:3, 303:10
**structures** [4] - 194:9, 256:9, 270:11, 271:2
**studied** [1] - 248:15
**studies** [3] - 248:14, 248:20, 281:6
**study** [6] - 244:11, 247:18, 249:3, 266:19, 267:2, 267:14
**studying** [1] - 267:16
**sub** [1] - 220:3
**subject** [7] - 173:18, 175:2, 189:13, 201:3, 228:3, 287:15, 305:6
**submission** [1] - 173:24
**submit** [2] - 176:9, 195:23
**submitted** [4] - 200:1, 210:17, 232:5, 288:6
**subsequently** [1] - 240:25
**substantial** [4] - 186:8, 192:14, 196:1, 260:19
**substantially** [16] - 190:8, 192:3, 192:16, 194:6, 195:24, 195:25, 197:1, 252:3, 262:19, 270:24, 271:5, 273:2, 273:4,

273:6, 273:23
**substitute** [1] - 169:20
**substoichiometric** [7]
- 219:20, 219:23,
220:10, 221:2,
241:9, 241:14,
241:21
**success** [6] - 286:5,
286:17, 287:15,
287:18, 287:23,
289:11
**successful** [3] -
286:23, 287:1,
292:18
**sucralose** [2] - 284:8,
286:11
**sufficient** [7] - 255:10,
255:21, 255:22,
255:23, 255:24,
256:1, 257:3
**suggest** [1] - 280:22
**suggested** [2] -
278:17, 284:7
**suggestion** [2] -
283:21, 284:11
**suit** [3] - 303:16,
303:24, 304:4
**suitable** [4] - 180:10,
181:9, 188:23, 302:3
**summaries** [2] -
248:5, 257:17
**summarize** [5] -
234:9, 234:19,
285:20, 285:21
**summarized** [2] -
213:20, 254:21
**summarizes** [4] -
176:19, 184:3,
241:6, 248:13
**summarizing** [1] -
284:2
**summary** [7] - 179:9,
232:7, 232:12,
232:20, 242:13,
248:12, 262:14
**superior** [4] - 284:5,
288:7, 288:9, 293:9
**supplemental** [1] -
283:20
**support** [11] - 187:18,
189:25, 235:6,
237:13, 244:2,
247:15, 247:22,
260:9, 296:15,
296:17, 302:1
**supported** [1] - 251:8
**supporting** [1] -
235:24
**supports** [13] - 235:7,
236:10, 238:3,
238:13, 238:21,

239:21, 246:3,
246:21, 252:4,
263:15, 263:23,
264:15, 265:7
**supposedly** [1] -
293:18
**surrender** [2] -
173:17, 173:22
**susceptible** [1] -
274:5
**swapping** [2] -
172:12, 172:15
**sweetener** [1] - 284:8
**swims** [1] - 169:7
**syllable** [2] - 165:11,
165:25
**synthesis** [1] - 195:7
**system** [48] - 172:13,
177:5, 185:23,
188:6, 188:17,
191:21, 197:3,
197:12, 197:23,
197:24, 199:16,
199:17, 217:4,
217:16, 217:17,
217:25, 218:5,
218:8, 220:23,
221:9, 222:16,
224:15, 229:8,
231:2, 239:6,
242:22, 242:23,
243:25, 245:2,
245:10, 251:3,
254:7, 254:20,
254:25, 255:2,
255:6, 255:7, 255:9,
257:11, 264:1,
270:14, 271:8,
273:7, 291:7, 291:10
**systems** [6] - 172:16,
184:16, 200:2,
215:25, 272:17,
290:5

## T

**Table** [9] - 210:20,
228:9, 238:11,
242:11, 267:23,
296:19, 296:24,
297:20
**table** [11] - 230:18,
238:7, 238:13,
242:8, 248:13,
261:21, 273:25,
280:8, 297:22,
297:24, 301:3
**tables** [4] - 267:24,
272:5, 296:11,
296:15
**tablet** [1] - 178:7

**TAFT** [1] - 164:13
**talks** [1] - 180:14
**tangential** [7] - 173:2,
173:4, 290:11,
292:22, 293:3,
294:9, 294:16
**tangentially** [1] -
289:23
**target** [2] - 184:14,
239:2
**taste** [1] - 175:12
**taste-testing** [1] -
175:12
**TAYLOR** [1] - 164:17
**teaches** [2] - 286:1,
289:5
**technically** [1] -
179:19
**technology** [4] -
215:4, 215:6, 215:8,
266:3
**temperature** [2] -
249:3, 273:10
**ten** [1] - 244:10
**term** [6] - 216:8,
217:7, 224:1,
259:16, 278:20,
279:12
**terms** [2] - 226:24,
227:2
**test** [17] - 186:7,
186:8, 192:15,
196:2, 234:2, 234:3,
234:11, 234:20,
234:21, 249:13,
249:22, 250:2,
251:6, 251:7,
260:19, 260:20,
276:13
**testified** [2] - 251:18,
301:25
**testify** [1] - 302:8
**testifying** [4] - 241:6,
241:10, 249:15,
252:24
**testimony** [5] -
168:15, 184:22,
214:16, 237:19,
284:22
**testing** [3] - 170:25,
175:12, 268:5
**Tests** [1] - 269:2
**tests** [3] - 262:10,
262:16, 268:11
**th** [1] - 221:8
**THE** [72] - 163:1,
163:2, 165:5, 165:8,
165:13, 165:16,
165:19, 165:23,
171:14, 171:17,
171:21, 172:1,

175:21, 176:1,
176:3, 183:17,
183:20, 183:22,
189:5, 189:20,
196:7, 196:14,
196:18, 196:20,
201:23, 201:25,
206:3, 206:8,
206:12, 206:13,
206:15, 207:2,
207:4, 207:7, 208:3,
208:7, 208:10,
208:12, 208:15,
208:17, 208:19,
208:23, 208:25,
209:1, 210:4, 210:8,
214:11, 214:18,
214:20, 214:24,
227:5, 227:8,
227:14, 227:19,
231:15, 237:5,
246:25, 266:2,
274:14, 282:23,
283:2, 283:10,
283:12, 299:15,
299:19, 299:21,
299:25, 300:3,
300:7, 300:11,
300:13, 305:15
**themselves** [3] -
183:9, 214:7, 302:13
**theory** [9] - 186:1,
187:4, 187:6,
187:12, 188:6,
188:16, 193:11,
260:10, 294:3
**therapeutic** [1] -
225:24
**therapeutically** [1] -
213:3
**therefore** [2] - 174:15,
192:2
**thereof** [1] - 257:6
**third** [6] - 172:25,
204:14, 236:17,
250:20, 297:11,
298:2
**third-party** [1] -
236:17
**three** [20] - 179:10,
203:9, 221:23,
231:25, 232:13,
232:19, 243:11,
243:12, 244:16,
249:11, 252:8,
270:11, 270:13,
284:21, 284:23,
289:18, 301:9,
301:22
**throughout** [3] -
194:10, 197:4, 224:5
**tidy** [1] - 292:5

**timeline** [3] - 277:7,
277:14, 278:24
**title** [1] - 303:16
**titled** [1] - 269:1
**titration** [11] - 244:9,
245:9, 245:20,
253:21, 254:4,
255:8, 258:14,
258:16, 258:22,
259:5, 259:13
**today** [4] - 224:1,
238:7, 257:21,
268:19
**together** [3] - 181:4,
181:8, 302:13
**tong** [1] - 198:18
**top** [5] - 205:9,
205:11, 266:24,
286:19, 288:10
**total** [10] - 230:1,
247:1, 262:6, 262:7,
268:1, 272:9,
274:23, 274:25,
276:8, 280:6
**totally** [1] - 220:3
**touched** [1] - 241:3
**towards** [1] - 218:4
**toxic** [3] - 167:11,
224:19, 225:1
**trade** [1] - 178:6
**traditional** [2] - 186:6,
196:1
**trail** [1] - 206:10
**train** [1] - 209:25
**training** [1] - 209:18
**transcript** [3] - 237:4,
237:21, 305:19
**translate** [1] - 194:10
**translates** [1] - 192:2
**transport** [2] - 195:1,
195:4
**treat** [2] - 166:12,
223:24
**treatment** [2] - 167:13,
167:23
**Trial** [1] - 163:14
**trial** [2] - 183:4, 196:5
**TRIALanywhere** [19] -
165:5, 165:13,
165:16, 165:19,
176:1, 183:20,
196:18, 201:25,
206:5, 206:8,
206:13, 206:16,
207:4, 207:7, 208:3,
208:7, 208:10,
208:19, 300:11
**triangle** [1] - 281:17
**true** [6] - 186:1, 186:4,
189:6, 193:11,
230:5, 305:19

**trumping** [1] - 206:9
**try** [10] - 200:3, 206:10, 206:20, 207:1, 207:3, 208:23, 266:4, 266:5, 282:23
**trying** [4] - 171:24, 206:18, 217:15, 292:5
**tune** [1] - 185:8
**TUNNELL** [1] - 163:19
**turn** [28] - 166:2, 186:14, 201:20, 206:5, 207:8, 207:10, 207:15, 208:3, 208:4, 211:3, 211:18, 211:25, 215:3, 224:10, 226:7, 227:3, 245:16, 260:22, 276:14, 276:16, 286:6, 291:11, 292:22, 299:14, 300:19, 300:25, 302:22, 304:11
**turned** [1] - 206:25
**turning** [10] - 171:9, 175:18, 207:13, 210:11, 225:11, 264:22, 266:9, 266:16, 267:7, 278:24
**turns** [3] - 181:23, 181:25, 193:2
**two** [50] - 165:11, 166:10, 166:11, 167:20, 168:8, 168:21, 169:17, 172:10, 177:15, 179:13, 180:24, 182:24, 184:19, 193:24, 199:15, 199:16, 199:17, 200:2, 218:13, 218:18, 220:21, 222:14, 222:15, 232:15, 234:1, 238:4, 239:23, 240:18, 243:15, 243:16, 244:15, 250:11, 254:21, 257:4, 261:19, 262:10, 269:25, 270:1, 270:5, 272:8, 272:17, 276:4, 283:14, 290:5, 291:9, 292:7, 297:10, 297:25, 302:12
**two-year** [1] - 257:4
**TY** [1] - 164:6
**type** [1] - 197:11

**types** [2] - 193:20, 204:22
**typically** [3] - 219:13, 254:7, 274:1

## U

**U.S** [3] - 302:25, 304:2, 305:22
**U.S.C** [1] - 305:1
**ultimately** [1] - 283:23
**unambiguous** [1] - 285:15
**unbuffered** [1] - 217:17
**unclaimed** [1] - 175:2
**under** [47] - 167:1, 167:17, 169:11, 171:6, 174:16, 178:6, 186:6, 186:7, 186:9, 187:3, 187:6, 187:12, 188:5, 188:15, 192:14, 196:1, 204:9, 210:25, 213:15, 213:23, 214:1, 218:21, 233:24, 234:10, 234:20, 234:21, 249:22, 250:1, 250:4, 251:5, 255:15, 260:14, 260:18, 262:16, 271:7, 274:9, 274:11, 275:8, 275:9, 276:3, 276:9, 276:12, 276:19, 279:9, 299:9, 299:11, 300:4
**underlined** [2] - 172:7, 198:15
**underlying** [1] - 280:2
**understood** [7] - 214:23, 228:17, 257:23, 259:23, 267:6, 300:2
**undisputed** [1] - 212:17
**undue** [1] - 174:24
**unequivocal** [2] - 174:1, 174:6
**unexpected** [5] - 199:13, 199:14, 199:18, 199:23
**unit** [1] - 210:21
**UNITED** [1] - 163:1
**United** [3] - 268:7, 303:5, 303:11
**units** [1] - 222:9
**unless** [1] - 196:4
**unmistakable** [1] - 173:17

**unreacted** [1] - 220:19
**unseal** [4] - 183:15, 210:3, 305:14, 305:15
**unspecified** [1] - 246:25
**unstable** [7] - 223:22, 281:18, 281:19, 281:20, 297:14, 298:9
**unsupported** [2] - 184:21, 184:25
**up** [43] - 179:7, 179:9, 179:22, 182:9, 184:2, 191:2, 193:4, 193:17, 193:19, 194:1, 194:2, 196:13, 196:14, 197:25, 198:8, 198:10, 199:2, 201:21, 203:9, 205:8, 207:20, 208:5, 208:20, 211:21, 215:15, 216:16, 216:18, 216:19, 217:5, 218:6, 218:8, 237:8, 244:20, 244:25, 248:8, 249:5, 258:15, 260:14, 267:13, 271:25, 292:5, 298:15, 298:20
**updates** [1] - 209:24
**upper** [1] - 215:22
**uses** [2] - 167:17, 169:10
**USP** [5] - 268:14, 268:23, 269:5, 269:6, 274:2

## V

**Valerie** [1] - 163:25
**validity** [1] - 189:2
**valuation** [1] - 204:20
**various** [7] - 212:15, 212:17, 231:24, 236:6, 271:19, 281:14, 292:6
**Vasotec** [1] - 178:7
**verify** [1] - 232:5
**vertical** [1] - 244:13
**via** [1] - 184:24
**vial** [2] - 216:24,

217:18
**view** [1] - 214:16
**vitiate** [1] - 169:14
**vitiated** [1] - 169:20
**vitiation** [7] - 169:15, 169:24, 170:6, 179:18, 259:22, 259:25, 260:8
**vivo** [6] - 257:14, 257:16, 257:18, 258:1, 258:3, 258:5
**volume** [7] - 206:20, 207:13, 207:20, 207:22, 208:4, 236:5
**Volume** [1] - 163:14

## W

**waiting** [1] - 165:7
**waived** [2] - 236:25, 237:7
**walk** [4] - 180:2, 186:18, 188:9, 194:9
**walking** [2] - 180:7, 277:14
**Washington** [1] - 164:23
**water** [12] - 182:23, 192:22, 192:23, 216:2, 220:22, 241:15, 241:22, 250:18, 251:21, 286:11, 304:18
**water-based** [1] - 182:23
**ways** [10] - 182:24, 194:21, 195:24, 207:12, 207:22, 218:13, 235:23, 235:24, 235:25, 272:21
**weak** [15] - 192:25, 193:3, 216:12, 216:15, 216:20, 217:8, 218:17, 221:1, 221:5, 222:19, 254:7, 254:25
**weight** [1] - 214:1
**welcome** [1] - 266:4
**well-known** [4] - 220:6, 228:22, 282:12, 282:13
**WENDY** [1] - 163:22
**whatsoever** [1] - 280:25
**whereas** [2] - 195:9, 275:19
**wherein** [2] - 280:4, 304:17
**whole** [5] - 179:2,

273:7, 280:4, 285:23, 285:24
**widely** [1] - 252:6
**Wilmington** [1] - 163:13
**WILSON** [4] - 163:21, 164:2, 164:5, 164:18
**witness** [8] - 206:9, 214:13, 236:16, 236:17, 237:3, 237:8, 299:14
**WITNESS** [6] - 206:12, 208:15, 208:25, 231:15, 274:14, 283:12
**witnesses** [2] - 201:19, 235:22
**word** [3] - 219:9, 219:22, 258:5
**words** [2] - 167:8, 255:19
**works** [4] - 222:3, 249:17, 262:19, 264:20
**world** [2] - 197:4, 197:5
**worth** [2] - 177:12, 207:3
**wrap** [2] - 260:14, 298:20
**written** [6] - 173:24, 174:20, 188:20, 188:22, 189:7, 189:15

## Y

**year** [2] - 257:4, 302:18
**years** [1] - 225:19
**yeast** [2] - 268:3, 272:11
**yellow** [1] - 222:13
**yield** [2] - 195:24, 258:11
**YOUNG** [1] - 164:17
**yourself** [1] - 213:5

EXHIBIT 5

*sealed and confidential*

1              IN THE UNITED STATES DISTRICT COURT

2              IN AND FOR THE DISTRICT OF DELAWARE

3                         - - -

SILVERGATE PHARMACEUTICALS, INC.,      :      CIVIL ACTION
4                                       :
              Plaintiff,                :
5     v                                 :
                                        :
6     BIONPHARMA, INC.,                 :      NO. 18-1962-LPS
                                        :      NO. 19-1067-LPS
7              Defendant.               :
      ------------------------------------
8     SILVERGATE PHARMACEUTICALS, INC.,      :      CIVIL ACTION
                                        :
9              Plaintiff,               :
      v                                 :
10                                      :
      AMNEAL PHARMACEUTICALS, LLC,      :
11                                      :      NO. 19-678-LPS
              Defendant.                :
12                         - - -

13                   Wilmington, Delaware
                 Thursday, February 4, 2021
14          *Bench Trial - Volume D - Sealed Portion*

15                         - - -

16    BEFORE:        HONORABLE LEONARD P. STARK, Chief Judge

17                         - - -
      APPEARANCES:
18

19              MORRIS NICHOLS ARSHT & TUNNELL, LLP
                BY:  MEGAN E. DELLINGER, ESQ.
20
                     and
21
                WILSON SONSINI GOODRICH & ROSATI
22              BY:  WENDY L. DEVINE, ESQ., and
                     KRISTINA M. HANSON, ESQ.
23                   (San Francisco, California)

24                   and

25    Valerie J. Gunning              Brian P. Gaffigan
      Official Court Reporter         Official Court Reporter

*sealed and confidential*

```
 1    APPEARANCES:

 2
                    WILSON SONSINI GOODRICH & ROSATI
 3                  BY:  NATALIE J. MORGAN, ESQ.
                         (San Diego, California)
 4
                         and
 5
                    WILSON SONSINI GOODRICH & ROSATI
 6                  BY:  GRANVILLE C. KAUFMAN, ESQ., and
                         TY W. CALLAHAN, ESQ.
 7                       (Los Angeles, California)

 8                           Counsel for Silvergate
                             Pharmaceuticals, Inc.
 9

10                  MORRIS JAMES, LLP
                    BY:  KENNETH L. DORSNEY, ESQ., and
11                       CORTLAN S. HITCH, ESQ.

12                       and

13                  TAFT STETTINIUS & HOLLISTER, LLP
                    BY:  ROSHAN P. SHRESTHA, Ph.D., ESQ., and
14                       ANDREW M. ALUL, ESQ.
                         (Chicago, Illinois)
15
                             Counsel on behalf of Bionpharma, Inc.
16

17                  YOUNG CONAWAY STARGATT & TAYLOR, LLP
                    BY:  ANNE SHEA GAZA, ESQ.,
18                       KAREN L. PASCALE, ESQ., and
                         SAMANTHA G. WILSON, ESQ.
19
                         and
20
                    MADDOX EDWARDS, PLLC
21                  BY:  STEVEN MADDOX, ESQ.
                         JEREMY EDWARDS, ESQ.
22                       MATTHEW RUEDY, ESQ., and
                         KAVEH SABA, ESQ.
23                       (Washington, District of Columbia)

24                           Counsel on behalf of
                             Amneal Pharmaceuticals, LLC
25
```

*sealed and confidential*

1045

David - direct

1                                  - oOo -

2                           P R O C E E D I N G S

3               (Following portion ordered sealed by the Court,

4  contained herein.)

5               THE COURT:  Go ahead.

6               MR. CALLAHAN:  Mr. MacQueen, if we can turn to

7  PDX-074.

8                   DIRECT EXAMINATION

9  BY MR. CALLAHAN:

10  Q.    Mr. David, what does this slide show?

11  A.    Well, I first evaluated the sales of Epaned oral and

12  the predecessor Epaned Kit, and what you see here, it's the

13  monthly sales by Silvergate of monthly units of those two

14  products.

15              Everything to the left of vertical line is

16  Epaned oral solution, and essentially everything to the

17  right is -- excuse me -- is Epaned Kit to the left and

18  everything to the right is essentially Epaned oral solution.

19              There was a ██████████████████ that was

20  sold during the transition period, but essentially ██████

21  ███████████████████.

22              And what you can see in the blue line, that's

23  monthly sales.  And then I added the orange line which is

24  a moving average of that to smooth out some of the

25  fluctuation.

*sealed and confidential*

1046

David - direct

1    And you can see that when the kit was launched,

2    ████████████████████████████████████████████

3    ██████ and essentially have begun to ██████████████████

4    ██████████.   That's just to the left of the vertical line.

5    You can see sales of the Kit roughly ████████

6    ████████████████████████████████████.

7    And then the oral solution product is launched

8    in January 2017.   ████████████████████████████

9    ████████████████████████████████████████████████

10   ████████████████████████████████████████

11   around early 2020, which is the last date that I had data

12   for when I performed this analysis.

13   Q.     And as sources for this figure, did you list PTX-254

14   and PTX-255?

15   A.     Yes.   Those are the -- the exhibit versions of the

16   original materials that I reviewed.

17   MR. CALLAHAN:   If we could turn to the next

18   slide, which is PDX-705.

19   BY MR. CALLAHAN:

20   Q.     Dr. David, what does this slide show?

21   A.     So now I'm comparing the sales of the two Epaned

22   products against sales of enalapril overall in two age

23   groups:   ████████████████████████████████████

24   ██████████.   So these two lines represent the share of

25   prescriptions of all enalapril in those two age groups.

*sealed and confidential*

David - direct

1047

1        And, again, everything to the left of the line

2   is kit; to the right is oral solution.

3        And what you can see is that the kit product was

4   ██████████████████████████████ in these age groups, reaching

5   about ████████████████████ and about ████████████████████

6   ████ age groups.

7        That latter number is ██████████████ because

8   Silvergate was generally ████████████████████████████████

9   ████████████████████████████.

10       So, by the way, you can see that even as of

11   ██████ the kit is ████████████████████████████████████████

12   for enalapril overall among these groups.

13       But then after the solution is launched,

14   those market shares ██████████, or ████████████████

15   ████████, reaching over ████████████████████████ group by

16   early 2020 and over ██████████████████████ group by

17   early 2020.

18   Q.   And to date, what percentage of Epaned has been sold

19   to patients in these age groups?

20   A.   It's about ████████████ to date within these two age

21   groups.  And, again, ████████████████████ and perhaps ████████

22   ██████.

23       And I should add, by the way, that the data here

24   is now in Plaintiffs' Exhibits 34 and 251.

25   Q.   Thank you, Dr. David.

*sealed and confidential*
1048
David - direct

1        MR. CALLAHAN:  Mr. MacQueen, if we can pull up

2   page SLVGT-EPA-100529 of PTX-29, and also page Bates ending

3   599 of PTX-329.

4        Perfect.

5   BY MR. CALLAHAN:

6   Q.    Dr. David, can you explain how these pages relate to

7   your opinions?

8   A.    Sure.

9        These are some internal Silvergate

10  presentations.  I believe they're prepared around 2017, just

11  around the launch of the oral solution product.  And they

12  describe some of the strategy of the company.

13        We heard from Mr. Beckloff that the company was

14  essentially founded to treat pediatric -- to develop

15  treatments for pediatric --

16        THE COURT REPORTER:  I'm sorry.  I'm sorry, but

17  the witness is frozen.

18        Excuse me --

19  BY THE WITNESS:

20  A.    -- there the Epaned oral solution products --

21        THE COURT REPORTER:  Excuse me.  Excuse me.

22  BY THE WITNESS:

23  A.    -- which had just been launched.

24        THE COURT:  Hold on.  Hold on, Doctor.

25        THE COURT REPORTER:  I had lost his entire

*sealed and confidential*

1049

David - direct

 1    answer.   The screen froze, and I did not get any of the

 2    answer.

 3              If I could just have the answer repeated.

 4              THE COURT:  Okay.

 5              Dr. David, the court reporter missed your

 6    answer.

 7              So, Mr. Callahan, why don't you ask the question

 8    again; and, unfortunately, Dr. David, we'll need you to

 9    repeat your answer.

10              THE WITNESS:  That's quite all right.

11    BY MR. CALLAHAN:

12    Q.    So look at Bates ending 100529 of PTX-29, and page

13    with Bates ending 599 of PTX-329, Dr. David, can you explain

14    how these pages relate to your opinions?

15    A.    Sure.  So these are internal Silvergate presentations

16    that were produced in 2017 right around the launch time of

17    the oral solution product.  And they describe the strategy

18    of the company, provide similar information to what we heard

19    from Mr. Beckloff earlier this week.

20              That Silvergate was a company that initiated and

21    that proceeded primarily or exclusively to develop products

22    for pediatric patients.  And you can see on the left there

23    at the top that that was, in fact, the strategy even as of

24    2017; providing accurate dosing products for pediatric

25    patients.  And you've got a picture there of the oral

David - direct

1  solution product on that left-hand slide.

2          And then I was going to move to the right-hand

3  slide and it gets into a little bit more detail about that

4  strategy.

5  ██████████████████████████████████████████████████

6  ██████████████████████████████████████████████████;

7          And that the prescriber base ██████████████

8  ██████████████████████████████████████████, but

9  they're all ███████████████████.

10         So that was the purpose of Silvergate from the

11 very beginning, and that was the strategy that they pursued

12 including with Epaned, both the kit and the oral solution,

13 products.

14 Q.    Thank you, Dr. David.

15         MR. CALLAHAN:   If we can go back to the slide.

16 Specifically, if we can show specifically, PDX-706.

17 BY MR. CALLAHAN:

18 Q.    What does this slide show?

19 A.    So this now evaluates the price of the different

20 Epaned products.   And I got this information from PTX-254

21 and 255.

22         As you can see on the left, the kit was

23 introduced to the list price of ████.   And if you take out

24 ██████████████████████████████████████████████████

25 or ██████ during the period in which it was sold.   And then

*sealed and confidential*

1051

David - direct

1    there ███████████████████ for that product.  So that

2    was Silvergate's strategy.

3              You can see then that the oral solution product

4    is introduced in January 2017 ██████████████.  And

5    this is going to be a critical issue on the question of

6    commercial success.

7              The list price for the oral solution product

8    was approximately ████, and around ███████████.

9    So you've got almost █████████████, which, again, is

10   quite significant.  In particular, because as we saw before,

11   there was █████████████, in the ██████████.

12             So we've got a ████████████████████ with

13   ████████████████████████████████

14   ██████.

15   Q.    And --

16   A.    I just would like to -- I'm sorry, Ty.  I'd just like

17   to add one more thing.

18             Keep in mind, you could compare these prices to

19   the price of the tablet, which is, at this time, around ████

20   per unit.  So these are █████████████████████

21   to the tablet version of enalapril.

22   Q.    Thank you.

23             MR. CALLAHAN:  And if we can go to the next

24   slide, which is PDX-707.

25   BY MR. CALLAHAN:

*sealed and confidential*

1052

David - direct

1    Q.      What does this slide show?

2    A.      Well, we've looked at quantities and prices.  If you

3    put that together with some cost information, you can get

4    profits as well as revenues, and that is what I have done

5    here.

6              Again, on the left we've got four years of

7    history of Epaned Kit, and then on the right, we've got

8    another four years of oral solution.

9              The very top of the red bars represents the

10   gross revenues.  And you can see that that number ███████

11   ██████████████████████████████████ in line with those

12   █████████████████ that we just saw.

13             But there were no corresponding ███████████████

14   so that translates -- in fact, ████████████████████████.

15   And so that translates into a ████████████████████████████

16   ███████.

17             And the measure of profits that I've got here

18   are the blue bars which are the net margins.

19             That represents █████████████████████████████████

20   ███████████████████████████████████████████████████████████

21   ███████████████████████████████████████, which

22   means ████████████████████████████████████

23   ████████████████████████████████████.  And

24   you can see that that number, the ███████████████████████

25   ███████████████████████████████████████████, and

*sealed and confidential*

David - direct

1   currently nearing ███████████████ compared to ██████████

2   ████████████████████████ to the launch of Epaned oral

3   solution.

4            So at the end of the day, ███████████████████████

5   █████████████ for the company due ██████████████████████

6   ████████ relative to what it was doing before with Epaned

7   Kit.

8            And I should just add that the data here came

9   from documents which are now PTX-250, 255, and 259.

10           MR. CALLAHAN:  If we could turn to the next

11  slide, PDX-708.

12  BY MR. CALLAHAN:

13  Q.    Based on the financial performance metrics we

14  discussed, what did you conclude?

15  A.    I looked at each of these and considered whether they

16  provide evidence consistent with or indicative of commercial

17  success, and I concluded that they do.  I highlighted five

18  of those here.

19                    ████████████████████████████████████████

20  ████████████.

21           And now, we haven't discussed that yet, but it

22  costs about ████████████ for Silvergate to develop the oral

23  solution product ██████████████████████████████████████████

24  ████.  That money is only about ████████████████████████████

25  ████████████ of the new product.

*sealed and confidential*

1054

David - direct

1   So Silvergate was already ████████████

2   ████████████████████████████████.

3   So that is obviously indicative of a successful

4   product.

5   We talked about the ████████████ and the ████████

6   ████████████████. That demonstrates ████████████████

7   ████████████████████████████████.

8   I mentioned the ████████████, so there were

9   ████████████████████ that helped ████████████████ when

10  Epaned oral solution was launched.

11  Also evidence of a successful product.

12  And, of course, just generally speaking, ████████

13  ████████████████████████████████████████████████

14  ████████████████████████████████.

15  And then finally, the ████████████████████████

16  within that targeted group of patients that were likely to

17  use an Epaned product, it had been ████████████████t prior

18  to the launch of kit, and most recently now exceeding

19  ████████████████████████████████ when

20  considering both groups together.

21  So ████████████████████; again, indicative of

22  commercial success.

23  Q.    You mentioned the ████████████ of Epaned relative to

24  Epaned Kit.  How do you know that ████████████ relates to

25  the patented features of Epaned?

*sealed and confidential*

1055

David - direct

1    A.        Well, that was in discussion with Mr. Beckloff about

2    the company's strategy.  That is what he told me.  And I

3    believe he testified about that earlier.

4              But I also reviewed a number of documents that

5    support that conclusion, and I think we've got some here.

6              MR. CALLAHAN:  Yes.  Mr. MacQueen, if you can

7    call page Bates ending 3- -- 100388 and 100389 from PTX-31.

8              Thank you.

9    BY MR. CALLAHAN:

10   Q.        Dr. David, what do these pages show?

11   A.        So these are some pages from a document that was

12   prepared for Silvergate to value the company around 2015.

13   So this is during the period when the oral solution product

14   was being developed but prior to its launch.

15             THE WITNESS:  And if we could look at the

16   left-hand side and call out that box on the upper right.

17   BY THE WITNESS:

18   A.        So this is a discussion of a forecast of the revenue

19   for the company as of 2015.  And the main point here is that

20   the entry of Epaned RTU, that's the oral solution, as well

21   as some other products, ████████████████████████.  And

22   they're talking about ████████████████.

23             So, now, why is that important?

24             Well, if we're talking about ████████████

25   ████████████████████.  So if there's going to be

*sealed and confidential*

David - direct

1    ███████████████████████, it has to be because the company

2    expects that it is going to be able to ████████████████████

3    ██████ of the oral solution product than it did or that it

4    expected to of the Epaned Kit.

5              As we saw, the ████████████ were █████████

6    ███████████████████████████████. So really this ████████

7    █████████████████ is coming from the company's ability to

8    ██████████████████████████████████.

9              And that was something that it anticipated well

10   before the launch of Epaned oral solution.

11             And I think there's another point, perhaps just

12   below that one, if we could go back to the left-hand slide.

13   Down at the bottom there under "Key Assumptions."

14             You can see that top point, ████████████████████

15   █████████████████████.

16             And, again, what ████████ compared to do what?

17             Well, it must be compared to the kit which is

18   already on the market at that time.

19             Notice while we're here mention of the market

20   share ██████████████████████████, and, in fact, we're

21   ███████████████████████, just three years into the

22   launch of the oral solution product.

23             Then I think there's some more information on

24   the right-hand slide.

25             Yes, if we can call out the top there.

*sealed and confidential*

David - direct

1    Q.      And this is PTX ending 389 -- or, I'm sorry, Bates

2    number ending 100389; is that correct?

3    A.      Right.  And you can see here that as of 2015, there

4    was an expectation there would be a ███████████████████

5    ████████████.

6            In fact, at the end of the day, Silvergate even

7    ████████████████████████.  It was closer to ██████ where the

8    oral solution product was launched.

9            And, again, ████████████████████ compared to what

10   it expected it could do with the kit.  And that's going to

11   be one of the main bases for my conclusions about commercial

12   success.

13           MR. CALLAHAN:  Let's turn back to your slides

14   and go to PDX-709.

15   BY MR. CALLAHAN:

16   Q.      Did you also analyze profitability and return on

17   investment?

18   A.      Yes.  And that's what you can see here, which was

19   developed in my expert report from various documents,

20   including PTX-250, 253, 255, 256, 258, and 259.

21           And this is really from my point of view, as an

22   economist, the bottom line on the question of commercial

23   success.  And the way I evaluate that is, did the new

24   product -- was the new product successful from the point

25   of view of Silvergate in terms of justifying the initial

Case 1:18-cv-01962-LPS  Document 251-1  Filed 04/22/21  Page 190 of 275 PageID #: 15271
*sealed and confidential*
1058
David - direct

1  investment and any costs that the company incurred did

2  compared to what it could have done, its next-best

3  alternative, which was to sit back and continue to sell

4  Epaned Kit.

5          So I'm comparing the two products and evaluating

6  how much more successful Epaned oral solution was relative

7  to Epaned Kit.

8          And I could just walk everybody through the few

9  lines here.

10          Row (a) are the ███████████ that Silvergate

11  earned by ████████████████████████████████████

12  ██████████████████████████. And it's got ██████████████,

13  and we talked about the ████████████. And when you net those

14  things out, you get about ██████████████, in excess of

15  ████████████████████████ from selling Epaned

16  oral solution relative to Epaned Kit.

17          So that's the benefit to the company from

18  selling the product.

19          Of course, on the cost side, you've got row (b),

20  it took some investment to bring this product to market.  I

21  mentioned roughly ████████████████████████████ and ██

22  ████████████████████████.

23          So we want to subtract that out to get the net

24  return to the company, and that is row (c).  And you see

25  that number is about ████████████, and it is

*sealed and confidential*

1059

David - direct

1    continuing on where I would expect that's at least ███

2    ████████████████████████████.

3            In order to evaluate all those different

4    numbers in each year in one place, with one single measure,

5    I discount those dollars back to 2014, which was when the

6    initial decision to invest in the oral solution product was

7    made.  And when you discounted back, you get a number, a net

8    present value number in row (e) of ██████████████████.

9            So this project, after just three years of

10   launch, has already earned Silvergate ███████████, and that

11   number is ████████████████████████ as you can

12   see from the number in the bottom right under 2019.

13           That was the additional net present value of the

14   product oral solution relative to Epaned Kit.

15           So ████████████████████████████████████████

16   ██████████████████.

17           Another way to look at that is the number in

18   row (f), which is, what kind of return on investment has

19   Silvergate earned from this project?

20           And I calculate that number ████████████████████

21   █████████.  So that is like if you put $100 in the bank, at

22   the end of the year you've got ████.  That is clearly a

23   ████████████████████████████████████████████████████

24   ██████████████████████████████████.

25           For me, ultimately, that is proof that this was

*sealed and confidential*

1060

David - direct

1    a commercially successful product from the point of view of

2    Silvergate.

3    Q.      Thank you, Dr. David.

4            MR. CALLAHAN:  Your Honor, at this point I

5    think we can unseal the courtroom for the remainder of his

6    testimony.

7            THE COURT:  Okay.  Thank you.

8            Mr. English, let's do that, please.

9            (Sealed portion ends.)

10

11        I hereby certify the foregoing is a true and accurate
     transcript from my stenographic notes in the proceeding.

12

13                          /s/ Brian P. Gaffigan
                          Official Court Reporter
14                          U.S. District Court

15

16

17

18

19

20

21

22

23

24

25



**9**

**90** [1] - 1047:20

**A**

**ability** [1] - 1056:7
**able** [1] - 1056:2
**accurate** [2] - 1049:24, 1060:11
**ACTION** [2] - 1043:3, 1043:8
**add** [3] - 1047:23, 1051:17, 1053:8
**added** [1] - 1045:23
**additional** [4] - 1054:9, 1056:1, 1058:15, 1059:13
**adverse** [1] - 1051:13
**age** [7] - 1046:22, 1046:23, 1046:25, 1047:4, 1047:6, 1047:19, 1047:20
**ahead** [1] - 1045:5
**almost** [2] - 1051:9, 1052:11
**alternative** [1] - 1058:3
**ALUL** [1] - 1044:14
**AMNEAL** [1] - 1043:10
**Amneal** [1] - 1044:24
**amount** [3] - 1045:19, 1051:13, 1058:12
**analysis** [1] - 1046:12
**analyze** [1] - 1057:16
**AND** [1] - 1043:2
**ANDREW** [1] - 1044:14
**Angeles** [1] - 1044:7
**ANNE** [1] - 1044:17
**answer** [5] - 1049:1, 1049:2, 1049:3, 1049:6, 1049:9
**anticipated** [1] - 1056:9
**APPEARANCES** [2] - 1043:17, 1044:1
**ARSHT** [1] - 1043:19
**Assumptions** [1] - 1056:13
**average** [2] - 1045:24, 1050:24

**B**

**bank** [1] - 1059:21
**bars** [2] - 1052:9,

1052:18
**base** [1] - 1050:7
**based** [1] - 1053:13
**bases** [1] - 1057:11
**Bates** [5] - 1048:2, 1049:12, 1049:13, 1055:7, 1057:1
**Beckloff** [3] - 1048:13, 1049:19, 1055:1
**BEFORE** [1] - 1043:16
**beginning** [1] - 1050:11
**begun** [1] - 1046:3
**behalf** [2] - 1044:15, 1044:24
**below** [1] - 1056:12
**Bench** [1] - 1043:14
**benefit** [1] - 1058:17
**best** [1] - 1058:2
**better** [1] - 1056:8
**between** [1] - 1056:6
**BIONPHARMA** [1] - 1043:6
**Bionpharma** [1] - 1044:15
**bit** [3] - 1050:3, 1052:14, 1058:22
**blue** [2] - 1045:22, 1052:18

**bottom** [3] - 1056:13, 1057:22, 1059:12
**box** [1] - 1055:16
**Brian** [2] - 1043:25, 1060:13
**bring** [1] - 1058:20
**BY** [20] - 1043:19, 1043:22, 1044:3, 1044:6, 1044:10, 1044:13, 1044:17, 1044:21, 1045:9, 1046:19, 1048:5, 1048:19, 1048:22, 1049:11, 1050:17, 1051:25, 1053:12, 1055:9, 1055:17, 1057:15

**C**

**c)** [1] - 1058:24
**calculate** [1] - 1059:20
**California** [3] - 1043:23, 1044:3, 1044:7
**CALLAHAN** [19] - 1044:6, 1045:6, 1045:9, 1046:17, 1046:19, 1048:1, 1048:5, 1049:11, 1050:15, 1050:17,

1051:23, 1051:25, 1053:10, 1053:12, 1055:6, 1055:9, 1057:13, 1057:15, 1060:4
**Callahan** [1] - 1049:7
**capital** [1] - 1058:22
**certify** [1] - 1060:11
**charge** [2] - 1056:2, 1056:8
**Chicago** [1] - 1044:14
**Chief** [1] - 1043:16
**children's** [1] - 1050:6
**CIVIL** [2] - 1043:3, 1043:8
**clearly** [1] - 1059:22
**closer** [1] - 1057:7
**Columbia** [1] - 1044:23
**coming** [1] - 1056:7
**commercial** [5] - 1051:6, 1053:16, 1054:22, 1057:11, 1057:22
**commercially** [1] - 1060:1
**company** [13] - 1048:12, 1048:13, 1049:18, 1049:20, 1052:21, 1053:5, 1055:12, 1055:19, 1055:25, 1056:1, 1058:1, 1058:17, 1058:24
**company's** [2] - 1055:2, 1056:7
**compare** [1] - 1051:18
**compared** [5] - 1053:1, 1056:16, 1056:17, 1057:9, 1058:2
**comparing** [2] - 1046:21, 1058:5
**CONAWAY** [1] - 1044:17
**conclude** [1] - 1053:14
**concluded** [1] - 1053:17
**conclusion** [1] - 1055:5
**conclusions** [1] - 1057:11
**considered** [1] - 1053:15
**considering** [1] - 1054:20
**consistent** [2] - 1053:16, 1056:6
**contained** [1] - 1045:4
**continue** [2] -

**/**

**/s** [1] - 1060:13

**0**

**0** [5] - 1046:23, 1047:5, 1047:15, 1047:21, 1054:19

**1**

**100388** [1] - 1055:7
**100389** [2] - 1055:7, 1057:2
**100529** [1] - 1049:12

**18-1962-LPS** [1] - 1043:6
**19-1067-LPS** [1] - 1043:6
**19-678-LPS** [1] - 1043:11

1047:14, 1058:3
**continuing** [1] - 1059:1
**correct** [1] - 1057:2
**corresponding** [1] - 1052:13
**CORTLAN** [1] - 1044:11



**Counsel** [3] - 1044:8, 1044:15, 1044:24
**course** [2] - 1054:12, 1058:19
**COURT** [8] - 1043:1, 1045:5, 1048:16, 1048:21, 1048:24, 1048:25, 1049:4, 1060:7
**Court** [5] - 1043:25, 1045:3, 1060:13, 1060:14
**court** [1] - 1049:5
**courtroom** [1] - 1060:5
**critical** [1] - 1051:5

## D

**data** [3] - 1046:11, 1047:23, 1053:8
**date** [3] - 1046:11, 1047:18, 1047:20
**David** [10] - 1045:10, 1046:20, 1047:25, 1048:6, 1049:5, 1049:8, 1049:13, 1050:14, 1055:10, 1060:3
**decision** [1] - 1059:6



**Defendant** [2] - 1043:7, 1043:11
**DELAWARE** [1] - 1043:2
**Delaware** [1] - 1043:13
**DELLINGER** [1] - 1043:19
**demand** [1] - 1054:6
**demonstrates** [1] - 1054:6
**describe** [2] - 1048:12, 1049:17

**designate** [1] - 1052:23
**detail** [1] - 1050:3



**DEVINE** [1] - 1043:22
**Diego** [1] - 1044:3
**different** [2] - 1050:19, 1059:3
**DIRECT** [1] - 1045:8
**discount** [1] - 1059:5
**discounted** [1] - 1059:7
**discounts** [1] - 1050:24
**discussed** [2] - 1053:14, 1053:21
**discussion** [2] - 1055:1, 1055:18
**DISTRICT** [2] - 1043:1, 1043:2
**District** [2] - 1044:23, 1060:14
**Doctor** [1] - 1048:24
**doctors** [1] - 1050:7
**document** [1] - 1055:11
**documents** [3] - 1053:9, 1055:4, 1057:19
**dollars** [1] - 1059:5
**done** [2] - 1052:4, 1058:2
**DORSNEY** [1] - 1044:10
**dosing** [1] - 1049:24

**down** [2] - 1052:14, 1056:13
**Dr** [9] - 1046:20, 1047:25, 1048:6, 1049:5, 1049:8, 1049:13, 1050:14, 1055:10, 1060:3
**drives** [1] - 1055:21
**due** [1] - 1053:5
**during** [3] - 1045:20, 1050:25, 1055:13

## E

**early** [4] - 1046:3, 1046:11, 1047:16, 1047:17
**earned** [3] - 1058:11,

1059:10, 1059:19
**economist** [1] - 1057:22
**EDWARDS** [2] - 1044:20, 1044:21
**enalapril** [4] - 1046:22, 1046:25, 1047:12, 1051:21
**end** [4] - 1047:9, 1053:4, 1057:6, 1059:22
**ending** [6] - 1048:2, 1049:12, 1049:13, 1055:7, 1057:1, 1057:2
**ends** [1] - 1060:9
**English** [1] - 1060:8
**entire** [1] - 1048:25
**entry** [1] - 1055:20
**Epaned** [33] - 1045:11, 1045:12, 1045:16, 1045:17, 1045:18, 1046:21, 1047:18, 1048:20, 1050:12, 1050:20, 1052:7, 1052:20, 1053:2, 1053:6, 1054:7, 1054:10, 1054:14, 1054:17, 1054:23, 1054:24, 1055:4, 1055:20, 1056:4, 1056:10, 1058:4, 1058:6, 1058:7, 1058:11, 1058:12, 1058:15, 1058:16, 1059:14
**ESQ** [17] - 1043:19, 1043:22, 1043:22, 1044:3, 1044:6, 1044:6, 1044:10, 1044:11, 1044:13, 1044:14, 1044:17, 1044:18, 1044:18, 1044:21, 1044:21, 1044:22, 1044:22
**essentially** [5] - 1045:16, 1045:18, 1045:20, 1046:3, 1048:14
**evaluate** [2] - 1057:23, 1059:3
**evaluated** [1] - 1045:11
**evaluates** [1] - 1050:19
**evaluating** [1] - 1058:5
**evidence** [2] - 1053:16, 1054:11
**EXAMINATION** [1] - 1045:8
**exceeding** [1] -

1054:18
**excess** [3] - 1054:13, 1056:20, 1058:14
**exclusively** [1] - 1049:21
**Excuse** [1] - 1048:21
**excuse** [3] - 1045:17, 1048:18, 1048:21
**exhibit** [1] - 1046:15
**Exhibits** [1] - 1047:24
**expect** [1] - 1059:1
**expectation** [1] - 1057:4
**expected** [3] - 1056:4, 1056:20, 1057:10
**expects** [1] - 1056:2
**expert** [1] - 1057:19
**explain** [2] - 1048:6, 1049:13
**extra** [2] - 1056:6, 1058:10

## F

**fact** [4] - 1049:23, 1052:14, 1056:20, 1057:6

**far** [1] - 1059:23
**features** [1] - 1054:25
**February** [1] - 1043:13
**few** [3] - 1046:9, 1054:2, 1058:8
**fields** [1] - 1050:8
**figure** [1] - 1046:13
**finally** [1] - 1054:15
**financial** [1] - 1053:13
**first** [1] - 1047:16
**five** [1] - 1053:17

**fluctuation** [1] - 1045:25
**Following** [1] - 1045:3
**FOR** [1] - 1043:2
**forecast** [1] - 1055:18
**foregoing** [1] - 1060:11
**forward** [2] - 1054:14, 1059:2
**founded** [1] - 1048:14
**four** [2] - 1052:6, 1052:8
**Francisco** [1] - 1043:23
**freight** [1] - 1052:22
**froze** [1] - 1049:1
**frozen** [1] - 1048:17

## G

**Gaffigan** [2] - 1043:25, 1060:13
**gaining** [1] - 1047:4
**GAZA** [1] - 1044:17
**generally** [2] - 1047:8, 1054:12
**GOODRICH** [3] - 1043:21, 1044:2, 1044:5
**gradually** [1] - 1047:4
**GRANVILLE** [1] - 1044:6
**gross** [1] - 1052:10
**group** [5] - 1047:15, 1047:16, 1047:22, 1054:16, 1054:19
**groups** [8] - 1046:23, 1046:25, 1047:4, 1047:6, 1047:12, 1047:19, 1047:21, 1054:20
**growth** [5] - 1055:21, 1055:22, 1055:24, 1056:1, 1056:7
**Gunning** [1] - 1043:25

## H

**half** [1] - 1057:9
**hand** [6] - 1050:1, 1050:2, 1050:6, 1055:16, 1056:12, 1056:24
**HANSON** [1] - 1043:22
**heard** [2] - 1048:13, 1049:18
**helped** [1] - 1054:9
**hereby** [1] - 1060:11
**herein** [1] - 1045:4



**highlighted** [1] - 1053:17
**history** [1] - 1052:7
**HITCH** [1] - 1044:11
**hold** [1] - 1048:24
**Hold** [1] - 1048:24
**HOLLISTER** [1] - 1044:13
**Honor** [1] - 1060:4
**HONORABLE** [1] - 1043:16

**hospitals** [2] - 1050:6, 1050:8

## I

**Illinois** [1] - 1044:14
**impact** [1] - 1051:13

**IN** [2] - 1043:1, 1043:2
**Inc** [2] - 1044:8, 1044:15
**INC** [3] - 1043:3, 1043:6, 1043:8
**including** [2] - 1050:12, 1057:20

**incurred** [1] - 1058:1
**indicative** [3] - 1053:16, 1054:3, 1054:21
**information** [4] - 1049:18, 1050:20, 1052:3, 1056:23
**initial** [2] - 1057:25, 1059:6
**initiated** [1] - 1049:20
**instead** [1] - 1058:11
**internal** [2] - 1048:9, 1049:15
**introduced** [2] - 1050:23, 1051:4
**invest** [1] - 1059:6
**investment** [5] - 1057:17, 1058:1, 1058:20, 1059:18, 1059:23
**issue** [1] - 1051:5

## J

**JAMES** [1] - 1044:10
**January** [3] - 1045:21, 1046:8, 1051:4
**JEREMY** [1] - 1044:21
**Judge** [1] - 1043:16
**justifying** [1] - 1057:25

## K

**KAREN** [1] - 1044:18
**KAUFMAN** [1] - 1044:6
**KAVEH** [1] - 1044:22
**keep** [1] - 1051:18
**KENNETH** [1] - 1044:10
**Key** [1] - 1056:13
**kind** [1] - 1059:18
**Kit** [14] - 1045:12, 1045:17, 1046:5, 1052:7, 1053:7, 1054:7, 1054:24, 1055:25, 1056:4, 1058:4, 1058:7, 1058:12, 1058:16, 1059:14
**kit** [11] - 1045:19, 1046:1, 1046:8, 1047:2, 1047:3, 1047:11, 1050:12, 1050:22, 1054:18, 1056:17, 1057:10
**KRISTINA** [1] - 1043:22

## L

**lack** [1] - 1054:5

**last** [1] - 1046:11
**latter** [1] - 1047:7
**launch** [9] - 1048:11, 1049:16, 1053:2, 1053:5, 1054:18, 1055:14, 1056:10, 1056:22, 1059:10
**launched** [6] - 1046:1, 1046:7, 1047:13, 1048:23, 1054:10, 1057:8
**least** [1] - 1059:1
**left** [11] - 1045:15, 1045:17, 1046:4, 1047:1, 1049:22, 1050:1, 1050:6, 1050:22, 1052:6, 1055:16, 1056:12
**left-hand** [4] - 1050:1, 1050:6, 1055:16, 1056:12
**LEONARD** [1] - 1043:16



## M

**MacQueen** [3] - 1045:6, 1048:1, 1055:6
**MADDOX** [2] - 1044:20, 1044:21
**main** [2] - 1055:19, 1057:11

**MATTHEW** [1] - 1044:22
**means** [1] - 1052:22
**measure** [2] - 1052:17, 1059:4
**MEGAN** [1] - 1043:19
**mention** [1] - 1056:19
**mentioned** [3] - 1054:8, 1054:23, 1058:21
**metrics** [1] - 1053:13
**mid-2016** [1] - 1046:4

**likely** [1] - 1054:16
**line** [7] - 1045:15, 1045:22, 1045:23, 1046:4, 1047:1, 1052:11, 1057:22
**lines** [2] - 1046:24, 1058:9
**list** [3] - 1046:13, 1050:23, 1051:7
**LLC** [2] - 1043:10, 1044:24
**LLP** [4] - 1043:19, 1044:10, 1044:13, 1044:17
**look** [3] - 1049:12, 1055:15, 1059:17
**looked** [1] - 1052:2, 1053:15
**Los** [1] - 1044:7
**lost** [1] - 1048:25



**mind** [1] - 1051:18

**missed** [1] - 1049:5
**money** [1] - 1053:24

**monthly** [3] - 1045:13, 1045:23

**MORGAN** [1] - 1044:3
**MORRIS** [2] - 1043:19, 1044:10
**most** [1] - 1054:18
**mostly** [1] - 1047:21
**move** [4] - 1046:10, 1047:14, 1050:2
**moving** [1] - 1045:24
**MR** [18] - 1045:6, 1045:9, 1046:17, 1046:19, 1048:1, 1048:5, 1049:11, 1050:15, 1050:17, 1051:23, 1051:25, 1053:10, 1053:12, 1055:6, 1055:9, 1057:13, 1057:15, 1060:4
**must** [1] - 1056:17

## N

**NATALIE** [1] - 1044:3
**nearing** [2] - 1053:1, 1056:21
**need** [1] - 1049:8

**never** [1] - 1051:1
**new** [3] - 1053:25, 1057:23, 1057:24
**next** [4] - 1046:17, 1051:23, 1053:10, 1058:2
**next-best** [1] - 1058:2
**NICHOLS** [1] - 1043:19
**NO** [3] - 1043:6,

**hospitals** column right side:
**normal** [1] - 1059:23
**notes** [1] - 1060:11
**notice** [1] - 1056:19
**number** [13] - 1047:7, 1052:10, 1052:24, 1055:4, 1057:2, 1057:7, 1058:25, 1059:7, 1059:8, 1059:11, 1059:12, 1059:17, 1059:20
**numbers** [1] - 1059:4

## O

**obviously** [1] - 1054:3
**OF** [1] - 1043:2
**Official** [3] - 1043:25, 1060:13
**one** [7] - 1051:17, 1053:20, 1053:24, 1056:12, 1057:11, 1059:4
**ongoing** [1] - 1058:22
**oOo** [1] - 1045:1
**opinions** [2] - 1048:7, 1049:14
**oral** [32] - 1045:11, 1045:16, 1045:18, 1045:20, 1046:7, 1047:2, 1048:11, 1048:20, 1049:17, 1049:25, 1050:12, 1051:3, 1051:7, 1052:8, 1053:2, 1053:5, 1053:22, 1054:7, 1054:10, 1054:14, 1055:13, 1055:20, 1056:3, 1056:22, 1057:8, 1058:6, 1058:11, 1058:16, 1059:6, 1059:14
**orange** [1] - 1045:23
**order** [1] - 1059:3
**ordered** [1] - 1045:3
**original** [1] - 1046:16
**overall** [2] - 1046:22, 1047:12

## P

**page** [4] - 1048:2, 1049:12, 1055:7
**pages** [4] - 1048:6, 1049:14, 1055:10, 1055:11
**particular** [2] - 1051:10, 1052:23

**PASCALE** [1] - 1044:18
**patented** [1] - 1054:25
**patients** [5] - 1047:8, 1047:19, 1049:22, 1049:25, 1054:16
**paying** [1] - 1054:1
**PDX-074** [1] - 1045:7
**PDX-705** [1] - 1046:18
**PDX-706** [1] - 1050:16
**PDX-707** [1] - 1051:24
**PDX-708** [1] - 1053:11
**PDX-709** [1] - 1057:14
**pediatric** [5] - 1048:14, 1048:15, 1049:22, 1049:24, 1050:9
**per** [4] - 1046:6, 1046:10, 1051:20, 1059:21



**perfect** [1] - 1048:4
**performance** [1] - 1053:13
**performed** [1] - 1046:12
**perhaps** [2] - 1047:21, 1056:11
**period** [6] - 1045:20, 1046:3, 1050:25, 1053:23, 1055:13, 1058:21
**Ph.D** [1] - 1044:13
**PHARMACEUTICAL S** [3] - 1043:3, 1043:8, 1043:10
**Pharmaceuticals** [2] - 1044:8, 1044:24
**physicians** [1] - 1050:9
**picture** [1] - 1049:25
**place** [1] - 1059:4
**Plaintiff** [2] - 1043:4, 1043:9
**Plaintiffs'** [1] - 1047:24
**PLLC** [1] - 1044:20
**point** [7] - 1055:19, 1056:11, 1056:14, 1057:21, 1057:24, 1060:1, 1060:4
**population** [2] - 1046:23, 1046:24
**portion** [2] - 1045:3,

1060:9
**Portion** [1] - 1043:14
**possible** [1] - 1056:15
**practice** [1] - 1050:8
**predecessor** [1] - 1045:12



**prepared** [2] - 1048:10, 1055:12
**prescriber** [1] - 1050:7
**prescriptions** [1] - 1046:25
**present** [2] - 1059:8, 1059:13
**presentations** [2] - 1048:10, 1049:15
**pretty** [1] - 1046:2

**proceeded** [1] - 1049:21
**proceeding** [1] - 1060:11
**produced** [1] - 1049:16

**products** [12] - 1045:14, 1046:22, 1048:20, 1049:21, 1049:24, 1050:13, 1050:20, 1052:20, 1052:21, 1055:21, 1056:6, 1058:5



**project** [2] - 1059:9, 1059:19
**proof** [1] - 1059:25
**provide** [2] - 1049:18, 1053:16
**providing** [1] - 1049:24
**PTX** [1] - 1057:1
**PTX-250** [2] - 1053:9, 1057:20
**PTX-254** [2] - 1046:13, 1050:20
**PTX-255** [1] - 1046:14
**PTX-29** [2] - 1048:2, 1049:12
**PTX-31** [1] - 1055:7
**PTX-329** [2] - 1048:3, 1049:13
**pull** [1] - 1048:1
**purpose** [1] - 1050:10
**pursued** [1] - 1050:11
**put** [2] - 1052:3, 1059:21

## Q

**quantities** [1] - 1052:2
**quite** [2] - 1049:10, 1051:10

## R

**range** [1] - 1047:9

**reaching** [3] - 1046:10, 1047:4, 1047:15
**really** [3] - 1047:9, 1056:6, 1057:21
**rebate** [1] - 1051:8
**rebates** [1] - 1050:24
**recently** [1] - 1054:18
**red** [1] - 1052:9
**relate** [2] - 1048:6, 1049:14
**relates** [1] - 1054:24
**relative** [8] - 1051:20, 1053:6, 1053:19, 1054:7, 1054:23, 1058:6, 1058:16, 1059:14
**remain** [1] - 1046:9
**remainder** [1] - 1060:5
**repeat** [1] - 1049:9

**repeated** [1] - 1049:3
**report** [1] - 1057:19
**REPORTER** [3] - 1048:16, 1048:21, 1048:25
**Reporter** [3] - 1043:25, 1060:13
**reporter** [1] - 1049:5
**represent** [1] - 1046:24
**representing** [1] - 1047:11
**represents** [2] - 1052:9, 1052:19



**reviewed** [2] - 1046:16, 1055:4
**revised** [1] - 1057:7
**right-hand** [2] - 1050:2, 1056:24
**ROSATI** [3] - 1043:21, 1044:2, 1044:5
**ROSHAN** [1] - 1044:13
**roughly** [3] - 1046:5, 1056:5, 1058:21
**row** [5] - 1058:10, 1058:19, 1058:24, 1059:8, 1059:18
**RTU** [3] - 1055:20, 1056:1, 1057:4
**RUEDY** [1] - 1044:22

## S

**SABA** [1] - 1044:22

**SAMANTHA** [1] - 1044:18
**San** [2] - 1043:23, 1043:3

**saw** [1] - 1051:10, 1052:12, 1056:5
**screen** [1] - 1049:1
**Sealed** [1] - 1043:14, 1060:9
**sealed** [1] - 1045:3
**see** [17] - 1045:12,

1045:22, 1046:1, 1046:5, 1047:3, 1047:10, 1049:22, 1050:5, 1050:22, 1051:3, 1052:10, 1052:24, 1056:14, 1057:3, 1057:18, 1058:24, 1059:12
**sell** [2] - 1056:2, 1058:3
**selling** [4] - 1058:11, 1058:15, 1058:18
**share** [3] - 1046:24, 1047:4, 1056:20
**shares** [3] - 1047:14, 1054:15, 1054:21
**SHEA** [1] - 1044:17
**show** [6] - 1045:10, 1046:20, 1050:16, 1050:18, 1052:1, 1055:10
**SHRESTHA** [1] - 1044:13
**side** [3] - 1050:6, 1055:16, 1058:19

**Silvergate** [17] - 1044:8, 1045:13, 1047:8, 1048:9, 1049:15, 1049:20, 1050:10, 1052:20, 1053:22, 1054:1, 1055:12, 1057:6, 1057:25, 1058:10, 1059:10, 1059:19, 1060:2
**SILVERGATE** [2] - 1043:3, 1043:8
**Silvergate's** [1] - 1051:2
**similar** [1] - 1049:18
**single** [1] - 1059:4
**sit** [1] - 1058:3
**slide** [13] - 1045:10, 1046:18, 1046:20, 1050:1, 1050:3, 1050:6, 1050:15, 1050:18, 1051:24, 1052:1, 1053:11, 1056:12, 1056:24
**slides** [1] - 1057:13
**SLVGT-EPA-100529** [1] - 1048:2
**small** [1] - 1045:19
**smooth** [1] - 1045:24
**sold** [4] - 1045:20, 1047:18, 1050:25, 1051:14
**solution** [32] -

1045:16, 1045:18, 1045:21, 1046:7, 1047:2, 1047:13, 1048:11, 1048:20, 1049:17, 1050:1, 1050:12, 1051:3, 1051:7, 1052:8, 1053:3, 1053:6, 1053:23, 1054:7, 1054:10, 1054:14, 1055:13, 1055:20, 1056:3, 1056:10, 1056:15, 1056:22, 1057:8, 1058:6, 1058:11, 1058:16, 1059:6, 1059:14

**SONSINI** [3] - 1043:21, 1044:2, 1044:5

**sorry** [4] - 1048:16, 1051:16, 1057:1

**sources** [1] - 1046:13

**speaking** [1] - 1054:12

**specific** [1] - 1052:21

**specifically** [2] - 1050:16

**STARGATT** [1] - 1044:17

**STARK** [1] - 1043:16

**start** [1] - 1046:9

**STATES** [1] - 1043:1

**stenographic** [1] - 1060:11

**STETTINIUS** [1] - 1044:13

**STEVEN** [1] - 1044:21

**still** [1] - 1047:11


**strategy** [7] - 1048:12, 1049:17, 1049:23, 1050:4, 1050:11, 1051:2, 1055:2

**subtract** [1] - 1058:23

**success** [5] - 1051:6, 1053:17, 1054:22, 1057:12, 1057:23

**successful** [5] - 1054:3, 1054:11, 1057:24, 1058:6, 1060:1

**support** [1] - 1055:5

## T

**tablet** [2] - 1051:19, 1051:21

**TAFT** [1] - 1044:13


**TAYLOR** [1] - 1044:17

**terms** [1] - 1057:25

**testified** [1] - 1055:3

**testimony** [1] - 1060:6

**THE** [14] - 1043:1, 1043:2, 1045:5, 1048:16, 1048:19, 1048:21, 1048:22, 1048:24, 1048:25, 1049:4, 1049:10, 1055:15, 1055:17, 1060:7

**three** [5] - 1046:2, 1053:23, 1056:21, 1058:21, 1059:9

**three-year** [3] - 1046:2, 1053:23, 1058:21

**Thursday** [1] - 1043:13

**today** [2] - 1056:21, 1058:25

**toddlers** [1] - 1047:9

**together** [2] - 1052:3, 1054:20

**took** [1] - 1058:20

**top** [4] - 1049:23, 1052:9, 1056:14, 1056:25

**toward** [1] - 1047:8

**tracks** [1] - 1052:21

**transcript** [1] - 1060:11

**transition** [1] - 1045:20

**translates** [2] - 1052:14, 1052:15

**treat** [1] - 1048:14

**treatments** [1] - 1048:15

**Trial** [1] - 1043:14

**true** [1] - 1060:11

**TUNNELL** [1] - 1043:19

**turn** [4] - 1045:6, 1046:17, 1053:10, 1057:13

**two** [10] - 1045:13, 1046:2, 1046:21, 1046:22, 1046:24, 1046:25, 1047:20, 1053:23, 1056:6, 1058:5

**Ty** [1] - 1051:16

**TY** [1] - 1044:6

## U

**U.S** [1] - 1060:14

**ultimately** [1] - 1059:25

**under** [3] - 1046:6, 1056:13, 1059:12

**unfortunately** [1] - 1049:8


**UNITED** [1] - 1043:1

**units** [3] - 1045:13, 1046:6, 1046:10

**unseal** [1] - 1060:5

**up** [1] - 1048:1


## V

**Valerie** [1] - 1043:25

**value** [3] - 1055:12, 1059:8, 1059:13

**variety** [1] - 1050:8

**various** [1] - 1057:19

**version** [1] - 1051:21

**versions** [1] - 1046:15

**vertical** [2] - 1045:15, 1046:4

**view** [3] - 1057:21, 1057:25, 1060:1

**Volume** [1] - 1043:14

## W

**walk** [1] - 1058:8

**Washington** [1] - 1044:23

**week** [1] - 1049:19

**WENDY** [1] - 1043:22

**Wilmington** [1] - 1043:13

**WILSON** [4] - 1043:21, 1044:2, 1044:5, 1044:18


**witness** [1] - 1048:17

**WITNESS** [5] - 1048:19, 1048:22, 1049:10, 1055:15, 1055:17

## Y

**year** [15] - 1046:2, 1053:1, 1053:2, 1053:23, 1053:24, 1058:14, 1058:15, 1058:21, 1058:25, 1059:2, 1059:4,

1059:11, 1059:16, 1059:21, 1059:22

**years** [4] - 1052:6, 1052:8, 1056:21, 1059:9

**YOUNG** [1] - 1044:17

EXHIBIT 6

*sealed and confidential*

```
 1                    IN THE UNITED STATES DISTRICT COURT

 2                    IN AND FOR THE DISTRICT OF DELAWARE

 3                              - - -
       SILVERGATE PHARMACEUTICALS, INC.,     :     CIVIL ACTION
 4                                           :
                 Plaintiff,                  :
 5       v                                   :
                                             :
 6     BIONPHARMA, INC.,                      :     NO. 18-1962-LPS
                                             :     NO. 19-1067-LPS
 7               Defendant.                   :
       ------------------------------------
 8     SILVERGATE PHARMACEUTICALS, INC.,     :     CIVIL ACTION
                                             :
 9                 Plaintiff,                :
         v                                   :
10                                           :
       AMNEAL PHARMACEUTICALS, LLC,           :
11                                           :     NO. 19-678-LPS
                 Defendant.                  :
12                              - - -

13                         Wilmington, Delaware
                          Friday, February 5, 2021
14                 Bench Trial - Volume E - Sealed Portions

15                              - - -

16     BEFORE:      HONORABLE LEONARD P. STARK, Chief Judge

17                              - - -
       APPEARANCES:
18

19              MORRIS NICHOLS ARSHT & TUNNELL, LLP
                BY:  MEGAN E. DELLINGER, ESQ.
20
                     and
21
                WILSON SONSINI GOODRICH & ROSATI
22              BY:  WENDY L. DEVINE, ESQ., and
                     KRISTINA M. HANSON, ESQ.
23                   (San Francisco, California)

24                   and

25     Valerie J. Gunning              Brian P. Gaffigan
       Official Court Reporter         Official Court Reporter
```

*sealed and confidential*

1    APPEARANCES:

2

3              WILSON SONSINI GOODRICH & ROSATI
               BY:  NATALIE J. MORGAN, ESQ.
                    (San Diego, California)
4

5              and

6              WILSON SONSINI GOODRICH & ROSATI
               BY:  GRANVILLE C. KAUFMAN, ESQ., and
                    TY W. CALLAHAN, ESQ.
7                   (Los Angeles, California)

8                        Counsel for Silvergate
                         Pharmaceuticals, Inc.
9

10             MORRIS JAMES, LLP
               BY:  KENNETH L. DORSNEY, ESQ., and
11                  CORTLAN S. HITCH, ESQ.

12             and

13             TAFT STETTINIUS & HOLLISTER, LLP
               BY:  ROSHAN P. SHRESTHA, Ph.D., ESQ., and
14                  ANDREW M. ALUL, ESQ.
                    (Chicago, Illinois)
15
                         Counsel on behalf of Bionpharma, Inc.
16

17             YOUNG CONAWAY STARGATT & TAYLOR, LLP
               BY:  ANNE SHEA GAZA, ESQ.,
18                  KAREN L. PASCALE, ESQ., and
                    SAMANTHA G. WILSON, ESQ.
19
               and
20
               MADDOX EDWARDS, PLLC
21             BY:  STEVEN MADDOX, ESQ.
                    JEREMY EDWARDS, ESQ.
22                  MATTHEW RUEDY, ESQ., and
                    KAVEH SABA, ESQ.
23                  (Washington, District of Columbia)

24                       Counsel on behalf of
                         Amneal Pharmaceuticals, LLC
25

*sealed and confidential*

1169

Hofmann - direct

1       - oOo -

2           P R O C E E D I N G S

3           (Following portion ordered sealed by the Court,

4   contained herein.)

5           THE COURT:  You may proceed.

6               DIRECT EXAMINATION

7   BY MR. RUEDY:

8   Q.      Mr. Hofmann, how did Silvergate transition Epaned Kit

9   sales to oral -- the Epaned oral solution?

10  A.      Well, I mean, the main, the main thing they did, or

11  things they did, was essentially they -- ████████████

12  █████████████████████████████████████████ began to

13  provide the ready-to-use solution.

14          And then through detailing and information

15  dissemination, essentially explained █████████████████████

16  ██████████████████████████████████████

17  ████████████████████████████████████████

18  ████████████████████████.

19          So it was a fairly seamless transition.

20  Q.      Now, did physicians have to ██████████████████████

21  █████████████████████████████████████

22  ████████████████████████████?

23  A.      ████████████.  And that was really a central message

24  to prescribers by Silvergate; ██████████████████████████

25  ████████████████████████████████████████

*sealed and confidential*

1170

Hofmann - direct

1      ██████████████████████████.

2                  MR. RUEDY:  And if we could go to DDX-705, please.

3      BY MR. RUEDY:

4      Q.      And, Mr. Hofmann, if you could explain to the Court

5      what you have on this slide, please.

6      A.      Yes.  So this is a marketing internal document in

7      terms of what Silvergate was identifying as the key points

8      for the promotion of the ready-to-use solution.

9                  And you can see I've highlighted in yellow they

10     identify the key point █████████████████████████████

11     ██████████████████████████████████████████████████.

12                 And that's, I think, based on PTX-257.

13     Q.      And that's at page SLVGT-EPA_0094016?

14     A.      Yes, sir.

15     Q.      Did you review any documentation regarding the

16     lifecycle management that was made by Silvergate?

17     A.      Yes.  So there was financial data that reflects ████

18     █████████████████████████████████████████████████████

19     ████████████████████████████████████████.

20                 Now, of course, as is common in a lifecycle

21     management strategy, there was also a ██████████████ that

22     Silvergate imposed.  But given the █████████████████████,

23     you know, they were able to essentially █████████████ but

24     essentially ████████████████████████████.

25                 MR. RUEDY:  Next slide, please.

1   BY MR. RUEDY:

2   Q.      And, Mr. Hofmann, if you could explain for the Court

3   the graph on this page, please.

4   A.      Yes.  So this is, as you can see in the background,

5   a board of directors meeting slide from 2016, which is the

6   Epaned launch.  And essentially this shows, with the

7   existing Epaned Kit units being on the far left, ███████

8   ████████████████████████████████████████████████████████

9   ████████████████████████████.  And then ███████████

10  ████████████████████████████████████

11  ████████████████████████████████████████████

12  ██████████████████████████████████████████████████

13  ██████████████████████████████████████████

14  ████████████████████████████████████████

15  ██████████████████████████████████████████████

16  ██████████████████████████.

17  Q.      And what document do you rely on for this point?

18  A.      I believe it's PTX-328 at SLVGT-EPA_0092913.

19          MR. RUEDY:  Next slide, please.

20  BY MR. RUEDY:

21  Q.      Mr. Hofmann, did you analyze any data which

22  illustrates █████████████████ Epaned Kit to Epaned oral

23  solution sales?

24  A.      Yes.  And I think this, this graph ███████████████

25  ████████████████████████████████████████████.  Again,

*sealed and confidential*

1172

Hofmann - direct

1    ███████████████████.

2              There was, in blue, the Kit which, after launch,

3    you know, ████████████████████████████████.  And then

4    from 2016 to 2017, now we know the ready-to-use launched in

5    early 2017.  ████████████████████████

6    ████████████████████████████████████████████

7    ████████████████████████████████████████████

8    ██████████████████████████████████████.  And it

9    was ████████████████ and a much ████████ you know, █████████

10   ████████████ compared to the periods in blue for the Kit.

11   Q.    I'd like to direct your attention to 2016 in particular.

12             Approximately, how many Epaned Kit units were

13   shipped in 2016?

14   A.    Yes.  So if you look at the lines, it's ██████████████

15   ████████████████████████.

16   Q.    And going on to 2017, approximately how many shipped

17   units of Epaned oral solution were done?

18   A.    Again, ████████████████████████████████████.

19   Q.    How does this graph depict Silvergate's lifecycle

20   management efforts?

21   A.    It's a reflection of, you know, essentially a

22   ██████████████████████████████████.  It doesn't, it

23   doesn't reflect ██████████████████████████████

24   ██████████████████████████████.  It simply shows that

25   they ████████████████████████████████████████

*sealed and confidential*

Hofmann - direct

1    ███████████████████████████████████████████████████ as

2    reflected here in.

3    Q.      And, Mr. Hofmann, you are relying on PTX-254 and

4    PTX-255 for this slide?

5    A.      Yes, I am.

6            THE WITNESS:  (Witness drinks water.)

7    Hopefully, my voice doesn't give away.

8            THE COURT:  Okay.

9            MR. RUEDY:  Okay.  May I proceed?

10           THE WITNESS:  Sure.  Sure.

11   BY MR. RUEDY:

12   Q.      How does Silvergate's lifecycle management efforts

13   impact your analysis with respect to commercial success?

14   A.      Well, I think it essentially undermines what we heard

15   from Dr. David yesterday in terms of the ████████████

16   ██████████████████████████████████████████████████████

17   ████████████████████████.

18           Essentially, all that we see here is a strategy

19   that was executed to ██████████████████████████████

20   ██████████████████████████████████████████████████

21   ████████████████████████████████████████████████████

22   ██████████████████████████████████████████████ by

23   deploying those commercial strategies.

24           It's really not a reflection of the claims of

25   the patents-in-suit.  It's just executing that lifecycle

*sealed and confidential*

Hofmann - direct

1174

1    management strategy so there is no nexus.

2    Q.      Now, turning to one of the other opinions on your

3    summary slide.  You stated that Dr. David failed to

4    appropriately address what was known in the prior art as a

5    driver of the marketplace performance of Epaned oral solution.

6    A.      That's correct.

7    Q.      How does the fact that the Epaned Kit was known in

8    the prior art, how does that impact your analysis?

9    A.      Well, I think we heard from Dr. Mahan yesterday, and

10   we have heard from other witnesses, that essentially the Kit

11   gave an oral solution to parents and patients, you know,

12   when they arrived at the, at the pharmacy.

13           And so the idea and the ability to get a

14   commercially available oral solution and various other

15   aspects of that oral solution, which I understand Dr. Sinko

16   is going to address more fully, were all things that were

17   known in the prior art.

18           And so here, again, we have a further reason

19   that there is a lack of nexus.  Essentially what is driving

20   the sales here is ███████████████████████████████

21   ██████████████, combined with, you know, why did that work?

22   Because it was essentially ████████████████████████████

23   ████████████████████████████████████████████████

24   ██████████.

25   Q.      Now, did you hear Dr. David's testimony regarding the

*sealed and confidential*

1175

Hofmann - direct

1   alleged benefit of the Epaned oral solution product relative

2   to the alleged benefits of the Epaned Kit?

3   A.      I did.

4   Q.      And do you agree with him?

5   A.      No.   I think between the testimony of Dr. David and

6   Dr. Mahan, you know, from what I heard and what I understand

7   from Dr. Sinko, a lot of what they're attributing to the

8   alleged nexus here are things that were known in the prior

9   art and I understand that Dr. Sinko will talk a little bit

10  more about that later today.  But based on my discussion and

11  my understanding and hearing that testimony, the things that

12  they are attributing to are things that were previously

13  known.

14  Q.      How does the alleged benefit of Epaned oral solution

15  being known in the prior art impact your analysis with

16  respect to market success?

17  A.      Well, going back to the framework, you have to have

18  nexus to even potentially find commercial success, and if

19  what is driving the performance are things that were known

20  in the prior art, you can't have nexus.  And then when you

21  layer on top of that the life cycle management strategy

22  that you discussed, it really breaks apart any reasonable

23  claim of nexus through ███████████████████████

24  ████.

25  Q.      Did you also hear Dr. David's testimony regarding

*sealed and confidential*

1176

Hofmann - direct

1  that if potential inventors had evaluated the marketplace

2  for Ready-to-Use enalapril, they could have reached the

3  conclusion that there would be a market for such a product?

4  A.     I did hear that testimony, yes.

5  Q.     Do you agree with his testimony?

6  A.     No.  I strongly disagree.  I think that market

7  dynamics and the position of a third party is very different

8  than the position that Silvergate was in in terms of market

9  demand from the Kit to the Ready-to-Use solution.

10  Q.     Why would a third party be in a different market

11  position compared to Silvergate?

12  A.     Well, you know, in the first instance, you're talking

13  ████████████████████.  ██████████████████████████████████

14  ████████████████████████████████████████████████████████

15  ████████████████████████████.  You're talking about ████████

16  ████████████████, which I think I'm talking about a little bit

17  more.  But then also you have Silvergate who has a Kit on

18  the market and they ████████████████████████████████████████

19  ████████████████████████████████████████████████████████████

20  ██████████████████████████████████████████

21  ██████████████████████.

22          If a third party were to come to market, as

23  Dr. David describes, Silvergate wouldn't ████████████████████

24  ████████████████.  They would have, you know, competed with a

25  third, theoretical third party on both price and in

Case 1:18-cv-01962-LPS   Document 251-1   Filed 04/22/21   Page 209 of 275 PageID #: 15290
*sealed and confidential*
1177
Hofmann - direct

 1    marketing.   A third party also wouldn't have the benefit

 2    ████████████████████████████████████████████████████████

 3    ████████████████████████████████████████████████████████

 4    ███████████████████████████████████████████████.

 5                So I just, I find it incredible or uncredible

 6    the idea that there was this economic motivation or ability

 7    or, you know, prospect of profit.   As Dr. David described,

 8    as a third party, you know, Silvergate really was the one

 9    that had ███████████████████████████████████████, if

10    you will, to bring this product to market and leverage its

11    path.

12    Q.    So you just mentioned sales and profitability.   The

13    third parties had actually -- let me withdraw that.

14                If Silvergate continued to sell the Epaned Kit

15    to compete with a hypothetical third party, how would this

16    competition impact the potential sales and profitability of

17    the third party's Ready-to-Use product?

18    A.    That's just it.   It would have widespread

19    implications.

20                First off, ███████████████████████████████████

21    ████████████████████████████████████████████, which

22    they controlled both of those, whereas a third party would

23    have to ██████████████████████████████████████████

24    ██████████████████████████████████████████████████████████

25    ███████████████████████████████████████████████



1   hypothetical third party.  And if you're talking about such

2   a ███████████████, it's just implausible that a third

3   party would be able to make a go of it or be economically

4   interested in making a go of it.

5   Q.      Are there any other reasons why a third party would

6   not be incentivized to develop the asserted claims of the

7   patent-in-suit?

8   A.      Yes.  Essentially, the overarching point that we're

9   only talking about, you know, ██████████████████████.

10  For pharmaceuticals, prescription pharmaceuticals, ████

11  ████████████████████████████████████████████

12  ██████████████████████████.

13  Q.      Now, did you hear Dr. David's testimony regarding

14  ████████████████████████████████████████████████

15  █████████████?

16  A.      I did.

17  Q.      Do you agree with his testimony?

18  A.      No.  I think it's very flawed and misleading.

19  Q.      And why is that?

20  A.      Well, I mean, it's inherent in what I just explained

21  in terms of his analysis assumes ████████████████████

22  ████████████████████████████████████████████████

23  ███████████████████████████████████, was able

24  to ██████████████████████████████████

25  ████████████████████████████████████████

*sealed and confidential*

1179

Hofmann - direct

1     ████████████.   A third party would not be in that situation

2     at all.   They would have to, you know, essentially start

3     from the ground floor ██████████████.   They would have

4     to get approval for product that wouldn't be called Epaned.

5     It wouldn't ██████████████████████████████████████

6     ████████████████████████████████████████████████

7     ██████████████████████████████████.

8           So the analysis and the numbers and figures that

9     we saw from Dr. David and the ████████████████y are

10    essentially, you know, ██████████████████████

11    ████████████████.   ████████████████████████████

12    ████████████████████████████████████████████████

13    ████████████.

14    Q.     Did you hear Dr. David's testimony regarding the

15    ████████████████████████████████████████████████

16    ████████████████████████?

17    A.     I did.

18    Q.     And do you agree with his testimony?

19    A.     I do not.

20    Q.     Let's start with prescription share.   Why do you

21    disagree with him on prescription share?

22    A.     Well, he, I think, falsely defined ████████████████

23    ████████.   I think the metric that he put up ████████████

24    ██████████████████████████████████████

25    ████████████████████████████████████

sealed and confidential
1180
Hofmann - direct

1   ██████████████████████████████████████████████

2   ██████████████████████████████████████████████

3   ████████████████████████████████.

4            MR. RUEDY:  Next slide, please.

5   BY MR. RUEDY:

6   Q.     Now, Mr. Hofmann, did you analyze the prescription

7   share of Epaned oral solution ██████████████████████

8   ████████████?

9   A.     Yes.  And what we see here on this graph, so, again,

10  this is only enalapril, so I'm not, I'm not -- I'm not

11  plotting all antihypertensives.  I'm just plotting the share

12  of Epaned relative to other products where enalapril is the

13  active ingredient.  And what you can see is that blue

14  reflects that ██████████████████████████████

15  ██████████████████████████████████████

16  ████████████████████.

17            The ██████████████████████████████

18  ██████████████████████████████████████████ and

19  then there's also ████████████████████████████████

20  ██████ and then the Vasotec tablet.  But essentially,

21  ██████████████████████  are things other than Epaned.  So the

22  metrics we saw at ████████████████████  as presented by Dr. David

23  I think are pretty misleading in terms of how successful or

24  how much penetration has happened in the marketplace.

25  Q.     And on this slide you're referring to PTX-034 and

Case 1:18-cv-01962-LPS  Document 251-1  Filed 04/22/21  Page 213 of 275 PageID #: 15294
*sealed and confidential*
1181
Hofmann - direct

1   PTX-251?

2   A.      That's correct.

3   Q.      Now, Mr. Hofmann, what conclusions, if any, did

4   you draw from your analysis with respect to prescription

5   share?

6   A.      Well, I think what prescription share shows us is

7   that, look, there's the ███████████████████████████████

8   ███████████████████████████████████.  What we see

9   when you look at the ███████████████ and the ████

10  ██████████  accompanied by the commercial strategy I

11  discussed in terms of the life cycle management plan and ███

12  █████████████████████████████████████████

13  ██████████████████████████████████████████

14  ██████████████████████████████████████████.

15  Q.      Now, with respect to Dr. Davidson's opinion regarding

16  ██████████████  of Epaned oral solution, do you disagree

17  with him?

18  A.      Yes.  I don't believe he fully accounted for key

19  categories that exist with respect to branded pharmaceutical

20  products.  I don't think he fully accounted for ██████████

21  ███████████████████████████████████████.

22  Q.      And how would the ███████████████████  have

23  affected the net margin?

24  A.      Well, it further overstates some of the metrics that

25  we see in the presentation by Dr. David.  You know, again,

1  you have to fully account and fully load the costs

2  associated with the product.

3           Silvergate is a -- is a company with ████████

4  ████████████████████████████████████████████, and you

5  have to allocate, you know, not only ███████████████

6  ██████████████████████████████████████████

7  ███████████████████████████, if you are really going to get

8  what their true profitability is.

9           I think a lot of the metrics of profitability

10 we have ████████████████████████████████████████████

11 ███████████████████████████████████, at least so

12 far.

13           MR. RUEDY:  Your Honor, I believe we can unseal

14 the courtroom at this time.

15           THE COURT:  Okay.  Let's do so then, please.

16           (Sealed portion ends.)

17                *    *    *

18           THE COURT:  Okay.  Go ahead.

19           Ms. Morgan, you can go ahead.

20           MS. MORGAN:  Thank you.

21           Can we go to DDX-708, please.

22                  CROSS-EXAMINATION

23 BY MS. MORGAN:

24 Q.    Do you know what numbers annual prescriptions are

25 represented in DDX-708?

1   A.      What, what number are the annual prescriptions in

2   units?

3   Q.      Correct.  Correct.

4   A.      Not off the top of my head, no.

5   Q.      Would you be surprised if I told you that your source

6   documents you cite your, for example, for 2017 said

7   ███████████?

8   A.      That would not surprise me, but I don't remember.

9   Q.      Does ███████████████████████████████████████████?

10  A.      No.  Enalapril is widely used.

11  Q.      Okay.  And the blue block represents the pill or

12  tablet form of enalapril; correct?

13  A.      Correct.  It is --

14  Q.      Okay.  Thank you.

15          And your slide DDX-708 includes the entire adult

16  and pediatric population of the U.S., ████████████████;

17  correct?

18  A.      It does.

19  Q.      And you don't know what portion of the population

20  ███████████████████████████; correct?

21  A.      I, I don't know that.

22  Q.      And you didn't talk to any clinician to determine

23  ███████████████████████████; correct?

24  A.      No, ma'am.

25  Q.      And you didn't talk to any clinician to identify what

*sealed and confidential*
1184
Hofmann - cross

1    segment of the population is prescribed enalapril in a

2    liquid form; correct?

3    A.      I mean, that's reflected in data.

4    Q.      And you didn't ask any clinician when or why

5    enalapril in a liquid form is prescribed versus a pill form;

6    correct?

7    A.      I did not speak with a clinician, no.

8    Q.      You used IMS data to construct DDX-708; correct?

9    A.      IQVIA, but yes.

10   Q.      And you agree that there is IMS data showing

11   enalapril prescriptions by product ███████████; correct?

12   A.      Which is within this dataset.

13   Q.      But you didn't compare alone enalapril prescription

14   shares for ████████████; correct?

15   A.      That was the -- what David did, and this was my, my

16   response to that.

17   Q.      Sir, can you please answer my question?

18           You didn't compare enalapril prescription share

19   for ████████████; correct?

20   A.      No, I included --

21   Q.      Okay.  Thank you.

22   A.      -- the label consistent --

23   Q.      Thank you.  You answered, you answered my question,

24   sir.  Thank you.

25           MS. MORGAN:  We can unseal the courtroom, Your

*sealed and confidential*
52(c) motion

1    Honor.

2              THE COURT:  Okay.  Mr. English, if you would

3    please do so.

4              MS. MORGAN:  You are not --

5              THE TRIALanywhere HOST:  The courtroom is open.

6              THE COURT:  Hold on.

7              MS. MORGAN:  Pardon.  Pardon me.

8              THE COURT:  Done, right?

9              (Sealed portion ends.)

10             *    *    *

11             THE TRIALanywhere HOST:  I removed the public

12   and Mr. George.  The courtroom is sealed.

13             THE COURT:  Okay.  Mr. Alul.

14             MR. ALUL:  Your Honor, I think the -- we

15   respectfully submit that the evidence showed that a skilled

16   artisan reviewing the common specification would know that

17   ███████████████████████████████ disclosed as suitable

18   alternatives to the claimed sodium benzoate.

19             On prosecution history estoppel, Your Honor,

20   argument-based -- or I'm sorry, amendment-based, we believe

21   there is an indisput- -- there was an indisputable narrowing

22   amendment of the buffer limitation during prosecution by

23   Silvergate, and it was done at the request of the, the

24   Examiner.

25             The Examiner asked -- or Silvergate tried to

*sealed and confidential*

52(c) motion

1   distinguish the application claims from the prior art

2   based on one of the exemplified formulations in the common

3   specification the E5 formulation.  The Examiner rejected the

4   comparison and noted that, that the broader independent

5   claims, 1 and 12, do not require sodium citrate dihydrate.

6           And what did Silvergate do in response?  It

7   narrowed the buffer limitation to include sodium citrate and

8   then continued to distinguish the claims from the prior art

9   based on the specific components and concentrations,

10  separate and apart from any arguments they made

11  distinguishing the prior art based on stability.

12          For argument-based estoppel, Your Honor, we

13  think the disclaimer is there.

14          In that paragraph underneath the table that said

15  that, you know, there are only four components to our claim

16  formulation plus enalapril and water and we believe as a

17  matter of law, that's a disclaimer.

18          We didn't find out until I believe

19  cross-examination what Silvergate may be arguing to try to

20  get around that disclaimer, and that's because at the

21  Examiner's suggestion, the applicants removed sucralose from

22  the independent claims, that somehow that negated the

23  disclaimer, but as Your Honor will see in my closing

24  statement, I've got some slides on this, that was

25  insufficient to recant the disclaimer.  Under Federal

*sealed and confidential*

52(c) motion

```
 1    Circuit law, it doesn't even matter if the Examiner relied

 2    on the disclaimer.  Once it's made, competitors like

 3    Bionpharma should be able to rely on it.

 4                 And then the factual defenses, Your Honor, we

 5    just feel that they failed to carry their burden of proving

 6    that we actually have a functioning buffer in our product

 7    and that our ████████████████████████████████████

 8    ████████████████████████████████████████  are substantially

 9    similar to the claimed formulation.  We feel that they

10    failed to prove that.  So we respectfully request for

11    judgment under Rule 52(c), Your Honor.

12                 THE COURT:  All right.  Does plaintiff wish to

13    respond?

14                 MS. DEVINE:  Yes, please, Your Honor.  I won't

15    go into deep detail.  All of this is covered in my closing.

16    However, we respectfully disagree with each of the points

17    that Mr. Alul just made.  Disclosure dedication, while we

18    agree that the specification does discuss ███████  generally

19    and we note that Mr. Alul is correct in the evidence that he

20    brought out that ████████████████████████████

21    ████████████████████████████████████████████

22    ████████████████████████████████  the law requires for

23    disclosure dedication that the accused equivalent be

24    disclosed specifically as an alternative to the claimed

25    sodium benzoate and we believe we've shown that it was
```

1    not.

2          Regarding amendment-based estoppel, as we've

3    brought out in the evidence, there was no narrowing

4    amendment.  Even if one were to look at the language on its

5    face, if you look at it as a person of skill in the art and

6    in the context of the specification, there are ultimate

7    buffer systems disclosed there and it's simply swapping one

8    alternate for another, it's not narrowing.

9          Even if we were to assume it was narrowing, it

10   was not for purposes of patentability.  The Examiner had

11   already noted that sodium citrate was in the prior art,

12   so it could not have distinguished the claims.  Moreover,

13   the Examiner had rejected as obvious a claim that already

14   had the limitation that was added, so that could not have

15   overcome as a matter of logic the obviousness rejection.

16         Even if we want to assume that it was for

17   purposes of patentability, it was tangential to the accused

18   equivalent.  The accused equivalent appears nowhere in the

19   prior art or in the prosecution history.

20         As far as argument-based estoppel, I believe Mr.

21   Alul just stated that a competitor is entitled to rely on

22   the statements in the prosecution made regarding the five

23   ingredients of the formulation.  I would submit that a

24   competitor must also look at the scope of the claims, which

25   is not consistent with that five ingredient analysis, and

*sealed and confidential*

1189

52(c) motion

1    must be responsible for understanding that that is not a

2    clear and unmistakable disavowal.

3              Regarding buffers, Dr. Byrn did provide

4    sufficient evidence to meet the preponderance standard that

5    there is a functioning buffer in the Bionpharma product as

6    we allege and that the preservative in the Bionpharma

7    product is equivalent to the preservative in the claim.

8              So we submit that judgment is certainly not

9    appropriate and that judgment of infringement is

10   appropriate.

11             THE COURT:  All right.  Mr. Alul, I am going to

12   take the motion under advisement.  Anything further you want

13   to say on it?

14             MR. ALUL:  Just that, Your Honor, and I guess I

15   will touch on this more in my closing statement.  I'm still

16   astonished that plaintiffs continue to maintain this

17   position that somehow adding sodium citrate to the buffer

18   limitations during prosecution was not a narrowing

19   amendment.  It just defies logic, common sense, fundamental

20   patent law.

21             Their own other infringement experts -- and I

22   will get into this during my closing, but we believe Dr.

23   Byrn, you know, impeached himself and destroyed his own

24   credibility by failing to admit this fact, and I will note

25   that Silvergate's other infringement expert, Dr. Buckton, on

Case 1:18-cv-01962-LPS   Document 251-1   Filed 04/22/21   Page 222 of 275 PageID #: 15303
*sealed and confidential*
1190
52(c) motion

 1    cross-examination relented and finally admitted, yes, adding

 2    sodium citrate probably did narrow the literal scope of the

 3    claim.

 4              So we're just -- I'm astonished that plaintiff

 5    keeps trying to push this specious argument that somehow it

 6    wasn't a narrowing limitation and I will be bringing that up

 7    during our closing argument and certainly in post-trial

 8    briefing.

 9              MS. DEVINE:  Your Honor, may I respond briefly?

10              THE COURT:  Sure.  Go ahead.

11              MS. DEVINE:  We have an agreement that

12    Bionpharma will not rely on the record of experts in the

13    Amneal case and vice-versa, so to the extent Mr. Alul is

14    intending to rely on the testimony of Dr. Buckton, that is

15    improper.

16              MR. ALUL:  Your Honor, if I can respond?

17              THE COURT:  Sure.

18              MR. ALUL:  Your Honor, certainly, we have no

19    intention of relying on anything substantive that Dr.

20    Buckton said during his testimony at all during trial.

21    That's not our intention.  But we certainly believe we

22    should be able to -- that we should be able to rely on the

23    fact that he essentially impeached their other infringement

24    expert, Dr. Byrn, by admitting that, yes, adding sodium

25    citrate to the buffer limitations during prosecution did

1    narrow the literal scope of the claims.

2              By contrast, Dr. Byrn, as it appears that Ms.

3    Devine is doing right now, dug his heels in and refused to

4    admit the undeniable, which is that it was a narrowing

5    amendment.

6              And so we think it's -- we should be able to

7    rely on Dr. Buckton's representation.  We're not relying on

8    any of the substantive opinions.  We have no intention of

9    doing that.

10             THE COURT:  All right.  Well, you are going to

11   have to I suppose next week put your heads together on this

12   point.

13             I think what you are trying to do, Mr. Alul, is

14   inconsistent with the stipulation that I signed, the order

15   that I entered at defendants' request, which as I understood

16   it was to the extent humanly possible, I am to cabin the

17   information I learned in connection with the Amneal trial

18   and not use it in connection with the Bionpharma's

19   determination.  So if I have to do that and plaintiffs have

20   to do that, it seems to me that defendants should have to do

21   that as well.  But if that is not somebody's interpretation

22   of the order, again, you're going to have to meet and confer

23   on that and then let me know if you want to propose an

24   amendment to the order or if there's a dispute that I need

25   to resolve.  Okay?

*sealed and confidential*

52(c) motion

```
 1                MR. ALUL:  Understood.  Understood, Your Honor.

 2                THE COURT:  All right.  Does Amneal want to be

 3      heard at this time?

 4                MR. MADDOX:  Yes.  Mr. Saba?

 5                MR. SABA:  Yes, Your Honor.  Kaveh Saba.  I will

 6      try to be brief.

 7                Amneal would like to move for judgment in its

 8      favor under Rule 52(c) under both noninfringement and

 9      invalidity.

10                Noninfringement, Amneal requests judgment based

11      on prosecution history estoppel, including both

12      amendment-based and argument-based estoppel.  I won't rehash

13      the reasons for that, but we do agree that there was clearly

14      a narrowing amendment made for reasons related to

15      patentability that was not tangential to the accused

16      equivalent.

17                Also that plaintiff failed to prove infringement

18      under the doctrine of equivalents with respect to the

19      required buffer of citric acid and sodium citrate for all

20      four asserted patents.

21                On invalidity, Amneal requests judgment under

22      Rule 52(c) based on obviousness of all of the asserted

23      claims and on lack of enablement and written description

24      of the open-ended stability element of all the asserted

25      claims.
```

*sealed and confidential*

1193

52(c) motion

1  　　　We're happy to provide further explanation of

2  any of these bases or further briefing if the Court would

3  like.  It does seem like much of it is discussion that will

4  go on in closing argument.

5  　　　THE COURT:  All right.  Thank you.  I don't need

6  anything further at this time.

7  　　　Ms. Devine, did you want to respond?

8  　　　MS. DEVINE:  Your Honor, after consultation with

9  my colleagues, in view of Amneal's motion, we would like to

10  move for judgment under Rule 52 on obviousness and the 112

11  issues.  We believe that Amneal has is far from presenting

12  clear and convincing evidence on those issues and it will be

13  discussed in our closing statements.  However, I would be

14  happy to elaborate if you would like.

15  　　　THE COURT:  That's really up to you.  Is there

16  anything further you want to say in response to Amneal?

17  　　　MS. DEVINE:  We disagree.  Given that Amneal did

18  not go into detail, I will not belabor the point.

19  　　　THE COURT:  Okay.  I plan to take Amneal's

20  motion under advisement as I will plan to do with respect to

21  your motion now.  So it's up to you if you want to use time

22  now or do it in the context of closing arguments.

23  　　　MS. DEVINE:  We will reserve our time

24  foreclosing, please.  Thank you.

25  　　　THE COURT:  Mr. Saba, anything you want to say

*sealed and confidential*

1194

52(c) motion

1   in response for your motion or against the plaintiffs'

2   motion?

3              MR. SABA:  No.  But we'll reserve that time

4   foreclosing argument.

5              THE COURT:  Okay.  Thank you.

6              MR. SABA:  Thank you, Your Honor.

7              THE COURT:  We're going to take a recess.  We'll

8   calculate how much time is left and share it with you before

9   we get started and then we'll come back and I will hear

10  closing arguments.

11             Mr. Alul?

12             MR. ALUL:  Your Honor, we've put together some

13  slides sort of at the last minute.  Would Your Honor like it

14  if we submitted to the Court the slides?

15             THE COURT:  Sure, but, of course, copy the other

16  parties on it when you submit it to me.

17             MR. ALUL:  Absolutely.

18             THE COURT:  If anyone else is able to do that,

19  that's fine.  If you can't, that's fine as well.  I will

20  work from what you display.  And I suppose I think we don't

21  have the public with us right now, so if that's the case,

22  Mr. English, if you could bring them back before we take a

23  break.

24             (Sealed portion ends.)

25                    *    *    *

*sealed and confidential*

1195

closing argument by Ms. Devine

1   THE TRIALanywhere HOST:  The public has been put

2   in the waiting room, and the courtroom is sealed.

3   THE COURT:  All right.  And is the -- any

4   individual that needs to be out -- Ms. Devine, only you know

5   what you are going to say, but should the individual be out

6   as well?

7   MS. DEVINE:  My client should not be present,

8   yes.

9   THE COURT:  All right.  Mr. English, has that

10  been done?

11  THE TRIALanywhere HOST:  Okay.  Mr. George has

12  been removed as well.

13  THE COURT:  Okay.  Thank you.  Go ahead.

14  MS. DEVINE:  Thank you.

15  (Mr. George removed.)

16  MS. DEVINE:  As Drs. Byrn and Buckton explain,

17  defendants' own documents reflect that there is infringement

18  under the Doctrine of Equivalents.

19  Now, Amneal attempts to avoid this by arguing

20  that any equivalent must have two components, as Your Honor

21  as I just discussed.

22  This is simply not true as Federal Circuit

23  law indicates that one part of the accused device can be

24  equivalent to two elements in the claim; and, moreover,

25  Amneal ignores that the asserted claims are not methods of

1    making a solution.   They contain claims to a solution.

2           So the correct perspective for analyzing the

3    equivalent in Amneal's product is after dissolution in the

4    solution is achieved and equilibrium is reached.

5           Now, as to Bionpharma, its criticisms of

6    Dr. Byrn fail.   There is no requirement that Dr. Byrn test

7    the accused product.

8           As Dr. Byrn explained, it is a matter of

9    acid-based chemistry that Bionpharma's ANDA product contains

10   the accused buffer.

11          Similarly, Bionpharma's contention that there

12   are six differences between the claims and its accused

13   product improperly chops up the claim.

14          The buffer limitation is a single limitation for

15   which there is an equivalent in the Bionpharma ANDA product.

16          Now, Bionpharma's argument also ignores the

17   about-modifiers of the buffer amount range.

18          Bionpharma's expert, Dr. Moreton, testified that

19   when the claimed range of amounts of buffer are converted to

20   buffer species, ███████████████████████████████

21   ███████

22          ████████████████████████████████

23   ██████████████████████████████████████████

24   ██████████████████████████████████████████

25   ████████████████████████

*sealed and confidential*

1197

closing argument by Ms. Devine

1    Can we move to the next slide, please.

2    Now, as the Federal Circuit recently stated in

3  November of last year, defining the outer reaches of "about"

4  in a claimed range can be a matter of claim construction,

5  when the claims -- but when the claims are applied to an

6  accused device, it is a question of technological fact

7  whether the accused device meets a reasonable meaning of

8  "about" in the particular circumstances.

9    Now, Bionpharma's remaining argument is rooted

10  in a belated incorrect claim construction that requires a

11  buffer ██████████████████████████████████  There

12  is nothing in the specification or the prosecution history

13  supporting such a construction.

14    Indeed, as Bionpharma's own expert testified,

15  the claims asserted against Bionpharma ██████████████

16  ██████████████████████████

17    Likewise, Dr. Byrn explained that from the

18  perspective of a person of skill, the accused equivalent

19  preservative in Bionpharma's product was not disclosed as

20  an alternative to the claimed sodium benzoate.

21    The accused ANDA products are not novel.  Both

22  defendants modeled their products off of Dr. Mosher's

23  Epaned and Silvergate's patents, making only insubstantial

24  modification for no other reason than to generate an

25  argument for litigation.

*sealed and confidential*

1198

closing argument by Mr. Alul

1      Those arguments fail, and Silvergate

2  respectfully requests that the Court enter a judgment of

3  infringement as to both.

4      And that is the end of my closing, Your Honor.

5  If you have further questions.

6      THE COURT:  Not at this time.  We'll save the

7  rest of your time for any rebuttal.

8      MS. DEVINE:  Great.  Thank you very much.

9      THE COURT:  Thank you.

10     Mr. Alul, are you going first?

11     MR. ALUL:  I presume so, Your Honor, if it's

12  okay with my friends representing Amneal, I'd appreciate it.

13     MR. MADDOX:  Absolutely.  That is what we

14  assumed.

15     THE COURT:  Okay.  And did you want to start

16  closed or opened?

17     MR. ALUL:  Closed just for a few minutes, Your

18  Honor, if that is okay.

19     THE COURT:  That's fine.  Go ahead.

20     MR. ALUL:  Katie, are we closed?  I'm sorry.

21     Oh, I believe we are.  Okay.  I'm sorry.

22     THE COURT:  Yes.

23     MR. ALUL:  Your Honor, I'd like to start off

24  talking about the experts because I think it's -- I think

25  it's sort of an important backdrop to before we get to

*sealed and confidential*
1199

closing argument by Mr. Alul

1    arguing about the what the evidence shows.

2           We respectfully -- so there were two experts

3    that testified in connection with Silvergate's claims

4    against Bionpharma:  Dr. Byrn for Silvergate, Dr. Moreton

5    for Bionpharma.

6           We respectfully submit, Your Honor, that

7    Dr. Byrn, we don't dispute he is a very experienced chemist,

8    but we respectfully submit that he is less qualified in the

9    area of formulation than Dr. Moreton is.

10          And in support of that, we have testimony from

11   Dr. Byrn himself where he admits that he had never primary

12   responsibility formulating a product that has received

13   regulatory approval and been marketed.

14          By contrast, Dr. Moreton has formulated hundreds

15   of drugs and had primary responsibility formulating numbers

16   of those drugs, including ones that have received regulatory

17   approval and been commercially marketed in the United

18   States, including Tyzeka, which was an oral solution.

19          But more pertinent to this case, Your Honor,

20   Dr. Byrn admitted he's never formulated liquid products

21   using the very excipients we're dealing with in this case:

22   ███████████████████████████████████████████████

23   ████████████

24          By contrast, Dr. Moreton confirmed that he's

25   formulated liquid products using all of those excipients.

*sealed and confidential*

1200

closing argument by Mr. Alul

```
 1              And, finally, Your Honor, and I wasn't going to
 2    touch on the Dr. Buckton point of this, but I feel like I
 3    have to now that Ms. Devine brought it up in her opening.
 4              But we respectfully submit, as I stated in
 5    connection with our Rule 52(c) arguments, that Dr. Byrn
 6    impeached himself by refusing to admit what we respectfully
 7    submit is undeniable.  And that is, adding sodium citrate
 8    to the buffer limitations during prosecution narrowed the
 9    literal scope of the claims.
10              He kept arguing, as Ms. Devine did in her
11    closing, that somehow that wasn't -- but as Your Honor
12    correctly pointed out, and as Ms. Devine conceded, you could
13    have a product that wouldn't literally infringe -- or you
14    could have a product that didn't include sodium citrate that
15    would not infringe before and would infringe afterwards.
16              So it's a conceded, undisputed fact, and I still
17    don't understand, for the life of me, why they're trying to
18    push this.  I don't know why Dr. Byrn kept arguing this.
19              The only thing that I can think of is either he
20    doesn't understand literal infringement; and that can't be
21    the case; he's served as an expert in a number of these
22    cases on the infringement side; or he just took his level of
23    advocacy to an area where he shouldn't have gone.
24              But we respectfully submit that based on that,
25    he -- his credibility was severely undercut.
```

*sealed and confidential*

closing argument by Mr. Alul

1    By contrast, Your Honor, Dr. Moreton testified

2    credibly.  He wasn't impeached.  And he backed up his

3    opinions with citations to the literature.

4    Onto what we believe the evidence shows.  The

5    defense is, first of all, Your Honor, disclosure dedication.

6    We pushed this defense, Your Honor may recall,

7    early last year in connection with our motion for leave to

8    file a Rule 12(c) motion.

9    And at the time, at the May 5th hearing, Your

10   Honor said:  I hear what you guys are saying, I hear what

11   you are saying, Bionpharma, but I would like to hear some

12   expert testimony on this.

13   We respectfully submit that we came forward with

14   the expert testimony that we believe Your Honor may have

15   been looking for.

16   And that is when a POSA looks at this passage

17   ████████████████████████████████ which describes what

18   preservatives are useful in the claimed invention, and it

19   identifies a number of preservatives, including

20   ███████████████████████████████████████ and sodium

21   benzoate.  As Dr. Byrn explained, a POSA would bring to

22   this table some background knowledge on ████████████  And

23   from that knowledge, a POSA would know ██████████████████

24   ███████████████████████████████████████████████████

25   ████████████████████████████████

closing argument by Mr. Alul

1    Based on that, and given that the spec needs to

2  be read from the standpoint of a POSA, we believe just as

3  disclosed here in Column 10 is enough to trigger the

4  disclosure dedication doctrine.

5    But even if that wasn't enough, Dr. Byrn walked

6  the Court -- I'm sorry, Dr. Moreton walked the Court through

7  the specification, pointed out other passages where the

8  specification unequivocally says, in some embodiments, the

9  ███████████████████████████████████ without anything

10 else.

11    That slide just summarizes Dr. Moretan's

12 testimony on what the POSA would know.

13    Next, Your Honor, Dr. Moreton took us to

14 ███████████  And we really think this is, essentially, the

15 nail in the coffin here because what it reveals is that

16 Silvergate in its R&D actually experimented ████████████

17 █████████████

18      █████████████████████████████████

19 ██████████████████

20    Silvergate's two counterarguments fell apart

21 during trial.

22    The first one was, well, we should disregard

23 ████████████████████████████████████████████████████████

24 ████████████████████████████████████████████████████████

25 ████████████████████████████████ . ███████████

*sealed and confidential*

closing argument by Mr. Alul

1   ███████████████████████████████

2           But as both experts agree, Dr. Byrn on cross-

3   examination, Dr. Moreton on direct, in these formulations,

4   within these actual liquid formulations, ████████████████

5   ██████████████████████████████████████████████████████████

6   ██████████████████████████████████████████████

7                   █████████████████████████████  that would be

8   exerted their antimicrobial activity.

9           Dr. Byrn admitted it on cross, Dr. Moreton

10  stated it unequivocally in his direct.

11          And the only other criticism they have, Your

12  Honor, is that somehow these formulations should be

13  disregarded and -- because they contain another preservative,

14  either potassium sorbate or sodium benzoate.

15          As Dr. Moreton explained in his direct, Your

16  Honor, and as Your Honor well knows from being a veteran in

17  this type of -- in these types of cases, you don't read a

18  portion of the spec in isolation.

19          And we saw through -- in Dr. Moretan's direct

20  the other passages which unequivocally state in some

21  embodiments, the preservative is ████████████████████

22          And we also ████████████████████████████████████

23  ██████████████████████████████████████████████████████████

24  ████████████████████████████████████████████████

25  ████████████████████████████████████████████

*sealed and confidential*

1204

closing argument by Mr. Alul

1   ███████████████████████████████████████████

2   ███████████████████████████████████████████

3   ███████████████████████████

4           And so we respectfully submit collectively this

5   disclosure, ████████████████████████████████

6   for the specification disclosure necessary that

7   ████████████████████████████████████████████ to

8   the claimed sodium benzoate.

9           THE COURT:  Let me ask you a little bit about

10  your response to that first criticism, ████████████

11          MR. ALUL:  Sure.

12          THE COURT:  As I understand it, your view is I

13  should look at colloquially what is floating around in this

14  solution.

15          And that that is the important reality for your

16  disclosure dedication doctrine.

17          Do I also do that for all infringement issues

18  with respect to Bionpharma, look at the reality of what is

19  floating around in the solution, or is that not the analysis

20  you are going to ask me to take?

21          MR. ALUL:  No, Your Honor.  We are not shying

22  away from Your Honor relying on expert testimony regarding

23  what is actually in Bionpharma's ANDA product.

24          And we may be touching on this in connection

25  with our factual defense to the buffer limitations.

*sealed and confidential*

1205

closing argument by Mr. Alul

1     But we respectfully submit that the evidence

2     there shows that what is in our ANDA product is not a

3     functioning buffer.  It's not.  Because, because the

4     strength of █████████████████████████████████████

5     ████████████████████████████████████████████████████████

6     ████████████████████████████████████████████████████████

7     ████████████████████████████████████████████████████████

8     ██████████████████████████████

9          And by the definitions for what constitutes a

10    proper buffer in the literature evidence that Dr. Moreton

11    relied on that I crossed Dr. Byrn on, it was unequivocal.

12         The strength of the weak acid must be within

13    plus or minus 1 of the pH, of the formulation.  And Dr.

14    Byrn conceded under that standard, yes, ███████████████

15    ███████████████████     Its pKa is not within plus or minus 1 of

16    the pH of Bionpharma's ANDA product, and, therefore, just

17    the documentary evidence says, we don't have a properly

18    functioning buffer in our formulation.

19         This is all if Dr. Byrn's theory about the

20    existence of this buffer in our product is true.

21         THE COURT:  Okay.  I just -- I mean, that is

22    where I was going.  I just want to know that I can rely on

23    Bionpharma to consistently take the view that I should be

24    looking at what is really going on in the solution for my

25    analysis as to whether you infringe.

*sealed and confidential*

closing argument by Mr. Alul

1    MR. ALUL:  Yes, Your Honor.  We are not in any

2    way employing a double standard and I hope I didn't suggest

3    that in any way.

4    THE COURT:  All right.  You can go on.

5    MR. ALUL:  Okay.  One more thing, Your Honor,

6    about this slide in connection with the question you asked,

7    Your Honor, as to whether I should look at what's going on

8    in this formulation.

9    Your Honor doesn't even have to do that because

10   as we said earlier, ██████████████ it unequivocally states

11   that preservatives ████████████████████████████████████████

12   ████████████████████████████ should not be read in

13   isolation.  It should be read in conjunction with ████████

14   ████████████████████████████ which says, you know, you

15   can use the ██████████████████████

16   And, you know, Dr. Moreton explained during his

17   direct the reason why Silvergate used ████████████████████

18   █████████████████████████████████████████████████████████

19   █████████████████████████████████████████████████████████

20   ███████████████████████████████████████████████████████

21   ███████████████████████████████████████████████████

22   ████████████████████████████████ which Silvergate didn't do in

23   its R&D, but it doesn't detract from the fact that a POSA

24   would look at this and see that ██████████████████████

25   ████████████████████████████████████████ in formulations

*sealed and confidential*
1207

closing argument by Mr. Alul

```
 1    together in ███████████████████

 2              Okay.  And my last few slides, Your Honor, we

 3    put these together quickly, so I don't have them in my

 4    memory, but we just quoted the testimony here that I

 5    paraphrased for Your Honor earlier.

 6              We can unseal at this point, Your Honor, for a

 7    few moments.

 8              THE COURT:  Before you do that, let me ask you

 9    some of my sealed questions, which I also put together, and

10    it may not be in any particular order.

11              MR. ALUL:  Sure.

12              THE COURT:  But let's try and deal with them

13    now.

14              I think you distinguished your preservative

15    based in part on the method of ████████████████.  Is that

16    right?

17              MR. ALUL:  Yes, Your Honor.  I'm trying to get

18    to that real quick, to those slides.

19              Yes, Your Honor.  So among the, you know, a

20    number of different properties, ████████████████████

21    ████████████████ on the one hand and sodium benzoate on the

22    other hand have, one of them, and this is something our

23    expert explained, is that they exert their antimicrobial

24    effects in different ways, in substantially different ways.

25              THE COURT:  All right.
```

*sealed and confidential*

1208

closing argument by Mr. Alul

1       MR. ALUL:  With that --

2       THE COURT:  Right.  So the question is:  How is

3  that relevant?  Is that in the claims or is that just

4  another function but not one that is claimed and therefore

5  maybe doesn't factor into the analysis?

6       MR. ALUL:  Well, it's relevant, Your Honor, if

7  we're using the function -- well, it's relevant under either

8  test we respectfully submit.

9            Under function, way, result, the result is

10  different because ███████████████████████████

11  ██████████████████████████████████████████

12  ██████████████████████████████████

13  ███████████████████████████████████████

14  ████████████████████████████████

15  ███████████████████████████████

16  ███████████████

17            So if we're in the function, way, result world,

18  the result is different.  You know, one -- I'm sorry.

19       THE COURT:  Yes.  Is there not a line on which

20  function becomes relevant?  I mean, I think the plaintiffs'

21  view is going to be that -- let's just assume that's a

22  different function, but so what?  I mean, they might have

23  different tastes, different colors.  Right?  I mean, at some

24  point they're just not relevant in the analysis.

25       MR. ALUL:  So, Your Honor, we respectfully

*sealed and confidential*

1209

closing argument by Mr. Alul

1   submit, their standard is way too broad.  What their

2   standard is, look, is to preserve the formulation.  If so,

3   we meet the function, way, result test, but we respectfully

4   submit that the case law actually gets more specific than

5   that.  It does focus on mechanism of action and we're going

6   to be citing -- I don't have it with me handy right now, but

7   we're going to be citing in our post-trial brief.

8           It's in our proposed conclusions of law, our

9   statements of law in connection with the final pretrial

10  order, but in connection with the substantial differences

11  test and the function, way, result test in the you --

12  they're not chemical compounds, you know, have the same

13  mechanism, but an accused equivalent in a product has the

14  same mechanism of action as the missing limitation in the

15  claims.

16          So we think it's fair game for function, way,

17  result.  We also think it's fair game for just the

18  substantial differences along with all the other

19  differences, including the differences in lipophilicity,

20  which our expert said would be very important to a

21  formulator to consider.

22          THE COURT:  All right.  I think you -- with

23  respect to buffer, I think you suggested in the opening that

24  your formulators figured out that if you do it just right,

25  you don't need a buffer.

closing argument by Mr. Alul

1          MR. ALUL:  Correct.

2          THE COURT:  Did I hear evidence to support that?

3          MR. ALUL:  Your Honor did.  Your Honor heard Dr.

4    Moreton explain that.  We actually specifically asked him on

5    direct, how is it Bionpharma -- well, let me just take a

6    step back.

7          To the extent that Your Honor is asking whether

8    or not we have a buffer in our ANDA product, we think that

9    a good portion of Dr. Moreton's direct was dedicated to

10   that.

11         Silvergate, of course, bears the burden of

12   proving that there is a buffer in our product and they

13   failed to do so with respect to, you know, the existence of

14   this, you know, ███████████████████████  in our

15   ANDA product.  Dr. Byrn never supported his opinion that all

16   of the █████████████████████████████████

17   ███████████████████████████████████████████

18   █████  alleged buffer.

19         Relatedly, Dr. Moreton explained that the ██████

20   ███████████████████████████████████

21   ██████████████████████████████████████

22   ██████████████████████████████████████

23   ████████████████████████████████████████████

24   such that we wouldn't have any appreciable ████████████

25   ████████████████████████  in our product, and Dr. Byrn

Case 1:18-cv-01962-LPS  Document 251-1  Filed 04/22/21  Page 243 of 275 PageID #: 15324
*sealed and confidential*
1211

closing argument by Mr. Alul

```
 1   could have confirmed it experimentally.  He could have

 2   calculated the ratio of ██████████████████████████████

 3   ██████████████  assuming what he said was true.  He never did

 4   that.  We presume he didn't do that because if he did, he

 5   would have exposed his theory as being flawed.

 6           But the point is, is they came forward with no

 7   evidence other than Dr. Byrn's unsupported opinion on this,

 8   and, you know, again, we point out, we believe his

 9   credibility was severely damaged, and you also have Dr.

10   Morton's belief that, look, if there's, you know, there's

11   just an equally plausible explanation █████████████████████

12   ███████████████████████████████████████████

13   █████████████████████████████████████████████████

14   ██████████████████████████████████████████████

15   ████████  in Bionpharma's ANDA product.

16           THE COURT:  Did we hear any evidence of how

17   Bionpharma put together its formulation?  Is that what you

18   are suggesting in opening, that you all followed a

19   particular sort of creative path to design around, something

20   like that?

21           MR. ALUL:  The only evidence we heard on that,

22   Your Honor, we didn't get into too much detail about our R&D

23   leading into our product, was Dr. Moreton's testimony that

24   when I asked him, I said, how did Bionpharma do this?  How

25   did they develop a product that didn't use a buffer?  And he
```

closing argument by Mr. Alul

1  said, through very judicious use of excipients.  And he

2  explained essentially that, you know, if you formulate your

3  product just right, you don't need a buffer.

4         THE COURT:  So what is it that is stabilizing

5  the pH in your product if it's not a buffer?

6         MR. ALUL:  What is stabilizing the pH?  Well,

7  maybe nothing.  It could just be that the excipients that we

8  used and the combination of excipients don't generate

9  degradants in any appreciable manner in the two-year shelf

10 life such that, you know, we don't have any degradants that

11 are acidic or basic over the two-year shelf life that want

12 to raise or lower the pH.  It's just that the way we made

13 this formulation and the specific excipients we use don't,

14 you know, at least in the two-year shelf life appear to

15 degrade into acidic or basic components that want to raise

16 the pH.

17         THE COURT:  ███████████████████████████████████

18 ███████████████████████████████████████████

19         MR. ALUL:  Yes, Your Honor.

20         THE COURT:  Towards the end.  Right?

21         MR. ALUL:  Yes, Your Honor.

22         THE COURT:  Do you agree though that the point

23 in time that I'm ████████████████████████████████████████

24 ████████████████████████████████████████████

25    ███████████████████████████████

1    MR. ALUL:  Agree, Your Honor.

2    THE COURT:  So --

3    MR. ALUL:  Agree.

4    THE COURT:  There's no legal relevance to the

5    time at which that is added?  There's a factual point about

6    what it might be ████████████.  Right?

7    MR. ALUL:  Yes.  We only bring that up to point

8    out, Your Honor, that if ████████████████████

9    ██████████████████████████████████

10   ████████████████████████████

11   ████████████████████████████████████-

12   ██████████████████████████

13   ████████████████████████████████████

14   ██████████████████████████████████

15   ██████████████████████████████

16   ████████████████████████████

17   ██████████████

18   THE COURT:  All right.  My only other question

19   for which I think you would want to be closed is about the

20   urgency of a decision.

21   Can you talk about that, remind me of the

22   30-month stay situation?

23   MR. ALUL:  Thank you, Your Honor.  Thank you so

24   much for that.

25   So our 30-month stay expires April 30th, and

*sealed and confidential*

1214

closing argument by Mr. Alul

1   pursuant to Your Honor's directive, Ms. Devine and I met and

2   conferred on this on Wednesday evening and it was actually a

3   very cordial meet and confer.  And I conveyed to her, and it

4   wasn't much of a surprise for her because she actually does

5   a lot of generic work.  We're actually usually on the same

6   side of these cases, working together.

7              And I conveyed to her that, you know, for a lot

8   of reasons she's well versed in, my client does not want to

9   provide Silvergate with advanced notice of any at-risk

10  launch, and there are a number of reasons.  I'm happy to get

11  into get into that with the Court if you would like.

12             THE COURT:  I don't need the details at this

13  point, and I'm mindful, I don't want you to disclose

14  anything that for any reason you don't want anyone else in

15  here to hear.

16             For my purposes right now, it's just based on

17  what you've said, is that your expectation that you want a

18  briefing schedule in a situation that would lead to a

19  possible decision by April 30th where I should assume I

20  might have some expedited motion practice if I'm unable to

21  meet the April 30th deadline.  Is that where we are from

22  your perspective?

23             MR. ALUL:  Yes, Your Honor.

24             THE COURT:  Okay.  All right.  Ms. Devine, if

25  you want to speak to this, we'll turn your clock on.  I can

*sealed and confidential*

1215

closing argument by Ms. Devine

1    certainly defer that to later, but it's up to you.  It may

2    be helpful to talk about it now.

3              MS. DEVINE:  The only thing I will say is that

4    regardless of this decision, there are other

5    patents-in-suits in a separate matter, one of which has a

6    generic buffer limitation, one of which has a preservative

7    limitation that's applicable in the current circumstance.

8    There's also another patent issuing next week that has both

9    the generic buffer limitation and the applicable

10   preservative limitation in the same claim.  So really

11   regardless of how this case turns out, we may need to

12   request an injunction.

13             THE COURT:  And it sounds like you're at least

14   reserving the right to possibly move for an injunction in

15   one of those other cases.  It might not even be in this

16   case, I suppose.

17             MS. DEVINE:  Correct, correct.  Regardless of

18   when this decision comes out, even if it comes out not in

19   our favor, we may need an injunction to preserve our rights

20   on the other patent.

21             THE COURT:  Okay.  All right.  We'll come back

22   to you later then.  Thank you for that.

23             MS. DEVINE:  Thank you.

24             THE COURT:  Mr. Alul, if you plan to talk about

25   other things that would be sealed, it might be helpful to do

*sealed and confidential*

1216

closing argument by Mr. Alul

1    it now.

2              MR. ALUL:  I suspected Your Honor was going to

3    suggest that, so I will just continue with my closing on the

4    buffer situation if that's okay.

5              THE COURT:  Yes.

6              MR. ALUL:  Okay.  Your Honor, so I think we've

7    sort of presented my argument, my closing argument on

8    whether or not this alleged buffer system exists in our ANDA

9    product, so I will move on from there and into the world of,

10   well, let's just say that what Dr. Byrn -- that Your Honor

11   accepts what Dr. Byrn said about the existence of this

12   alleged buffer is true and that it exists in our product.

13             Well, Your Honor, we respectfully submit that

14   the evidence showed that it would not be a properly

15   functioning buffer, and that is because, ███████████████

16   ███████████████████████████████████████████████████

17   ███████████████████████████████████████

18   ████████████████████████████████████████████████

19   █████████████████████████████████████████████████

20   █████████████████████████████████████████████████

21   █████████████████████████████████████████████████

22   ██████████████████████████████████  in our ANDA

23   product if what Dr. Byrn says is true.

24             And by any, you know, traditional definition

25   then, it's not a -- it's not a functioning buffer, because

*sealed and confidential*

1217

closing argument by Mr. Alul

1     it doesn't have the capacity -- █████████████████

2     █████████████████████████████████████████

3     ████████████████████████████████████████████

4     ████████████████

5            And, Your Honor, Your Honor may recall that

6     there was this PDX, I can't remember what it was, PDX-243 on

7     Dr. Byrn's direct, and there was some cross-examination on

8     this.

9            Dr. Byrn tried to get around the standard for

10    what a proper buffer is by essentially misrepresenting what

11    it was.  In this, in this slide, he seemed to suggest that

12    if the strength of a weak acid was in plus or minus 2 of the

13    PX, that it could serve as a viable functioning buffer in an

14    accused product.

15           And I have to admit when I first saw this slide,

16    it caught me off guard.  I didn't really understand the

17    vertical bracket that well and what he was saying until

18    he -- it came out of his mouth during testimony.

19           He said, yeah, you know, I think a weak acid

20    would serve as a suitable buffer if its pKa is within plus

21    or minus 2 of the pH.

22           It turns out, Your Honor, he was wrong.  And I

23    flushed that out during cross-examination.  I put some

24    literature evidence that Dr. Moreton relied on in his direct

25    that clearly showed that, that for a weak acid to serve as

closing argument by Mr. Alul

1    a, as a properly functioning buffer, the strength of that

2    weak acid, i.e., its pKa, must be within plus or minus 1 of

3    the pH.

4              And then after that, Dr. Byrn conceded yes,

5    ███████████████████████████████████████████████████████

6    of Bionpharma's ANDA product.

7              Which means, again, you know, even if Dr. Byrn's

8    theory about the existence of this buffer is true, ████████

9    ██████████████████████████████████████████████████

10   ██████████████████████████ and so it's not a traditional --

11   it's not a -- it doesn't satisfy the scientific community's

12   definition of what a functioning buffer is.

13             And that this, from this cartoon, you know,

14   Dr. Moreton expanded on this.  This essentially, is the

15   depiction here.  This is contrasted, Your Honor, to the

16   claimed buffer limitations, which citric acid -- and this is

17   the reason why Dr. Mosher chose citric acid for the claimed

18   formulations, because it lines up nicely with the optimal pH

19   for the drug and the formulations.

20             Because of that, because the citric -- the pKa

21   of the first acidic hydrogen on citric acid is within plus

22   or minus 1 of a pH, I think then it's within .3 or .4 of the

23   pH, you have a nice, roughly even split between citric acid

24   and citrate ions in the claimed formulations and in the

25   Epaned product that are there and able to neutralize any

*sealed and confidential*

closing argument by Mr. Alul

1    acid or base that are generated over time.  That is the

2    definition of what a buffer is.

3              By contrast, in our product, you don't have

4    that.  You don't have anything that looks like that.

5              And then even under the function-way-result

6    test, Your Honor, we touched on this.  We've got a dispute

7    about what the proper function of the buffer is.

8              You know, our -- we believe that what Silvergate

9    intended to claim was a strong independent buffer.

10             Under Dr. Byrn's own theory, the claimed

11   formulations, all of the claimed formulations of ███████

12   ████████████████████████████████████████████████████████

13   ████████████████████████████████████████████████████████

14   █████████████████████████████████████████████████████████

15   ██████████████████████████████████

16             And, indeed, all the examples which all used

17   █████████████████████████████████████████████████████████

18   ███████████████████████████████████████████ but they

19   chose to claim a separate, independent buffer component.

20             And, again, there is not much dispute about

21   the substantially different way, except for the first time I

22   heard Mr. Devine argue that actually the difference in

23   buffer species concentration is not enough, or is not

24   substantial.

25             That the buffer species concentration of the

*sealed and confidential*

1220

closing argument by Mr. Alul

1    alleged buffer in Bionpharma's ANDA product is really not

2    that far away.  It's like a difference of two to times 10 to

3    the minus 6 or something from the lower concentration range,

4    buffer species concentration for the buffer limitations.

5              Your Honor, that is all unsupported attorney

6    argument.  Dr. Byrn never said that in his direct

7    examination or on cross.  He never said that the difference,

8    the numerical difference was unsubstantial or something like

9    that.  There just was no testimony on that.  That is just

10   Ms. Devine's attorney argument.

11             And, in fact, as Dr. Moreton explained, it is a

12   substantial difference.

13             The buffer species concentration of the claimed

14   buffers is substantially more than the buffer species

15   concentration of the alleged buffer in our product, and that

16   means the buffer capacity for the claimed formulation is

17   substantially higher.

18             There was no dispute on that from Dr. Byrn on

19   either the species concentration or the capacity

20   differences.  None whatsoever.

21             He just says it is irrelevant.  And the reason

22   why he says it is irrelevant, Your Honor, is because -- and

23   this was Silvergate's position all along before Ms. Devine

24   decided to argue that maybe the difference in buffer species

25   concentration isn't substantial, but their position all

*sealed and confidential*
1221

closing argument by Mr. Alul

 1    along throughout this case the last two plus years is that

 2    it doesn't matter that the buffer species concentration and

 3    buffer capacity of the claimed formulations is a lot

 4    greater than what is alleged in Bionpharma's ANDA product.

 5    Bionpharma's ANDA product is still a stable product.

 6             But, Your Honor, that is improper.  As both

 7    experts agreed, stability is a property of the overall

 8    formulation, not specifically tied to the buffer element.

 9             And under a function-way-result test or a

10    substantial differences test, Your Honor, that is improper.

11    They shouldn't be comparing the, the stability of our

12    formulation with the stability of the claimed formulations.

13             They need to compare the relevant property of

14    the buffer limitation, which is to maintain pH.  And the

15    only way to do that is to ascertain any differences in

16    buffer species concentration and buffer capacity.

17             And we get that, Your Honor, from the

18    *Warner-Jenkinson* Supreme Court case.  The Doctrine of

19    Equivalents must be applied to individual elements of the

20    claim, not to the invention as a whole.  And there are

21    subsequent Federal Circuit decisions we'll be bringing up

22    in our, in our briefing.

23             I just would like to finally touch on, Your

24    Honor, some of the stuff that we can, we can unseal the

25    courtroom for the estoppel stuff.

closing argument by Mr. Maddox

1    MR. MADDOX:  Your Honor, this is Steve Maddox.

2    I don't know what the official time is, but we

3    had 90 minutes when defendants -- and I'm a little concerned

4    Mr. Alul may have used an hour of that.

5    THE COURT:  No, I think maybe a half hour.

6    MR. MADDOX:  Oh.  My miscalculation.  I'm

7    terribly sorry.

8    THE COURT:  I don't have the official time, but

9    we haven't been here long enough for him to have been going

10   for an hour.

11   MR. MADDOX:  I beg your pardon.  Sorry.

12   THE COURT:  Okay.  All right.  Thank you.

13   Mr. Alul -- well, Mr. English, let's bring the

14   public and any others back in, and then Mr. Alul can finish

15   up with public thoughts.

16   THE TRIALanywhere HOST:  The courtroom is open.

17   THE COURT:  Thank you.  Go ahead.

18   (Sealed portion ends.)

19           *    *    *

20   THE COURT:  I'd like to start with infringement.

21   You know, maybe I can -- well, I'm going to

22   start with infringement.  It's going to have -- it's going

23   to get to sensitive issues very quickly.

24   THE COURT:  Okay.

25   MR. MADDOX:  Narrowing amendment.  I don't want

closing argument by Mr. Maddox

1   to dwell on it.  But I do want to say you should reject

2   Dr. Buckton's argument but you should not disregard it.

3            This notion that looking at the pre and

4   post-amendment versions of that claim, to come to this court

5   and to tell you in his expert opinion that this was not a

6   narrowing amendment we suggest bears on his credibility.

7            Now, as for the amendment being made to reasons

8   relating to patentability.

9            The Examiner asked for the proof of criticality

10  of the ingredients.  And Silvergate's response to the

11  objection, to the, excuse me, to the obviousness rejection,

12  was amendments and argument and a declaration from

13  Dr. Mosher.

14           And their response was, look at our invention.

15  It's not obvious because we have these great unexpected

16  results.  But by the time they were saying look at our

17  invention, they had amended the claims so that the invention

18  was with the 1.82 citric acid and the .15 sodium citric

19  neutralize and Dr. Mosher's declaration was sold with

20  respect to the combination of those ingredients.

21           And you heard testimony that Dr. Buckton wasn't

22  surprised.  These results were not unexpected to Dr. Buckton

23  given that they were sparing their pH formulation invention

24  against the prior art pH of 5.  You heard testimony that

25  Dr. Mosher wasn't surprised by this.  You heard testimony

*sealed and confidential*

1224

closing argument by Mr. Maddox

1    that Dr. Sinko wouldn't be surprised.

2            The fact is no one would have thought this

3    unexpected, and the fact is Dr. Mosher was wise enough not

4    to swear under penalty of perjury that it was with respect

5    to there was nowhere for it to be found in his declaration.

6    The only people who found this unexpected was Silvergate's

7    prosecution counsel, and when you see the submission they

8    made, you'll see they kind of suggested that Dr. Mosher said

9    so, too, but he did not, and good for him.

10           Dr. Buckton's reasons here are it had nothing to

11   do with patentability.  It had to do with a spontaneous

12   desire to tidy up my claims.  He admitted he didn't see

13   any reason or benefit to doing that, and when questioned

14   about, well, is it just coincidence that the tidying

15   happened to align the claims with the unexpected results

16   argument, he said, yes, you know, I was just tidying how

17   it's done.  He even actually said it's the only reason it

18   could have been done.  This is another argument from Dr.

19   Buckton we would like you to reject, but not to disregard

20   the nature of it.

21           Now, if there's no estoppel and the doctrine of

22   equivalents is not precluded from application, we turn to,

23   well, what would be an equivalent?  And Silvergate's view is

24   anything that performs the function of a buffer, that chose,

25   that meets the definition of a buffer, it stabilizes pH, and

*sealed and confidential*

closing argument by Mr. Maddox

1  the way they chose is how every buffer in the world

2  stabilizes pH.  It neutralizes additional protons and

3  neutralizes additional hydroxides.

4         And you may recall Dr. Buckton's cross.  We had

5  this slide, DDX-401, please, where we discussed with him,

6  well, given your function, way, result, right, if you took

7  away the sodium citrate entirely, you would still have an

8  infringing product provided all the other limitations are

9  met, the pH is about 3.5 and so forth, less than 3.5, and

10  you saw his equivalents goes back to and encompasses the

11  claim that Silvergate originally proposed and never made any

12  attempt to defend the nonobviousness of it.  They never

13  argued that it was not obvious.  They immediately amended it

14  and built an argument about nonobviousness of the amended

15  version.

16         May I have the next one?

17         And then we took away even that and we said,

18  well, wouldn't your doctrine of equivalents, your function,

19  way, result cover this?  And there was some argument and

20  Your Honor pointed out that one of my questions was a little

21  ambiguous, but once we did get that straightened out, he

22  said, yes.  We suggest that a function, way, result test,

23  it's kind of on the one hand way too abstract because it

24  encompasses it, and then it's also at the same time, oddly

25  enough, it's way too molecular because it just means if for

*sealed and confidential*

1226

closing argument by Mr. Maddox

1     this element you've got a buffer or anything that acts like

2     a buffer and you achieve this pH, which leads to the

3     stability, you infringe.  We suggest that's too broad.

4                Now, are you saying -- you can take that down

5     now.  Are we saying that if you find no estoppel, that there

6     can be no scope of doctrine of equivalents?  No.  Frankly,

7     we do think there's a case that when a claim is made this

8     way, it's inherently narrow, that there shouldn't be, but

9     even if that is not the case, and here I'm thinking of Sage

10    and some other cases, but even if it's not the case, take a

11    look at this from foreseeability.

12               The inventors -- it was not only foreseeable to

13    the inventors, but it was actually foreseen by the inventors

14    that you could have a single acid buffer within the

15    specification, but they chose to claim the two-component

16    buffer, and at first they chose it in different claims, but

17    then they just went with the two-component buffer.

18               There's no way to say -- and I realize that

19    foreseeability isn't conclusive, but there is a factor.

20    There's no way to say, well, we should extend the doctrine

21    of equivalents to them because the poor inventors, they

22    couldn't have foreseen this kind of thing.  They absolutely

23    foresaw a single acid buffer.  They disclosed it.  They

24    discussed it and in the end they ran away from it and chose

25    not to claim it.

*sealed and confidential*

1227

closing argument by Mr. Maddox

1           Other possibilities?  Maybe other two-component

2   citrate buffer systems, maybe in the doctrine of

3   equivalents.  Perhaps more wiggle room around the amounts,

4   specific amounts.  But if estoppel doesn't apply, it should

5   not follow that anything that is a buffer that produces the

6   pH, which produces the stability, is an equivalent.  That

7   makes it a very much patent claim to any enalapril solution

8   that has a pH of 3 to 3.5 and that's not what the claim is

9   to.

10          Now, you also asked Dr. Gemeinhart about the

11  benefits of the two-component buffer over the

12  single-component buffer, and he told you, listen, using two,

13  that's how you can control and find and get to a particular

14  pH by adjusting the relative amounts of each other, and he

15  also explained to you that, listen, this allows you to boost

16  your buffer capacity because if you need to deal with the

17  influx of more protons or more hydroxide, you can simply up

18  the amounts of these ingredients, keeping them in the same

19  ratio, and you are covered.  If you were using just single

20  acid alone and you wanted to achieve that capacity, if you

21  upped the amount of the acid, the problem is you make the

22  solution more acidic by doing it.

23          There are advantages here and I'm not offering

24  this as obviousness, but I would point out that Dr. Mosher

25  never tried a single acid buffer.  He always had two things

*sealed and confidential*

closing argument by Mr. Maddox

 1    going.

 2              Now, finally, if we get to it, we have Dr.

 3    Gemeinhart's heart testimony explaining how a single acid

 4    deals with protons and hydroxides in a different way than

 5    the two-buffer system.  It donates hydrogen atoms, and to

 6    the extent that it can pick up a hydroxide, it can't do it

 7    until it donated that hydrogen.  It is basically a war waged

 8    on one front.

 9              Now, I can turn now to obviousness and we can

10    open the court.  If you have some closed court questions for

11    me, I'm hear to answer.

12              THE COURT:  All right.  Let me do that before we

13    open up.

14              So if your product does not contain buffer, what

15    is stabilizing the pH?

16              MR. MADDOX:  ███████████████████████████████

17    ███████████████████████████

18              THE COURT:  And it's undisputed, right, that

19    that is a buffer in your product?

20              MR. MADDOX:  Yes.

21              THE COURT:  Okay.  And what is your view on the

22    urgency of the decision for your client?

23              MR. MADDOX:  Our 30-month stay expires in

24    August.  We do think frankly that the results in this case,

25    infringement and perhaps especially obviousness, may have

*sealed and confidential*

1229

closing argument by Mr. Maddox

1    some impact on the trajectory of future litigation from the

2    refreshing stream of patents coming.

3                We have been asked to give 30 days notice.  That

4    was two nights ago.  I have not been able to get a formal

5    response from my client yet, but it's obviously less

6    imminent for us or likely less imminent for us, but I would

7    like to see this decided by April as well.  However, I'm in

8    a slightly different position than Mr. Alul.

9                THE COURT:  All right.  That's fine.  I don't

10   have any other questions that I think we need to be sealed

11   or, so let's go ahead and open up the courtroom.

12                (Sealed portion ends.)

13

14        I hereby certify the foregoing is a true and accurate
     transcript from my stenographic notes in the proceeding.

15

16                          /s/ Brian P. Gaffigan
                          Official Court Reporter
17                          U.S. District Court

18

19

20

21

22

23

24

25

## '

**'008** [1] - 1219:12
**'442** [1] - 1219:11
**'482** [1] - 1203:22
**'745** [1] - 1219:14
**'987** [1] - 1219:14

## /

**/s** [1] - 1229:16

## 0

**0** [4] - 1183:16, 1184:11, 1184:14, 1184:19

## 1

**1** [6] - 1186:5, 1205:13, 1205:15, 1218:2, 1218:5, 1218:22
**1.82** [1] - 1223:18
**10** [10] - 1183:20, 1196:20, 1196:23, 1201:17, 1202:3, 1204:5, 1206:10, 1206:14, 1206:20, 1220:2
**112** [1] - 1193:10
**12** [1] - 1186:5
**12(c** [1] - 1201:8
**15** [1] - 1223:18
**18-1962-LPS** [1] - 1167:6
**19-1067-LPS** [1] - 1167:6
**19-678-LPS** [1] - 1167:11

## 2

**2** [2] - 1217:12, 1217:21
**2.03** [1] - 1196:23
**20-1256** [2] - 1203:23, 1204:10
**2016** [4] - 1171:5, 1172:4, 1172:11, 1172:13
**2017** [7] - 1172:4, 1172:5, 1172:6, 1172:9, 1172:16, 1180:20, 1183:6
**2021** [1] - 1167:13
**21.3** [1] - 1196:20

## 3

**3** [2] - 1218:22, 1227:8
**3.3** [1] - 1216:20
**3.5** [3] - 1225:9, 1227:8
**30** [1] - 1229:3
**30-month** [3] - 1213:22, 1213:25, 1228:23
**30th** [3] - 1213:25, 1214:19, 1214:21

## 4

**4** [1] - 1218:22
**4.55** [1] - 1196:20

## 5

**5** [2] - 1167:13, 1223:24
**52** [1] - 1193:10
**52(c** [4] - 1187:11, 1192:8, 1192:22, 1200:5
**5th** [1] - 1201:9

## 6

**6** [3] - 1196:21, 1196:23, 1220:3

## 7

**7** [1] - 1183:9

## 8

**85** [1] - 1183:16

## 9

**9** [3] - 1184:11, 1184:14, 1184:19
**90** [1] - 1222:3

## A

**ability** [5] - 1171:12, 1174:13, 1176:18, 1177:6, 1177:9
**able** [13] - 1170:23, 1173:22, 1178:3, 1178:23, 1181:13, 1187:3, 1190:22, 1191:6, 1194:18, 1218:25, 1229:4
**about-modifiers** [1] - 1196:17
**absolutely** [3] - 1194:17, 1198:13, 1226:22
**abstract** [1] - 1225:23
**accepts** [1] - 1216:11
**accompanied** [1] - 1181:10
**according** [1] - 1204:3
**account** [1] - 1182:1
**accounted** [2] - 1181:18, 1181:20
**accurate** [1] - 1229:14
**accused** [14] - 1187:23, 1188:17, 1188:18, 1192:15, 1195:23, 1196:7, 1196:10, 1196:12, 1197:6, 1197:7, 1197:18, 1197:21, 1209:13, 1217:14
**achieve** [2] - 1226:2, 1227:20
**achieved** [1] - 1196:4
**acid** [40] - 1192:19, 1196:9, 1199:22, 1205:4, 1205:6, 1205:12, 1205:14, 1210:14, 1210:16, 1210:23, 1210:24, 1211:2, 1211:11, 1213:10, 1213:12, 1213:16, 1216:16, 1216:18, 1216:20, 1216:22, 1217:2, 1217:12, 1217:19, 1217:25, 1218:2, 1218:5, 1218:10, 1218:16, 1218:17, 1218:21, 1218:23, 1219:1, 1223:18, 1226:14, 1226:23, 1227:20, 1227:21, 1227:25, 1228:3, 1228:17
**acid-based** [1] - 1196:9
**acid/sodium** [3] - 1211:14, 1219:15,

1219:18
**acidic** [5] - 1210:23, 1212:11, 1212:15, 1218:21, 1227:22
**acids** [2] - 1202:25, 1206:22
**action** [3] - 1208:13, 1209:5, 1209:14
**ACTION** [2] - 1167:3, 1167:8
**active** [2] - 1180:13, 1219:17
**activity** [2] - 1203:8, 1208:11
**acts** [1] - 1226:1
**actual** [1] - 1203:4
**added** [7] - 1188:14, 1205:7, 1210:21, 1212:23, 1213:5, 1213:8, 1213:13
**adding** [4] - 1189:17, 1190:1, 1190:24, 1200:7
**additional** [2] - 1225:2, 1225:3
**address** [2] - 1174:4, 1174:16
**adjusting** [1] - 1227:14

**admit** [4] - 1189:24, 1191:4, 1200:6, 1217:15
**admits** [1] - 1199:11
**admitted** [4] - 1190:1, 1199:20, 1203:9, 1224:12
**admitting** [1] - 1190:24
**adult** [1] - 1183:15
**advanced** [1] - 1214:9
**advantages** [1] - 1227:23
**advisement** [2] - 1189:12, 1193:20
**advocacy** [1] - 1200:23
**affected** [1] - 1181:23
**afterwards** [1] - 1200:15
**age** [4] - 1179:24, 1180:3, 1183:23
**ages** [5] - 1183:16, 1183:20, 1184:11, 1184:14, 1184:19
**ago** [2] - 1212:18, 1229:4
**agree** [11] - 1175:4, 1176:5, 1178:17, 1179:18, 1184:10,

1187:18, 1192:13, 1203:2, 1212:22, 1213:1, 1213:3
**agreed** [1] - 1221:7
**agreement** [1] - 1190:11
**ahead** [7] - 1182:18, 1182:19, 1190:10, 1195:13, 1198:19, 1222:17, 1229:11
**align** [1] - 1224:15
**allege** [1] - 1189:6
**alleged** [13] - 1175:1, 1175:2, 1175:8, 1175:14, 1179:15, 1181:16, 1210:18, 1213:17, 1216:8, 1216:12, 1220:1, 1220:15, 1221:4
**allocate** [3] - 1182:5, 1182:6, 1182:10
**allow** [1] - 1171:13
**allows** [1] - 1227:15
**almost** [2] - 1172:5, 1180:17
**alone** [2] - 1184:13, 1227:20
**alternate** [1] - 1188:8
**alternative** [2] - 1187:24, 1197:20
**alternatives** [2] - 1185:18, 1204:7
**ALUL** [34] - 1168:14, 1185:14, 1189:14, 1190:16, 1190:18, 1192:1, 1194:12, 1194:17, 1198:11, 1198:17, 1198:20, 1198:23, 1204:11, 1204:21, 1206:1, 1206:5, 1207:11, 1207:17, 1208:1, 1208:6, 1208:25, 1210:1, 1210:3, 1211:21, 1212:6, 1212:19, 1212:21, 1213:1, 1213:3, 1213:7, 1213:23, 1214:23, 1216:2, 1216:6
**Alul** [14] - 1185:13, 1187:17, 1187:19, 1188:21, 1189:11, 1190:13, 1191:13, 1194:11, 1198:10, 1215:24, 1222:4, 1222:13, 1222:14, 1229:8
**ambiguous** [1] - 1225:21
**amended** [3] - 1223:17, 1225:13,

1225:14

**amendment** [13] - 1185:20, 1185:22, 1188:2, 1188:4, 1189:19, 1191:5, 1191:24, 1192:12, 1192:14, 1222:25, 1223:4, 1223:6, 1223:7

**amendment-based** [3] - 1185:20, 1188:2, 1192:12

**amendments** [1] - 1223:12

**AMNEAL** [1] - 1167:10

**Amneal** [13] - 1168:24, 1190:13, 1191:17, 1192:2, 1192:7, 1192:10, 1192:21, 1193:11, 1193:16, 1193:17, 1195:19, 1195:25, 1198:12

**Amneal's** [3] - 1193:9, 1193:19, 1196:3

**amount** [4] - 1172:6, 1196:17, 1196:24, 1227:21

**amounts** [5] - 1196:19, 1227:3, 1227:4, 1227:14, 1227:18

**analysis** [11] - 1173:13, 1174:8, 1175:15, 1178:21, 1179:8, 1181:4, 1188:25, 1204:19, 1205:25, 1208:5, 1208:24

**analyze** [2] - 1171:21, 1180:6

**analyzing** [2] - 1196:2, 1212:23

**AND** [1] - 1167:2

**ANDA** [18] - 1196:9, 1196:15, 1196:22, 1196:24, 1197:21, 1204:23, 1205:2, 1205:16, 1210:8, 1210:15, 1211:15, 1216:8, 1216:22, 1218:6, 1220:1, 1221:4, 1221:5, 1228:17

**ANDREW** [1] - 1168:14

**Angeles** [1] - 1168:7

**ANNE** [1] - 1168:17

**answer** [2] - 1184:17, 1228:11

**answered** [2] -

1184:23

**antihypertensive** [1] - 1180:15

**antihypertensives** [1] - 1180:11

**antimicrobial** [3] - 1203:8, 1207:23, 1208:11

**apart** [3] - 1175:22, 1186:10, 1202:20

**appear** [1] - 1212:14

**APPEARANCES** [2] - 1167:17, 1168:1

**applicable** [2] - 1215:7, 1215:9

**applicants** [1] - 1186:21

**application** [2] - 1186:1, 1224:22

**applied** [2] - 1197:5, 1221:19

**apply** [1] - 1227:4

**appreciable** [2] - 1210:24, 1212:9

**appreciate** [1] - 1198:12

**appropriate** [2] - 1189:9, 1189:10

**appropriately** [1] - 1174:4

**approval** [3] - 1179:4, 1199:13, 1199:17

**April** [4] - 1213:25, 1214:19, 1214:21, 1229:7

**area** [2] - 1199:9, 1200:23

**argue** [2] - 1219:22, 1220:24

**argued** [1] - 1225:13

**arguing** [5] - 1186:19, 1195:19, 1199:1, 1200:10, 1200:18

**argument** [22] - 1185:20, 1186:12, 1188:20, 1190:5, 1190:7, 1192:12, 1193:4, 1194:4, 1196:16, 1197:9, 1197:25, 1213:10, 1216:7, 1220:6, 1220:10, 1223:2, 1223:12, 1224:16, 1224:18, 1225:14, 1225:19

**argument-based** [4] - 1185:20, 1186:12, 1188:20, 1192:12

**arguments** [5] - 1186:10, 1193:22, 1194:10, 1198:1,

1200:5

**arrived** [1] - 1174:12

**ARSHT** [1] - 1167:19

**art** [13] - 1174:4, 1174:8, 1174:17, 1175:9, 1175:15, 1175:20, 1186:1, 1186:8, 1186:11, 1188:5, 1188:11, 1188:19, 1223:24

**artisan** [1] - 1185:16

**ascertain** [1] - 1221:15

**aspects** [1] - 1174:15

**asserted** [7] - 1178:6, 1192:20, 1192:22, 1192:24, 1195:25, 1197:15, 1203:23

**associated** [3] - 1182:2, 1211:12, 1213:6

**assume** [4] - 1188:9, 1188:16, 1208:21, 1214:19

**assumed** [1] - 1198:14

**assumes** [1] - 1178:21

**assuming** [2] - 1211:3, 1213:11

**astonished** [2] - 1189:16, 1190:4

**at-risk** [1] - 1214:9

**atoms** [1] - 1228:5

**attempt** [1] - 1225:12

**attempts** [1] - 1195:19

**attention** [1] - 1172:11

**attorney** [2] - 1220:5, 1220:10

**attributing** [2] - 1175:7, 1175:12

**August** [1] - 1228:24

**automatically** [1] - 1179:5

**available** [1] - 1174:14

**avoid** [1] - 1195:19

---

**B**

---

**backdrop** [1] - 1198:25

**backed** [1] - 1201:2

**background** [2] - 1171:4, 1201:22

**bacteria** [1] - 1208:11

**bar** [1] - 1172:6

**base** [3] - 1205:6, 1217:3, 1219:1

**based** [19] - 1170:12, 1175:10, 1185:20, 1186:2, 1186:9, 1186:11, 1186:12, 1188:2, 1188:20,

1192:10, 1192:12, 1192:22, 1196:9, 1200:24, 1202:1, 1207:15, 1214:16

**bases** [1] - 1193:2

**basic** [3] - 1212:11, 1212:15, 1217:4

**basis** [2] - 1172:15, 1173:20

**bears** [2] - 1210:11, 1223:6

**become** [1] - 1217:3

**becomes** [1] - 1208:20

**BEFORE** [1] - 1167:16

**beg** [1] - 1222:11

**began** [1] - 1169:12

**behalf** [2] - 1168:15, 1168:24

**behavior** [1] - 1169:21

**belabor** [1] - 1193:18

**belated** [1] - 1197:10

**belief** [1] - 1221:10

**Bench** [1] - 1167:14

**benefit** [4] - 1175:1, 1175:14, 1177:1, 1224:13

**benefits** [2] - 1175:2, 1227:11

**benzoate** [9] - 1185:18, 1187:25, 1197:20, 1199:22, 1201:21, 1203:14, 1204:8, 1207:21, 1208:13

**between** [3] - 1175:5, 1196:12, 1218:23

**BIONPHARMA** [1] - 1167:6

**Bionpharma** [18] - 1168:15, 1187:3, 1189:5, 1189:6, 1190:12, 1196:5, 1196:15, 1197:15, 1199:4, 1199:5, 1201:11, 1202:25, 1204:18, 1205:23, 1206:21, 1210:5, 1211:17, 1211:24

**Bionpharma's** [17] - 1191:18, 1196:9, 1196:11, 1196:16, 1196:18, 1196:22, 1196:24, 1197:9, 1197:14, 1197:19, 1204:23, 1205:16, 1211:15, 1218:6, 1220:1, 1221:4, 1221:5

**bit** [5] - 1171:16, 1175:9, 1176:16, 1180:19, 1204:9

**block** [1] - 1183:11

**blue** [5] - 1172:2, 1172:6, 1172:10, 1180:13, 1183:11

**board** [1] - 1171:5

**boost** [1] - 1227:15

**bottom** [2] - 1172:6, 1216:17

**bracket** [1] - 1217:17

**branded** [1] - 1181:19

**breadth** [1] - 1196:23

**break** [2] - 1194:23

**breaks** [1] - 1175:22

**Brian** [2] - 1167:25, 1229:16

**brief** [2] - 1192:6, 1209:7

**briefing** [4] - 1190:8, 1193:2, 1214:18, 1221:22

**briefly** [1] - 1190:9

**bring** [6] - 1177:4, 1177:10, 1194:22, 1201:21, 1213:7, 1222:13

**bringing** [3] - 1177:3, 1190:6, 1221:21

**broad** [2] - 1209:1, 1226:3

**broader** [1] - 1186:4

**brought** [3] - 1187:20, 1188:3, 1200:3

**Buckton** [8] - 1189:25, 1190:14, 1190:20, 1195:16, 1200:2, 1223:21, 1223:22, 1224:19

**Buckton's** [4] - 1191:7, 1223:2, 1224:10, 1225:4

**buffer** [91] - 1185:22, 1186:7, 1187:6, 1188:7, 1189:5, 1189:17, 1190:25, 1192:19, 1196:10, 1196:14, 1196:17, 1196:19, 1196:20, 1197:11, 1197:16, 1200:8, 1204:25, 1205:3, 1205:10, 1205:18, 1205:20, 1209:23, 1209:25, 1210:8, 1210:12, 1210:14, 1210:18, 1210:21, 1210:25, 1211:3, 1211:14, 1211:25, 1212:3, 1212:5, 1213:11, 1213:17, 1215:9, 1216:4, 1216:8, 1216:12,

1216:15, 1216:25, 1217:10, 1217:13, 1217:20, 1218:1, 1218:8, 1218:12, 1218:16, 1219:2, 1219:7, 1219:9, 1219:15, 1219:18, 1219:19, 1219:23, 1219:25, 1220:1, 1220:4, 1220:13, 1220:14, 1220:15, 1220:16, 1220:24, 1221:2, 1221:3, 1221:8, 1221:14, 1221:16, 1224:24, 1224:25, 1225:1, 1226:1, 1226:2, 1226:14, 1226:16, 1226:17, 1226:23, 1227:2, 1227:5, 1227:11, 1227:12, 1227:16, 1227:25, 1228:5, 1228:14, 1228:16, 1228:19

**buffers** [2] - 1189:3, 1220:14
**built** [1] - 1225:14
**burden** [2] - 1187:5, 1210:11
**BY** [15] - 1167:19, 1167:22, 1168:3, 1168:6, 1168:10, 1168:13, 1168:17, 1168:21, 1169:7, 1170:3, 1171:1, 1171:20, 1173:11, 1180:5, 1182:23
**Byrn** [31] - 1189:3, 1189:23, 1190:24, 1191:2, 1195:16, 1196:6, 1196:8, 1197:17, 1199:4, 1199:7, 1199:11, 1199:20, 1200:5, 1200:18, 1201:21, 1202:5, 1203:2, 1203:9, 1205:11, 1205:14, 1210:15, 1210:20, 1210:25, 1216:10, 1216:11, 1216:23, 1217:9, 1218:4, 1220:6, 1220:18
**Byrn's** [5] - 1205:19, 1211:7, 1217:7, 1218:7, 1219:10

**C**

**cabin** - 1191:16
**calculate** [1] - 1194:8

**calculated** [1] - 1211:2
**California** [3] - 1167:23, 1168:3, 1168:7
**CALLAHAN** [1] - 1168:6

**cannot** [2] - 1183:20, 1183:23
**capacity** [10] - 1205:6, 1217:1, 1217:2, 1220:16, 1220:19, 1221:3, 1221:16, 1227:16, 1227:20
**carry** [1] - 1187:5
**carrying** [1] - 1180:19
**cartoon** [1] - 1218:13
**case** [15] - 1190:13, 1194:21, 1199:19, 1199:21, 1200:21, 1203:23, 1209:4, 1215:11, 1215:16, 1221:1, 1221:18, 1226:7, 1226:9, 1226:10, 1228:24
**cases** [5] - 1200:22, 1203:17, 1214:6, 1215:15, 1226:10
**categories** [1] - 1181:19
**caught** [1] - 1217:16
**central** [1] - 1169:23
**certainly** [6] - 1181:14, 1189:8, 1190:7, 1190:18, 1190:21, 1215:1
**certify** [1] - 1229:14
**chain** [1] - 1171:11
**change** [1] - 1169:20
**changed** [1] - 1171:11
**chemical** [1] - 1209:12
**chemist** [1] - 1199:7
**chemistry** [1] - 1196:9
**Chicago** [1] - 1168:14
**Chief** [1] - 1167:16
**chops** [1] - 1196:13
**chose** [7] - 1218:17, 1219:19, 1224:24, 1225:1, 1226:15, 1226:16, 1226:24
**Circuit** [4] - 1187:1, 1195:22, 1197:2, 1221:21
**circumstance** [1] - 1215:7

**circumstances** [1] - 1197:8
**citations** [1] - 1201:3
**cite** [1] - 1183:6
**citing** [2] - 1209:6, 1209:7
**citrate** [15] - 1186:5, 1186:7, 1188:11, 1189:17, 1190:2, 1190:25, 1192:19, 1199:22, 1200:7, 1200:14, 1216:21, 1218:9, 1218:24, 1225:7, 1227:2
**citric** [9] - 1192:19, 1199:22, 1218:16, 1218:17, 1218:20, 1218:21, 1218:23, 1223:18
**CIVIL** [2] - 1167:3, 1167:8
**claim** [21] - 1175:23, 1186:15, 1188:13, 1189:7, 1190:3, 1195:24, 1196:13, 1196:24, 1197:4, 1197:10, 1215:10, 1219:9, 1219:19, 1221:20, 1223:4, 1225:11, 1226:7, 1226:15, 1226:25, 1227:7, 1227:8
**claimed** [19] - 1185:18, 1187:9, 1187:24, 1196:19, 1197:4, 1197:20, 1201:18, 1204:8, 1208:4, 1218:16, 1218:17, 1218:24, 1219:10, 1219:11, 1219:12, 1220:13, 1220:16, 1221:3, 1221:12
**claims** [28] - 1173:15, 1173:24, 1178:6, 1186:1, 1186:5, 1186:8, 1186:22, 1188:12, 1188:24, 1191:1, 1192:23, 1192:25, 1195:25, 1196:1, 1196:12, 1197:5, 1197:15, 1199:3, 1200:9, 1203:24, 1203:25, 1208:3, 1209:15, 1223:17, 1224:12, 1224:15, 1226:16
**clear** [2] - 1189:2, 1193:12
**clearly** [2] - 1192:13, 1217:25
**client** [4] - 1195:7,

1214:8, 1228:22, 1229:5
**clinician** [4] - 1183:22, 1183:25, 1184:4, 1184:7
**clock** [1] - 1214:25
**closed** [5] - 1198:16, 1198:17, 1198:20, 1213:19, 1228:10
**closing** [13] - 1186:23, 1187:15, 1189:15, 1189:22, 1190:7, 1193:4, 1193:13, 1193:22, 1194:10, 1198:4, 1200:11, 1216:3, 1216:7
**co** [1] - 1206:22
**co-solvent** [1] - 1206:22
**coffin** [1] - 1202:15
**coincidence** [1] - 1224:14
**colleagues** [1] - 1193:9
**collectively** [1] - 1204:4
**colloquially** [1] - 1204:13
**colors** [1] - 1208:23
**Columbia** [1] - 1168:23
**Column** [3] - 1201:17, 1202:3, 1204:5
**column** [4] - 1206:10, 1206:13, 1206:14, 1206:20
**combination** [4] - 1202:9, 1204:2, 1212:8, 1223:20
**combined** [1] - 1174:21
**coming** [1] - 1229:2

**common** [6] - 1170:20, 1185:16, 1186:2, 1189:19, 1201:24, 1204:2
**community's** [1] - 1218:11
**companies** [1] - 1178:12
**company** [1] - 1182:3
**compare** [3] - 1184:13, 1184:18, 1221:13

**compared** [2] - 1172:10, 1176:11
**comparing** [1] - 1221:11
**comparison** [1] - 1186:4

**completely** [1] - 1213:12
**component** [6] - 1219:19, 1226:15, 1226:17, 1227:1, 1227:11, 1227:12
**components** [7] - 1186:9, 1186:15, 1195:20, 1210:23, 1211:13, 1212:15, 1217:3
**compounds** [1] - 1209:12
**CONAWAY** [1] - 1168:17
**conceded** [4] - 1200:12, 1200:16, 1205:14, 1218:4
**concentration** [10] - 1219:23, 1219:25, 1220:3, 1220:4, 1220:13, 1220:15, 1220:19, 1220:25, 1221:2, 1221:16
**concentrations** [1] - 1186:9
**concerned** [1] - 1222:3
**conclusion** [1] - 1176:3
**conclusions** [2] - 1181:3, 1209:8
**conclusive** [1] - 1226:19
**confer** [2] - 1191:22, 1214:3
**conferred** [1] - 1214:2
**confirmed** [2] - 1199:24, 1211:1
**conjunction** [1] - 1206:13
**connection** [9] - 1191:17, 1191:18, 1199:3, 1200:5,

1201:7, 1204:24, 1206:6, 1209:9, 1209:10
**consider** [1] - 1209:21
**consistent** [2] - 1184:22, 1188:25
**consistently** [1] - 1205:23
**constitutes** [1] - 1205:9
**construct** [1] - 1184:8
**construction** [3] - 1197:4, 1197:10, 1197:13
**consultation** [1] - 1193:8
**contain** [5] - 1196:1, 1203:13, 1219:14, 1219:17, 1228:14
**contained** [1] - 1169:4
**containing** [1] - 1180:15
**contains** [3] - 1196:9, 1196:22, 1228:16
**contention** [1] - 1196:11
**context** [2] - 1188:6, 1193:22
**continue** [5] - 1177:24, 1177:25, 1189:16, 1216:3
**continued** [2] - 1177:14, 1186:8
**contrast** [5] - 1191:2, 1199:14, 1199:24, 1201:1, 1219:3
**contrasted** [1] - 1218:15
**control** [2] - 1177:9, 1227:13
**controlled** [1] - 1177:22

**conveyed** [2] - 1214:3, 1214:7
**convincing** [1] - 1193:12
**copy** [1] - 1194:15
**cordial** [1] - 1214:3
**correct** [20] - 1174:6, 1181:2, 1183:3, 1183:12, 1183:13, 1183:17, 1183:20, 1183:23, 1184:2,

1184:6, 1184:8, 1184:11, 1184:14, 1184:19, 1187:19, 1196:2, 1210:1, 1215:17
**correctly** [1] - 1200:12
**CORTLAN** [1] - 1168:11

1182:7, 1182:10
**counsel** [1] - 1224:7
**Counsel** [3] - 1168:8, 1168:15, 1168:24
**counterarguments** [1] - 1202:20
**couple** [1] - 1180:3
**course** [3] - 1170:20, 1194:15, 1210:11
**COURT** [66] - 1167:1, 1169:5, 1173:8, 1182:15, 1182:18, 1185:2, 1185:6, 1185:8, 1185:13, 1187:12, 1189:11, 1190:10, 1190:17, 1191:10, 1192:2, 1193:5, 1193:15, 1193:19, 1193:25, 1194:5, 1194:7, 1194:15, 1194:18, 1195:3, 1195:9, 1195:13, 1198:6, 1198:9, 1198:15, 1198:19, 1198:22, 1204:9, 1204:12, 1205:21, 1206:4, 1207:8, 1207:12, 1207:25, 1208:2, 1208:19, 1209:22, 1210:2, 1211:16, 1212:4, 1212:17, 1212:20, 1212:22, 1213:2, 1213:4, 1213:18, 1214:12, 1214:24, 1215:13, 1215:21, 1215:24, 1216:5, 1222:5, 1222:8, 1222:12, 1222:17, 1222:20, 1222:24, 1228:12, 1228:18, 1228:21, 1229:9
**court** [3] - 1223:4, 1228:10
**Court** [14] - 1167:25, 1169:3, 1170:4, 1171:2, 1193:2, 1194:14, 1198:2, 1202:6, 1214:11, 1221:18, 1229:16, 1229:17

**courtroom** [8] - 1182:14, 1184:25, 1185:5, 1185:12, 1195:2, 1221:25, 1222:16, 1229:11
**cover** [1] - 1197:15, 1225:19
**covered** [2] - 1187:15, 1227:19
**covers** [1] - 1187:21
**creative** [1] - 1211:19
**credibility** [4] - 1189:24, 1200:25, 1211:9, 1223:6
**credibly** [1] - 1201:2
**criticality** [1] - 1223:9
**criticism** [2] - 1203:11, 1204:10
**criticisms** [1] - 1196:5
**cross** [8] - 1186:19, 1190:1, 1203:2, 1203:9, 1217:7, 1217:23, 1220:7, 1225:4
**CROSS** [1] - 1182:22
**cross-examination** [4] - 1186:19, 1190:1, 1217:7, 1217:23
**CROSS-EXAMINATION** [1] - 1182:22
**crossed** [1] - 1205:11
**current** [1] - 1215:7
**cycle** [2] - 1175:21, 1181:11

**D**

**damaged** [1] - 1211:9
**data** [5] - 1170:17, 1171:21, 1184:3, 1184:8, 1184:10
**dataset** [1] - 1184:12
**David** [9] - 1173:15, 1174:3, 1175:5, 1176:23, 1177:7, 1179:9, 1180:22, 1181:25, 1184:15
**David's** [4] - 1174:25, 1175:25, 1178:13, 1179:14
**Davidson's** [1] - 1181:15
**days** [1] - 1229:3
**DDX-401** [1] - 1225:5
**DDX-705** [1] - 1170:2
**DDX-708** [4] - 1182:21, 1182:25, 1183:15, 1184:8
**deadline** [1] - 1214:21
**deal** [2] - 1207:12,

1227:16
**dealing** [1] - 1199:21
**deals** [1] - 1228:4
**decided** [2] - 1220:24, 1229:7
**decision** [5] - 1213:20, 1214:19, 1215:4, 1215:18, 1228:22
**decisions** [1] - 1221:21
**declaration** [3] - 1223:12, 1223:19, 1224:5

**dedicated** [1] - 1210:9
**dedication** [5] - 1187:17, 1187:23, 1201:5, 1202:4, 1204:16
**deep** [1] - 1187:15
**defend** [1] - 1225:12
**Defendant** [2] - 1167:7, 1167:11
**defendants** [3] - 1191:20, 1197:22, 1222:3
**defendants'** [2] - 1191:15, 1195:17
**defense** [3] - 1201:5, 1201:6, 1204:25
**defenses** [1] - 1187:4
**defer** [1] - 1215:1
**defies** [1] - 1189:19
**defined** [1] - 1179:22
**defining** [1] - 1197:3
**definition** [4] - 1216:24, 1218:12, 1219:2, 1224:25
**definitions** [1] - 1205:9
**degradants** [2] - 1212:9, 1212:10
**degrade** [2] - 1212:15, 1217:3
**DELAWARE** [1] - 1167:2
**Delaware** [1] - 1167:13
**DELLINGER** [1] - 1167:19



**depict** [1] - 1172:19
**depiction** [1] - 1218:15
**deployed** [1] -

1172:25
**deploying** [1] - 1173:23
**derived** [1] - 1197:11
**described** [2] - 1177:7, 1204:2
**describes** [1] - 1176:23, 1201:17
**description** [1] - 1192:23
**design** [1] - 1211:19
**desire** [1] - 1224:12
**destroyed** [1] - 1189:23
**detail** [3] - 1187:15, 1193:18, 1211:22
**detailing** [1] - 1169:14
**details** [1] - 1214:12
**determination** [1] - 1191:19
**determine** [1] - 1183:22
**detract** [1] - 1206:23
**develop** [2] - 1178:6, 1211:25
**development** [1] - 1181:21
**device** [3] - 1195:23, 1197:6, 1197:7
**DEVINE** [14] - 1167:22, 1187:14, 1190:9, 1190:11, 1193:8, 1193:17, 1193:23, 1195:7, 1195:14, 1195:16, 1198:8, 1215:3, 1215:17, 1215:23
**Devine** [10] - 1191:3, 1193:7, 1195:4, 1200:3, 1200:10, 1200:12, 1214:1, 1214:24, 1219:22, 1220:23
**Devine's** [1] - 1220:10
**Diego** [1] - 1168:3
**difference** [6] - 1219:22, 1220:2, 1220:7, 1220:8, 1220:12, 1220:24
**differences** [8] - 1196:12, 1209:10, 1209:18, 1209:19, 1220:20, 1221:10, 1221:15
**different** [16] - 1174:22, 1176:7, 1176:10, 1196:25, 1207:20, 1207:24, 1208:10, 1208:18, 1208:22, 1208:23, 1219:21, 1226:16,

1228:4, 1229:8
**differently** [3] -
1169:16, 1169:25,
1170:11
**dihydrate** [1] - 1186:5
**direct** [11] - 1172:11,
1203:3, 1203:10,
1203:15, 1203:19,
1206:17, 1210:5,
1210:9, 1217:7,
1217:24, 1220:6
**DIRECT** [1] - 1169:6
**directive** [1] - 1214:1
**directors** [1] - 1171:5
**disagree** [5] - 1176:6,
1179:21, 1181:16,
1187:16, 1193:17
**disavowal** [1] - 1189:2

**disclaimer** [6] -
1186:13, 1186:17,
1186:20, 1186:23,
1186:25, 1187:2
**disclose** [1] - 1214:13
**disclosed** [7] -
1185:17, 1187:24,
1188:7, 1197:19,
1202:3, 1202:18,
1226:23
**disclosure** [8] -
1187:17, 1187:23,
1201:5, 1202:4,
1204:5, 1204:6,
1204:16, 1206:14
**discuss** [1] - 1187:18
**discussed** [6] -
1175:22, 1181:11,
1193:13, 1195:21,
1225:5, 1226:24
**discussion** [2] -
1175:10, 1193:3
**display** [1] - 1194:20
**dispute** [5] - 1191:24,
1199:7, 1219:6,
1219:20, 1220:18
**disregard** [3] -
1202:22, 1223:2,
1224:19
**disregarded** [1] -
1203:13
**dissemination** [1] -
1169:15
**dissolution** [1] -
1196:3
**dissolve** [2] - 1206:19,
1206:21
**distinguish** [2] -

1186:1, 1186:8
**distinguished** [2] -
1188:12, 1207:14
**distinguishing** [1] -
1186:11
**District** [2] - 1168:23,
1229:17
**DISTRICT** [2] - 1167:1,
1167:2
**doctrine** [8] - 1192:18,
1202:4, 1204:16,
1224:21, 1225:18,
1226:6, 1226:20,
1227:2
**Doctrine** [2] -
1195:18, 1221:18
**document** [2] -
1170:6, 1171:17
**documentary** [1] -
1205:17
**documentation** [1] -
1170:15
**documents** [2] -
1183:6, 1195:17
**dollars** [1] - 1176:16
**donated** [1] - 1228:7
**donates** [1] - 1228:5
**done** [9] - 1172:17,
1177:3, 1179:12,
1181:12, 1185:8,
1185:23, 1195:10,
1224:17, 1224:18
**DORSNEY** [1] -
1168:10
**double** [1] - 1206:2
**down** [1] - 1226:4
**Dr** [99] - 1173:15,
1174:3, 1174:9,
1174:15, 1174:25,
1175:5, 1175:6,
1175:7, 1175:9,
1175:25, 1176:23,
1177:7, 1178:13,
1179:9, 1179:14,
1180:22, 1181:15,
1181:25, 1189:3,
1189:22, 1189:25,
1190:14, 1190:19,
1190:24, 1191:2,
1191:7, 1196:6,
1196:8, 1196:18,
1197:17, 1197:22,
1199:4, 1199:7,
1199:9, 1199:11,
1199:14, 1199:20,
1199:24, 1200:2,
1200:5, 1200:18,
1201:1, 1201:21,
1202:5, 1202:6,
1202:11, 1202:13,
1203:2, 1203:3,
1203:9, 1203:15,

1203:19, 1205:10,
1205:11, 1205:13,
1205:19, 1206:16,
1210:3, 1210:9,
1210:15, 1210:19,
1210:20, 1210:25,
1211:7, 1211:9,
1211:23, 1216:10,
1216:11, 1216:17,
1216:23, 1217:7,
1217:9, 1217:24,
1218:4, 1218:7,
1218:14, 1218:17,
1219:10, 1220:6,
1220:11, 1220:18,
1223:2, 1223:13,
1223:19, 1223:21,
1223:22, 1223:25,
1224:1, 1224:3,
1224:8, 1224:10,
1224:18, 1225:4,
1227:10, 1227:24,
1228:2
**draw** [1] - 1181:4
**drinks** [1] - 1173:6
**driver** [1] - 1174:5
**driving** [2] - 1174:19,
1175:19
**Drs** [1] - 1195:16
**drug** [2] - 1171:9,
1218:19
**drugs** [2] - 1199:15,
1199:16
**DTX-1123** [1] -
1203:22
**dug** [1] - 1191:3
**during** [14] - 1185:22,
1189:18, 1189:22,
1190:7, 1190:20,
1190:25, 1200:8,
1202:21, 1206:16,
1210:21, 1213:8,
1217:18, 1217:23
**dwell** [1] - 1223:1
**dynamics** [1] - 1176:7

**E**

**E5** [1] - 1186:3
**early** [2] - 1172:5,
1201:7
**economic** [1] - 1177:6
**economically** [1] -
1178:3
**EDWARDS** [2] -
1168:20, 1168:21
**effects** [1] - 1207:24
**efforts** [2] - 1172:20,
1173:12
**either** [4] - 1200:19,
1203:14, 1208:7,

1220:19
**elaborate** [1] -
1193:14
**element** [3] - 1192:24,
1221:8, 1226:1
**elements** [2] -
1195:24, 1221:19
**embodiments** [2] -
1202:8, 1203:21
**employing** [1] -
1206:2
**enablement** [1] -
1192:23
**enalapril** [19] - 1176:2,
1180:10, 1180:12,
1180:15, 1183:10,
1183:12, 1184:1,
1184:5, 1184:11,
1184:13, 1184:18,
1186:16, 1197:11,
1197:16, 1210:17,
1211:12, 1213:13,
1219:17, 1227:7
**encompasses** [2] -
1225:10, 1225:24
**end** [4] - 1171:8,
1198:4, 1212:20,
1226:24
**ended** [1] - 1192:24
**ends** [5] - 1182:16,
1185:9, 1194:24,
1222:18, 1229:12
**English** [4] - 1185:2,
1194:22, 1195:9,
1222:13
**enter** [1] - 1198:2
**entered** [1] - 1191:15
**entire** [2] - 1180:7,
1183:15
**entirely** [1] - 1225:7
**entitled** [1] - 1188:21
**EPA_0092913** [1] -
1171:18
**EPA_0094016** [1] -
1170:13
**Epaned** [40] - 1169:8,
1169:9, 1169:17,
1169:21, 1169:22,
1169:25, 1170:11,
1170:24, 1171:6,
1171:7, 1171:14,
1171:22, 1172:8,
1172:12, 1172:17,
1173:16, 1174:5,
1174:7, 1175:1,
1175:2, 1175:14,
1175:24, 1177:14,
1178:14, 1178:15,

1179:4, 1179:7,
1179:15, 1180:7,
1180:12, 1180:16,
1180:18, 1180:21,
1181:16, 1182:4,
1182:6, 1182:11,
1197:23, 1218:25
**equally** [1] - 1211:11
**equilibrium** [4] -
1196:4, 1205:7,
1216:19, 1216:21
**equivalent** [13] -
1187:23, 1188:18,
1189:7, 1192:16,
1195:20, 1195:24,
1196:3, 1196:15,
1197:18, 1209:13,
1224:23, 1227:6
**equivalents** [7] -
1192:18, 1224:22,
1225:10, 1225:18,
1226:6, 1226:21,
1227:3
**Equivalents** [2] -
1195:18, 1221:19
**especially** [1] -
1228:25
**ESQ** [17] - 1167:19,
1167:22, 1167:22,
1168:3, 1168:6,
1168:6, 1168:10,
1168:11, 1168:13,
1168:14, 1168:17,
1168:18, 1168:18,
1168:21, 1168:21,
1168:22, 1168:22
**essentially** [28] -
1169:11, 1169:15,
1170:23, 1170:24,
1171:6, 1171:13,
1172:7, 1172:18,
1172:21, 1173:14,
1173:18, 1173:21,
1174:10, 1174:19,
1174:22, 1176:19,
1177:20, 1178:8,
1178:22, 1179:2,
1179:10, 1180:20,
1182:4, 1190:23,
1202:14, 1212:2,
1217:10, 1218:14
**estoppel** [10] -
1185:19, 1186:12,
1188:2, 1188:20,
1192:11, 1192:12,
1221:25, 1224:21,
1226:5, 1227:4
**evaluated** [1] - 1176:1
**evening** [1] - 1214:2
**evidence** [16] -
1185:15, 1187:19,
1188:3, 1189:4,

1193:12, 1199:1,
1201:4, 1205:1,
1205:10, 1205:17,
1210:2, 1211:7,
1211:16, 1211:21,
1216:14, 1217:24
**EXAMINATION** [2] -
1169:6, 1182:22
**examination** [6] -
1186:19, 1190:1,
1203:3, 1217:7,
1217:23, 1220:7
**Examiner** [7] -
1185:24, 1185:25,
1186:3, 1187:1,
1188:10, 1188:13,
1223:9
**Examiner's** [1] -
1186:21
**example** [1] - 1183:6
**Example** [6] -
1202:14, 1202:19,
1202:23, 1204:5,
1206:12, 1207:1
**examples** [1] -
1219:16
**except** [1] - 1219:21
**excipients** [6] -
1199:21, 1199:25,
1212:1, 1212:7,
1212:8, 1212:13
**exclusion** [1] -
1181:22
**excuse** [1] - 1223:11
**executed** [2] -
1172:22, 1173:19
**executing** [1] -
1173:25
**exemplified** [1] -
1186:2
**exert** [2] - 1207:23,
1208:11
**exerted** [1] - 1203:8



**expectation** [1] -
1214:17
**expecting** [1] -
1171:10
**expedited** [1] -
1214:20
**experienced** [1] -

1199:7
**experimentally** [1] -
1211:1
**experimented** [1] -
1202:16
**expert** [11] - 1189:25,
1190:24, 1196:18,
1197:14, 1200:21,
1201:12, 1201:14,
1204:22, 1207:23,
1209:20, 1223:5
**experts** [6] - 1189:21,
1190:12, 1198:24,
1199:2, 1203:2,
1221:7
**expires** [2] - 1213:25,
1228:23
**explain** [4] - 1170:4,
1171:2, 1195:16,
1210:4
**explained** [13] -
1169:15, 1178:20,
1196:8, 1197:17,
1201:21, 1203:15,
1206:16, 1207:23,
1210:19, 1212:2,
1216:18, 1220:11,
1227:15
**explaining** [1] -
1228:3
**explanation** [2] -
1193:1, 1211:11
**exposed** [1] - 1211:5
**extend** [1] - 1226:20
**extent** [4] - 1190:13,
1191:16, 1210:7,
1228:6

## F

**face** [1] - 1188:5
**fact** [9] - 1174:7,
1189:24, 1190:23,
1197:6, 1200:16,
1206:23, 1220:11,
1224:2, 1224:3
**factor** [2] - 1208:5,
1226:19
**factual** [3] - 1187:4,
1204:25, 1213:5
**fail** [2] - 1196:6,
1198:1
**failed** [5] - 1174:3,
1187:5, 1187:10,
1192:17, 1210:13
**failing** [1] - 1189:24
**fair** [2] - 1209:16,
1209:17
**fairly** [1] - 1169:19
**falling** [1] - 1219:13
**falsely** [1] - 1179:22

**far** [6] - 1171:7,
1182:12, 1188:20,
1193:11, 1205:4,
1220:2
**favor** [2] - 1192:8,
1215:19
**February** [1] - 1167:13
**Federal** [4] - 1186:25,
1195:22, 1197:2,
1199:25
**fell** [1] - 1202:20



**figured** [1] - 1209:24
**figures** [1] - 1179:8
**file** [1] - 1201:8
**final** [3] - 1209:9,
1210:21, 1213:14
**finally** [4] - 1190:1,
1200:1, 1221:23,
1228:2
**financial** [2] -
1210:17, 1178:22
**fine** [4] - 1194:19,
1198:19, 1229:9
**finish** [1] - 1222:14
**first** [10] - 1176:12,
1177:20, 1198:10,
1201:5, 1202:22,
1204:10, 1217:15,
1218:21, 1219:21,
1226:16

**flawed** [2] - 1178:18,
1211:5
**floating** [3] - 1203:6,
1204:13, 1204:19
**floor** [1] - 1179:3
**flushed** [1] - 1217:23
**focus** [1] - 1209:5
**focused** [1] - 1179:23
**follow** [1] - 1227:5
**followed** [1] - 1211:18
**Following** [1] - 1169:3
**FOR** [1] - 1167:2
**foreclosing** [2] -
1193:24, 1194:4
**foregoing** [1] -
1229:14
**foresaw** [1] - 1226:23
**foreseeability** [2] -
1226:11, 1226:19
**foreseeable** [1] -
1226:12
**foreseen** [2] -
1226:13, 1226:22

**form** [8] - 1183:12,
1184:2, 1184:5,
1210:17, 1210:20,
1213:11, 1213:16
**formal** [1] - 1229:4
**formulate** [1] - 1212:2
**formulated** [3] -
1199:14, 1199:20,
1199:25
**formulating** [2] -
1199:12, 1199:15
**formulation** [25] -
1186:3, 1186:16,
1187:9, 1188:23,
1199:9, 1202:25,
1205:5, 1205:13,
1205:18, 1206:8,
1206:25, 1207:1,
1209:2, 1210:22,
1210:23, 1211:17,
1212:13, 1213:9,
1213:14, 1216:17,
1219:12, 1220:16,
1221:8, 1221:12,
1223:23
**formulations** [17] -
1186:2, 1202:19,
1202:23, 1203:3,
1203:4, 1203:12,
1204:1, 1206:25,
1218:18, 1218:19,
1218:24, 1219:11,
1219:13, 1219:14,
1221:3, 1221:12
**formulator** [2] -
1209:21
**formulators** [1] -
1209:24
**forth** [1] - 1225:9
**forward** [1] - 1201:13,
1211:6
**four** [2] - 1186:15,
1192:20
**framework** [1] -
1175:17
**Francisco** [1] -
1167:23
**frankly** [2] - 1226:6,
1228:24
**free** [3] - 1202:24,
1206:22, 1210:17
**freebase** [1] - 1197:15
**Friday** [1] - 1167:13
**friends** [1] - 1198:12
**front** [1] - 1228:8
**full** [1] - 1171:10
**fully** [6] - 1171:15,
1174:16, 1181:18,
1181:20, 1182:4,
1183:9
**function** [16] - 1208:4,
1208:7, 1208:9,

1208:17, 1208:20,
1208:22, 1209:3,
1209:11, 1209:16,
1219:5, 1219:7,
1221:9, 1224:24,
1225:6, 1225:18,
1225:22
**function-way-result**
[2] - 1219:5, 1221:9
**functioning** [9] -
1187:6, 1189:5,
1205:3, 1205:18,
1216:15, 1216:25,
1217:13, 1218:1,
1218:12
**fundamental** [1] -
1189:19
**future** [1] - 1229:1

## G

**Gaffigan** [2] -
1167:25, 1229:16
**game** [2] - 1209:16,
1209:17
**GAZA** [1] - 1168:17
**Gemeinhart** [1] -
1227:10
**Gemeinhart's** [1] -
1228:3
**general** [1] - 1176:14
**generally** [1] -
1187:18
**generate** [3] -
1197:24, 1208:14,
1212:8
**generated** [2] -
1205:7, 1219:1
**generic** [3] - 1214:5,
1215:6, 1215:9
**George** [3] - 1185:12,
1195:11, 1195:15
**geriatric** [1] - 1180:2
**given** [6] - 1170:22,
1193:17, 1196:23,
1202:1, 1223:23,
1225:6
**glucose** [1] - 1208:14
**GOODRICH** [3] -
1167:21, 1168:2,
1168:5
**GRANVILLE** [1] -
1168:6
**graph** [5] - 1171:3,
1171:10, 1171:24,
1172:19, 1180:9
**great** [2] - 1198:8,
1223:15

**ground** [1] - 1179:3

group [1] - 1183:23
growth [3] - 1172:9,
  1207:15, 1208:16
guard [1] - 1217:16
guess [1] - 1189:14
gunning [1] - 1167:25
guys [1] - 1201:10

**H**

half [1] - 1222:5
hand [3] - 1207:21,
  1207:22, 1225:23
handy [1] - 1209:6
HANSON [1] - 1167:22
happy [3] - 1193:1,
  1193:14, 1214:10
hardly [4] - 1205:5,
  1205:6, 1217:2,
  1218:10
head [1] - 1183:4
heads [1] - 1191:11
hear [13] - 1174:25,
  1175:25, 1176:4,
  1178:13, 1179:14,
  1194:9, 1201:10,
  1201:11, 1210:2,
  1211:16, 1214:15,
  1228:11
heard [12] - 1173:14,
  1174:9, 1174:10,
  1175:6, 1180:1,
  1192:3, 1210:3,
  1211:21, 1219:22,
  1223:21, 1223:24,
  1223:25
hearing [2] - 1175:11,
  1201:9
heart [1] - 1228:3
heels [1] - 1191:3
helpful [2] - 1215:2,
  1215:25
hereby [1] - 1229:14
herein [1] - 1169:4
higher [2] - 1171:8,
  1220:17
highlighted [1] -
  1170:9
himself [3] - 1189:23,
  1199:11, 1200:6
history [4] - 1185:19,
  1188:19, 1192:11,
  1197:12
hit [1] - 1178:11
HITCH [1] - 1168:11
Hofmann [7] - 1169:8,
  1170:4, 1171:2,
  1171:21, 1173:3,
  1180:6, 1181:3
hold [1] - 1185:6
HOLLISTER [1] -

1168:13
Honor [77] - 1182:13,
  1185:1, 1185:14,
  1185:19, 1186:12,
  1186:23, 1187:4,
  1187:11, 1187:14,
  1189:14, 1190:9,
  1190:16, 1190:18,
  1192:1, 1192:5,
  1193:8, 1194:6,
  1194:12, 1194:13,
  1195:20, 1198:4,
  1198:11, 1198:18,
  1198:23, 1199:6,
  1199:19, 1200:1,
  1200:11, 1201:1,
  1201:5, 1201:6,
  1201:10, 1201:14,
  1202:13, 1203:12,
  1203:16, 1204:21,
  1204:22, 1206:1,
  1206:5, 1206:7,
  1206:9, 1207:2,
  1207:5, 1207:6,
  1207:17, 1207:19,
  1208:6, 1208:25,
  1210:3, 1210:7,
  1211:22, 1212:19,
  1212:21, 1213:1,
  1213:8, 1213:23,
  1214:23, 1216:2,
  1216:6, 1216:10,
  1216:13, 1217:5,
  1217:22, 1218:15,
  1219:6, 1220:5,
  1220:22, 1221:6,
  1221:10, 1221:17,
  1221:24, 1222:1,
  1225:20
Honor's [1] - 1214:1
HONORABLE [1] -
  1167:16
hope [1] - 1206:2
hopefully [1] - 1173:
HOST [5] - 1185:5,
  1185:11, 1195:1,
  1195:11, 1222:16
hour [3] - 1222:4,
  1222:5, 1222:10
humanly [1] - 1191:16

hydrogen [3] -
  1218:21, 1228:5,
  1228:7

hypothetical [2] -
  1177:15, 1178:1

**I**

i.e [1] - 1218:2
idea [2] - 1174:13,
  1177:6
identifies [1] -
  1201:19
identify [2] - 1170:10,
  1183:25
identifying [1] -
  1170:7
ignores [2] - 1195:25,
  1196:16
Illinois [1] - 1168:14
illustrates [1] -
  1171:22
immediately [1] -
  1225:13
imminent [2] - 1229:6
impact [5] - 1173:13,
  1174:8, 1175:15,
  1177:16, 1229:1
impeached [4] -
  1189:23, 1190:23,
  1200:6, 1201:2
implausible [1] -
  1178:2
implications [1] -
  1177:19
important [3] -
  1198:25, 1204:15,
  1209:20
imposed [1] - 1170:22
improper [1] -
  1190:15, 1221:6,
  1221:10
improperly [1] -
  1196:13
IMS [2] - 1184:8,
  1184:10
IN [2] - 1167:1, 1167:2
Inc [2] - 1168:8,
  1168:15
INC [3] - 1167:3,
  1167:6, 1167:8
incentivized [1] -
  1178:6
include [3] - 1186:7,
  1200:14, 1206:11
included [1] - 1184:20
includes [2] -
  1183:15, 1203:23
including [5] -
  1192:11, 1199:16,
  1199:18, 1201:19,
  1209:19
inconsistent [1] -

1191:14
incorrect [1] - 1197:10

incredible [1] - 1177:5

indeed [2] - 1197:14,
  1219:16
independent [4] -
  1186:4, 1186:22,
  1219:9, 1219:19
indicates [1] -
  1195:23
indicative [2] -
  1181:8, 1181:14
indiscernible [1] -
  1172:5
indisput [1] - 1185:21
indisputable [1] -
  1185:21
individual [3] -
  1195:4, 1195:5,
  1221:19
influx [1] - 1227:17
information [2] -
  1169:14, 1191:17
infringe [5] - 1200:13,
  1200:15, 1205:25,
  1226:3
infringement [13] -
  1189:9, 1189:21,
  1189:25, 1190:23,
  1192:17, 1195:17,
  1198:3, 1200:20,
  1200:22, 1204:17,
  1222:20, 1222:22,
  1228:25
infringing [1] - 1225:8
ingredient [3] -
  1180:13, 1188:25,
  1219:17
ingredients [4] -
  1188:23, 1223:10,
  1223:20, 1227:18
inherent [1] - 1178:20
inherently [1] - 1226:8
inhibition [1] -
  1207:15
inhibits [2] - 1208:13,
  1208:16
injunction [3] -
  1215:12, 1215:14,
  1215:19
instance [1] - 1176:12
instead [5] - 1169:12,
  1169:17, 1202:25,
  1210:23, 1213:10
insubstantial [1] -
  1197:23
insufficient [1] -

1186:25

intended [1] - 1219:9
intending [1] -
  1190:14
intention [3] -
  1190:19, 1190:21,
  1191:8
interact [1] - 1210:17

internal [1] - 1170:6
interpretation [1] -
  1191:21
invalidity [2] - 1192:9,
  1192:21
invention [6] -
  1201:18, 1221:20,
  1223:14, 1223:17,
  1223:23
inventors [5] - 1176:1,
  1226:12, 1226:13,
  1226:21
investment [1] -
  1179:13
ions [1] - 1218:24
IQVIA [1] - 1184:9
irrelevant [2] -
  1220:21, 1220:22
isolation [2] -
  1203:18, 1206:13
issues [4] - 1193:11,
  1193:12, 1204:17,
  1222:23
issuing [1] - 1215:8

**J**

JAMES [1] - 1168:10
Jenkinson [1] -
  1221:18
JEREMY [1] - 1168:21
Judge [1] - 1167:16
judgment [8] -
  1187:11, 1189:8,
  1189:9, 1192:7,
  1192:10, 1192:21,
  1193:10, 1198:2
judicious [1] - 1212:1

**K**

KAREN [1] - 1168:18
Katie [1] - 1198:20
KAUFMAN [1] -
  1168:6
Kaveh [1] - 1192:5
KAVEH [1] - 1168:22

**keeps** [1] - 1190:5
**KENNETH** [1] - 1168:10
**kept** [2] - 1200:10, 1200:18
**key** [3] - 1170:7, 1170:10, 1181:18
**kind** [5] - 1171:8, 1179:5, 1224:8, 1225:23, 1226:22
**kinds** [1] - 1179:12
**kit** [2] - 1171:12, 1173:19
**Kit** [32] - 1169:8, 1169:12, 1169:17, 1169:22, 1170:19, 1170:24, 1171:7, 1171:22, 1172:2, 1172:8, 1172:10, 1172:12, 1173:1, 1174:7, 1174:10, 1174:23, 1175:2, 1176:9, 1176:17, 1176:18, 1176:20, 1176:24, 1177:3, 1177:14, 1177:20, 1177:23, 1178:15, 1178:23, 1179:6, 1179:7, 1180:19, 1181:12
**knowledge** [2] - 1201:22, 1201:23
**known** [7] - 1174:4, 1174:7, 1174:17, 1175:8, 1175:13, 1175:15, 1175:19
**knows** [1] - 1203:16
**KRISTINA** [1] - 1167:22

---

**L**

**label** [1] - 1184:22
**labeled** [1] - 1180:2
**lack** [2] - 1174:19, 1192:23
**language** [1] - 1188:4
**last** [5] - 1194:13, 1197:3, 1201:7, 1207:2, 1221:1
**launch** [3] - 1171:6, 1172:2, 1214:10
**launched** [1] - 1172:4
**law** [8] - 1186:17, 1187:1, 1187:22, 1189:20, 1195:23,

---

1209:4, 1209:8, 1209:9
**layer** [1] - 1175:21
**lead** [1] - 1214:18
**leading** [1] - 1211:23
**leads** [1] - 1226:2
**learned** [1] - 1191:17
**least** [4] - 1182:11, 1211:11, 1212:14, 1215:13
**leave** [1] - 1201:7
**left** [2] - 1171:7, 1194:8
**legal** [1] - 1213:4
**LEONARD** [1] - 1167:16
**less** [5] - 1180:18, 1199:8, 1225:9, 1229:5, 1229:6
**life** [6] - 1175:21, 1181:11, 1200:17, 1212:10, 1212:11, 1212:14
**lifecycle** [7] - 1170:16, 1170:20, 1172:19, 1172:22, 1173:12, 1173:25, 1174:20
**likely** [1] - 1229:6
**likewise** [1] - 1197:17
**limitation** [12] - 1185:22, 1186:7, 1188:14, 1190:6, 1196:14, 1209:14, 1215:6, 1215:7, 1215:9, 1215:10, 1221:14
**limitations** [7] - 1189:18, 1190:25, 1200:8, 1204:25, 1218:16, 1220:4, 1225:8
**limited** [2] - 1173:20, 1181:7
**line** [4] - 1171:10, 1208:19, 1216:16, 1216:17
**lines** [3] - 1171:10, 1172:14, 1218:18
**lipophilic** [1] - 1206:18
**lipophilicity** [1] - 1209:19
**liquid** [5] - 1184:2, 1184:5, 1199:20, 1199:25, 1203:4

---

**listen** [2] - 1227:12, 1227:15
**literal** [4] - 1190:2, 1191:1, 1200:9, 1200:20
**literally** [1] - 1200:13
**literature** [3] - 1201:3, 1205:10, 1217:24
**litigation** [2] - 1197:25, 1229:1
**LLC** [2] - 1167:10, 1168:24
**LLP** [4] - 1167:19, 1168:10, 1168:13, 1168:17
**load** [1] - 1182:1
**logic** [2] - 1188:15, 1189:19
**look** [15] - 1172:14, 1181:7, 1181:9, 1188:4, 1188:5, 1188:24, 1204:13, 1204:18, 1206:7, 1206:24, 1209:2, 1211:10, 1223:14, 1223:16, 1226:11
**looking** [4] - 1201:15, 1205:24, 1212:24, 1223:3
**looks** [2] - 1201:16, 1219:4
**Los** [1] - 1168:7
**lower** [2] - 1212:12, 1220:3

---

**M**

**ma'am** [1] - 1183:24
**Maddox** [1] - 1222:1
**MADDOX** [11] - 1168:20, 1168:21, 1192:4, 1198:13, 1222:1, 1222:6, 1222:11, 1222:25, 1228:16, 1228:20, 1228:23
**Mahan** [2] - 1174:9, 1175:6
**maintain** [2] - 1189:16, 1221:14

1216:20, 1216:22,

---

1218:5, 1218:10, 1219:15, 1219:18



**management** [9] - 1170:16, 1170:21, 1172:20, 1172:22, 1173:12, 1174:1, 1174:21, 1175:21, 1181:11
**manner** [1] - 1212:9
**margin** [1] - 1181:23



**marketplace** [5] - 1173:16, 1174:5, 1175:23, 1176:1, 1180:24
**matter** [8] - 1171:15, 1186:17, 1187:1, 1188:15, 1196:8, 1197:4, 1215:5, 1221:2
**MATTHEW** [1] - 1168:22
**mean** [7] - 1169:10, 1178:20, 1184:3, 1205:21, 1208:20, 1208:22, 1208:23
**meaning** [1] - 1197:7
**means** [4] - 1204:1, 1218:7, 1220:16, 1225:25
**mechanism** [4] - 1208:13, 1209:5, 1209:13, 1209:14
**meet** [5] - 1189:4, 1191:22, 1209:3, 1214:3, 1214:21
**meeting** [1] - 1171:5
**meets** [2] - 1197:7, 1224:25
**MEGAN** [1] - 1167:19

---

**memory** [1] - 1207:4
**mentioned** [2] - 1177:12, 1216:15
**merely** [1] - 1208:13
**message** [1] - 1169:23
**met** [2] - 1214:1, 1225:9
**method** [1] - 1207:15
**methods** [1] - 1195:25

**metric** [1] - 1179:23
**metrics** [3] - 1180:22, 1181:24, 1182:9
**microorganism** [1] - 1208:14
**microorganisms** [2] - 1208:12, 1208:15
**might** [5] - 1208:22, 1213:6, 1214:20, 1215:15, 1215:25

**mindful** [1] - 1214:13
**minus** [10] - 1196:21, 1196:23, 1205:13, 1205:15, 1217:12, 1217:21, 1218:2, 1218:5, 1218:22, 1220:3
**minute** [1] - 1194:13
**minutes** [2] - 1198:17, 1222:3
**miscalculation** [1] - 1222:6
**misleading** [2] - 1178:18, 1180:23
**misrepresenting** [1] - 1217:10
**missing** [1] - 1209:14
**mixture** [2] - 1203:21, 1203:25
**modeled** [1] - 1197:22
**modification** [1] - 1197:24
**modifiers** [1] - 1196:17
**mold** [1] - 1208:12
**molecular** [1] - 1225:25
**moment** [1] - 1212:18
**moments** [1] - 1207:7



**moreover** [2] - 1188:12, 1195:24
**Moretan's** [2] - 1202:11, 1203:19
**Moreton** [19] - 1196:18, 1199:4, 1199:9, 1199:14, 1199:24, 1201:1, 1202:6, 1202:13, 1203:3, 1203:9, 1203:15, 1205:10, 1206:16, 1210:4, 1210:19, 1216:17, 1217:24, 1218:14, 1220:11
**Moreton's** [2] - 1210:9, 1211:23
**MORGAN** [6] - 1168:3, 1182:20, 1182:23, 1184:25, 1185:4, 1185:7
**Morgan** [1] - 1182:19
**MORRIS** [2] - 1167:19, 1168:10
**Morton's** [1] - 1211:10
**Mosher** [6] - 1218:17, 1223:13, 1223:25, 1224:3, 1224:8, 1227:24
**Mosher's** [2] - 1197:22, 1223:19
**most** [3] - 1178:11, 1201:24, 1201:25
**motion** [9] - 1189:12, 1193:9, 1193:20, 1193:21, 1194:1, 1194:2, 1201:8, 1214:20
**motivation** [1] - 1177:6
**mouth** [1] - 1217:18
**move** [7] - 1178:25, 1179:5, 1192:7, 1193:10, 1197:1, 1215:14, 1216:9
**movement** [1] - 1170:19
**MR** [57] - 1169:7, 1170:2, 1170:3, 1170:25, 1171:1, 1171:19, 1171:20, 1173:9, 1173:11, 1180:4, 1180:5, 1182:13, 1185:14, 1189:14, 1190:16, 1190:18, 1192:1, 1192:4, 1192:5, 1194:3, 1194:6, 1194:12, 1194:17, 1198:11, 1198:13,

1198:17, 1198:20, 1198:23, 1204:11, 1204:21, 1206:1, 1206:5, 1207:11, 1207:17, 1208:1, 1208:6, 1208:25, 1210:1, 1210:3, 1211:21, 1212:6, 1212:19, 1212:21, 1213:1, 1213:3, 1213:7, 1213:23, 1214:23, 1216:2, 1216:6, 1222:1, 1222:6, 1222:11, 1222:25, 1228:16, 1228:20, 1228:23
**MS** [18] - 1182:20, 1182:23, 1184:25, 1185:4, 1185:7, 1187:14, 1190:9, 1190:11, 1193:8, 1193:17, 1193:23, 1195:7, 1195:14, 1195:16, 1198:8, 1215:3, 1215:17, 1215:23
**must** [7] - 1188:24, 1189:1, 1195:20, 1204:2, 1205:12, 1218:2, 1221:19

## N

**nail** [1] - 1202:15
**narrow** [4] - 1179:22, 1190:2, 1191:1, 1226:8
**narrowed** [2] - 1186:7, 1200:8
**narrowing** [10] - 1185:21, 1188:3, 1188:8, 1188:9, 1189:18, 1190:6, 1191:4, 1192:14, 1222:25, 1223:6
**NATALIE** [1] - 1168:3
**nature** [1] - 1224:20
**necessarily** [3] - 1172:23, 1176:23, 1208:15
**necessary** [2] - 1204:6, 1210:20
**need** [10] - 1191:24, 1193:5, 1209:25, 1212:3, 1214:12, 1215:11, 1215:19, 1221:13, 1227:16, 1229:10
**needs** [2] - 1195:4, 1202:1
**negated** [1] - 1186:22

**net** [1] - 1181:23
**neutralize** [1] - 1205:6, 1217:3, 1218:25, 1223:19
**neutralizes** [2] - 1225:2, 1225:3
**never** [9] - 1199:11, 1199:20, 1210:15, 1211:3, 1220:6, 1220:7, 1225:11, 1225:12, 1227:25
**next** [8] - 1170:25, 1171:19, 1180:4, 1191:11, 1197:1, 1202:13, 1215:8, 1225:16
**nexus** [7] - 1173:15, 1174:1, 1174:19, 1175:8, 1175:18, 1175:20, 1175:23
**nice** [1] - 1218:23
**nicely** [1] - 1218:18
**niche** [1] - 1179:10
**NICHOLS** [1] - 1167:19
**nights** [1] - 1229:4
**nine** [1] - 1179:24
**NO** [3] - 1167:5, 1167:6, 1167:11
**non** [4] - 1202:24, 1203:6, 1203:7, 1206:15



**none** [1] - 1220:20
**noninfringement** [2] - 1192:8, 1192:10
**nonobviousness** [2] - 1225:12, 1225:14
**note** [2] - 1187:19, 1189:24
**noted** [2] - 1186:4, 1188:11
**notes** [1] - 1229:14
**nothing** [3] - 1197:12, 1212:7, 1224:10
**notice** [2] - 1214:9, 1229:3
**notion** [1] - 1223:3
**novel** [1] - 1197:21
**November** [1] - 1197:3
**nowhere** [2] - 1188:18, 1224:5
**number** [5] - 1183:1, 1200:21, 1201:19, 1207:20, 1214:10
**numbers** [3] - 1179:8, 1182:24, 1199:15
**numerical** [1] - 1220:8

## O

**objection** [1] - 1223:11
**obvious** [3] - 1188:13, 1223:15, 1225:13
**obviously** [1] - 1229:5
**obviousness** [7] - 1188:15, 1192:22, 1193:10, 1223:11, 1227:24, 1228:9, 1228:25
**oddly** [1] - 1225:24
**OF** [1] - 1167:2
**offering** [1] - 1227:23
**Official** [3] - 1167:25, 1229:16
**official** [2] - 1222:2, 1222:8
**often** [1] - 1201:25
**once** [3] - 1187:2, 1213:14, 1225:21
**one** [21] - 1174:2, 1177:8, 1180:18, 1186:2, 1188:4, 1188:7, 1195:23, 1202:22, 1206:5, 1207:21, 1207:22, 1208:4, 1208:18, 1215:5, 1215:6, 1215:15, 1224:2, 1225:16, 1225:20, 1225:23, 1228:8
**ones** [1] - 1199:16
**oOo** [1] - 1169:1
**open** [6] - 1185:5, 1192:24, 1222:16, 1228:10, 1228:13, 1229:11
**open-ended** [1] - 1192:24
**opened** [1] - 1198:16
**opening** [3] - 1200:3, 1209:23, 1211:18
**opinion** [4] - 1181:15, 1210:15, 1211:7, 1223:5
**opinions** [3] - 1174:2, 1191:8, 1201:3
**optimal** [1] - 1218:18
**options** [1] - 1206:20
**oral** [17] - 1169:9, 1169:21, 1171:22, 1172:17, 1174:5, 1174:11, 1174:14, 1174:15, 1174:23, 1175:1, 1175:14, 1178:14, 1179:15, 1180:7, 1181:16, 1199:18
**order** [6] - 1169:21,

1191:14, 1191:22, 1191:24, 1207:10, 1209:10
**ordered** [1] - 1169:3
**originally** [1] - 1225:11
**outer** [1] - 1197:3
**overall** [1] - 1221:7
**overarching** [1] - 1178:8
**overcome** [1] - 1188:15
**overstates** [1] - 1181:24
**own** [6] - 1179:3, 1189:21, 1189:23, 1195:17, 1197:14, 1219:10

## P

**pace** [1] - 1172:3
**page** [2] - 1170:13, 1171:3



**paragraph** [1] - 1186:14
**paraphrased** [1] - 1207:5
**pardon** [3] - 1185:7, 1222:11
**parents** [1] - 1174:11
**part** [2] - 1195:23, 1207:15
**particular** [6] - 1172:11, 1172:23, 1197:8, 1207:10, 1211:19, 1227:13
**parties** [2] - 1177:13, 1194:16
**party** [14] - 1176:7, 1176:10, 1176:22, 1176:25, 1177:1, 1177:8, 1177:15, 1177:22, 1178:1, 1178:3, 1178:5, 1178:21, 1179:1, 1179:11
**party's** [1] - 1177:17
**PASCALE** [1] - 1168:18
**passage** [1] - 1201:16
**passages** [2] - 1202:7, 1203:20

patent [8] - 1178:7, 1187:20, 1187:21, 1189:20, 1203:22, 1215:8, 1215:20, 1227:7
patent-in-suit [1] - 1178:7
patentability [5] - 1188:10, 1188:17, 1192:15, 1223:8, 1224:11
patents [9] - 1173:17, 1173:25, 1192:20, 1197:23, 1204:1, 1215:5, 1219:12, 1219:14, 1229:2
patents-in-suit [3] - 1173:17, 1173:25, 1204:1
patents-in-suits [1] - 1215:5
path [2] - 1177:11, 1211:19
pathways [1] - 1208:14
patient [2] - 1170:22, 1180:7
patients [2] - 1171:14, 1174:11
PDX [1] - 1217:6
PDX-243 [1] - 1217:6
pediatric [1] - 1183:16
penalty [1] - 1224:4
penetration [1] - 1180:24
pent [1] - 1172:23
pent-up [1] - 1172:23
people [2] - 1169:25, 1224:6



perhaps [2] - 1227:3, 1228:25
period [1] - 1180:18
periods [1] - 1172:10
perjury [1] - 1224:4
person [2] - 1188:5, 1197:18
perspective [3] - 1196:2, 1197:18, 1214:22
pertinent [1] - 1199:19
pH [26] - 1205:4, 1205:13, 1205:16, 1212:5, 1212:6,

1212:12, 1212:16, 1216:16, 1216:19, 1217:21, 1218:3, 1218:5, 1218:18, 1218:22, 1218:23, 1221:14, 1223:23, 1223:24, 1224:25, 1225:2, 1225:9, 1226:2, 1227:6, 1227:8, 1227:14, 1228:15
Ph.D [1] - 1168:13
pharmaceutical [3] - 1176:15, 1178:11, 1181:19
Pharmaceuticals [2] - 1168:8, 1168:24
pharmaceuticals [2] - 1178:10
PHARMACEUTICALS [3] - 1167:3, 1167:8, 1167:10
pharmacy [1] - 1174:12
physicians [1] - 1169:20
pick [1] - 1228:6
pill [4] - 1183:11, 1183:20, 1183:23, 1184:5
pKa [2] - 1205:15, 1217:20, 1218:2, 1218:5, 1218:20
Plaintiff [2] - 1167:4, 1167:9
plaintiff [3] - 1187:12, 1190:4, 1192:17
plaintiffs [2] - 1189:16, 1191:19
plaintiffs' [2] - 1194:1, 1208:20
plan [5] - 1174:21, 1181:11, 1193:19, 1193:20, 1215:24
plausible [1] - 1211:11
PLLC [1] - 1168:20
plotting [2] - 1180:11
plus [10] - 1186:16, 1197:16, 1205:13, 1205:15, 1217:12, 1217:20, 1218:2, 1218:5, 1218:21, 1221:1
point [16] - 1170:10, 1171:17, 1178:8, 1191:12, 1193:18, 1200:2, 1207:6, 1208:24, 1211:6, 1211:8, 1212:22, 1212:25, 1213:5,

1213:7, 1214:13, 1227:24
pointed [3] - 1200:12, 1202:7, 1225:20
points [2] - 1170:7, 1187:16
poor [1] - 1226:21
population [8] - 1170:22, 1179:24, 1179:25, 1180:2, 1180:8, 1183:16, 1183:19, 1184:1
portion [9] - 1169:3, 1182:16, 1183:19, 1185:9, 1194:24, 1203:18, 1210:9, 1222:18, 1229:12
Portions [1] - 1167:14
POSA [6] - 1201:16, 1201:21, 1201:23, 1202:2, 1202:12, 1206:23
position [9] - 1176:7, 1176:8, 1176:11, 1178:22, 1179:10, 1189:17, 1220:23, 1220:25, 1229:8
possibilities [1] - 1227:1
possible [2] - 1191:16, 1214:19
possibly [1] - 1215:14
post [3] - 1190:7, 1209:7, 1223:4
post-amendment [1] - 1223:4
post-trial [2] - 1190:7, 1209:7
potassium [1] - 1203:14
potential [3] - 1176:1, 1177:16, 1177:25
potentially [2] - 1175:18, 1213:16
practice [1] - 1214:20
pre [1] - 1223:3
precluded [1] - 1224:22
preponderance [1] - 1189:4
prescribe [1] - 1169:21
prescribed [2] - 1184:1, 1184:5



present [1] - 1195:7
presentation [1] - 1181:25
presented [2] - 1180:22, 1216:7
presenting [1] - 1193:11
preservative [11] - 1187:21, 1189:6, 1189:7, 1197:19, 1202:9, 1203:13, 1203:21, 1203:24, 1207:14, 1215:6, 1215:10
preservatives [7] - 1187:7, 1201:18, 1201:19, 1201:24, 1202:17, 1206:11
preserve [2] - 1209:2, 1215:19
preserved [1] - 1202:18
presumably [1] - 1177:24
presume [2] - 1198:11, 1211:4
pretrial [1] - 1209:9
pretty [3] - 1172:25, 1176:15, 1180:23
previously [2] - 1174:24, 1175:12



primary [2] - 1199:11, 1199:15
priority [1] - 1203:25
problem [1] - 1227:21
proceed [2] - 1169:5, 1173:9
proceeding [1] - 1229:14
process [2] - 1210:22, 1213:14
produces [2] - 1227:5, 1227:6
product [59] - 1175:1, 1176:3, 1176:14, 1176:15, 1177:10, 1177:17, 1179:4, 1179:16, 1179:25, 1182:2, 1182:4, 1184:11, 1187:6,

1189:5, 1189:7, 1196:3, 1196:7, 1196:9, 1196:13, 1196:15, 1196:22, 1196:24, 1197:19, 1199:12, 1200:13, 1200:14, 1204:23, 1205:2, 1205:16, 1205:20, 1209:13, 1210:8, 1210:12, 1210:15, 1210:16, 1210:25, 1211:15, 1211:23, 1211:25, 1212:3, 1212:5, 1213:17, 1216:9, 1216:12, 1216:19, 1216:23, 1217:14, 1218:6, 1218:25, 1219:3, 1220:1, 1220:15, 1221:4, 1221:5, 1225:8, 1228:14, 1228:16, 1228:19
products [7] - 1180:12, 1181:20, 1182:4, 1197:21, 1197:22, 1199:20, 1199:25



proof [1] - 1223:9
proper [3] - 1205:10, 1217:10, 1219:7
properly [3] - 1205:17, 1216:14, 1218:1
properties [1] - 1207:20
property [2] - 1221:7, 1221:13
propose [1] - 1191:23
proposed [2] - 1209:8, 1225:11

prosecution [10] - 1185:19, 1185:22, 1188:19, 1188:22, 1189:18, 1190:25,

1192:11, 1197:12, 1200:8, 1224:7
prospect [1] - 1177:7
protons [3] - 1225:2, 1227:17, 1228:4
prove [2] - 1187:10, 1192:17
provide [4] - 1169:13, 1189:3, 1193:1, 1214:9
provided [1] - 1225:8
providers [1] - 1169:12
proving [2] - 1187:5, 1210:12
PTX-034 [1] - 1180:25
PTX-251 [1] - 1181:1
PTX-254 [1] - 1173:3
PTX-255 [1] - 1173:4
PTX-257 [1] - 1170:12
PTX-328 [1] - 1171:18
public [5] - 1185:11, 1194:21, 1195:1, 1222:14, 1222:15
purposes [3] - 1188:10, 1188:17, 1214:16
pursuant [1] - 1214:1
push [2] - 1190:5, 1200:18
pushed [1] - 1201:6
put [8] - 1179:23, 1191:11, 1194:12, 1195:1, 1207:3, 1207:9, 1211:17, 1217:23
PX [1] - 1217:13

**Q**

qualified [1] - 1199:8
questioned [1] - 1224:13
questions [5] - 1198:5, 1207:9, 1225:20, 1228:10, 1229:10
quick [1] - 1207:18
quickly [3] - 1171:25, 1207:3, 1222:23
quoted [1] - 1207:4

**R**



raise [2] - 1212:12,

1212:15

ran [1] - 1226:24
range [6] - 1196:17, 1196:19, 1196:20, 1196:23, 1197:4, 1220:3
rapidly [3] - 1171:9, 1171:25, 1172:7
rather [2] - 1169:22, 1172:1
ratio [2] - 1211:2, 1227:19
reached [2] - 1176:2, 1196:4
reaches [1] - 1197:3
react [3] - 1210:22, 1213:15, 1213:16
reacts [2] - 1211:13, 1213:10
read [4] - 1202:2, 1203:17, 1206:12, 1206:13
Ready [7] - 1176:2, 1176:9, 1176:21, 1177:4, 1177:17, 1177:21, 1178:24
ready [12] - 1169:13, 1169:18, 1170:1, 1170:8, 1170:19, 1171:12, 1172:4, 1172:8, 1173:1, 1173:16, 1173:22
Ready-to-Use [7] - 1176:2, 1176:9, 1176:21, 1177:4, 1177:17, 1177:21, 1178:24
ready-to-use [12] - 1169:13, 1169:18, 1170:1, 1170:8, 1170:19, 1171:12, 1172:4, 1172:8, 1172:24, 1173:1, 1173:16, 1173:22
real [1] - 1207:18
reality [2] - 1204:15, 1204:18
realize [1] - 1226:18
realized [1] - 1179:12
really [16] - 1169:23, 1171:24, 1172:9, 1173:24, 1175:22, 1177:8, 1182:7, 1182:11, 1193:15, 1202:14, 1205:24, 1206:19, 1211:14, 1215:10, 1217:16, 1220:1

reason [9] - 1174:18, 1197:24, 1206:17, 1213:13, 1214:14, 1218:17, 1220:21, 1224:13, 1224:17
reasonable [2] - 1175:22, 1197:7
reasons [7] - 1178:5, 1192:13, 1192:14, 1214:8, 1214:10, 1223:7, 1224:10
rebuttal [1] - 1198:7
recant [1] - 1186:25
received [2] - 1199:12, 1199:16
recently [1] - 1197:2
recess [1] - 1194:7
record [1] - 1190:12
referred [2] - 1180:1, 1212:18
referring [1] - 1180:25
reflect [2] - 1172:23, 1195:17
reflected [2] - 1173:2, 1184:3
reflection [2] - 1172:21, 1173:24
reflects [2] - 1170:17, 1180:14
refreshing [1] - 1229:2
refused [1] - 1191:3
refusing [1] - 1200:6
regarding [10] - 1170:15, 1174:25, 1175:25, 1178:13, 1179:14, 1181:15, 1188:2, 1188:22, 1189:3, 1204:22
regardless [3] - 1215:4, 1215:11, 1215:17
regulatory [2] - 1199:13, 1199:16
rehash [1] - 1192:12
reject [2] - 1223:1, 1224:19
rejected [2] - 1186:3, 1188:13
rejection [2] - 1188:15, 1223:11
related [1] - 1192:14
relatedly [1] - 1210:19
relating [1] - 1223:8
relative [4] - 1175:1, 1180:12, 1216:20, 1227:14
relented [1] - 1190:1
relevance [1] - 1213:4
relevant [6] - 1208:3, 1208:6, 1208:7, 1208:20, 1208:24,

1221:13
relied [2] - 1187:1, 1205:11, 1217:24
rely [8] - 1171:17, 1187:3, 1188:21, 1190:12, 1190:14, 1190:22, 1191:7, 1205:22
relying [4] - 1173:3, 1190:19, 1191:7, 1204:22
remaining [1] - 1197:9
remember [2] - 1183:8, 1217:6
remind [1] - 1213:21
removed [4] - 1185:11, 1186:21, 1195:12, 1195:15
Reporter [3] - 1167:25, 1229:16
represent [1] - 1183:9
representation [1] - 1191:7
represented [1] - 1182:25
representing [1] - 1198:12
represents [1] - 1183:11
request [4] - 1185:23, 1187:10, 1191:15, 1215:12
requests [3] - 1192:10, 1192:21, 1198:2
require [1] - 1186:5
required [2] - 1192:19, 1203:24
requirement [1] - 1196:6
requires [2] - 1187:22, 1197:10
research [1] - 1181:21
reserve [2] - 1193:23, 1194:3
reserving [1] - 1215:14
resolve [1] - 1191:25

1173:13, 1175:16, 1177:2, 1181:4, 1181:15, 1181:19, 1192:18, 1193:20, 1204:18, 1209:23, 1210:13, 1223:20, 1224:4
respectfully [17] - 1185:15, 1187:10, 1187:16, 1198:2,

1199:2, 1199:6, 1199:8, 1200:4, 1200:6, 1200:24, 1201:13, 1204:4, 1205:1, 1208:8, 1208:25, 1209:3, 1216:13
respond [4] - 1187:13, 1190:9, 1190:16, 1193:7
response [8] - 1184:16, 1186:6, 1193:16, 1194:1, 1204:10, 1223:10, 1223:14, 1229:5
responsibility [2] - 1199:12, 1199:15
responsible [1] - 1189:1
rest [1] - 1198:7
result [12] - 1208:9, 1208:17, 1208:18, 1209:3, 1209:11, 1209:17, 1219:5, 1221:9, 1225:6, 1225:19, 1225:22
results [4] - 1223:16, 1223:22, 1224:15, 1228:24
return [1] - 1179:12
reveals [1] - 1202:15

review [1] - 1170:15
reviewing [1] - 1185:16
rights [1] - 1215:19
risk [1] - 1214:9
room [2] - 1195:2, 1227:3
rooted [1] - 1197:9
ROSATI [3] - 1167:21, 1168:2, 1168:5
ROSHAN [1] - 1168:13
roughly [1] - 1218:23
RTU [2] - 1179:6, 1181:13
RUEDY [13] - 1168:22, 1169:7, 1170:2, 1170:3, 1170:25, 1171:1, 1171:19, 1171:20, 1173:9, 1173:11, 1180:4, 1180:5, 1182:13
Rule [6] - 1187:11, 1192:8, 1192:22, 1193:10, 1200:5, 1201:8

# S

**SABA** [4] - 1168:22, 1192:5, 1194:3, 1194:6
**Saba** [3] - 1192:4, 1192:5, 1193:25
**Sage** [1] - 1226:9
**sales** [9] - 1169:9, 1170:18, 1170:24, 1171:23, 1172:8, 1174:20, 1177:12, 1177:16, 1177:23



**SAMANTHA** [1] - 1168:18
**San** [2] - 1167:23, 1168:3
**satisfy** [1] - 1218:11
**save** [1] - 1198:6
**saw** [7] - 1179:9, 1180:22, 1203:19, 1203:22, 1204:5, 1217:15, 1225:10
**schedule** [1] - 1214:18
**scientific** [1] - 1218:11
**scope** [6] - 1188:24, 1190:2, 1191:1, 1200:9, 1219:13, 1226:6
**Sealed** [6] - 1167:14, 1182:16, 1185:9, 1194:24, 1222:18, 1229:12
**sealed** [6] - 1169:3, 1185:12, 1195:2, 1207:9, 1215:25, 1229:10



**see** [15] - 1170:9, 1171:4, 1172:3, 1172:7, 1173:18, 1180:9, 1180:13, 1181:8, 1181:25, 1186:23, 1206:24, 1224:7, 1224:8, 1224:12, 1229:7
**seem** [1] - 1193:3
**segment** [1] - 1184:1
**sell** [1] - 1177:14

**sense** [1] - 1189:19
**sensitive** [1] - 1222:23
**separate** [4] - 1186:10, 1197:16, 1215:5, 1219:19
**serve** [3] - 1217:13, 1217:20, 1217:25
**served** [1] - 1200:21
**severely** [2] - 1200:25, 1211:9



**shares** [1] - 1184:14
**SHEA** [1] - 1168:17
**shelf** [3] - 1212:9, 1212:11, 1212:14
**shifted** [2] - 1205:8, 1218:9
**shifts** [1] - 1216:21
**shipped** [2] - 1172:13, 1172:16
**showed** [3] - 1185:15, 1216:14, 1217:25
**showing** [1] - 1184:10
**shown** [1] - 1187:25
**shows** [7] - 1171:6, 1171:24, 1172:24, 1181:6, 1199:1, 1201:4, 1205:2
**SHRESTHA** [1] - 1168:13
**shy** [2] - 1172:14, 1172:18
**shying** [1] - 1204:21
**side** [2] - 1200:22, 1214:6
**signed** [1] - 1191:14
**significantly** [1] - 1196:25
**Silvergate** [35] - 1168:8, 1169:8, 1169:24, 1170:7, 1170:16, 1170:22, 1176:8, 1176:11, 1176:17, 1176:23, 1177:2, 1177:8, 1177:14, 1177:23, 1178:22, 1178:23, 1179:11, 1182:3, 1182:10, 1182:11, 1185:23, 1185:25, 1186:6, 1186:19, 1198:1, 1199:4, 1202:16, 1204:3, 1206:17, 1206:22, 1210:11, 1213:9, 1214:9, 1219:8,

1225:11
**SILVERGATE** [2] - 1167:3, 1167:8
**Silvergate's** [10] - 1172:19, 1173:12, 1189:25, 1197:23, 1199:3, 1202:20, 1220:23, 1223:10, 1224:6, 1224:23
**similar** [1] - 1187:9
**similarly** [1] - 1196:11
**simply** [4] - 1172:24, 1188:7, 1195:22, 1227:17
**single** [7] - 1196:14, 1226:14, 1226:23, 1227:12, 1227:19, 1227:25, 1228:3
**single-component** [1] - 1227:12
**Sinko** [4] - 1174:15, 1175:7, 1175:9, 1224:1
**situ** [1] - 1213:11
**situation** [4] - 1179:1, 1213:22, 1214:18, 1216:4
**six** [1] - 1196:12
**skill** [2] - 1188:5, 1197:18
**skilled** [1] - 1185:15
**slide** [15] - 1170:5, 1170:25, 1171:5, 1171:19, 1173:4, 1174:3, 1180:4, 1180:25, 1183:15, 1197:1, 1202:11, 1206:6, 1217:11, 1217:15, 1225:5
**slides** [5] - 1186:24, 1194:13, 1194:14, 1207:2, 1207:18
**slight** [1] - 1172:6
**slightly** [1] - 1229:8



**SLVGT** [2] - 1170:13, 1171:18
**SLVGT-EPA_ 0092913** [1] - 1171:18
**SLVGT-EPA_ 0094016** [1] - 1170:13





**sold** [1] - 1223:19
**solution** [38] - 1169:9, 1169:13, 1169:22, 1170:1, 1170:8, 1170:19, 1171:12, 1171:23, 1172:17, 1172:24, 1173:1, 1173:22, 1174:5, 1174:11, 1174:14, 1174:15, 1174:23, 1175:1, 1175:14, 1176:9, 1176:21, 1177:4, 1177:21, 1178:14, 1178:25, 1179:15, 1180:7, 1181:16, 1196:1, 1196:4, 1199:18, 1204:14, 1204:19, 1205:24, 1212:25, 1227:7, 1227:22
**solutions** [1] - 1169:18
**solvent** [1] - 1206:22
**SONSINI** [3] - 1167:21, 1168:2, 1168:5
**sorbate** [1] - 1203:14
**sorry** [7] - 1185:20, 1198:20, 1198:21, 1202:6, 1208:18, 1222:7, 1222:11
**sort** [4] - 1194:13, 1198:25, 1211:19, 1216:7
**sounds** [1] - 1215:13
**source** [1] - 1183:5
**sparing** [1] - 1223:23
**spec** [2] - 1202:1, 1203:18
**species** [10] - 1196:20, 1219:23, 1219:25, 1220:4, 1220:13, 1220:14, 1220:19, 1220:24, 1221:2, 1221:16
**specific** [4] - 1186:9, 1209:4, 1212:13, 1227:4
**specifically** [4] - 1187:20, 1187:24,

1210:4, 1221:8
**specification** [12] - 1185:16, 1186:3, 1187:18, 1187:22, 1188:6, 1197:12, 1201:17, 1202:7, 1202:8, 1204:3, 1204:6, 1226:15
**specious** [1] - 1190:5
**split** [1] - 1218:23
**spontaneous** [1] - 1224:11
**stability** [7] - 1186:11, 1192:24, 1221:7, 1221:11, 1221:12, 1226:3, 1227:6
**stabilizes** [2] - 1224:25, 1225:2
**stabilizing** [3] - 1212:4, 1212:6, 1228:15
**stable** [1] - 1221:5
**stages** [1] - 1210:21
**standard** [7] - 1172:25, 1189:4, 1205:14, 1206:2, 1209:1, 1209:2, 1217:9
**standpoint** [1] - 1202:2
**STARGATT** [1] - 1168:17
**STARK** [1] - 1167:16
**start** [6] - 1179:2, 1179:20, 1198:15, 1198:23, 1222:20, 1222:22
**started** [1] - 1194:9
**state** [1] - 1203:20
**statement** [2] - 1186:24, 1189:15
**statements** [3] - 1188:22, 1193:13, 1209:9
**STATES** [1] - 1167:1
**States** [1] - 1199:18
**states** [1] - 1206:10
**stay** [3] - 1213:22, 1213:25, 1228:23
**stays** [1] - 1211:12
**stenographic** [1] - 1229:14
**step** [4] - 1178:22, 1210:6, 1212:17, 1213:9
**steps** [1] - 1213:14
**STETTINIUS** [1] - 1168:13
**Steve** [1] - 1222:1
**STEVEN** [1] - 1168:21
**still** [5] - 1171:8,

1189:15, 1200:16, 1221:5, 1225:7
**stipulation** [1] - 1191:14
**stopped** [1] - 1169:11
**straightened** [1] - 1225:21

**stream** [1] - 1229:2
**strength** [5] - 1205:4, 1205:12, 1216:16, 1217:12, 1218:1
**strings** [1] - 1177:9
**strong** [4] - 1205:15, 1216:18, 1216:20, 1219:9
**strongly** [1] - 1176:6
**stuff** [3] - 1213:15, 1221:24, 1221:25
**submission** [1] - 1224:7
**submit** [16] - 1185:15, 1188:23, 1189:8, 1194:16, 1199:6, 1199:8, 1200:4, 1200:7, 1200:24, 1201:13, 1204:4, 1205:1, 1208:8, 1209:1, 1209:4, 1216:13
**submitted** [1] - 1194:14
**subsequent** [1] - 1221:21
**substantial** [6] - 1209:10, 1209:18, 1219:24, 1220:12, 1220:25, 1221:10
**substantially** [5] - 1187:8, 1207:24, 1219:21, 1220:14, 1220:17
**substantive** [2] - 1190:19, 1191:8
**success** [5] - 1173:13, 1175:16, 1175:18, 1181:8, 1181:14
**successful** [1] - 1180:23
**sucralose** [1] - 1186:21
**sufficient** [1] - 1189:4
**suggest** [6] - 1206:2, 1216:3, 1217:11, 1223:6, 1225:22, 1226:3

**suggested** [2] - 1209:23, 1224:8
**suggesting** [1] - 1211:18
**suggestion** [1] - 1186:21
**suit** [4] - 1173:17, 1173:25, 1178:7, 1204:1
**suitable** [3] - 1185:17, 1204:7, 1217:20
**suits** [1] - 1215:5
**summarizes** [1] - 1202:11
**summary** [1] - 1174:3

**supplied** [1] - 1169:17
**supply** [3] - 1171:11, 1176:19, 1176:20
**supplying** [2] - 1169:12, 1171:13
**support** [1] - 1199:10, 1210:2
**supported** [2] - 1187:22, 1210:15
**supporting** [1] - 1197:13
**suppose** [3] - 1191:11, 1194:20, 1215:16
**Supreme** [1] - 1221:18
**surprise** [2] - 1183:8, 1214:4
**surprised** [4] - 1183:5, 1223:22, 1223:25, 1224:1
**suspected** [1] - 1216:2
**swallow** [2] - 1183:20, 1183:23
**swapping** [1] - 1188:7
**swear** [1] - 1224:4

**system** [7] - 1210:25, 1211:3, 1211:15, 1216:8, 1219:15, 1219:18, 1228:5
**systems** [2] - 1188:7, 1227:2

**T**

**table** [2] - 1186:14, 1201:22
**tablet** [2] - 1180:20, 1183:12
**tactics** [1] - 1172:25
**TAFT** [1] - 1168:13
**tangential** [2] - 1188:17, 1192:15

**tastes** [1] - 1208:23
**TAYLOR** [1] - 1168:17
**technological** [1] - 1197:6
**ten** [1] - 1206:14
**terms** [7] - 1170:7, 1173:15, 1176:8, 1178:21, 1179:7, 1180:23, 1181:11
**terribly** [1] - 1222:7
**test** [9] - 1196:6, 1208:8, 1209:3, 1209:11, 1219:6, 1221:9, 1221:10, 1225:22
**testified** [4] - 1196:18, 1197:14, 1199:3, 1201:1
**testimony** [25] - 1174:25, 1175:5, 1175:11, 1175:25, 1176:4, 1176:5, 1178:13, 1178:17, 1179:14, 1179:18, 1190:14, 1190:20, 1199:10, 1201:12, 1201:14, 1202:12, 1204:22, 1207:4, 1211:23, 1217:18, 1220:9, 1223:21, 1223:24, 1223:25, 1228:3
**THE** [74] - 1167:1, 1167:2, 1169:5, 1173:6, 1173:8, 1173:10, 1182:15, 1182:18, 1185:2, 1185:5, 1185:6, 1185:8, 1185:11, 1185:13, 1187:12, 1189:11, 1190:10, 1190:17, 1191:10, 1192:2, 1193:5, 1193:15, 1193:19, 1193:25, 1194:5, 1194:7, 1194:15, 1194:18, 1195:1, 1195:3, 1195:9, 1195:11, 1195:13, 1198:6, 1198:9, 1198:15, 1198:19, 1198:22, 1204:9, 1204:12, 1205:21, 1206:4, 1207:8, 1207:12, 1207:25, 1208:2, 1208:19, 1209:22, 1210:2, 1211:16, 1212:4, 1212:17, 1212:20, 1212:22, 1213:2, 1213:4, 1213:18, 1214:12, 1214:24,

1215:13, 1215:21, 1215:24, 1216:5, 1222:5, 1222:8, 1222:12, 1222:16, 1222:17, 1222:20, 1222:24, 1228:12, 1228:18, 1228:21, 1229:9
**theoretical** [1] - 1176:25
**theory** [4] - 1205:19, 1211:5, 1218:8, 1219:10
**therefore** [4] - 1205:5, 1205:16, 1208:4, 1210:22
**thinking** [1] - 1226:9
**third** [17] - 1176:7, 1176:10, 1176:22, 1176:25, 1177:1, 1177:8, 1177:13, 1177:15, 1177:17, 1177:22, 1178:1, 1178:2, 1178:5, 1178:21, 1179:1, 1179:11
**thoughts** [1] - 1222:15

**throughout** [1] - 1221:1
**tidy** [1] - 1224:12
**tidying** [2] - 1224:14, 1224:16
**tied** [1] - 1221:8

**today** [1] - 1175:10
**together** [8] - 1191:11, 1194:12, 1201:25, 1207:1, 1207:3, 1207:9, 1211:17, 1214:6
**took** [4] - 1200:22, 1202:13, 1225:6, 1225:17
**top** [3] - 1175:21, 1180:17, 1183:4
**touch** [3] - 1189:15, 1200:2, 1221:23
**touched** [1] - 1219:6
**touching** [1] - 1204:24
**towards** [1] - 1212:20
**traditional** [1] - 1216:24, 1218:10
**trajectory** [2] - 1172:10, 1229:1
**transcript** [1] - 1229:14
**transition** [2] - 1169:8, 1169:19

**Trial** [1] - 1167:14
**trial** [5] - 1190:7, 1190:20, 1191:17, 1202:21, 1209:7
**TRIALanywhere** [5] - 1185:5, 1185:11, 1195:1, 1195:11, 1222:16
**tried** [3] - 1185:25, 1217:9, 1227:25
**trigger** [1] - 1202:3
**true** [8] - 1182:8, 1195:22, 1205:20, 1211:3, 1216:12, 1216:23, 1218:8, 1229:14
**try** [4] - 1177:23, 1186:19, 1192:6, 1207:12
**trying** [4] - 1190:5, 1191:13, 1200:17, 1207:17
**TUNNELL** [1] - 1167:19
**turn** [3] - 1214:25, 1224:22, 1228:9
**turning** [1] - 1174:2
**turns** [2] - 1215:11, 1217:22

**two-buffer** [1] - 1228:5
**two-component** [4] - 1226:15, 1226:17, 1227:1, 1227:11
**two-year** [3] - 1212:9, 1212:11, 1212:14
**TY** [1] - 1168:6
**type** [1] - 1203:17
**types** [1] - 1203:17
**Tyzeka** [1] - 1199:18

**U**

**U.S** [2] - 1183:16, 1229:17
**ultimate** [1] - 1188:6
**unable** [1] - 1214:20
**uncredible** [1] - 1177:5
**undeniable** [2] - 1191:4, 1200:7

**under** [17] - 1186:25, 1187:11, 1189:12, 1192:8, 1192:18, 1192:21, 1193:10, 1193:20, 1195:18, 1205:14, 1208:7, 1208:9, 1219:5, 1219:10, 1221:9, 1224:4
**undercut** [1] - 1200:25
**undermines** [1] - 1173:14
**underneath** [1] - 1186:14
**understood** [3] - 1191:15, 1192:1
**undisputed** [2] - 1200:16, 1228:18
**unequivocal** [1] - 1205:11
**unequivocally** [4] - 1202:8, 1203:10, 1203:20, 1206:10
**unexpected** [5] - 1223:15, 1223:22, 1224:3, 1224:6, 1224:15
**unique** [1] - 1179:10
**unit** [1] - 1170:18
**United** [1] - 1199:17
**UNITED** [1] - 1167:1
**units** [9] - 1171:7, 1171:8, 1172:8, 1172:12, 1172:15, 1172:17, 1172:18, 1178:9, 1183:2
**unmistakable** [1] - 1189:2
**unseal** [4] - 1182:13, 1184:25, 1207:6, 1221:24
**unsubstantial** [1] - 1220:8
**unsupported** [2] - 1211:7, 1220:5
**unsurprising** [1] - 1181:13
**up** [21] - 1172:23, 1176:20, 1179:23, 1183:20, 1190:6, 1193:15, 1193:21, 1196:13, 1200:3, 1201:2, 1213:7, 1215:1, 1216:16, 1218:18, 1221:21, 1222:15, 1224:12, 1227:17, 1228:6, 1228:13, 1229:11
**upped** [1] - 1227:21
**upward** [1] - 1171:9
**urgency** [2] - 1213:20,

1228:22
**useful** [1] - 1201:18

## V

**Valerie** [1] - 1167:25
**various** [1] - 1174:14
**Vasotec** [1] - 1180:20
**versa** [1] - 1190:13
**versed** [1] - 1214:8
**version** [2] - 1174:22, 1225:15
**versions** [1] - 1223:4
**versus** [1] - 1184:5
**vertical** [1] - 1217:17
**veteran** [1] - 1203:16
**viable** [1] - 1217:13
**vice** [1] - 1190:13
**vice-versa** [1] - 1190:13
**view** [6] - 1193:9, 1204:12, 1205:23, 1208:21, 1224:23, 1228:21
**voice** [1] - 1173:7
**volume** [1] - 1176:14
**Volume** [1] - 1167:14
**volumes** [1] - 1173:21

## W

**waged** [1] - 1228:7
**waiting** [1] - 1195:2
**walked** [2] - 1202:5, 1202:6
**war** [1] - 1228:7
**Warner** [1] - 1221:18
**Warner-Jenkinson** [1] - 1221:18
**Washington** [1] - 1168:23
**water** [3] - 1173:6, 1186:16, 1206:19
**ways** [2] - 1207:24



**Wednesday** [1] - 1214:2
**week** [3] - 1180:1, 1191:11, 1215:8
**well-executed** [1] - 1172:22
**WENDY** [1] - 1167:22
**whatsoever** [1] - 1220:20
**whereas** [2] - 1177:22, 1208:12

**whole** [3] - 1182:10, 1182:11, 1221:20
**widely** [1] - 1183:10
**widespread** [1] - 1177:18
**wiggle** [1] - 1227:3
**Wilmington** [1] - 1167:13
**WILSON** [4] - 1167:21, 1168:2, 1168:5, 1168:18
**wise** [1] - 1224:3
**wish** [1] - 1187:12
**withdraw** [1] - 1177:13
**WITNESS** [2] - 1173:6, 1173:10
**Witness** [1] - 1173:6
**witnesses** [2] - 1174:10, 1180:1
**world** [3] - 1208:17, 1216:9, 1225:1
**write** [1] - 1169:25
**writing** [1] - 1169:16
**written** [2] - 1180:15, 1192:23

## Y

**year** [5] - 1197:3, 1201:7, 1212:9, 1212:11, 1212:14
**years** [1] - 1221:1
**yeast** [1] - 1208:12
**yellow** [1] - 1170:9
**yesterday** [2] - 1173:15, 1174:9
**YOUNG** [1] - 1168:17

## Z