IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SILVERGATE PHARMACEUTICALS, INC., | : |
| Plaintiff, | : |
| v. | : C.A. No. 18-1962-LPS |
| | : C.A. No. 19-1067-LPS |
| BIONPHARMA INC., | : |
| Defendant. | : |

## ORDER

At Wilmington this **27th** day of **April, 2021**, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED** that:

1. The parties shall meet and confer and submit, no later than **April 29, 2021 at 12:00 p.m.**, a proposed order consistent with the Opinion, to enter final judgment **FOR** Defendant and **AGAINST** Plaintiff.

2. Because the Opinion has been issued under seal, the parties shall meet and confer and, no later than **April 29, 2021 at 12:00 p.m.**, submit a proposed redacted version, as well as a supporting memorandum justifying any redactions they propose. Should the parties fail to comply or fail to persuade the Court any portion of the Opinion should be redacted, the Court will unseal the Opinion.

3. In anticipation of the preliminary injunction hearing scheduled for April 29, 2021 at 1:30 p.m., Silvergate and Bionpharma shall each submit, no later than **April 28 at 5:00 p.m.**, a letter brief, not to exceed three pages single-spaced, setting out its position on how the Court's

Opinion impacts the issues that remain to be decided in connection with the preliminary injunction motion.

                                                            _____
                                                            HONORABLE LEONARD P. STARK
                                                            UNITED STATES DISTRICT JUDGE