**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SILVERGATE PHARMACEUTICALS, INC., | |
| *Plaintiff*, | C.A. No. 18-1962 (LPS) |
| v. | C.A. No. 19-1067 (LPS) |
| BIONPHARMA INC. | |
| *Defendant*. | |

**[PROPOSED] ORDER GRANTING DEFENDANT BIONPHARMA'S**
**MOTION FOR ATTORNEY FEES PURSUANT TO 35 U.S.C. § 285**

Having considered Defendant Bionpharma Inc.'s ("Bionpharma") Motion for Attorney Fees pursuant to 35 U.S.C. § 285 ("Bionpharma's Motion"), this Court hereby GRANTS Bionpharma's Motion as follows:

(1)  This Court finds that this case is exceptional under 35 U.S.C. § 285; and

(2) This Court finds that Bionpharma is entitled to its reasonable attorney fees.

The Court hereby ORDERS the parties to meet and confer regarding the fee award and, within 21 days following entry of this Order or issuance of the Federal Circuit mandate affirming this Court's April 29, 2021 Final Judgment (18-1962 D.I. 270; 19-1067 D.I. 257), whichever is later, either submit a joint proposed order with an agreed-upon fee award or, if the parties cannot agree, file letters of no more than three pages explaining their respective positions.

SO ORDERED this ___ day of _____, 2021

_____
The Hon. Leonard P. Stark, U.S.D.J.