IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SILVERGATE PHARMACEUTICALS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> BIONPHARMA INC., <br><br> *Defendant*. | C.A. No. 18-cv-1962 (LPS) <br> C.A. No. 19-cv-1067 (LPS) <br> C.A. No. 20-cv-1256 (LPS) <br><br> **REDACTED - PUBLIC VERSION** |

**DECLARATION OF AMIT M. PATEL IN SUPPORT OF
SILVERGATE PHARMACEUTICAL INC.'S
MOTION FOR PRELIMINARY INJUNCTION**

Original Filing Date: March 31, 2021
Redacted Filing Date: May 14, 2021

# REDACTED IN ITS ENTIRETY