# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SILVERGATE PHARMACEUTICALS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>BIONPHARMA INC.,<br><br>*Defendant*. | ) <br> ) C.A. No. 18-cv-1962 (LPS)<br> ) C.A. No. 19-cv-1067 (LPS)<br> ) C.A. No. 20-cv-1256 (LPS)<br> )<br> )<br> ) **REDACTED - PUBLIC VERSION**<br> )<br> )<br> )<br> )<br> ) |

## REPLY DECLARATION OF STEPHEN R. BYRN, PH.D. IN SUPPORT OF SILVERGATE'S MOTION FOR PRELIMINARY INJUNCTION

Original Filing Date: April 26, 2021
Redacted Filing Date: May 14, 2021

# REDACTED IN ITS ENTIRETY