EXHIBIT A
FIED UNDER SEAL

EXHIBIT B

**Exhibit B – Additional References Considered**

1. Angberg, M., Nystrom, C., Carstensson, S., Evaluation of heat-conduction microcalorimetry in pharmaceutical stability studies (II) methods to evaluate microcalorimetric response. 61 INT. J. PHARM. 67–77 (1990).

2. Zhou D, Porter WR and Zhang GGZ, Chapter 5: Drug Stability and Degradation Studies, in Developing Oral Solid Dosage Forms: Pharmaceutical Theory and Practice, 1st Ed., Qiu Y, Chen Y, Zhang GGZ, Liu L and Porter R (eds.), Elsevier, Burlington, MA, (2009), 87 – 124.

3. Remington: The Science and Practice of Pharmacy 21st Ed. (2006)          (DTX-2061, AMNEPA00005963-6758).