*sealed and confidential*

```
              IN THE UNITED STATES DISTRICT COURT

              IN AND FOR THE DISTRICT OF DELAWARE

                            - - -

SILVERGATE PHARMACEUTICALS, INC.,    :   CIVIL ACTION
                                     :
            Plaintiff,               :
  v                                  :
                                     :
BIONPHARMA, INC.,                    :   NO. 18-1962-LPS
                                     :   NO. 19-1067-LPS
            Defendant.               :
-----------------------------------------
SILVERGATE PHARMACEUTICALS, INC.,    :   CIVIL ACTION
                                     :
            Plaintiff,               :
  v                                  :
                                     :
AMNEAL PHARMACEUTICALS, LLC,         :
                                     :   NO. 19-678-LPS
            Defendant.               :
                            - - -

                    Wilmington, Delaware
                  Thursday, February 4, 2021
         Bench Trial - Volume D - Sealed Portion

                            - - -

BEFORE:      HONORABLE LEONARD P. STARK, Chief Judge

                            - - -

APPEARANCES:


             MORRIS NICHOLS ARSHT & TUNNELL, LLP
             BY:  MEGAN E. DELLINGER, ESQ.

                  and

             WILSON SONSINI GOODRICH & ROSATI
             BY:  WENDY L. DEVINE, ESQ., and
                  KRISTINA M. HANSON, ESQ.
                  (San Francisco, California)

                  and

Valerie J. Gunning              Brian P. Gaffigan
Official Court Reporter         Official Court Reporter
```

*sealed and confidential*

```
 1    APPEARANCES:

 2

                 WILSON SONSINI GOODRICH & ROSATI
 3               BY:   NATALIE J. MORGAN, ESQ.
                       (San Diego, California)
 4
                       and
 5
                 WILSON SONSINI GOODRICH & ROSATI
 6               BY:   GRANVILLE C. KAUFMAN, ESQ., and
                       TY W. CALLAHAN, ESQ.
 7                     (Los Angeles, California)

 8                         Counsel for Silvergate
                           Pharmaceuticals, Inc.
 9

10               MORRIS JAMES, LLP
                 BY:   KENNETH L. DORSNEY, ESQ., and
11                     CORTLAN S. HITCH, ESQ.

12                     and

13               TAFT STETTINIUS & HOLLISTER, LLP
                 BY:   ROSHAN P. SHRESTHA, Ph.D., ESQ., and
14                     ANDREW M. ALUL, ESQ.
                       (Chicago, Illinois)
15
                           Counsel on behalf of Bionpharma, Inc.
16

17               YOUNG CONAWAY STARGATT & TAYLOR, LLP
                 BY:   ANNE SHEA GAZA, ESQ.,
18                     KAREN L. PASCALE, ESQ., and
                       SAMANTHA G. WILSON, ESQ.
19
                       and
20
                 MADDOX EDWARDS, PLLC
21               BY:   STEVEN MADDOX, ESQ.
                       JEREMY EDWARDS, ESQ.
22                     MATTHEW RUEDY, ESQ., and
                       KAVEH SABA, ESQ.
23                     (Washington, District of Columbia)

24                         Counsel on behalf of
                           Amneal Pharmaceuticals, LLC
25
```

Case 1:18-cv-01962-LPS   Document 309   Filed 08/22/21   Page 3 of 18 PageID #: 21304
sealed and confidential
1045
David - direct

1          - oOo -

2          P R O C E E D I N G S

3          (Following portion ordered sealed by the Court,
4   contained herein.)

5          THE COURT:  Go ahead.

6          MR. CALLAHAN:  Mr. MacQueen, if we can turn to
7   PDX-074.

8                    DIRECT EXAMINATION
9   BY MR. CALLAHAN:
10  Q.     Mr. David, what does this slide show?
11  A.     Well, I first evaluated the sales of Epaned oral and
12  the predecessor Epaned Kit, and what you see here, it's the
13  monthly sales by Silvergate of monthly units of those two
14  products.
15         Everything to the left of vertical line is
16  Epaned oral solution, and essentially everything to the
17  right is -- excuse me -- is Epaned Kit to the left and
18  everything to the right is essentially Epaned oral solution.
19         There was a very small amount of kit that was
20  sold during the transition period, but essentially all oral
21  solution after January 2017.
22         And what you can see in the blue line, that's
23  monthly sales.  And then I added the orange line which is
24  a moving average of that to smooth out some of the
25  fluctuation.

Case 1:18-cv-01962-LPS   Document 309   Filed 08/22/21   Page 4 of 18 PageID #: 21305
sealed and confidential
1046
David - direct

1                And you can see that when the kit was launched,
2       sales increased pretty rapidly over a two- to three-year
3       period and essentially have begun to level out around early
4       to mid-2016.  That's just to the left of the vertical line.
5                You can see sales of the Kit roughly leveling
6       out just under ▮▮▮ units per month.
7                And then the oral solution product is launched
8       in January 2017.  The kit is withdrawn from the market,
9       sales remain flat for another few months and then start to
10      move upward again, reaching about ▮▮▮ units per month
11      around early 2020, which is the last date that I had data
12      for when I performed this analysis.
13      Q.       And as sources for this figure, did you list PTX-254
14      and PTX-255?
15      A.       Yes.  Those are the -- the exhibit versions of the
16      original materials that I reviewed.
17               MR. CALLAHAN:  If we could turn to the next
18      slide, which is PDX-705.
19      BY MR. CALLAHAN:
20      Q.       Dr. David, what does this slide show?
21      A.       So now I'm comparing the sales of the two Epaned
22      products against sales of enalapril overall in two age
23      groups:  the age 0 to 2 population and the 3 to 9
24      population.  So these two lines represent the share of
25      prescriptions of all enalapril in those two age groups.

 1              And, again, everything to the left of the line

 2   is kit; to the right is oral solution.

 3              And what you can see is that the kit product was

 4   gradually gaining market share in these age groups, reaching

 5   about ▇ percent in the 0 to 2 and about ▇ percent in the 3

 6   to 9 age groups.

 7              That latter number is a little lower because

 8   Silvergate was generally targeting patients toward the lower

 9   end of that range, toddlers really.

10              So, by the way, you can see that even as of

11   2016, the kit is still representing a minority of the market

12   for enalapril overall among these groups.

13              But then after the solution is launched,

14   those market shares move upward, or continue to move

15   upwards, reaching over ▇ percent in the 0 to 2 group by

16   early 2020 and over ▇ percent in the 3 to 9 group by

17   early 2020.

18   Q.    And to date, what percentage of Epaned has been sold

19   to patients in these age groups?

20   A.    It's about ▇ percent to date within these two age

21   groups.  And, again, mostly in the 0 to 2 and perhaps 3 to 6

22   group.

23              And I should add, by the way, that the data here

24   is now in Plaintiffs' Exhibits 34 and 251.

25   Q.    Thank you, Dr. David.

Case 1:18-cv-01962-LPS   Document 309   Filed 08/22/21   Page 6 of 18 PageID #: 21307
sealed and confidential
1048
David - direct

1          MR. CALLAHAN:  Mr. MacQueen, if we can pull up

2   page SLVGT-EPA-100529 of PTX-29, and also page Bates ending

3   599 of PTX-329.

4          Perfect.

5   BY MR. CALLAHAN:

6   Q.     Dr. David, can you explain how these pages relate to

7   your opinions?

8   A.     Sure.

9          These are some internal Silvergate

10  presentations.  I believe they're prepared around 2017, just

11  around the launch of the oral solution product.  And they

12  describe some of the strategy of the company.

13         We heard from Mr. Beckloff that the company was

14  essentially founded to treat pediatric -- to develop

15  treatments for pediatric --

16         THE COURT REPORTER:  I'm sorry.  I'm sorry, but

17  the witness is frozen.

18         Excuse me --

19  BY THE WITNESS:

20  A.     -- there the Epaned oral solution products --

21         THE COURT REPORTER:  Excuse me.  Excuse me.

22  BY THE WITNESS:

23  A.     -- which had just been launched.

24         THE COURT:  Hold on.  Hold on, Doctor.

25         THE COURT REPORTER:  I had lost his entire

Case 1:18-cv-01962-LPS Document 309 Filed 08/22/21 Page 7 of 18 PageID #: 21308
*sealed and confidential*
1049
David - direct

1  answer.  The screen froze, and I did not get any of the
2  answer.
3            If I could just have the answer repeated.
4            THE COURT:  Okay.
5            Dr. David, the court reporter missed your
6  answer.
7            So, Mr. Callahan, why don't you ask the question
8  again; and, unfortunately, Dr. David, we'll need you to
9  repeat your answer.
10           THE WITNESS:  That's quite all right.
11 BY MR. CALLAHAN:
12 Q.    So look at Bates ending 100529 of PTX-29, and page
13 with Bates ending 599 of PTX-329, Dr. David, can you explain
14 how these pages relate to your opinions?
15 A.    Sure.  So these are internal Silvergate presentations
16 that were produced in 2017 right around the launch time of
17 the oral solution product.  And they describe the strategy
18 of the company, provide similar information to what we heard
19 from Mr. Beckloff earlier this week.
20           That Silvergate was a company that initiated and
21 that proceeded primarily or exclusively to develop products
22 for pediatric patients.  And you can see on the left there
23 at the top that that was, in fact, the strategy even as of
24 2017; providing accurate dosing products for pediatric
25 patients.  And you've got a picture there of the oral

Case 1:18-cv-01962-LPS   Document 309   Filed 08/22/21   Page 8 of 18 PageID #: 21309
*sealed and confidential*
1050
David - direct

solution product on that left-hand slide.

And then I was going to move to the right-hand slide and it gets into a little bit more detail about that strategy.

You can see that the primary sales targets on the left-hand side of that slide are children's hospitals;

And that the prescriber base are doctors at those hospitals who practice in a variety of fields, but they're all pediatric physicians.

So that was the purpose of Silvergate from the very beginning, and that was the strategy that they pursued including with Epaned, both the kit and the oral solution, products.

Q.   Thank you, Dr. David.

MR. CALLAHAN:  If we can go back to the slide. Specifically, if we can show specifically, PDX-706.

BY MR. CALLAHAN:

Q.   What does this slide show?

A.   So this now evaluates the price of the different Epaned products.  And I got this information from PTX-254 and 255.

As you can see on the left, the kit was introduced to the list price of ▮▮▮▮.  And if you take out discounts in rebates, the average net price was about ▮▮▮▮ or ▮▮▮▮ during the period in which it was sold.  And then

Case 1:18-cv-01962-LPS   Document 309   Filed 08/22/21   Page 9 of 18 PageID #: 21310
sealed and confidential
1051
David - direct

1   there never was a price increase for that product.  So that
2   was Silvergate's strategy.
3              You can see then that the oral solution product
4   is introduced in January 2017 at a much higher price.  And
5   this is going to be a critical issue on the question of
6   commercial success.
7              The list price for the oral solution product
8   was approximately ▮, and around ▮ net after rebate.
9   So you've got almost a doubling of price, which, again, is
10  quite significant.  In particular, because as we saw before,
11  there was no decline in sales, in the unit sales.
12             So we've got a very large increase in price with
13  no adverse impact on the amount of the product that was
14  sold.
15  Q.   And --
16  A.   I just would like to -- I'm sorry, Ty.  I'd just like
17  to add one more thing.
18             Keep in mind, you could compare these prices to
19  the price of the tablet, which is, at this time, around $30
20  per unit.  So these are very, very large premiums relative
21  to the tablet version of enalapril.
22  Q.   Thank you.
23             MR. CALLAHAN:  And if we can go to the next
24  slide, which is PDX-707.
25  BY MR. CALLAHAN:

sealed and confidential

1052

David - direct

1  Q.      What does this slide show?
2  A.      Well, we've looked at quantities and prices.  If you
3  put that together with some cost information, you can get
4  profits as well as revenues, and that is what I have done
5  here.
6          Again, on the left we've got four years of
7  history of Epaned Kit, and then on the right, we've got
8  another four years of oral solution.
9          The very top of the red bars represents the
10 gross revenues.  And you can see that that number increased
11 by almost ███████ from 2016 to 2017 in line with those
12 price increases that we just saw.
13         But there were no corresponding cost increases
14 so that translates -- in fact, costs went down a little bit.
15 And so that translates into a very significant increase in
16 profits.
17         And the measure of profits that I've got here
18 are the blue bars which are the net margins.
19         That represents all the revenues that came into
20 Silvergate from the Epaned products minus all of the costs
21 that the company tracks for its specific products, which
22 means manufacturing costs and freight costs and anything
23 else that it can designate to a particular product.  And
24 you can see that that number, the net margin increased by
25 over ███████, more than doubling from 2016 to 2017, and

*sealed and confidential*

1053

David - direct

```
 1   currently nearing ███████  a year compared to less than
 2   ████████ a year prior to the launch of Epaned oral
 3   solution.
 4              So at the end of the day, more than a doubling
 5   of net margin for the company due to the launch of oral
 6   solution relative to what it was doing before with Epaned
 7   Kit.
 8              And I should just add that the data here came
 9   from documents which are now PTX-250, 255, and 259.
10              MR. CALLAHAN:  If we could turn to the next
11   slide, PDX-708.
12   BY MR. CALLAHAN:
13   Q.   Based on the financial performance metrics we
14   discussed, what did you conclude?
15   A.   I looked at each of these and considered whether they
16   provide evidence consistent with or indicative of commercial
17   success, and I concluded that they do.  I highlighted five
18   of those here.
19              The high profits relative to the development
20   costs is one.
21              And now, we haven't discussed that yet, but it
22   costs about ████████ for Silvergate to develop the oral
23   solution product over a two- or three-year period in 2014 to
24   2016.  That money is only about ██ percent of one year of
25   net margin of the new product.
```

David - direct

1       So Silvergate was already paying back its
2   development costs after just a few months of sales.
3           So that is obviously indicative of a successful
4   product.
5           We talked about the higher price and the lack of
6   any decline in sales.  That demonstrates much higher demand
7   for Epaned oral solution relative to Epaned Kit.
8           I mentioned the lower costs, so there were
9   additional cost savings that helped improve margins when
10  Epaned oral solution was launched.
11          Also evidence of a successful product.
12          And, of course, just generally speaking, very
13  high margins, in excess of ■ percent at the net margin
14  level for Epaned oral solution from 2017 forward.
15          And then finally, the very high market shares
16  within that targeted group of patients that were likely to
17  use an Epaned product, it had been ■ to ■ percent prior
18  to the launch of kit, and most recently now exceeding
19  ■ percent in the 0 to 2 group and ■ percent when
20  considering both groups together.
21          So high market shares; again, indicative of
22  commercial success.
23  Q.      You mentioned the higher price of Epaned relative to
24  Epaned Kit.  How do you know that higher price relates to
25  the patented features of Epaned?

1   A.      Well, that was in discussion with Mr. Beckloff about
2   the company's strategy.  That is what he told me.  And I
3   believe he testified about that earlier.
4           But I also reviewed a number of documents that
5   support that conclusion, and I think we've got some here.
6           MR. CALLAHAN:  Yes.  Mr. MacQueen, if you can
7   call page Bates ending 3- -- 100388 and 100389 from PTX-31.
8           Thank you.
9   BY MR. CALLAHAN:
10  Q.      Dr. David, what do these pages show?
11  A.      So these are some pages from a document that was
12  prepared for Silvergate to value the company around 2015.
13  So this is during the period when the oral solution product
14  was being developed but prior to its launch.
15          THE WITNESS:  And if we could look at the
16  left-hand side and call out that box on the upper right.
17  BY THE WITNESS:
18  A.      So this is a discussion of a forecast of the revenue
19  for the company as of 2015.  And the main point here is that
20  the entry of Epaned RTU, that's the oral solution, as well
21  as some other products, drives significant growth.  And
22  they're talking about growth and revenue.
23          So, now, why is that important?
24          Well, if we're talking about growth, the
25  company already had Kit.  So if there's going to be

1  additional growth from RTU, it has to be because the company

2  expects that it is going to be able to charge more or sell

3  more of the oral solution product than it did or that it

4  expected to of the Epaned Kit.

5          As we saw, the unit sales were roughly

6  consistent between the two products.  So really this extra

7  growth in revenue is coming from the company's ability to

8  charge a higher price for the better product.

9          And that was something that it anticipated well

10 before the launch of Epaned oral solution.

11         And I think there's another point, perhaps just

12 below that one, if we could go back to the left-hand slide.

13 Down at the bottom there under "Key Assumptions."

14         You can see that top point, "Premium pricing

15 possible for oral solution."

16         And, again, what premium compared to do what?

17         Well, it must be compared to the kit which is

18 already on the market at that time.

19         Notice while we're here mention of the market

20 share in excess of ■ percent expected, and, in fact, we're

21 nearing that level as of today, just three years into the

22 launch of the oral solution product.

23         Then I think there's some more information on

24 the right-hand slide.

25         Yes, if we can call out the top there.

1  Q.      And this is PTX ending 389 -- or, I'm sorry, Bates
2  number ending 100389; is that correct?
3  A.      Right.  And you can see here that as of 2015, there
4  was an expectation there would be a higher price for the RTU
5  product at ▮.
6          In fact, at the end of the day, Silvergate even
7  revised that number upward.  It was closer to ▮ where the
8  oral solution product was launched.
9          And, again, half price increase compared to what
10 it expected it could do with the kit.  And that's going to
11 be one of the main bases for my conclusions about commercial
12 success.
13         MR. CALLAHAN:  Let's turn back to your slides
14 and go to PDX-709.
15 BY MR. CALLAHAN:
16 Q.      Did you also analyze profitability and return on
17 investment?
18 A.      Yes.  And that's what you can see here, which was
19 developed in my expert report from various documents,
20 including PTX-250, 253, 255, 256, 258, and 259.
21         And this is really from my point of view, as an
22 economist, the bottom line on the question of commercial
23 success.  And the way I evaluate that is, did the new
24 product -- was the new product successful from the point
25 of view of Silvergate in terms of justifying the initial

   1   investment and any costs that the company incurred did

   2   compared to what it could have done, its next-best

   3   alternative, which was to sit back and continue to sell

   4   Epaned Kit.

   5          So I'm comparing the two products and evaluating

   6   how much more successful Epaned oral solution was relative

   7   to Epaned Kit.

   8          And I could just walk everybody through the few

   9   lines here.

  10          Row (a) are the extra profits that Silvergate

  11   earned by selling Epaned oral solution instead of selling

  12   the same amount of Epaned Kit.  And it's got higher price,

  13   and we talked about the lower cost.  And when you net those

  14   things out, you get about ████████ a year, in excess of

  15   ████████ a year additional profit from selling Epaned

  16   oral solution relative to Epaned Kit.

  17          So that's the benefit to the company from

  18   selling the product.

  19          Of course, on the cost side, you've got row (b),

  20   it took some investment to bring this product to market.  I

  21   mentioned roughly ████████ over a three-year period and a

  22   little bit of capital costs ongoing.

  23          So we want to subtract that out to get the net

  24   return to the company, and that is row (c).  And you see

  25   that number is about ████████ a year today, and it is

1   continuing on where I would expect that's at least ▮
2   ▮ a year going forward.
3              In order to evaluate all those different
4   numbers in each year in one place, with one single measure,
5   I discount those dollars back to 2014, which was when the
6   initial decision to invest in the oral solution product was
7   made.  And when you discounted back, you get a number, a net
8   present value number in row (e) of about ▮.
9              So this project, after just three years of
10  launch, has already earned Silvergate ▮, and that
11  number is increasing at about ▮ a year as you can
12  see from the number in the bottom right under 2019.
13             That was the additional net present value of the
14  product oral solution relative to Epaned Kit.
15             So ▮ net return already, increasing by
16  ▮ a year.
17             Another way to look at that is the number in
18  row (f), which is, what kind of return on investment has
19  Silvergate earned from this project?
20             And I calculate that number to be ▮ percent
21  per year.  So that is like if you put $100 in the bank, at
22  the end of the year you've got ▮.  That is clearly a
23  fantastic investment return, far higher than a normal stock
24  market return or a bond return or anything like that.
25             For me, ultimately, that is proof that this was

1    a commercially successful product from the point of view of

2    Silvergate.

3    Q.      Thank you, Dr. David.

4             MR. CALLAHAN:  Your Honor, at this point I

5    think we can unseal the courtroom for the remainder of his

6    testimony.

7             THE COURT:  Okay.  Thank you.

8             Mr. English, let's do that, please.

9             (Sealed portion ends.)

10

11        I hereby certify the foregoing is a true and accurate
    transcript from my stenographic notes in the proceeding.

12

13                   /s/ Brian P. Gaffigan
                    Official Court Reporter

14                     U.S. District Court